BINGHAM MCCUTCHEN LLP
Peter Obstler (SBN 171623)
peter.obstler@bingham.com
Zachary J. Alinder (SBN 209009)
zachary.alinder@bingham.com
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone: 415.393.2000
Facsimile: 415.393.2286

Attorneys for Defendants
JP Morgan Chase Bank, N.A.
and Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA MCNEARY-CALLOWAY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>    Defendants. | Case No. C 11-03058 JCS<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT**

Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate that Defendants shall have until, and including, August 19, 2011 to respond to the complaint filed by Plaintiff Patricia McNeary-Calloway. The parties are also discussing additional case scheduling matters in an effort to streamline case management for the parties and the court. This stipulation will not alter the date of any event or deadline already fixed by Court order in this case.

**IT IS SO AGREED AND STIPULATED.**

DATED: July 12, 2011

          BINGHAM McCUTCHEN LLP

          By: /s/ Zachary J. Alinder
          Zachary J. Alinder
          Attorneys for Defendants
          JPMORGAN CHASE BANK, N.A. and
          CHASE BANK USA, N.A.

DATED: July 12, 2011

          KESSLER, TOPAZ, MELTZER & CHECK, LLP

          By: /s/ Edward W. Ciolko
          Edward W. Ciolko
          Attorneys for Plaintiff
          PATRICIA MCNEARY-CALLOWAY

Dated: 7/19/11

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

A/74436571.1/0999992-0000982002      1      Case No. C 11-03058 JCS

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

| | |
|---|---|
| 1 | **Filer's Attestation** |
| 2 | Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury |
| 3 | that concurrence in the filing of the document has been obtained from all the signatories. |
| 4 | DATED: July 12, 2011 |
| 5 | BINGHAM McCUTCHEN LLP |
| 7 | By: /s/ Zachary J. Alinder |
| | Zachary J. Alinder |
| 8 | Attorneys for Defendants |
| | JPMORGAN CHASE BANK, N.A. and |
| 9 | CHASE BANK USA, N.A. |