# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA MCNEARY-CALLOWAY, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>　　　　Defendants | Case No.: 11-cv-03058-JCS<br><br>**[PROPOSED]** **ORDER REGARDING JOINT STIPULATION TO EXTEND THE TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing Date: December 9, 2011<br>Time: 9:30 a.m.<br>Location:  Courtroom G<br>Judge:  Magistrate Judge Joseph C. Spero |

Based upon the parties' Joint Stipulation to Extend the Time for Plaintiff to Respond to Defendants' Motion to Dismiss, dated September 28, 2011, and good cause appearing therefore,

**IT IS HEREBY ORDERED AS FOLLOWS**:

Plaintiff shall respond to Defendants' Motion to Dismiss on or before October 10, 2011.

**IT IS SO ORDERED**.

Dated: 10/03/11

_____
HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Case No. 11-cv-03058-JCS