1    **KESSLER TOPAZ**                          **BINGHAM MCCUTCHEN LLP**
     **MELTZER & CHECK, LLP**                   Peter Obstler (SBN 171623)
2    Ramzi Abadou (SBN 222567)                  Zachary J. Alinder (SBN 209009)
     580 California Street, Suite 1750          Elizabeth Benson (SBN 268851)
3    San Francisco, CA  94104                   Three Embarcadero Center
     Telephone: (415) 400-3000                  San Francisco, CA  94111
4    Facsimile: (415) 400-3001                  Telephone: (415) 393-2000
                                                Facsimile: (415) 393-2286
5    - and -
                                                *Counsel for Defendants*
6    Edward W. Ciolko (*pro hac vice*)
     Terence S. Ziegler (*pro hac vice*)
7    Donna Siegel Moffa *(pro hac vice)*
     Michelle A. Coccagna *(pro hac vice)*
8    280 King of Prussia Road
     Radnor, PA  19087
9    Telephone: (610) 667-7706
     Facsimile: (610) 667-7056
10
     *Counsel for Plaintiff and the Proposed Class*
11   *[Additional counsel listed on signature page]*

12                    **UNITED STATES DISTRICT COURT**
13                   **NORTHERN DISTRICT OF CALIFORNIA**
                         **SAN FRANCISCO DIVISION**
14
15   PATRICIA MCNEARY-CALLOWAY, COLIN          Civil Action No. CV-11-03058-JCS
     MACKINNON, TERRIE MACKINNON,
16   ANDREA NORTH and SHEILA M. MAYKO,
     individually and on behalf of all others similarly    **STIPULATION AND [~~PROPOSED~~]**
17   situated,                                  **ORDER REGARDING BRIEFING**
                                                **SCHEDULE ON DEFENDANTS'**
18                    Plaintiffs,                **MOTION TO DISMISS**

19                        v.                     Action Filed:  June 20, 2011
                                                Judge:  Hon. Joseph C. Spero
20   JPMORGAN CHASE BANK, N.A. and CHASE
     BANK USA, N.A.
21
22                    Defendants.

23

24          Patricia McNeary-Calloway, Colin Mackinnon, Andrea North and Sheila M. Mayko,

25   ("Plaintiffs") and Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A.

26   (collectively, "Defendants") (together, the "Parties") respectfully submit the following Joint

27   Stipulation regarding the briefing schedule on Defendants' Motion to Dismiss.

28          WHEREAS as provided by the Stipulation and Order Regarding Filing of Amended

—

1  Complaint Pursuant to Fed. R. Civ. P. 15(a)(1)(B) dated October 19, 2011, (ECF No. 41) ("the

2  October 19, 2011 Stipulation and Order"), Plaintiff filed a First Amended Complaint (the

3  "Amended Complaint") deemed filed on October 17, 2011 (ECF No. 39-1).

4       WHEREAS in accordance with the schedule established by the October 19, 2011

5  Stipulation and Order, Defendants filed a Motion to Dismiss the Amended Complaint (the

6  "Motion to Dismiss") (ECF No. 48) on November 21, 2011;

7       WHEREAS the October 19, 2011 Stipulation and Order adopted a briefing schedule that

8  set: the requested date of December 30, 2011, as the date for filing of the opposition to the

9  motion to dismiss; the requested date of January 25, 2012, as the date for filing the reply in

10 support of the motion to dismiss; and March 9, 2012, a date three weeks later than the date

11 requested by the parties, for the hearing on the motion to dismiss;

12      WHEREAS in light of the later hearing date and a number of unexpected filings that

13 Plaintiffs are now due to file in various matters during the upcoming holiday period, Plaintiffs

14 proposed to Defendants that the parties stipulate to a briefing schedule that allowed both parties

15 some additional time to prepare their submissions in connection with the Motion to Dismiss;

16      WHEREAS Plaintiffs proposed that the parties stipulate to a schedule that provides that

17 Plaintiffs file their response to the Motion to Dismiss on January 12, 2012, and Defendants file

18 their reply in further support of the Motion to Dismiss on February 15, 2012 (*i.e.* twenty-two

19 days before the scheduled March 9, 2012 hearing), and Defendants agreed thereto;

20      WHEREAS all Parties have stipulated and agreed to the briefing schedule proposed

21 below, and respectfully request that the Court so order.

