| | |
|---|---|
| BINGHAM MCCUTCHEN LLP<br>Peter Obstler (SBN 171623)<br>peter.obstler@bingham.com<br>Zachary J. Alinder (SBN 209009)<br>zachary.alinder@bingham.com<br>Three Embarcadero Center<br>San Francisco, CA  94111-4067<br>Telephone: 415.393.2000<br>Facsimile: 415.393.2286<br><br>Attorneys for Defendants<br>JPMorgan Chase Bank, N.A.<br>and Chase Bank USA, N.A. | KESSLER TOPAZ<br>MELTZER & CHECK, LLP<br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Terence S. Ziegler<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: 610.667.7706<br>Facsimile: 610.667.7056<br><br>Attorneys for Plaintiffs<br>Patricia McNeary-Calloway, Colin MacKinnon, Terrie MacKinnon, Andrea North, and Sheila M. Mayko<br>*[Additional counsel listed on signature page]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA MCNEARY-CALLOWAY, COLIN MACKINNON, TERRIE MACKINNON, ANDREA NORTH, and SHEILA M. MAYKO, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br>  v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>              Defendants. | Case No. C 11-03058 JCS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO STAY CASE PENDING MEDIATION AND TO SET TIME TO RESPOND TO COMPLAINT** |

Case No. C 11-03058 JCS

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING
MEDIATION AND TIME TO RESPOND TO COMPLAINT

1  Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. ("Chase" or
2  "Defendants") and Plaintiffs Patricia McNeary-Calloway, Colin MacKinnon, Terrie MacKinnon,
3  Andrea North, and Sheila M. Mayko ("Plaintiffs") (together with Defendants, the "Parties")
4  respectfully submit the following Joint Stipulation to Stay the Case Pending Mediation and Set
5  Time to Respond to Complaint.
6  WHEREAS, the Court issued an order granting in part and denying in part Defendants'
7  Motion to Dismiss Plaintiffs' First Amended Complaint on March 26, 2012 (the "March 26,
8  2012 Order"), ECF No. 62;
9  WHEREAS, pursuant to the Court's March 26, 2012 Order, Plaintiffs had 30 days to file
10 an amended complaint, but have decided to stand on their First Amended Complaint, as modified
11 by the March 26, 2012 Order;
12 WHEREAS, the Parties have met and conferred regarding potential mediation of the
13 dispute and an appropriate time for Defendants to respond to the operative Complaint;
14 WHEREAS, after conferring in good faith, the Parties have agreed, subject to court
15 approval, that mediation prior to the further expenditure of additional time and resources of the
16 Parties and the Court would be helpful in attempting to reach an early resolution of the Action;
17 and,
18 WHEREAS, the Parties accordingly stipulate and agree that the case should be stayed
19 pending private mediation, which the Parties agree will begin within 60 days of the date of entry
20 of this Order, and that Defendants' response date should be extended to 30 days following the
21 termination of the mediation. Either Party or the selected private mediator may declare the
22 mediation terminated by written correspondence of such declaration to the mediator and other
23 Party.
24 **IT IS HEREBY STIPULATED AND AGREED, AND RESPECTFULLY**
25 **REQUESTED, AS FOLLOWS:**
26 The case shall be stayed pending the Parties' mediation. The Parties shall engage in
27 mediation within 60 days of entry of this Order, or as otherwise set by the Court, in front of a
28 mutually-acceptable mediator. If any Party and/or the selected mediator informs the Court that

1  the mediation was unsuccessful and terminated, Defendants shall respond to Plaintiffs' First
2  Amended Complaint, as modified by the March 12, 2012 Order, within 30 days after the filing of
3  such a termination notice with the Court.

4  **IT IS SO STIPULATED.**

5  DATED: May 2, 2012           Respectfully submitted,

                                 Bingham McCutchen LLP

8                                By:          /s/ Zachary J. Alinder
                                         Peter Obstler
9                                        Zachary J. Alinder
                                         Attorneys for Defendants
10                                       JPMorgan Chase Bank, N.A.
                                         and Chase Bank USA, N.A.

11  DATED: May 2, 2012

13                               By:          /s/ Edward W. Ciolko
                                         Edward W. Ciolko
14                                       Terence S. Ziegler
                                         Donna Siegel Moffa
15                                       Amanda R. Trask
                                         Ramzi Abadou
16                                       KESSLER TOPAZ MELTZER &
17                                       CHECK, LLP

18                                       Jeffrey J. Angelovich
                                         Michael B. Angelovich
19                                       Brad E. Seidel
20                                       NIX PATTERSON & ROACH, LLP

21                                       James P. Gitkin
                                         Eric T. Salpeter
22                                       SALPETER GITKIN, LLP

23
                                         Brian D. Penny
24                                       GOLDMAN SCARLATO
                                         KARON & PENNY, P.C.
25
                                         Attorneys for Plaintiffs
26                                       PATRICIA McNEARY-CALLOWAY, COLIN
27                                       MACKINNON, TERRIE MACKINNON, ANDREA
                                         NORTH and SHEILA M. MAYKO
28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

6  Dated: 5/3/12

Honorable Joseph C. Spero
United States District Magistrate Judge

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B), I, Zachary J. Alinder, attest under penalty of perjury that concurrence in the filing of the document has been obtained from all of the signatories.

Dated: May 2, 2012                    /s/ Zachary J. Alinder
                                                       Zachary J. Alinder