| | |
|---|---|
| **KESSLER TOPAZ MELTZER & CHECK, LLP**<br>Ramzi Abadou (SBN 222567)<br>One Sansome Street, Suite 1850<br>San Francisco, CA 94104<br>Telephone: (415) 400-3000<br>Facsimile: (415) 400-3001<br><br>- and -<br><br>Edward W. Ciolko (*pro hac vice*)<br>Terence S. Ziegler (*pro hac vice*)<br>Peter A. Muhic (*pro hac vice*)<br>Donna Siegel Moffa (*pro hac vice*)<br>Amanda Trask (*pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA 19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>*Interim Co-Class Counsel*<br>*[Additional counsel listed on signature page]* | **BINGHAM MCCUTCHEN LLP**<br>Peter Obstler (SBN 171623)<br>Zachary J. Alinder (SBN 209009)<br>Jee Young You (SBN 241658)<br>Three Embarcadero Center<br>San Francisco, CA 94111<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>*Counsel for Defendants* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| PATRICIA MCNEARY-CALLOWAY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A. and CHASE BANK USA, N.A.,<br><br>Defendants. | Case No.: 11-cv-03058-JCS<br><br>**JOINT STIPULATION PROVIDING THAT DOCUMENTS PRODUCED IN MEDIATION SHALL BE DEEMED PRODUCED IN THIS ACTION AND SUBJECT TO THE PROTECTIONS OF THE PARTIES' STIPULATED PROTECTIVE ORDER**<br><br>Hearing Date: N/A<br>Judge: Magistrate Judge Joseph C. Spero |

1

Case No.: 11-cv-03058-JCS
JOINT STIPULATION PROVIDING THAT DOCUMENTS PRODUCED IN MEDIATION
SHALL BE DEEMED PRODUCED IN THIS ACTION SUBJECT
TO THE PARTIES" STIPULATED PROTECTIVE ORDER

Plaintiff Patricia McNeary-Calloway ("Plaintiff") and Defendants JPMorgan Chase Bank, N.A. and Chase Bank USA, N.A. (collectively, "Defendants") respectfully submit the following Joint Stipulation Providing That the Documents Produced in Connection with the Mediation Commenced in or about June 2012 and Concluded in or about March 2013 Shall be Deemed Produced in this Action and Subject to the Parties' Stipulated Protective Order.

WHEREAS, following this Court's March 26, 2012 decision denying in part and granting in part Defendants' Motion to Dismiss (ECF No. 62), the Parties agreed to participate in mediation in order to explore resolving the action through settlement;

WHEREAS, upon stipulation of the Parties, the Court entered an Order on May 3, 2012 (ECF No. 65) staying this action during the mediation process (ECF No. 65);

WHEREAS, the Parties commenced the mediation process with the assistance of a JAMS mediator in or about June 2012;

WHEREAS, in addition to the Parties herein, the parties in the related action captioned *Leger et al. v. JPMorgan Chase et al.*, Case No. C 12-03632 JCS ("*Leger*") participated in the mediation along with Plaintiffs' counsel from similar cases against Chase Defendants around the country who agreed to work cooperatively under the leadership of Co-Lead Interim Class Counsel appointed by the Court in this action;

WHEREAS, the mediation proceeded over multiple full day in person mediation sessions between early July 2012 and mid-February 2013, as well as, through many follow up conversations with the mediator and amongst the parties *via* telephone and e-mail;

WHEREAS, the mediation process additionally involved the production of voluminous documents and exchange of information subject to a Stipulated Protective Order for Mediation Purposes Only entered by all participants in the mediation;

2

Case No.: 11-cv-03058-JCS
JOINT STIPULATION PROVIDING THAT DOCUMENTS PRODUCED IN MEDIATION
SHALL BE DEEMED PRODUCED IN THIS ACTION SUBJECT
TO THE PARTIES" STIPULATED PROTECTIVE ORDER

WHEREAS, despite the Parties' good faith efforts, substantial work and analysis and exchange of information, they were unable to agree upon terms for settlement and notified the Court of this and of the need to resume active litigation;

WHEREAS, on March 14, 2013, the Plaintiffs filed a Motion to Consolidate this action with the related *Leger* action (ECF No. 81) and sought leave to file a consolidated amended complaint encompassing the claims asserted in *Leger* and this action as well as including additional parties and their similar claims currently pending in certain specified actions pending in other jurisdictions;

WHEREAS, the Parties anticipate that discovery in this case will include personal financial information and corporate financial, proprietary, or commercially-sensitive information or data that is not known, or has not generally been made available, to the public and so, are in the process of finalizing a Stipulated Protective Order to be filed with this Court;

WHEREAS, in order to promote efficiency, avoid duplication and prevent waste, and to benefit from the significant exchange of information and analysis that occurred during the mediation process, the Parties desire to have the documents and information produced and exchanged in the course of the mediation deemed produced in discovery in this action, designated as "Confidential" subject to the terms of the Parties' Stipulated Protective Order and accessible for use in this action in accordance with the terms of their Stipulated Protective Order and the Rules of this Court once that order is filed with the Court;

**IT IS HEREBY STIPULATED AS FOLLOWS**:

1. Documents and information produced by the Parties as part of the aforementioned mediation, and subject to their Stipulated Protective Order for Mediation Purposes, shall be deemed produced for purposes of discovery in this action upon filing of a Stipulated Protective Order on this docket;

2. Documents and information produced by the Parties in mediation and deemed produced in discovery pursuant to this Stipulation shall be treated as if designated "Confidential" under the terms of

3

Case No.: 11-cv-03058-JCS
JOINT STIPULATION PROVIDING THAT DOCUMENTS PRODUCED IN MEDIATION
SHALL BE DEEMED PRODUCED IN THIS ACTION SUBJECT
TO THE PARTIES" STIPULATED PROTECTIVE ORDER

the Parties' Stipulated Protective Order and shall be accessible for use in this action in accordance with the terms of the Stipulated Protective Order and the Rules of this Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: April 11, 2013

/s/ *Edward W. Ciolko*
Edward W. Ciolko (*pro hac vice*)
Terence S. Ziegler (*pro hac vice*)
Peter A. Muhic (*pro hac vice*)
Donna Siegel Moffa (*pro hac vice*)
Amanda Trask (*pro hac vice*)
**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

- and -

Ramzi Abadou (SBN 222567)
One Sansome Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

Jeffery J. Angelovich (*pro hac vice*)
Michael B. Angelovich (*pro hac vice*)
Brad E. Seidel (*pro hac vice*)
**NIX PATTERSON & ROACH, LLP**
205 Linda Drive
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-4415

***Interim Co-Class Counsel***

4

Case No.: 11-cv-03058-JCS
JOINT STIPULATION PROVIDING THAT DOCUMENTS PRODUCED IN MEDIATION
SHALL BE DEEMED PRODUCED IN THIS ACTION SUBJECT
TO THE PARTIES" STIPULATED PROTECTIVE ORDER

Dated: April 11, 2013

**BINGHAM MCCUTCHEN LLP**

*/s/ Jee Young You (with consent)*
Peter Obstler (SBN 171623)
Zachary J. Alinder (SBN 209009)
Jee Young You (SBN 241658)
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

***Attorneys for Defendants***

Dated: 4/12/13

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

5

Case No.: 11-cv-03058-JCS
JOINT STIPULATION PROVIDING THAT DOCUMENTS PRODUCED IN MEDIATION
SHALL BE DEEMED PRODUCED IN THIS ACTION SUBJECT
TO THE PARTIES" STIPULATED PROTECTIVE ORDER