22      **IT IS HEREBY STIPULATED AS FOLLOWS:**

23      1.    Plaintiffs shall file their Opposition to Defendants' Motion to Dismiss on or

24 before January 12, 2012;

25      2.    Defendants shall file their Reply in Support of Defendants' Motion to Dismiss on

26 or before February 15, 2012; and

27      3.    In accordance with the schedule established by the October 19, 2011 Stipulation and

28 Order (ECF No. 41), the hearing on the Motion to Dismiss shall be set for March 9, 2012, at 9:30

1  a.m., or as soon thereafter as the Court's schedule permits.   All other dates shall run in

2  accordance the schedule established by the October 19, 2011 Stipulation and Order, Federal

3  Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern

4  District of California.

5        **IT IS SO STIPULATED.**

6                                                  Respectfully submitted,

7

8  Dated:  December  20, 2011          */s/ Edward W. Ciolko*
                                       Edward W. Ciolko (*pro hac vice*)
9                                      eciolko@ktmc.com
                                       Terry S. Ziegler (*pro hac vice*)
10                                     tziegler@ktmc.com
                                       Donna Siegel Moffa (*pro hac vice*)
11                                     dmoffa@ktmc.com
                                       Michelle A. Coccagna (*pro hac vice*)
12                                     mcoccagna@ktmc.com
                                       **KESSLER TOPAZ**
13                                     **MELTZER & CHECK LLP**
                                       280 King of Prussia Road
14                                     Radnor, PA 19087
                                       Tel: (610) 667-7706
15                                     Fax:  (610) 667-7056

16

17                                            -and-

18                                     Ramzi Abadou (SBN 222567)
                                       rabadou@ktmc.com
19                                     580 California Street, Ste. 1750
                                       San Francisco, CA 94104
20                                     Tel:  (415) 400-3000
                                       Fax:  (415) 400-3001

21
                                       Jeffrey J. Angelovich (*pro hac vice*)
22                                     Michael B. Angelovich (*pro hac vice*)
                                       Brad E. Seidel (*pro hac vice*)
23                                     **NIX PATTERSON & ROACH LLP**
                                       205 Linda Drive
24                                     Daingerfield, TX 75638
                                       Tel:  (903) 645-7333
25                                     Fax:  (903) 645-4415

26                                     ***Attorneys for Plaintiff and the Proposed Class***

27

28

1 Dated:  December 20, 2011          **BINGHAM McCCUTCHEN LLP**

2          */s/ Zachary J. Aliner (signed with consent)*

3          Peter Obstler (SBN 171623)
         peter.obstler@bingham.com
         Zachary J. Alinder (SBN 209009)

4          zachary.alinder@bingham.com
         Elizabeth Benson (SBN 268851)

5          elly.benson@bingham.com
         Three Embarcadero Center

6          San Francisco, CA 94111

7          Tel:  (415) 393-2000
         Fax:  (415) 393-2286

8          ***Attorneys for Defendants***

9

10

11

12

13 **PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

14

15 Dated:_____        12/21/11

16          Honorable _____
         Unit_____ istrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## FILER'S ATTESTATION

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all of the signatories.

Dated: December 20, 2011

> KESSLER TOPAZ
> MELTZER & CHECK, LLP
>
> By: *Edward W. Ciolko*
> Edward W. Ciolko

1

**<u>CERTIFICATE OF SERVICE</u>**

2

    I hereby certify that on December 20, 2011, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-

4

mail addresses of all counsel of record.

5

6

7

                                *Edward W. Ciolko*
                                Edward W. Ciolko

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-03058-JCS
Stip. & [Proposed] Order Regarding Briefing Schedule on Motion to Dismiss