# EXHIBIT 26

RENEWAL

## American Security Insurance Company
A Stock Insurance Company

PO BOX 50355, ATLANTA, GA 30302

**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

POLICY NUMBER:
REDACTED

| AGENCY | | | |
|---|---|---|---|
| · Major | Sub | Minor | PMS · |
| 09742 | 0004 | 0000 | |

**ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)**

JAMES B CALLOWAY
PATRICIA A MCNEARY-CALL
3286 BLANDON RD
OAKLAND, CA 94605

**NAMED INSURED MORTGAGEE -Name and Address**

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA 30362

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD: ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE:08/26/2010   EXPIRATION DATE: 08/26/2011 | DWELLING | $551,139 | $4,233.00 |
| EFFECTIVE TIME:   12:01 A.M. | | | |
| DESCRIBED LOCATION (if different from mailing address above)<br>3286 BLANDON RD<br>OAKLAND, CA 94605 | | | |
| | | | · |
| The limit of liability for this structure is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home. | | | |
| THIS POLICY DOES NOT INCLUDE BUILDING CODE UPGRADE COVERAGE | ANNUAL PREMIUM AMOUNT | | $4,233.00 |
| | ANNUAL TOTAL CHARGED | | $4,233.00 |

Forms and endorsements which are made a part of this policy at time of issue:
MSP-RES-J (11-07),MSP-RES(8-88),CA-NOT-2(1-05),ECAF2520(5-02),MSP-RES-AMEND-END (12-06)
N8121(9-06),N9887 (10-09)

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

**Deductibles:**

With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious Mischief a $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

CLAIMS INFORMATION ONLY
1-800-326-2845

ALL OTHER INQUIRIES
1-877-530-8951

**IMPORTANT NOTICE: YOUR PROPERTY MAY NOT BE FULLY INSURED. The estimate used to place this insurance may be based on your mortgage balance or incomplete information. Immediately review the amount of insurance and exclusions. Your personal property and personal liability are NOT covered.**

Issue Date: 09/05/2010

# AMERICAN SECURITY INSURANCE COMPANY

P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

**READ YOUR POLICY CAREFULLY**

**Residential Policy**

**This policy only covers buildings and structures. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

# YOUR RESIDENTIAL DWELLING POLICY

## QUICK REFERENCE

## ADDITIONAL INSURED ENDORSEMENT

Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | | Beginning On Page |
|---|---|---|---|---|
| AGREEMENT | 1 | | Our Option | 6 |
| DEFINITIONS | 1 | | Reinstatement | 6 |
| COVERAGES | 1 | | Loss to a Pair or Set | 6 |
| PERILS INSURED AGAINST | 1 | | Glass Replacement | 6 |
| Other Coverages | 3 | | Loss Payment | 6 |
| Other Structures | 3 | | Appraisal | 6 |
| Debris Removal | 3 | | Our Rights of Recovery | 6 |
| Reasonable Repairs | 3 | | Suit Against Us | 7 |
| Property Removed | 4 | | Abandonment of Property | 7 |
| Collapse | 4 | | No Benefit to Bailee | 7 |
| CONDITIONS | 4 | | Cancellation | 7 |
| Policy Period | 4 | | Return of Premium | 7 |
| Other Insurance | 4 | | Liberalization Clause | 7 |
| Insurance Interests & Limits of Liability | 4 | | Waiver of Change of Policy Provisions | 7 |
| Concealment or Fraud | 5 | | Assignment | 7 |
| Your Duties After Loss | 5 | | | |
| Loss Settlement | 5 | | | |
| Salvage and Recoveries | 6 | | | |

MSP-RES-J 11-07                    2                    GJ1032-0110

**RESIDENTIAL PROPERTY
COVERAGE
MSP-RES (8-88)**

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named insured," (Mortgagee) and the "Additional insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1. Property Covered
   We cover:
   a. the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
   b. structures attached to the dwelling;
   c. materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
   d. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2. Property Not Covered
   a. Personal Property of any kind.
   b. Outdoor trees, shrubs, plants, and lawns.
   c. Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
   d. Cost of excavations, grading or filling.
   e. Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
   f. Pilings, piers, pipes, flues, and drains which are underground.
   g. Pilings which are below the low water mark.
   h. Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1. We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.

2. We do not insure for loss caused by:
   a. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1) fence; pavement, patio or swimming pool;
      (2) foundation, retaining wall or bulkhead; or
      (3) pier, wharf or dock;

b.  theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

c.  constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

d.  (1)  wear and tear, marring, deterioration;

   (2)  inherent vice, latent defect, mechanical breakdown;

   (3)  smog-rust, mold, wet or dry rot;

   (4)  smoke from agricultural smudging or industrial operations;

   (5)  release, discharge or dispersal of contaminants or pollutants;

   (6)  settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

   (7)  birds, vermin, rodents, insects, or domestic animals.

If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.  We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a.  Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

b.  Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

   (1)  fire; .

   (2)  explosion; or

   (3)  breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

c.  Water Damage, meaning:

   (1)  flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

   (2)  water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

   (3)  water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d.  Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

e. Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

f. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

   Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

   This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered. Intentional

h. Loss, meaning any loss arising out of any act committed

   (1) by you or at your direction; and

   (2) with the intent to cause a loss.

4. We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

   a. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

   c. Faulty, inadequate or defective:

      (1) planning, zoning, development, surveying, siting;

      (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

      (3) materials used in repair, construction, renovation or remodeling; or

      (4) maintenance;

      of part or all of any property whether on or off the described premises.

## OTHER COVERAGES

1. **Other Structures**

   Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

   We do not cover other structures:

   a. used in whole or in part for commercial, manufacturing or farming purposes; or

   b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

      The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2. **Debris Removal**

   We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3. **Reasonable Repairs**

   We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

4.  **Property Removed**

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5.  **Collapse**

We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

a.   Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

b.   Hidden decay,

c.   Hidden insect or vermin damage,

d.   Weight of contents, equipment, animals or people,

e.   Weight of rain which collects on a roof,

f.   Use of defective material or methods in construction, remodeling or renovation If the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion. Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

---

# CONDITIONS

1.  **Policy Period.** This Policy applies only to loss which occurs during the policy period.

2.  **Other Insurance.** If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3.  **Insurance Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a.   for an amount greater than the interest of the persons insured under this policy; or

.b.   for more than the limit of liability that applies, whichever is less.

If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the Named Insured's interest in the property at the time of loss.

The Named Insured's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

4.  **Concealment or Fraud.** We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5.  **Your Duties After Loss.** In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

    a.  give immediate notice to us or our agent;

    b.  protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

    c.  exhibit the damaged property as often as we reasonably require;

    d.  submit to signed statements and examinations under oath; and

    e.  submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

        (1) the time and cause of loss;

        (2) the interest of you and all others in the property involved and all encumbrances on the property;

        (3) other insurance which may cover the loss;

        (4) changes in title or occupancy of the property during the term of the policy; and

        (5) specifications of any damaged building and detailed estimates for repair of the damage.

6.  **Loss Settlement.** Covered property losses are settled as follows:

    A.  Buildings at replacement cost without deduction for depreciation, subject to the following:

        (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

            (a) the limit of liability under this policy applying to the building;

            (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or

            (c) the amount actually and necessarily spent to repair or replace the damaged building.

        If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

        You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

    B.  Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.

        (1) Structures that are not buildings.

        (2) Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

        We will not pay more than the smallest of:

        (1) the cost to repair or replace the damaged property with property of like kind and quality;

        (2) the actual cash value of the damaged property; or

        (3) the limits of liability of this policy applying to the property.

7. Salvage and Recoveries: When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option. If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set.  In case of loss to a pair or set, we may elect to:

   a. repair or replace any part to restore the pair or set to its value before the loss;
      or
   b. pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement.  Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. Loss Payment.  We will adjust all losses with the Named Insured.  Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us.  Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option.  No coverage will be available to any mortgagee other than that shown as the Named Insured on the Declarations page of this policy.

13. Appraisal.  If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal.  Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire.  The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss.  If they cannot agree, they will submit their differences to the umpire.  A written award by any two will determine the amount of loss.
Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation).  In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.

   When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.

    a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

    b. This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

    c. We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

    d. We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

SECRETARY                                                    PRESIDENT

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSURE

This disclosure is required by California law (Section 10102 of the Insurance Code). It describes the principal forms of insurance coverage in California for residential dwellings. It also identifies the form of dwelling coverage you have purchased or selected. A checkmark in the box in the "Dwelling Coverage Selected or Purchased" column below identifies the form of dwelling coverage you have purchased or selected.

This disclosure form contains only a general description of coverage and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and, if so, the amount payable. Regardless of which type of coverage you purchase, your policy may exclude or limit certain risks.

This disclosure form does not explain the types of contents coverage (furniture, clothing, etc.) provided by your policy. Some policies do not replace contents with new items, but instead, only pay for the current market value of an item. If you have any questions, contact your insurer or agent.

The cost to rebuild your home may be very different from the market value of your home since reconstruction is based on primarily on the cost of labor and materials. Many factors can affect the cost to rebuild your home, including the size of your home, the type of construction, and any unique features. Please review the following coverages carefully. If you have questions regarding the level of coverage in your policy, please contact your insurance agent or company. Additional coverage may be available for an additional premium.

READ YOUR POLICY CAREFULLY. If you do not understand any part of it or have questions about what it covers, contact your insurance agent or company. You may also call the California Department of Insurance consumer information line at (800) 927-HELP (4357).

| FORMS OF COVERAGE FOR DWELLINGS | Dwelling Coverage Selected Or Purchased |
|---|---|
| **GUARANTEED REPLACEMENT COST COVERAGE WITH FULL BUILDING CODE UPGRADE**<br>PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS, AND INCLUDES COSTS RESULTING FROM CODE CHANGES.<br><br>In the event of any covered loss to your home, the insurance company will pay the full amount needed to repair or replace the damaged or destroyed dwelling with like or equivalent construction regardless of policy limits. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover guaranteed replacement cost. The amount of recovery will be reduced by any deductible you have agreed to pay.<br><br>This coverage includes all additional costs of repairing or replacing your damaged or destroyed dwelling with any new building standards (such as building codes or zoning laws) required by government agencies and in effect at the time of rebuilding.<br><br>To be eligible to recover full guaranteed replacement costs with building code upgrade, you must insure the dwelling to its full replacement cost at the time the policy is issued with possible periodic increases in the amount of coverage to adjust for inflation and increases in building costs; you must permit an inspections of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount). | |
| **GUARANTEED REPLACEMENT COST COVERAGE WITH LIMITED OR NO BUILDING UPGRADE**<br><br>PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS BUT LIMITS OR EXCLUDES COSTS RESULTING FROM CODE CHANGES.<br><br>In the event of any covered loss to your home, the insurance company will pay the full amount needed to repair or replace the damaged or destroyed dwelling with like or equivalent construction regardless of policy limits. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover guaranteed replacement cost. The amount of recovery will be reduced by any deductible you have agreed to pay. | |

**GUARANTEED REPLACEMENT COST COVERAGE WITH LIMITED OR NO BUILDING UPGRADE**

PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS BUT LIMITS OR EXCLUDES COSTS RESULTING FROM CODE CHANGES. (continued)

This coverage does not include all additional costs of repairing or replacing your damaged or destroyed dwelling to comply with any new building standards (such as building codes or zoning laws) required by government agencies and in effect at the time of rebuilding. Consult your policy for applicable exclusions or limits with respect to these costs.

To be eligible for full guaranteed replacement cost with limited or no building code upgrade, you must insure the dwelling to its full replacement cost at the time the policy is issued, with possible periodic increases in the amount of coverage to adjust for inflation and increases in building costs; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount).

**EXTENDED REPLACEMENT COST COVERAGE**

PAYS REPLACEMENT COSTS UP TO A SPECIFIED AMOUNT ABOVE THE POLICY LIMIT.

In the event of any covered loss to your home, the insurance company will pay to repair or replace the damaged or destroyed dwelling with like or equivalent construction up to a specified percentage over the policy's limits of liability. See the Declarations Page of your policy for the limit that applies to your dwelling. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover extended replacement costs. The amount of recovery will be reduced by any deductible you have agreed to pay.

To be eligible to recover extended replacement coverage, you must insure the dwelling to its full replacement cost at the time the policy is issued with possible periodic increases in the amount of coverage to adjust for inflation; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount). Your policy will specify whether or not you must actually repair or replace the damaged or destroyed dwelling in order to recover extended replacement cost. Read your Declaration Page to determine whether your policy includes coverage for building code upgrades

**REPLACEMENT COST COVERAGE**

PAYS REPLACEMENT COSTS UP TO POLICY LIMITS.

In the event of any covered loss to your home, the insurance company will pay to repair or replace the damaged or destroyed dwelling with like or equivalent construction up to the policy's limit of liability. See the Declarations Page of your policy for the limit that applies to your dwelling. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover replacement costs. The amount of recovery will be reduced by any deductible you have agreed to pay. To be eligible to recover replacement cost, you must insure the dwelling to N/A percent of its replacement cost at the time of loss. Read your declaration page whether your policy includes coverage for building code upgrades

**X**

**ACTUAL CASH VALUE COVERAGE**

PAYS THE FAIR MARKET VALUE OF THE DWELLING AT THE TIME OF LOSS, UP TO POLICY LIMIT.

In the event of a covered loss to your home, the insurance company will pay either the depreciated fair market value of the damaged or destroyed dwelling at the time of the loss or the cost of replacing or repairing the damaged or destroyed dwelling with like or equivalent construction up to the policy limit. The amount of recovery will be reduced by any deductible you have agreed to pay. Read your Declaration Page to determine whether your policy includes coverage for building code upgrades.

**BUILDING CODE UPGRADE - ORDINANCE AND LAW COVERAGE**

PAYS UP TO LIMITS SPECIFIED IN YOUR POLICY. ADDITIONAL COSTS REQUIRED TO BRING THE DWELLING "UP TO CODE."

In the even of any covered loss, the insurance company will pay any additional costs, up to the stated limits, of repairing or replacing a damaged or destroyed dwelling to conform with any building standards such as building codes or zoning laws required by government agencies and in effect at the time of loss or rebuilding (see your policy).

Applicant / Insured Signature:                                      Date:

## MANDATORY ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES YOUR POLICY AND/OR CERTIFICATE. PLEASE READ IT CAREFULLY.**

It is understood and agreed that the following provisions are added:

### Requirements in case loss occurs

The insured shall give written notice to this company of any loss without unnecessary delay, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed; and within 60 days after the loss, unless the time is extended in writing by this company, the insured shall render to this company a proof of loss, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and, if required and obtainable, verified plans and specifications of any building, fixtures or machinery destroyed or damaged. The insured, as often as may be reasonably required and subject to the provisions of Section 2071.1, shall exhibit to any person designated by this company all that remains of any property herein described, and submit to examinations under oath by any person named by this company, and subscribe the same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this company or its representative, and shall permit extracts and copies thereof to be made.

The insurer shall inform the insured that tax returns are privileged against disclosure under applicable state law but may be necessary to process or determine the claim.

The insurer shall notify every claimant that they may obtain, upon request, copies of claim-related documents. For purposes of this section, "claim-related documents" means all documents that relate to the evaluation of damages, including, but not limited to, repair and replacement estimates and bids, appraisals, scopes of loss, drawings, plans, reports, third party findings on the amount of loss, covered damages, and cost of repairs, and all other valuation, measurement, and loss adjustment calculations of the amount of loss, covered damage, and cost of repairs. However, attorney work product and attorney-client privileged documents, and documents that indicate fraud by the insured or that contain medically privileged information, are excluded from the documents an insurer is required to provide pursuant to this section to a claimant. Within 15 calendar days after receiving a request from an insured for claim-related documents, the insurer shall provide the insured with copies of all claim-related documents, except those excluded by this section. Nothing in this section shall be construed to affect existing litigation discovery rights.

### Appraisal

In case the insured and this company shall fail to agree as to the actual cash value or the amount of loss, then, on the written request of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of the request. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon the umpire, then, on request of the insured or this company, the umpire shall be selected by a judge of a court of record in the state in which the property covered is located.

Appraisal proceedings are informal unless the insured and this company mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either the insured or this company but shall not be compelled.

**Adjusters**

If, within a six-month period, the company assigns a third or subsequent adjuster to be primarily responsible for a claim, the insurer, in a timely manner, shall provide the insured with a written status report. For purposes of this section, a written status report shall include a summary of any decisions or actions that are substantially related to the disposition of a claim, including, but not limited to, the amount of losses to structures or contents, the retention or consultation of design or construction professionals, the amount of coverage for losses to structures or contents and all items of dispute.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND/OR CERTIFICATE REMAIN UNCHANGED.**

Named Insured (Mortgagee)

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA 30362

AMERICAN SECURITY INSURANCE COMPANY
EARTHQUAKE COVERAGE REQUEST FORM

Date: 09/05/2010

REDACTED
3286 BLANDON RD
OAKLAND, CA 94605

Additional Insured (Borrower)

JAMES B CALLOWAY
PATRICIA A MCNEARY-CALL
3286 BLANDON RD
OAKLAND, CA 94605

Loan # REDACTED
Client #

YOUR HAZARD POLICY DOES NOT PROVIDE COVERAGE AGAINST THE PERIL OF EARTHQUAKE.

CALIFORNIA LAW REQUIRES THAT EARTHQUAKE COVERAGE BE OFFERED TO YOU AT YOUR OPTION.

WARNING:  THESE COVERAGES MAY DIFFER SUBSTANTIALLY FROM AND PROVIDE LESS PROTECTION THAN
THE COVERAGE PROVIDED BY YOUR HOMEOWNERS INSURANCE POLICY.  THERE ARE EXCLUSIONS AND
LIMITATIONS SUCH AS OUTBUILDINGS, SWIMMING POOLS, MASONRY FENCES, AND MASONRY CHIMNEYS.
THIS DISCLOSURE FORM CONTAINS ONLY A GENERAL DESCRIPTION OF COVERAGES AND IS NOT PART OF
YOUR EARTHQUAKE INSURANCE POLICY.  ONLY THE SPECIFIC PROVISIONS OF YOUR POLICY WILL
DETERMINE WHETHER A PARTICULAR LOSS IS COVERED AND, IF SO, THE AMOUNT PAYABLE.

The coverage, subject to policy provisions, may be purchased at additional cost on the following terms:

A.   Amount of dwelling coverage:  $551,139

B.   Applicable Deductible: $ __27,556__ . If your loss is below this amount, you may not receive any
     payment from your coverage.  Your insurance company or agent will provide written notice as to how
     the deductible applies to the market value of your coverage, the insured value of your coverage, or the
     replacement value of your coverage.

C.   Contents Coverage will be equal to 40% of the amount of insurance on the covered dwelling, subject to
     a maximum of $40,000. If your loss does not exceed the deductible for the dwelling, you will not receive
     any payment for this coverage. A separate deductible applies if you have purchased this coverage.

D.   Additional Living Expenses: $ __Inc.__

E.   The premium is: $22,046.00 , This premium is in addition to your hazard insurance premium.

YOU MUST ASK THE COMPANY TO ADD EARTHQUAKE COVERAGE WITHIN 30 DAYS FROM THE DATE OF
MAILING OF THIS NOTICE OR IT SHALL BE CONCLUSIVELY PRESUMED THAT YOU HAVE NOT ACCEPTED THIS
OFFER.

This coverage will be effective on the day all the requirements listed below are met:

1.   Receipt of your signed request form.

2.   Approved application.

3.   Approved physical inspection of your dwelling property.

4.   $22,046.00 __ in the form of cashier's check or money order is received by the company.

I request earthquake insurance coverage.  Please forward an earthquake application.

_____     _____
Signature of Additional Insured (Applicant)          Date

SEND ALL CORRESPONDENCE TO:     AMERICAN SECURITY INSURANCE COMPANY
                                260 INTERSTATE NORTH CIRCLE, SE
                                ATLANTA, GEORGIA 30339-2111

                                ATTN:  HAZARD UNDERWRITING MANAGER

GE791
MS0519

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# CALIFORNIA

# AMENDATORY ENDORSEMENT

**NOTICE – Definitions**

Throughout the policy and/or endorsements, the term spouse includes an individual registered under California law as a domestic partner with the "Additional Insured".

**Conditions 6. Loss Settlement, Paragraph A. is deleted and replaced with the following:**

**6. Loss Settlement.** Covered property losses are settled as follows:
   **A.** Buildings at replacement cost without deduction for depreciation, subject to the following:

   (1) We will pay the cost to repair or replacement without deduction for depreciation, but not exceeding the smallest of the following amounts:
      (a) the limit of liability under this policy applying to the building;
      (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or
      (c) the amount actually and necessarily spent to repair or replace the damaged building.

   If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until repair or replacement is completed.

   You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within:

      (a) 24 months after our payment for actual cash value if the loss or damage relates to a state of emergency under California law; or
      (b) 12 months after our payment for actual cash value in all other cases; for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

**Conditions 18. Cancellation is amended by adding the following Paragraph:**

**18. Cancellation**

   **e.** In the event of a total loss to the dwelling, we will not cancel while any structure at the described location is being rebuilt except for the reason stated in Paragraph a. of this Condition 18. Cancellation.

**Conditions 19. Return of Premium is deleted and replaced with the following:**

**19. Return of Premium.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata. If the return premium is not returned with the notice of cancellation or when this policy is returned to us, we will refund it within 25 days after we either, send the cancellation notice to you or, we receive your cancellation request. The return of premium is not a condition of the cancellation.

## California Residential Property Insurance Bill of Rights

### Introduction

This Bill of Rights is a summary of your rights provided in order to comply with California Insurance Code SEC. 3. Section 10103.5 (a) mandating that a California Residential Property Insurance Bill of Rights must accompany every California Residential Property Insurance Disclosure. If the insurer provides the Insured with an electronic copy of a policy, the bill of rights may also be transmitted electronically. The Bill of Rights outlines the insured's rights and responsibilities in relation to the policy. This Bill of Rights is a summary of your rights and does not become a part of your policy.

### Information

The largest single investment most consumers make is their home and related property. In order to best protect these assets, it is wise for consumers to understand the homeowner's insurance market. Consumers should consider the following:

- Read your policy carefully and understand the coverage and limits provided. Homeowner's insurance policies contain sub limits for various coverages such as personal property, debris removal, additional living expense, detached fences, garages, etc.

- Keep accurate records of renovations and improvements to the structure of your home, as it could affect your need to increase your coverage.

- Maintaining a list of all personal property, pictures, and video equipment may help in the case of a loss. The list should be stored away from your home.

- Comparison shop for insurance, as not all policies are the same and coverage and prices vary.

- Take time to determine the cost to rebuild or replace your property in today's market. You can seek an independent evaluation of this cost.

- You may select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

- An agent or insurance company may help you establish policy limits that are adequate to rebuild your home.

- Once the policy is in force, contact your agent or insurance company immediately if you believe your policy limits may be inadequate.

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:
- The California Residential Property Insurance Disclosure.
- An explanation of how your policy limits were established.
- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- An explanation for any cancellation or nonrenewal of your policy.
- A copy of your policy.
- The toll-free telephone number and Internet address for reporting complaints and concerns about homeowner's insurance issues to the department's consumer services unit.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- In the event of a claim, a copy of the Unfair Practices Act and a copy of the Fair Claims Practices Regulations.

**NOTE :** The insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting ISO at 1-800-888-4476 or at www. info.claimssearch.iso.com.

**NOTE:** The following information is provided by the California Department Of Insurance.

The information provided herein is not all-inclusive and does not negate or preempt existing California law. If you have any concerns or questions, the officers at our Consumer Hotline are there to help you. Please call them at 1-800-927-HELP (4357) or contact us at www.insurance.ca.gov.

## CONSUMER NOTICE

**IF YOU HAVE A QUESTION, PROBLEM OR COMPLAINT ABOUT YOUR INSURANCE, PLEASE CONTACT US AT:**

**AMERICAN SECURITY INSURANCE COMPANY**
**260 INTERSTATE N. CIRCLE, SE, ATLANTA, GA 30339-2111**
**TELEPHONE: 1-800-852-2244**

**IF WE DO NOT RESOLVE YOUR QUESTION, PROBLEM OR COMPLAINT TO YOUR SATISFACTION, YOU MAY THEN CONTACT THE:**

**CALIFORNIA INSURANCE DEPARTMENT**
**CONSUMER SERVICES BUREAU**
**300 SOUTH SPRING STREET**
**11TH FLOOR, SOUTH TOWER**
**LOS ANGELES, CA 90013**
**TELEPHONE: 1-800-927-4357**

# EXHIBIT 27

 FARMERS

Non-Assessable

## 2ND EDITION

## YOUR HOMEOWNERS POLICY
## CALIFORNIA

Farmers Insurance Group of Companies®
4680 Wilshire Boulevard, Los Angeles, California 90010

---

Dear Customer:

The member Companies and Exchanges of the Farmers Insurance Group of Companies would like to take this opportunity to say "Thank You" for your recent business.

Your needs for insurance protection are very important to us. We are committed to providing you with the best customer service at the lowest cost possible.

If you haven't already done so, please take a moment to review your policy to assure you understand the coverages. This is a very important document that you'll want to keep in a safe place.

If you have any questions regarding your policy or if you would like information about other coverages, feel free to contact me.

Again, thank you for choosing us for your insurance protection. We look forward to serving you.

Sincerely,

*Vernon Williams*

Your Farmers® Agent

(408) 931-6582

http://www.farmersinsurance.com

---

6-98

L1008101



202/6/2011

PATRICIA MCNEARYCALLOWAY
3286 BLANDON RD
OAKLAND CA  94605-4113

Vernon Williams
4675 STEVENS CRK #245
SANTA CLARA CA 95051 -

0034Ξ3FΝΛΗ5

FARMERS.



REGARDING YOUR POLICY NUMBER: REDACTED

NOT AN ADVERTISEMENT - PLEASE READ CAREFULLY

---

**THANK YOU FOR INSURING YOUR HOME WITH FARMERS.® THE FOLLOWING PAGES CONTAIN INFORMATION WE HAVE ABOUT YOUR HOME. PLEASE REVIEW THIS INFORMATION CAREFULLY.**

---

**Your policy provides $203 per square foot to rebuild your home. This figure does not reflect any additional amounts added by coverage extensions or endorsement to your policy. Please consider whether this is adequate coverage to rebuild your home.**

Although your policy has issued, we wanted you to make sure that the amount of coverage you chose for your home is adequate to rebuild your home. We are bringing this to your attention because according to a leading provider of building replacement cost estimates, as many as 66% of homes are underinsured.

When you applied for your insurance, Farmers ® used an estimating program to calculate a reconstruction cost estimate for your home. You may have chosen to insure your home for the amount of that estimate, or you may have chosen to insure your home for a different amount. Regardless of how you chose the amount of insurance for your home, we ask that you review the characteristics of your home that were used to calculate the estimate and let us know if any information is inaccurate or incomplete or if there is anything unique about your home that would affect the reconstruction cost. Please keep in mind that the estimate is just that - an estimate. It is not a guarantee. Your policy <u>does not</u> provide **Guaranteed Replacement Cost** coverage.

Here are some things to consider when you determine how much coverage you need for your home:

* Is the square footage accurate?

* Has your kitchen, bathroom or any other part of your home been remodeled or added to?

* Have special features like French doors, granite counter tops, crown molding, wood floors or other luxury features been considered?

The main thing to consider is that reconstruction cost is the amount it would cost to rebuild your home. It is not the same as the market value or what you paid for your home.

While I can provide guidance as to the coverage options available, it is ultimately your responsibility to make sure you have purchased sufficient coverage to rebuild your home and replace your personal property. I cannot choose your coverage amounts for you.

As a Farmers customer you can contact my office at any time to set up a free Farmers Friendly Review® of your policies. As always, I am available to answer any questions you may have regarding your policy. Please give me a call at 408-931-6582.

Sincerely,

Vernon Williams

25-4690  6-09                              *(Continued Next Page)*                              A4690101

FARMERS

**FARMERS NEXT GENERATION HOMEOWNERS POLICY**

MID-CENTURY INSURANCE COMPANY, LOS ANGELES, CALIFORNIA.

A Stock Company

## DECLARATIONS
### HOMEOWNERS
**Replaces all prior Declarations, if any**

**TRANSACTION TYPE:** NEW BUSINESS
The Policy Period is effective as shown below and after the time for which applied.

BILLING NO: REDACTED

| POLICY NUMBER | POLICY PERIOD | | STANDARD TIME | POLICY EDITION |
|---|---|---|---|---|
| | FROM: | TO: | | |
| REDACTED | 09-01-2010 | 09-01-2011 | 12:01 A.M. | 02 |

ISSUING OFFICE:
23175 NW Bennett St.
Hillsboro, OR 97124

This policy will continue for successive policy periods, if: (1) we elect to continue this insurance, and (2) if you pay the renewal premium for each successive policy period as required by our rates, rules, forms and premium plans then in effect.

**NAMED INSURED AND MAILING ADDRESS:**
PATRICIA MCNEARYCALLOWAY

3286 BLANDON RD
OAKLAND CA  94605-4113

**LOCATION OR DESCRIPTION OF RESIDENCE PREMISES:**
(Same as mailing address unless otherwise stated.)

**COVERAGES** - We insure you for the coverages and limits indicated as covered by a specific limit or other notation. Those Section I - Extensions of Coverage and Section II - Liability Extensions of Coverage that are not shown below apply as described in the policy.

| SECTION I - PROPERTY | | | | SECTION II - LIABILITY | |
|---|---|---|---|---|---|
| A - DWELLING | B - SEPARATE STRUCTURES | C - PERSONAL PROPERTY | D - LOSS OF USE | E - PERSONAL LIABILITY Each Occurrence | F - MEDICAL PAYMENTS TO OTHERS Each Person |
| $341,000 | $34,100 | $255,750 | $136,400 | $300,000 | $1,000 |

| SECTION I - EXTENSIONS OF COVERAGE | | | | SECTION II - LIABILITY EXTENSIONS OF COVERAGE | | ANNUAL PREMIUM |
|---|---|---|---|---|---|---|
| EXTENDED REPLACEMENT COST - COVERAGE A | CONTENTS REPLACEMENT COST - COVERAGE C | BUILDING ORDINANCE OR LAW | IDENTITY FRAUD COVERAGE | PERSONAL INJURY | LOSS ASSESSMENT | |
| $85,250 | COVERED | 10% | $30,000 | NOT COVERED | NOT COVERED | 1,103.70 |

**ENDORSEMENTS**

| ENDORSEMENT NUMBER | EDITION NUMBER | DESCRIPTION |
|---|---|---|
| CA045 | 1ED | NGHO - ENDORSEMENT AMENDING SECTION I PROPERTY CONDITIONS |
| 258531 | 1104 | CALIFORNIA NOTICE OF INFORMATION PRACTICES |
| 438BFU | 542 | LENDER'S LOSS PAYABLE ENDORSEMENT |

**DISCOUNTS**

50 PLUS, NON SMOKER, AND EXPERIENCE RATING PLAN DISCOUNTS HAVE BEEN APPLIED TO YOUR POLICY.

**DEDUCTIBLES**

Deductible applicable to each covered loss:

$2,000

**POLICY ACTIVITY** Do not pay - invoice sent separately

| $ | |
|---|---|
| 1,103.70 | Previous Balance |
| | Premium |
| 25.00 | Fees |
| | Payments or Credits |
| $ NONE | Total |
| INSURED PAYS | |

ANY "TOTAL" BALANCE OR CREDIT $7.00 OR LESS WILL BE APPLIED TO YOUR NEXT BILLING. BALANCES OVER $7.00 ARE DUE UPON RECEIPT.

Countersignature

This Declarations page is part of your policy. It supersedes and controls anything to the contrary. It is otherwise subject to all other terms of the policy.

**AGENT:**  Vernon Williams

Authorized Representative

**AGENT PHONE:** (408) 931-6582    **AGENT NUMBER:** 96 12 31W

56-5479  3RD EDITION 4-10    94399-07-96    *(Continued on the Reverse Side)*    10-13-2010    C5479311

**FARMERS**

Additional Premises Section II – Liability Coverage. Purpose of use is residential, unless stated otherwise.

## MESSAGES

THE LIMIT OF LIABILITY FOR THIS STRUCTURE (COVERAGE A) IS BASED ON AN ESTIMATE OF THE
COST TO REBUILD YOUR HOME, INCLUDING AN APPROXIMATE COST FOR LABOR AND MATERIALS
IN YOUR AREA, AND SPECIFIC INFORMATION THAT YOU HAVE PROVIDED ABOUT YOUR HOME.

ASK YOUR FARMERS AGENT ABOUT MORTGAGE PROTECTION.

INSURED PAYS PREMIUM.
THIS POLICY INCLUDES BUILDING ORDINANCE COVERAGE.
IN THE EVENT OF A LOSS, AT ANY TIME, CALL US AT 1-800-HELPPOINT (1-800-435-7764)

**MORTGAGEE OR OTHER INTEREST:**

LOAN NUMBER    REDACTED
CHASE HOME FINANCE LLC
ISAOA
PO BOX 47020
DORAVILLE, GA
30362-0020

**MORTGAGEE'S BILLING ADDRESS:**

CHASE HOME FINANCE

PO BOX 47020
DORAVILLE, GA
30362-0020

**ADDITIONAL MORTGAGEE OR OTHER INTEREST(S):**

MORTGAGEE DEDUCTIBLE CLAUSE

THE FOLLOWING PROVISION APPLIES ONLY IF A MORTGAGEE IS
NAMED IN THE POLICY:
FOR ANY LOSS IN WHICH ONLY THE MORTGAGEE'S INTEREST IS
ADJUSTED AND SETTLED, NOT INCLUDING ANY INTEREST YOU
MAY HAVE IN THE PROPERTY OR LOSS, THE APPLICABLE
DEDUCTIBLE WILL BE THE SMALLEST OF THE FOLLOWING
AMOUNTS:
1. THE DEDUCTIBLE STATED IN THE DECLARATIONS OR
RENEWAL NOTICE, OR
2. $1,000.
THE POLICY DEDUCTIBLE STATED IN THE DECLARATIONS OR
RENEWAL NOTICE WILL APPLY TO SETTLEMENT OF ANY INTEREST
YOU MAY HAVE IN THE PROPERTY OR LOSS.

C547931I

**CHASE HOME FINANCE LLC**
**INSURANCE CENTER**
**P.O. BOX 47020**
**DORAVILLE, GA  30362**

**JAMES B CALLOWAY**
**PATRICIA A MCNEARY-CALL**
**3286 BLANDON RD**
**OAKLAND, CA  94605**

Re:   REDACTED



0200

# EXHIBIT 28



**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA  30362
Insurance Processing Center

October 22, 2010

JAMES B CALLOWAY
PATRICIA A MCNEARY-CALL
3286 BLANDON RD
OAKLAND, CA  94605

Subject:   Loan Number:   **REDACTED**            Property Address:
           Policy Number:                          3286 BLANDON RD
                                                    OAKLAND, CA  94605

Dear JAMES B CALLOWAY:

The coverage Chase ordered on your behalf to cover your property has been cancelled effective 09/01/2010. However, our records indicate that there was a lapse in coverage. The premium for this lapse period is $68.00, and this amount has been billed to your loan.

The terms of your loan documents require that insurance coverage be maintained at all times on your property. Due to the lapse in coverage, an escrow/impound account is required, as provided in the Security Instrument to recover the premium for the lapse period and for payment of future renewals of your policy.

Within approximately the next 30 days, you will receive a letter showing how your new monthly escrow payment is calculated. This amount will be itemized on your monthly billing statement.

If you have additional proof of insurance coverage during the lapse period, please fax it to us at 1-678-475-8799 or mail it to us at:

> CHASE HOME FINANCE LLC
> ITS SUCCESSORS AND/OR ASSIGNS
> PO BOX 47020
> DORAVILLE, GA  30362

If you have any questions regarding Chase's insurance requirements, please contact us at our Insurance Center 1-877-530-8951. Our friendly customer care professionals are available to assist you 8:00 a.m. to 9:00 p.m., Monday through Friday, Eastern Time, except for major holidays. Account information also is available online at **www.Chase.com**.

Sincerely,

Insurance Processing Center

**IMPORTANT BANKRUPTCY INFORMATION**
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

2102CSP-0810

# EXHIBIT 29



# Interinsurance Exchange of the Automobile Club

## Members' Preferred Homeowners Policy Coverages and Limits
### Renewal Declarations - Form 3

We are pleased to offer you a renewal for your homeowners insurance policy. To renew your policy, send at least the minimum payment on or before the due date. Insurance is in effect only for the coverages and limits of liability shown on this declaration page and as set forth in the insurance policy and endorsements. These declarations, together with the contract and the endorsements in effect, complete your policy.

| YOUR NAME AND MAILING ADDRESS | |
|---|---|
| MAC KINNON, COLIN F AND TERRIE J<br>9139 OVIEDO ST<br>SAN DIEGO CA 92129 | **HOMEOWNERS POLICY NUMBER**<br>REDACTED<br><br>**POLICY PERIOD (PACIFIC STANDARD TIME)**<br><br>**THIS POLICY IS EFFECTIVE**<br>FROM: 07-20-2005    12:01 A.M.<br>TO: 07-20-2006    12:01 A.M. |

**LOCATION OF RESIDENCE PREMISES**

### PREMIUM SUMMARY

| | | Additional Coverages | | | | | |
|---|---|---|---|---|---|---|---|
| Basic<br>Coverages<br>$910 | Less<br>Discounts<br>- $510 + | Liability<br>+ | Medical<br>Payments<br>+ | Residence<br>Employees<br>+ | Endorsements<br>$40 + | CIGA<br>Assessment<br>= | TOTAL<br>PREMIUM<br>$440 |

### PREMIUM DISCOUNTS APPLIED TO YOUR POLICY

| Multi Policy | Senior | Roof Type | Fire Alarm | Deadbolt | Loyalty 9 yrs | Single Story |
|---|---|---|---|---|---|---|

**COVERAGES AND LIMITS OF LIABILITY** - Coverages are subject to all conditions of this policy.

### Part I Property Coverages

| Description | | Deductible* | Limits |
|---|---|---|---|
| Dwelling | Coverage A** | Yes | $ 232,000 |
| Other Structures | Coverage B** | Yes | $  23,200 |
| Unscheduled Personal Property | Coverage C | Yes | $ 174,000 |
| Loss of Use | Other Coverages 1. (20% of the amount of Coverage A) | No | |
| Building Code Upgrade | Other Coverages 5. (10% of the amount of Coverage A) | Yes | |

The limit of liability for this structure Coverage A is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home.
*A deductible of $500 will apply as indicated per occurrence.
Part 1 limits may have been adjusted to reflect an updated replacement cost.
**Coverage A and Coverage B - Guaranteed Replacement Cost Included.

### Part II Liability Coverages

| Description | | Limits |
|---|---|---|
| Personal Liability | Coverage D (Bodily Injury and Property Damage) - Each Occurrence<br>(Personal Injury) in the Aggregate | $ 100,000 |
| Medical Payments to Others | Coverage E - Each Person | $   1,000 |

### Part IV Workers' Compensation and Employers' Liability Coverages

| Description | |
|---|---|
| Workers' Compensation | Coverage F - Statutory |
| Employers' Liability | Coverage G (per Conditions Part IV Provision 3) |
| Residence Employees - Outservant(s) 00   / Inservant(s) 00 | |

### THIS POLICY DOES NOT PROVIDE COVERAGE AGAINST THE PERIL OF EARTHQUAKE

# Interinsurance Exchange of the Automobile Club

## Members' Preferred Homeowners Policy Coverages and Limits
### Renewal Declarations – Form 3 (Continued)

| | | |
|---|---|---|
| HOMEOWNERS POLICY NUMBER | REDACTED | POLICY EFFECTIVE FROM: 07-20-2005 TO: 07-20-2006 |

**ENDORSEMENTS IN EFFECT**

| Endorsement Number | Description | Premium |
|---|---|---|
| HO-216 | ALARM OR FIRE PROTECTION SYSTEM | |
| HO-290 | PERSONAL PROPERTY REPLACEMENT COST | $    40 |
| 438BFU | LENDER'S LOSS PAYABLE ENDORSEMENT | |
| HO-2283 | AMENDATORY ENDORSEMENT HO-3 | |

*Any loss under Part I - PROPERTY COVERAGES - is payable as interest may appear to you and the following listed:*

MORTGAGEE    LOAN # REDACTED
RBC MORTGAGE COMPANY, ITS SUCCESSORS AND
OR ASSIGNS A T I M A
MORTGAGE LOAN DEPARTMENT
P O BOS 700
ROCKY MOUNT NC 27802

CAH4200GB
E200412

**For Questions or Changes Call
1-877-422-2100**

1st Ed. 12-03

# EXHIBIT 30


**CHASE**
**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA  30362
Insurance Processing Center

November 5, 2010

COLIN F MACKINNON
TERRIE J MACKINNON
9139 OVIEDO ST
SAN DIEGO, CA  92129

## NOTICE OF PLACEMENT OF HAZARD INSURANCE
## PLEASE READ CAREFULLY

SUBJECT:  **Important** Missing Insurance Information
Loan Number:   REDACTED
Property Location: 9139 OVIEDO ST
SAN DIEGO, CA  92129

Dear COLIN F MACKINNON:

We previously sent you letters advising that we had no evidence that your property was insured. We emphasized the need for you to furnish us with proof of continuous hazard insurance coverage. To date we have not received a response to our request and, as a result, we have purchased a limited hazard insurance policy at your expense. Enclosed is the insurance policy showing the coverage and premium amounts. The terms of your mortgage or deed of trust permit us to purchase coverage in these circumstances. We have charged your escrow account the premium due for the insurance we obtained. If you did not have an escrow account, we established one for you. In either case, your monthly payment amount will increase.

As we indicated in previous letters to you:

- **The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own.** The higher cost is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property. The premium for the insurance coverage is $1,782.00. You can determine the difference in the cost by comparing this amount to the cost an insurance agent or an insurance company will charge for an insurance policy.

- **The hazard insurance we obtained is primarily for the benefit of the person or company who presently owns your mortgage loan.** If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because the person or company that owns your loan will be paid first.

- **The hazard insurance we obtained will cover <u>only</u> the structure of your home (i.e., the walls, floors, roof and anything permanently attached).**
  - It will <u>not</u> cover your furniture or any of your other personal belongings.
  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will <u>not</u> cover any liability to you personally for someone who is injured while on your property.

2102H3-0810

- The hazard insurance we obtained is limited and will not cover any amounts you feel your home is worth in excess of the last amount of dwelling coverage that you obtained and we entered on our records. If we do not know the last amount of insurance coverage you had, we will purchase coverage in the amount of the unpaid principal balance of your loan on the date we requested the insurance coverage to begin. If you believe that the amount of coverage shown in the enclosed policy exceeds the value of the home, please call our Insurance Center at 1-877-530-8951.

When Chase purchases insurance for you, an affiliate of Chase may benefit. This benefit may occur because the insurance company will transfer some or all of the risk under the policy to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

You may still obtain your own insurance coverage and we strongly recommend that you do so. This will allow you to choose a policy that meets your needs from a company that you select. Your choice of an insurance company or agent will not affect our credit decisions in any way. If you purchase your own insurance, please send evidence of coverage immediately to the address below or you may fax a copy of your policy to 1-678-475-8799. Your policy must show the standard mortgagee clause listed below and your loan number. The standard mortgagee clause reads exactly as:

> CHASE HOME FINANCE LLC
> ITS SUCCESSORS AND/OR ASSIGNS
> PO BOX 47020
> DORAVILLE, GA  30362

Once you obtain your own insurance, we will cancel the limited insurance we obtained and replace it with yours. We will charge you for the coverage we obtained only for the time the coverage was in effect. If you are due a refund, your escrow account will be credited.

If you or your insurance agent have any questions about your obligation to provide evidence of insurance or any information in this letter, please call the Insurance Processing Center at 1-877-530-8951.

Sincerely,

Insurance Processing Center

**Important Bankruptcy Information**
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

2102H3-0810

# EXHIBIT 31

Chase Insurance Processing Center
P.O. Box 47020
Doraville, GA 30362



March 07, 2011

00076-01 IF1A 067-000000000000
Colin F. MacKinnon
Terrie J. MacKinnon
9139 Oviedo Street
San Diego, CA 92129



Re:  Loan Number ******0501

**Response to Inquiry**

Dear Colin F. MacKinnon and Terrie J. MacKinnon:

I am writing in response to your correspondence that we received on March 1, 2011, about your homeowner's insurance information.  We also called and left you a voicemail message on March 4, 2011, regarding this issue.  We are unable to comply with your request to send a response to your correspondence via email.

According to the terms in Section Five of your Deed of Trust, you are required to keep the improvements now existing or hereafter erected on your property insured against any loss or hazards for which your lender requires insurance.  This insurance shall be maintained in the amounts that the lender requires.

Section Five also states that if the borrower fails to maintain any of the coverage that the lender requires, the lender may obtain insurance coverage on your behalf and at your expense.

Our records showed that your homeowner's insurance coverage with Interinsurance Exchange Insurance Company (AAA) expired on July 20, 2010.  Based on this information, we sent you a letter dated August 6, 2010, requesting evidence of homeowner's insurance coverage for your property for the period beginning July 20, 2010.

On August 17, 2010, Interinsurance Exchange advised us that your homeowner's insurance coverage cancelled on July 20, 2008.  Based on this information, we sent you letters dated August 21, 2010, and September 22, 2010, requesting evidence of homeowner's insurance coverage for your property for the period beginning August 18, 2009.

We purchased a homeowner's insurance policy on your behalf for the period of August 18, 2009 to August 18, 2010.  On October 27, 2010, we charged a premium of $1,782.00 to your account for this period.

We also purchased a homeowner's insurance policy on your behalf for the period of August 18, 2010 to August 18, 2011.  On October 30, 2010, we charged a premium of $1,782.00 to your account for this period.

Your agent advised us that Interinsurance Exchange provides your homeowner's insurance coverage for your property for the period of December 10, 2010 to December 10, 2011. Based on this information, we will cancel the homeowner's insurance policy that we purchased on your behalf for the period of December 10, 2010 to August 18, 2011. We will deposit the appropriate refund into your account.

Our records now show that a lapse in your homeowner's insurance coverage for your property remains for the periods of July 20, 2008 to July 20, 2009, and July 20, 2009 to August 18, 2009. However, we did not purchase a homeowner's insurance policy on your behalf for these periods.

Our records also show that a lapse in homeowner's insurance coverage remains for the periods of August 18, 2009 to August 18, 2010, and August 18, 2010 to December 10, 2010.

If you had coverage during these periods, please ask your agent to send evidence of insurance to the Chase address stated on the letterhead. They may also fax the information to our Insurance Processing Center at (678) 475-8799. We will cancel the remaining portion of the homeowner's insurance policy that we purchased on your behalf and deposit the appropriate refund into your account, once we receive the information.

Please ask your agent to send evidence of insurance annually to the Chase address stated on the letterhead. They may also fax the information to our Insurance Processing Center.

We forwarded your correspondence to the appropriate department to respond to your escrow account related issue. You will receive confirmation from that department in a separate mailing as soon as the issue is resolved.

We apologize that we did not meet your expectations. Chase's goal is to provide the highest level of quality service. If you have further questions, please contact our Insurance Processing Center at 1-877-530-8951.

Sincerely,
Chase Insurance Processing Center
www.chase.com

HA093

| | AGENCY | | |
|---|---|---|---|
| Major | Sub | Minor | PMS |
| 09746 | 0004 | 0000 | |

**American Security Insurance Company**
A Stock Insurance Company
PO BOX 50355, ATLANTA, GA 30302
RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

POLICY NUMBER:
**REDACTED**

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)

COLIN F MACKINNON
TERRIE J MACKINNON
9139 OVIEDO ST
SAN DIEGO, CA 92129

NAMED INSURED MORTGAGEE -Name and Address

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA 30362

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD: ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE:08/18/2009    EXPIRATION DATE: 08/18/2010 | DWELLING | $232,000 | $1,782.00 |
| EFFECTIVE TIME:            12:01 A.M. | | | |
| DESCRIBED LOCATION (if different from mailing address above) 9139 OVIEDO ST SAN DIEGO, CA 92129 | | | |
| | | | |
| The limit of liability for this structure is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home. | | | |
| | | | |
| THIS POLICY DOES NOT INCLUDE BUILDING CODE UPGRADE COVERAGE | ANNUAL PREMIUM AMOUNT | | $1,782.00 |
| | ANNUAL TOTAL CHARGED | | $1,782.00 |
| Forms and endorsements which are made a part of this policy at time of issue: MSP-RES-J (11-07),MSP-RES(8-88),CA-NOT-2(1-05),ECAF2520(5-02),MSP-RES-AMEND-END (12-06) N8121(9-06),N9887 (10-09) | | | |

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.   The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.   The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.   Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles:

With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious Mischief a $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

CLAIMS INFORMATION ONLY
1-800-326-2845

ALL OTHER INQUIRIES
1-877-530-8951

**IMPORTANT NOTICE: YOUR PROPERTY MAY NOT BE FULLY INSURED. The estimate used to place this insurance may be based on your mortgage balance or incomplete information. Immediately review the amount of insurance and exclusions. Your personal property and personal liability are NOT covered.**

Issue Date: 11/05/2010

**CHASE HOME FINANCE LLC**
**INSURANCE CENTER**
**P.O. BOX 47020**
**DORAVILLE, GA  30362**

**COLIN F MACKINNON**
**TERRIE J MACKINNON**
**9139 OVIEDO ST**
**SAN DIEGO, CA  92129**

**Re:** .REDACTED



1200

# AMERICAN SECURITY INSURANCE COMPANY

### P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

**READ YOUR POLICY CAREFULLY**

**Residential Policy**

**This policy only covers buildings and structures. Please read your policy and all endorsements carefully.**

**THIS POLICY JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.**

# YOUR RESIDENTIAL DWELLING POLICY

## QUICK REFERENCE

## ADDITIONAL INSURED ENDORSEMENT

Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page |
|---|---|
| AGREEMENT | 1 |
| DEFINITIONS | 1 |
| COVERAGES | 1 |
| PERILS INSURED AGAINST | 1 |
| Other Coverages | 3 |
| Other Structures | 3 |
| Debris Removal | 3 |
| Reasonable Repairs | 3 |
| Property Removed | 4 |
| Collapse | 4 |
| CONDITIONS | 4 |
| Policy Period | 4 |
| Other Insurance | 4 |
| Insurance Interests & Limits of Liability | 4 |
| Concealment or Fraud | 5 |
| Your Duties After Loss | 5 |
| Loss Settlement | 5 |
| Salvage and Recoveries | 6 |

| | Beginning On Page |
|---|---|
| Our Option | 6 |
| Reinstatement | 6 |
| Loss to a Pair or Set | 6 |
| Glass Replacement | 6 |
| Loss Payment | 6 |
| Appraisal | 6 |
| Our Rights of Recovery | 6 |
| Suit Against Us | 7 |
| Abandonment of Property | 7 |
| No Benefit to Bailee | 7 |
| Cancellation | 7 |
| Return of Premium | 7 |
| Liberalization Clause | 7 |
| Waiver of Change of Policy Provisions | 7 |
| Assignment | 7 |

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES (8-88)

# AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

# DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

# COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.  Property Covered
    We cover:
    a.  the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
    b.  structures attached to the dwelling;
    c.  materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
    d.  if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.  Property Not Covered
    a.  Personal Property of any kind.
    b.  Outdoor trees, shrubs, plants, and lawns.
    c.  Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
    d.  Cost of excavations, grading or filling.
    e.  Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
    f.  Pilings, piers, pipes, flues, and drains which are underground.
    g.  Pilings which are below the low water mark.
    h.  Land (including land on which the property is located).

# PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.  We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.

2.  We do not insure for loss caused by:
    a.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1) fence; pavement, patio or swimming pool;
        (2) foundation, retaining wall or bulkhead; or
        (3) pier, wharf or dock;

b.   theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

c.   constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

d.   (1)  wear and tear, marring, deterioration;

      (2)  inherent vice, latent defect, mechanical breakdown;

      (3)  smog-rust, mold, wet or dry rot;

      (4)  smoke from agricultural smudging or industrial operations;

      (5)  release, discharge or dispersal of contaminants or pollutants;

      (6)  settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

      (7)  birds, vermin, rodents, insects, or domestic animals.

      If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.   We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a.   Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

b.   Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

      (1)  fire;

      (2)  explosion; or

      (3)  breakage of glass or safety glazing material which is part of a building, storm door or storm window;

      ensues and then we will pay only for the ensuing loss.

      This exclusion does not apply to loss by theft.

      One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

c.   Water Damage, meaning:

      (1)  flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

      (2)  water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

      (3)  water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

      Direct loss by fire, explosion or theft resulting from water damage is covered.

d.   Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

e. Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

f. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.  Intentional

h. Loss, meaning any loss arising out of any act committed

(1) by you or at your direction; and

(2) with the intent to cause a loss.

4. We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

a. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

c. Faulty, inadequate or defective:

(1) planning, zoning, development, surveying, siting;

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) materials used in repair, construction, renovation or remodeling; or

(4) maintenance;

of part or all of any property whether on or off the described premises.

# OTHER COVERAGES

1. Other Structures

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

We do not cover other structures:

a. used in whole or in part for commercial, manufacturing or farming purposes; or

b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2. Debris Removal

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3. Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

4.   Property Removed
     Covered property while being removed from a premises endangered by a Peril Insured
     Against and for not more than 30 days while removed, is covered for direct loss from any
     cause.  This coverage does not change the limit of liability that applies to the property being
     removed.

5.   Collapse
     We insure for risk of direct physical loss to Property Covered involving collapse of a building
     or any part of a building caused only by one or more of the following:

     a.   Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles,
          smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material,
          burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of
          water or steam from within a plumbing, heating or air conditioning system or from within
          a household appliance, sudden and accidental tearing apart, cracking, burning or
          bulging of a steam or hot water heating system, an air conditioning system or an
          appliance for heating water, freezing of plumbing, heating or air conditioning system or
          of a household appliance.

     b.   Hidden decay,

     c.   Hidden insect or vermin damage,

     d.   Weight of contents, equipment, animals or people,

     e.   Weight of rain which collects on a roof,

     f.   Use of defective material or methods in construction, remodeling or renovation if the
          collapse occurs during the course of the construction, remodeling, or renovation.

     Collapse does not include settling, cracking, shrinking, bulging or expansion. Collapse does
     not apply to loss to the following unless damage is caused directly by collapse of a building:

          Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains,
          cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or
          docks.

     Coverage for collapse is included in the limit of liability applying to the damaged Covered
     Property.

# CONDITIONS

1.   Policy Period.  This Policy applies only to loss which occurs during the policy period.

2.   Other Insurance.  If there is any other valid or collectible insurance which would attach if the
     insurance under this policy had not been effected, this insurance shall apply only as excess
     and in no event as contributing insurance and then only after all other insurance has been
     exhausted.

3.   Insurance Interest and Limit of Liability.  Even if more than one person has an insurable
     interest in the property covered, we shall not be liable:

     a.   for an amount greater than the interest of the persons insured under this policy; or

     b.   for more than the limit of liability that applies, whichever is less.

     If the Described Property is vacant and the mortgage on the property has been declared in
     default by the mortgagee at the time of a loss, we shall be liable for no more than the Named
     Insured's interest in the property at the time of loss.

     The Named Insured's interest is represented by the mortgagor's unpaid balance, less
     unearned interest and finance charges, less unearned insurance premiums, less collection
     and foreclosure expenses, and less late charges and penalties added to the mortgagor's
     unpaid balance after the inception date of this policy.

4. Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5. Your Duties After Loss. In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

   a. give immediate notice to us or our agent;

   b. protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

   c. exhibit the damaged property as often as we reasonably require;

   d. submit to signed statements and examinations under oath; and

   e. submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

      (1) the time and cause of loss;

      (2) the interest of you and all others in the property involved and all encumbrances on the property;

      (3) other insurance which may cover the loss;

      (4) changes in title or occupancy of the property during the term of the policy; and

      (5) specifications of any damaged building and detailed estimates for repair of the damage.

6. Loss Settlement. Covered property losses are settled as follows:

   A. Buildings at replacement cost without deduction for depreciation, subject to the following:

      (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

         (a) the limit of liability under this policy applying to the building;

         (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or

         (c) the amount actually and necessarily spent to repair or replace the damaged building.

      If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

      You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

   B. Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.

      (1) Structures that are not buildings.

      (2) Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

      We will not pay more than the smallest of:

      (1) the cost to repair or replace the damaged property with property of like kind and quality;

      (2) the actual cash value of the damaged property; or

      (3) the limits of liability of this policy applying to the property.

7. Salvage and Recoveries: When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option. If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set. In case of loss to a pair or set, we may elect to:

    a. repair or replace any part to restore the pair or set to its value before the loss;
       or
    b. pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement. Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. Loss Payment. We will adjust all losses with the Named Insured. Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option. No coverage will be available to any mortgagee other than that shown as the Named Insured on the Declarations page of this policy.

13. Appraisal. If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire. The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.
    Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation). In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.
    When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.

    a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

    b. This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

    c. We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

    d. We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

SECRETARY                                      PRESIDENT

## CALIFORNIA RESIDENTIAL PROPERTY INSURANCE DISCLOSURE

This disclosure is required by California law (Section 10102 of the Insurance Code). It describes the principal forms of insurance coverage in California for residential dwellings. It also identifies the form of dwelling coverage you have purchased or selected. A checkmark in the box in the "Dwelling Coverage Selected or Purchased" column below identifies the form of dwelling coverage you have purchased or selected.

This disclosure form contains only a general description of coverage and is not part of your residential property insurance policy. Only the specific provisions of your policy will determine whether a particular loss is covered and, if so, the amount payable. Regardless of which type of coverage you purchase, your policy may exclude or limit certain risks.

This disclosure form does not explain the types of contents coverage (furniture, clothing, etc.) provided by your policy. Some policies do not replace contents with new items, but instead, only pay for the current market value of an item.  If you have any questions, contact your insurer or agent.

The cost to rebuild your home may be very different from the market value of your home since reconstruction is based on primarily on the cost of labor and materials. Many factors can affect the cost to rebuild your home, including the size of your home, the type of construction, and any unique features. Please review the following coverages carefully. If you have questions regarding the level of coverage in your policy, please contact your insurance agent or company. Additional coverage may be available for an additional premium.

READ YOUR POLICY CAREFULLY. If you do not understand any part of it or have questions about what it covers, contact your insurance agent or company. You may also call the California Department of Insurance consumer information line at (800) 927-HELP (4357).

| FORMS OF COVERAGE FOR DWELLINGS | Dwelling Coverage Selected Or Purchased |
|---|---|
| **GUARANTEED REPLACEMENT COST COVERAGE WITH FULL BUILDING CODE UPGRADE** <br> PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS, AND INCLUDES COSTS RESULTING FROM CODE CHANGES. <br><br> In the event of any covered loss to your home, the insurance company will pay the full amount needed to repair or replace the damaged or destroyed dwelling with like or equivalent construction regardless of policy limits. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover guaranteed replacement cost. The amount of recovery will be reduced by any deductible you have agreed to pay. <br><br> This coverage includes all additional costs of repairing or replacing your damaged or destroyed dwelling with any new building standards (such as building codes or zoning laws) required by government agencies and in effect at the time of rebuilding. <br><br> To be eligible to recover full guaranteed replacement costs with building code upgrade, you must insure the dwelling to its full replacement cost at the time the policy is issued with possible periodic increases in the amount of coverage to adjust for inflation and increases in building costs; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount). | ☐ |
| **GUARANTEED REPLACEMENT COST COVERAGE WITH LIMITED OR NO BUILDING UPGRADE** <br><br> PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS BUT LIMITS OR EXCLUDES COSTS RESULTING FROM CODE CHANGES. <br><br> In the event of any covered loss to your home, the insurance company will pay the full amount needed to repair or replace the damaged or destroyed dwelling with like or equivalent construction regardless of policy limits. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover guaranteed replacement cost. The amount of recovery will be reduced by any deductible you have agreed to pay. | ☐ |

CA-NOT-2 (01-05)                    Page 1 of 2                    GE3271
                                                                  04/06/05

**GUARANTEED REPLACEMENT COST COVERAGE WITH LIMITED OR NO BUILDING UPGRADE**

PAYS REPLACEMENT COSTS WITHOUT REGARD TO POLICY LIMITS BUT LIMITS OR EXCLUDES COSTS RESULTING FROM CODE CHANGES. (continued)

This coverage does not include all additional costs of repairing or replacing your damaged or destroyed dwelling to comply with any new building standards (such as building codes or zoning laws) required by government agencies and in effect at the time of rebuilding. Consult your policy for applicable exclusions or limits with respect to these costs.

To be eligible to recover full guaranteed replacement cost with limited or no building code upgrade, you must insure the dwelling to its full replacement cost at the time the policy is issued, with possible periodic increases in the amount of coverage to adjust for inflation and increases in building costs; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount).

**EXTENDED REPLACEMENT COST COVERAGE**

PAYS REPLACEMENT COSTS UP TO A SPECIFIED AMOUNT ABOVE THE POLICY LIMIT.

In the event of any covered loss to your home, the insurance company will pay to repair or replace the damaged or destroyed dwelling with like or equivalent construction up to a specified percentage over the policy's limits of liability. See the Declarations Page of your policy for the limit that applies to your dwelling. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover extended replacement costs. The amount of recovery will be reduced by any deductible you have agreed to pay.

To be eligible to recover extended replacement cost coverage, you must insure the dwelling to its full replacement cost at the time the policy is issued with possible periodic increases in the amount of coverage to adjust for inflation; you must permit an inspection of the dwelling by the insurance company; and you must notify the insurance company about any alterations that increase the value of the insured dwelling by a certain amount (see your policy for that amount). Your policy will specify whether or not you must actually repair or replace the damaged or destroyed dwelling in order to recover extended replacement cost. Read your Declaration Page to determine whether your policy includes coverage for building code upgrades

**REPLACEMENT COST COVERAGE**

PAYS REPLACEMENT COSTS UP TO POLICY LIMITS.

In the event of any covered loss to your home, the insurance company will pay to repair or replace the damaged or destroyed dwelling with like or equivalent construction up to the policy's limit of liability. See the Declarations Page of your policy for the limit that applies to your dwelling. Your policy will specify whether you must actually repair or replace the damaged or destroyed dwelling in order to recover replacement costs. The amount of recovery will be reduced by any deductible you have agreed to pay. To be eligible to recover replacement cost, you must insure the dwelling to N/A percent of its replacement cost at the time of loss. Read your declaration page whether your policy includes coverage for building code upgrades

[X]

**ACTUAL CASH VALUE COVERAGE**

PAYS THE FAIR MARKET VALUE OF THE DWELLING AT THE TIME OF LOSS, UP TO POLICY LIMIT.

In the event of a covered loss to your home, the insurance company will pay either the depreciated fair market value of the damaged or destroyed dwelling at the time of the loss or the cost of replacing or repairing the damaged or destroyed dwelling with like or equivalent construction up to the policy limit. The amount of recovery will be reduced by any deductible you have agreed to pay. Read your Declaration Page to determine whether your policy includes coverage for building code upgrades.

**BUILDING CODE UPGRADE - ORDINANCE AND LAW COVERAGE**

PAYS UP TO LIMITS SPECIFIED IN YOUR POLICY. ADDITIONAL COSTS REQUIRED TO BRING THE DWELLING "UP TO CODE."

In the even of any covered loss, the insurance company will pay any additional costs, up to the stated limits, of repairing or replacing a damaged or destroyed dwelling to conform with any building standards such as building codes or zoning laws required by government agencies and in effect at the time of loss or rebuilding (see your policy).

Applicant / Insured Signature:                                    Date:

_____            _____

## MANDATORY ENDORSEMENT
## CALIFORNIA

**THIS ENDORSEMENT CHANGES YOUR POLICY AND/OR CERTIFICATE.  PLEASE READ IT CAREFULLY.**

It is understood and agreed that the following provisions are added:

### Requirements in case loss occurs

The insured shall give written notice to this company of any loss without unnecessary delay, protect the property from further damage, forthwith separate the damaged and undamaged personal property, put it in the best possible order, furnish a complete inventory of the destroyed, damaged and undamaged property, showing in detail quantities, costs, actual cash value and amount of loss claimed; and within 60 days after the loss, unless the time is extended in writing by this company, the insured shall render to this company a proof of loss, signed and sworn to by the insured, stating the knowledge and belief of the insured as to the following: the time and origin of the loss, the interest of the insured and of all others in the property, the actual cash value of each item thereof and the amount of loss thereto, all encumbrances thereon, all other contracts of insurance, whether valid or not, covering any of said property, any changes in the title, use, occupation, location, possession or exposures of said property since the issuing of this policy, by whom and for what purpose any building herein described and the several parts thereof were occupied at the time of loss and whether or not it then stood on leased ground, and shall furnish a copy of all the descriptions and schedules in all policies and, if required and obtainable, verified plans and specifications of any building, fixtures or machinery destroyed or damaged. The insured, as often as may be reasonably required and subject to the provisions of Section 2071.1, shall exhibit to any person designated by this company all that remains of any property herein described, and submit to examinations under oath by any person named by this company, and subscribe the same; and, as often as may be reasonably required, shall produce for examination all books of account, bills, invoices and other vouchers, or certified copies thereof if originals be lost, at such reasonable time and place as may be designated by this company or its representative, and shall permit extracts and copies thereof to be made.

The insurer shall inform the insured that tax returns are privileged against disclosure under applicable state law but may be necessary to process or determine the claim.

The insurer shall notify every claimant that they may obtain, upon request, copies of claim-related documents. For purposes of this section, "claim-related documents" means all documents that relate to the evaluation of damages, including, but not limited to, repair and replacement estimates and bids, appraisals, scopes of loss, drawings, plans, reports, third party findings on the amount of loss, covered damages, and cost of repairs, and all other valuation, measurement, and loss adjustment calculations of the amount of loss, covered damage, and cost of repairs. However, attorney work product and attorney-client privileged documents, and documents that indicate fraud by the insured or that contain medically privileged information, are excluded from the documents an insurer is required to provide pursuant to this section to a claimant. Within 15 calendar days after receiving a request from an insured for claim-related documents, the insurer shall provide the insured with copies of all claim-related documents, except those excluded by this section. Nothing in this section shall be construed to affect existing litigation discovery rights.

### Appraisal

In case the insured and this company shall fail to agree as to the actual cash value or the amount of loss, then, on the written request of either, each shall select a competent and disinterested appraiser and notify the other of the appraiser selected within 20 days of the request. Where the request is accepted, the appraisers shall first select a competent and disinterested umpire; and failing for 15 days to agree upon the umpire, then, on request of the insured or this company, the umpire shall be selected by a judge of a court of record in the state in which the property covered is located.

Appraisal proceedings are informal unless the insured and this company mutually agree otherwise. For purposes of this section, "informal" means that no formal discovery shall be conducted, including depositions, interrogatories, requests for admission, or other forms of formal civil discovery, no formal rules of evidence shall be applied, and no court reporter shall be used for the proceedings.

The appraisers shall then appraise the loss, stating separately actual cash value and loss to each item; and, failing to agree, shall submit their differences, only, to the umpire. An award in writing, so itemized, of any two when filed with this company shall determine the amount of actual cash value and loss. Each appraiser shall be paid by the party selecting him or her and the expenses of appraisal and umpire shall be paid by the parties equally.

In the event of a government-declared disaster, as defined in the Government Code, appraisal may be requested by either the insured or this company but shall not be compelled.

**Adjusters**

If, within a six-month period, the company assigns a third or subsequent adjuster to be primarily responsible for a claim, the insurer, in a timely manner, shall provide the insured with a written status report. For purposes of this section, a written status report shall include a summary of any decisions or actions that are substantially related to the disposition of a claim, including, but not limited to, the amount of losses to structures or contents, the retention or consultation of design or construction professionals, the amount of coverage for losses to structures or contents and all items of dispute.

**ALL OTHER TERMS AND CONDITIONS OF THE POLICY AND/OR CERTIFICATE REMAIN UNCHANGED.**

Named Insured (Mortgagee)

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

AMERICAN SECURITY INSURANCE COMPANY
EARTHQUAKE COVERAGE REQUEST FORM

Date: 11/05/2010

REDACTED
9139 OVIEDO ST
SAN DIEGO, CA  92129

Additional Insured (Borrower)

COLIN F MACKINNON
TERRIE J MACKINNON
9139 OVIEDO ST
SAN DIEGO, CA  92129

REDACTED

Loan #
Client #

YOUR HAZARD POLICY DOES NOT PROVIDE COVERAGE AGAINST THE PERIL OF EARTHQUAKE.

CALIFORNIA LAW REQUIRES THAT EARTHQUAKE COVERAGE BE OFFERED TO YOU AT YOUR OPTION.

WARNING:  THESE COVERAGES MAY DIFFER SUBSTANTIALLY FROM AND PROVIDE LESS PROTECTION THAN
THE COVERAGE PROVIDED BY YOUR HOMEOWNERS INSURANCE POLICY.  THERE ARE EXCLUSIONS AND
LIMITATIONS SUCH AS OUTBUILDINGS, SWIMMING POOLS, MASONRY FENCES, AND MASONRY CHIMNEYS.
THIS DISCLOSURE FORM CONTAINS ONLY A GENERAL DESCRIPTION OF COVERAGES AND IS NOT PART OF
YOUR EARTHQUAKE INSURANCE POLICY.  ONLY THE SPECIFIC PROVISIONS OF YOUR POLICY WILL
DETERMINE WHETHER A PARTICULAR LOSS IS COVERED AND, IF SO, THE AMOUNT PAYABLE.

The coverage, subject to policy provisions, may be purchased at additional cost on the following terms:

A.  Amount of dwelling coverage:  $232,000

B.  Applicable Deductible: $ _____11,600_____ . If your loss is below this amount, you may not receive any
payment from your coverage.  Your insurance company or agent will provide written notice as to how
the deductible applies to the market value of your coverage, the insured value of your coverage, or the
replacement value of your coverage.

C.  Contents Coverage will be equal to 40% of the amount of insurance on the covered dwelling, subject to
a maximum of $40,000. If your loss does not exceed the deductible for the dwelling, you will not receive
any payment for this coverage. A separate deductible applies if you have purchased this coverage.

D.  Additional Living Expenses: $ __Inc.__

E.  The premium is: $ 9,280.00 _____ . This premium is in addition to your hazard insurance premium.

YOU MUST ASK THE COMPANY TO ADD EARTHQUAKE COVERAGE WITHIN 30 DAYS FROM THE DATE OF
MAILING OF THIS NOTICE OR IT SHALL BE CONCLUSIVELY PRESUMED THAT YOU HAVE NOT ACCEPTED THIS
OFFER.

This coverage will be effective on the day all the requirements listed below are met:

1.  Receipt of your signed request form.

2.  Approved application.

3.  Approved physical inspection of your dwelling property.

4.  $ 9,280.00 _____ in the form of cashier's check or money order is received by the company.

I request earthquake insurance coverage.  Please forward an earthquake application.

_____      _____
Signature of Additional Insured (Applicant)           Date

SEND ALL CORRESPONDENCE TO:      AMERICAN SECURITY INSURANCE COMPANY
260 INTERSTATE NORTH CIRCLE, SE
ATLANTA, GEORGIA  30339-2111

ATTN:  HAZARD UNDERWRITING MANAGER

GE791
MS0519

## California Residential Property Insurance Bill of Rights

### Introduction

This Bill of Rights is a summary of your rights provided in order to comply with California Insurance Code SEC. 3. Section 10103.5 (a) mandating that a California Residential Property Insurance Bill of Rights must accompany every California Residential Property Insurance Disclosure. If the insurer provides the Insured with an electronic copy of a policy, the bill of rights may also be transmitted electronically. The Bill of Rights outlines the insured's rights and responsibilities in relation to the policy. This Bill of Rights is a summary of your rights and does not become a part of your policy.

### Information

The largest single investment most consumers make is their home and related property. In order to best protect these assets, it is wise for consumers to understand the homeowner's insurance market. Consumers should consider the following:

- Read your policy carefully and understand the coverage and limits provided. Homeowner's insurance policies contain sub limits for various coverages such as personal property, debris removal, additional living expense, detached fences, garages, etc.

- Keep accurate records of renovations and improvements to the structure of your home, as it could affect your need to increase your coverage.

- Maintaining a list of all personal property, pictures, and video equipment may help in the case of a loss. The list should be stored away from your home.

- Comparison shop for insurance, as not all policies are the same and coverage and prices vary.

- Take time to determine the cost to rebuild or replace your property in today's market. You can seek an independent evaluation of this cost.

- You may select a licensed contractor or vendor to repair, replace, or rebuild damaged property covered by the insurance policy.

- An agent or insurance company may help you establish policy limits that are adequate to rebuild your home.

- Once the policy is in force, contact your agent or insurance company immediately if you believe your policy limits may be inadequate.

A consumer is entitled to receive information regarding homeowner's insurance. The following is a limited overview of information that your insurance company can provide:

- The California Residential Property Insurance Disclosure.
- An explanation of how your policy limits were established.
- The insurance company's customer service telephone number for underwriting, rating, and claims inquiries.
- An explanation for any cancellation or nonrenewal of your policy.
- A copy of your policy.
- The toll-free telephone number and Internet address for reporting complaints and concerns about homeowner's insurance issues to the department's consumer services unit.
- In the event of a claim, an itemized, written scope of loss report prepared by the insurer or its adjuster within a reasonable time period.
- In the event of a claim, notification of a consumer's rights with respect to the appraisal process for resolving claims disputes.
- In the event of a claim, a copy of the Unfair Practices Act and a copy of the Fair Claims Practices Regulations.

NOTE : The insurer reports claim information to one or more claims information databases. The claim information is used to furnish loss history reports to insurers. If you are interested in obtaining a report from a claims information database, you may do so by contacting ISO at 1-800-888-4476 or at www. info.claimssearch.iso.com.

NOTE: The following information is provided by the California Department Of Insurance.

The information provided herein is not all-inclusive and does not negate or preempt existing California law. If you have any concerns or questions, the officers at our Consumer Hotline are there to help you. Please call them at 1-800-927-HELP (4357) or contact us at www.insurance.ca.gov.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## CALIFORNIA

## AMENDATORY ENDORSEMENT

**NOTICE - Definitions**

Throughout the policy and/or endorsements, the term spouse includes an individual registered under California law as a domestic partner with the "Additional Insured".

**Conditions 6. Loss Settlement, Paragraph A. is deleted and replaced with the following:**

**6. Loss Settlement.** Covered property losses are settled as follows:
    A. Buildings at replacement cost without deduction for depreciation, subject to the following:

        (1) We will pay the cost to repair or replacement without deduction for depreciation, but not exceeding the smallest of the following amounts:
            (a) the limit of liability under this policy applying to the building;
            (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or
            (c) the amount actually and necessarily spent to repair or replace the damaged building.

        If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until repair or replacement is completed.

        You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within:

            (a) 24 months after our payment for actual cash value if the loss or damage relates to a state of emergency under California law; or
            (b) 12 months after our payment for actual cash value in all other cases; for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

**Conditions 18. Cancellation is amended by adding the following Paragraph:**

**18. Cancellation**

    e. In the event of a total loss to the dwelling, we will not cancel while any structure at the described location is being rebuilt except for the reason stated in Paragraph **a.** of this Condition **18.** Cancellation.

**Conditions 19. Return of Premium is deleted and replaced with the following:**

**19. Return of Premium.** When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata. If the return premium is not returned with the notice of cancellation or when this policy is returned to us, we will refund it within 25 days after we either, send the cancellation notice to you or, we receive your cancellation request. The return of premium is not a condition of the cancellation.

# EXHIBIT 32



**CHASE**

**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA  30362
Insurance Processing Center

March 9, 2011

COLIN F MACKINNON
TERRIE J MACKINNON
9139 OVIEDO ST
SAN DIEGO, CA  92129

Subject:
Policy Number: REDACTED

Property Address:
9139 OVIEDO ST
SAN DIEGO, CA  92129

Dear COLIN F MACKINNON:

The coverage Chase ordered on your behalf to cover your property has been cancelled effective 12/10/2010. However, our records indicate that there was a lapse in coverage. The premium for this lapse period is $556.00, and this amount has been billed to your loan.

The terms of your loan documents require that insurance coverage be maintained at all times on your property. Due to the lapse in coverage, an escrow/impound account is required, as provided in the Security Instrument to recover the premium for the lapse period and for payment of future renewals of your policy.

Within approximately the next 30 days, you will receive a letter showing how your new monthly escrow payment is calculated. This amount will be itemized on your monthly billing statement.

If you have additional proof of insurance coverage during the lapse period, please fax it to us at 1-678-475-8799 or mail it to us at:

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

If you have any questions regarding Chase's insurance requirements, please contact us at our Insurance Center 1-877-530-8951. Our friendly customer care professionals are available to assist you 8:00 a.m. to 12:00 a.m. midnight, EST, Monday through Thursday, and Friday 8:00 a.m. to 10:00 p.m. EST, except for major holidays. Account information also is available online at www.Chase.com.

Sincerely,

Insurance Processing Center

**IMPORTANT BANKRUPTCY INFORMATION**
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

2102C5P-1110

# EXHIBIT 33

## NOTICE OF CANCELLATION OF HOMEOWNERS POLICY

**STATE NATIONAL INSURANCE COMPANY**
**C/O TOWER RISK MANAGEMENT**
**P.O. Box 26265**
**New York, NY  10087-6265**

ISSUED AT: NEW YORK, NY
POLICY NUMBER: REDACTED
DATE OF NOTICE: 04/06/2009
POLICY PERIOD: 04/01/2009 TO:  04/01/2010
POLICY TYPE: HOMEOWNERS

Ref: REDACTED/ I-PNP
MAIL TO:

 Andrea Jon-Lin North
 3792 Bidwell Drive
 Yorba Linda, CA  92886

PREMIUM DUE: **$542.40**

CANCELLATION TO TAKE EFFECT AT 12:01 AM ON: **04/23/2009**

REASON FOR CANCELLATION:  Nonpayment of premium.

If the Premium Due is received by the cancellation effective date, your policy will remain in effect with no lapse in coverage.

**POLICY ISSUED THROUGH BROKER**
 Northeast Agency Insurance Services
 c/o JOHN ELARDO INSURANCE AGEN
 1930 S BREA CYN 125
 Diamond Bar, CA 91765
 909-860-1919

If you have any questions, please contact customer service at (212) 655 - 2181.

**Please remit all payments to:**
Tower Risk Management
P.O. Box 26265
New York, NY  10087-6265

AUTHORIZED REPRESENTATIVE

**IMPORTANT NOTICE SEE REVERSE SIDE**
**-- INSURED COPY --**

# EXHIBIT 34

Date:  8/27/2010
Pg.  3 of 8

# CHASE HOME FINANCE LLC
## Detailed Transaction History

| Interest Rate: | 6.25% |
|---|---|
| Payment Due Date: | 7/1/2010 |
| Monthly Payment Amt: | $0.00 |
| Current Escrow Balance: | $0.00 |
| Current Principal Balance: | $0.00 |

ANDREA J NORTH
HELEN H WOO

**Property Address:**
3792 BIDWELL DR
YORBA LINDA, CA 92886-0000

**Mailing Address:**
3792 BIDWELL DR
YORBA LINDA, CA 92886

### Activity for Period   3/1/2008  --  8/27/2010

| Reference # | Tran Date | Principal Amt | Effective Date | Interest Amt | Due Date | Escrow Amt | Total Tran Amt | Fees/Other Amt | Suspense Amt | Transaction Description | Principal Bal | Escrow Bal |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 3/11/2010 | $0.00 | 3/11/2010 | $0.00 | 3/1/2010 | $-5,032.10 | $-5,032.10 | $0.00 | $0.00 | COUNTY TAX | $694,063.80 | $-18,202.64 |
| 45 | 2/16/2010 | $755.20 | 2/13/2010 | $3,618.85 | 2/1/2010 | $2,205.11 | $6,579.16 | $0.00 | $0.00 | PAYMENT | $694,063.80 | $-13,170.54 |
| 44 | 1/16/2010 | $751.29 | 1/15/2010 | $3,622.76 | 1/1/2010 | $2,205.11 | $6,579.16 | $0.00 | $0.00 | PAYMENT | $694,819.00 | $-15,375.65 |
| 43 | 12/16/2009 | $747.40 | 12/15/2009 | $3,626.65 | 12/1/2009 | $0.00 | $4,374.05 | $0.00 | $0.00 | PAYMENT | $695,570.29 | $-17,580.76 |
| 42 | 12/8/2009 | $0.00 | 12/8/2009 | $0.00 | 4/1/2009 | $-5,377.00 | $-5,377.00 | $0.00 | $0.00 | HOMEOWNERS INSURANCE | $696,317.69 | $-17,580.76 |
| 41 | 11/17/2009 | $0.00 | 11/17/2009 | $0.00 | 11/1/2009 | $0.00 | $-218.70 | $-218.70 | $0.00 | LATE CHARGE WAIVED | $696,317.69 | $-12,203.76 |
| 40 | 11/17/2009 | $743.52 | 11/13/2009 | $3,630.53 | 11/1/2009 | $0.00 | $4,374.05 | $0.00 | $0.00 | PAYMENT | $696,317.69 | $-12,203.76 |
| 39 | 11/4/2009 | $0.00 | 11/4/2009 | $0.00 | 4/1/2009 | $-263.04 | $-263.04 | $0.00 | $0.00 | DELINQUENT BASE TAX | $697,061.21 | $-12,203.76 |

23946470060020002704

# EXHIBIT 35

# CHASE 

**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA 30362
Insurance Processing Center

May 2, 2010

ANDREA J NORTH
HELEN H WOO
3792 BIDWELL DR
YORBA LINDA, CA 92886

### NOTICE OF PLACEMENT OF INSURANCE
### PLEASE READ CAREFULLY

SUBJECT:   Loan Number:      REDACTED
           Property Location: 3792 BIDWELL DR
                              YORBA LINDA, CA 92886

Dear Customer(s):

Enclosed is a policy that renews your lender-placed insurance policy. We originally placed this policy on your house because acceptable proof of coverage was not provided to us. The annual renewal premium is shown below and on the enclosed policy. This premium will be charged to your escrow account.

Your mortgage or deed of trust permits us to obtain this insurance at your expense. The terms and conditions of your mortgage require you to maintain hazard insurance coverage on your property that is acceptable to the lender. We obtained this insurance for you, which will remain in place until you provide us with a copy of acceptable hazard insurance coverage for your property. For the reasons discussed in this letter, we urge you to obtain your own insurance. This will allow you to choose a policy that meets your needs from a company that you select. You are likely to save a substantial amount if you do so. Your choice of an insurance company or agent will not affect our credit decisions in any way. The insurance company must, however, have a minimum rating from A.M. Best Company of "A" or better

As a reminder to you:

- The cost of the insurance we obtained for you is likely to be much higher than insurance you purchase on your own. A major reason for the higher cost is that the insurance we obtained is issued automatically, without evaluating the risk characteristic of the property. The premium for the insurance coverage is $5,377.00. You should compare this cost to what an insurance company would charge you for your own insurance policy.

- The insurance coverage we obtained is primarily for the benefit of the person or company who presently owns your mortgage loan. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer.

- The coverage we obtained covers <u>only</u> the structure of your home (i.e., the walls, floor, roof and anything permanently attached).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.

  - It will <u>not</u> cover the cost of temporarily living outside your home because it was damaged and is being repaired.

  - It will <u>not</u> cover any liability to you personally for someone who is injured while on your property.

2102H4-0509

SFD          OWNER OCCUPIED                    RENEWAL

**AMERICAN SECURITY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302
(770) 763-1000
**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

POLICY NUMBER:
REDACTED

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09746 | 0004 | 0000 | CA |

ADDITIONAL INSURED-Name and Address (Street No., City, State, Zip)
ANDREA J NORTH
HELEN H WOO
3792 BIDWELL DR
YORBA LINDA, CA  92886

NAMED INSURED/MORTGAGEE-Name and Address
CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 04/23/2010    EXPIRATION DATE: 04/23/2011 | DWELLING | $700,122 | $5,377.00 |
| EFFECTIVE TIME:  NOON ☐  12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) 3792 BIDWELL DR YORBA LINDA, CA  92886 | | | |
| | | | |
| | | | |
| SECURITY INTEREST: | | | |
| The limit of liability for this structure is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home. | | | |
| THIS POLICY DOES NOT INCLUDE BUILDING CODE UPGRADE COVERAGE | ANNUAL PREMIUM AMOUNT | | $5,377.00 |
| | ANNUAL TOTAL CHARGED | | $5,377.00 |

Forms and endorsements which are made a part of this policy at time of issue
MSP-RES(5-91),MSP-RES(8-88),CA-NOT-2(1-05),ECAF2520(5-02),MSP-RES-AMEND-END (12-06)
N8121(9-06),N9887 (10-09),CP13000A-R(3-09)

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

**Deductibles:**
With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

ALL OTHER INQUIRIES
1-877-530-8951

CLAIMS INFORMATION ONLY
1-800-326-2845

Agency at

PMS-A(Rev.3/02)

Countersignature Date
05/02/2010

GE3291

_____
Authorized Representative

# EXHIBIT 36

*Marie*
*Pizr*
*John*

# TOWER SELECT INSURANCE COMPANY
## Homeowners Policy

Insured Copy

Policy No. REDACTED

Policy Period:   From 06/08/2010 To 06/08/2011
12:01 A.M. Standard Time

Name Insured: **Andrea North & Helen Woo**

Agent: **Northeast Agency Insurance Services**
Address: **c/o JOHN ELARDO INSURANCE AGEN**
**1930 S BREA CYN 125**
**Diamond Bar, CA 91765**

Address:   **3792 Bidwell Dr**
**Yorba Linda, CA 92886**

Agent Code: **578700R**   *909 555 ...*

The residence premises covered by this policy is located at the above insured address unless otherwise stated below
Location:

| Construction Type | Year Built | Territory | Prot. Class | No. Families | Hurricane Ded.: % | Wind Ded. | Ord./Law % | Prot. Dev. Cr. | Occupancy | Value Up |
|---|---|---|---|---|---|---|---|---|---|---|
| Frame | 2001 | 006 | 1 | 1 Family | N/A | N/A | | 4.0% | Owner | Yes |

In case of a loss under Section I, we cover only that part of the loss over the deductible: **$1,000**

Coverage is provided where limit of liability is shown.

applies to all perils
except where
otherwise provided

| Section I Coverage | Limit of Liability | | Premium |
|---|---|---|---|
| A.  Building | $579,714 | Basic Policy Premium: | $1,104 |
| B.  Other Structure | $57,971 | Additional Premiums: | $0 |
| C.  Personal Property | $405,800 | Inspection Fee: | $30 |
| D.  Loss of Use | $115,943 | | |
| | | Total Location Premium: | $1,104 |
| Section II Coverage | | | |
| E.  Personal Liability | $300,000 | Total Policy Premium: | $1,134 |
| F.  Medical Payments to Others | $1,000 | | |
| Forms and Endorsements | See Schedule F Attached | | |

Issued Date: **06/09/2010**
HT001 (06/08)

Authorized Signature

# EXHIBIT 37

Chase Insurance Processing Center
P.O. Box 47020
Doraville, GA 30362



July 07, 2011

01126-01 IF1A 188-000000000000
Andrea J. North
Helen H. Woo
3792 Bidwell Drive
Yorba Linda, CA 92886



Re: Loan Number ******3897

**Response to Inquiry**

Dear Andrea J. North and Helen H. Woo:

I am writing in response to your correspondence that we received on June 23, 2011, about your homeowner's insurance information.

According to the terms in Section Five of your Deed of Trust, you are required to keep the improvements now existing or hereafter erected on your property insured against any loss or hazards for which your lender requires insurance. This insurance shall be maintained in the amounts that the lender requires.

Section Five also states that if the borrower fails to maintain any of the coverage that the lender requires, the lender may obtain insurance on your behalf and at your expense.

The cost of the insurance policy that we purchase on your behalf is likely to be significantly higher than the insurance that you could obtain on your own. This is because the policy that we purchase on your behalf is issued without evaluating the customary underwriting risks for the property (i.e., loss history, prior carrier history, plumbing and wiring updates, etc.).

We understand that Tower Insurance Company provided your homeowner's insurance coverage for the period of June 8, 2010 to June 8, 2011. Therefore, we will cancel the homeowner's insurance policy that we purchased on your behalf for the period of June 8, 2010 to June 28, 2010. We will send the appropriate refund to you.

However, we are unable to comply with your request to reimburse you a portion of the premiums for the policies that we purchased on your behalf, for the periods of April 23, 2009 to April 23, 2010, and April 23, 2010 to June 8, 2010. However, if you had homeowner's insurance coverage for these periods, please ask your agent to send evidence of insurance to the Chase address stated on the letterhead. They may also fax the information to our Insurance Processing Center at (678) 475-8799. We will cancel the homeowner's insurance policies that we purchased on your behalf and send the appropriate refunds to you, once we receive the information.

Our records show that you no longer have an active loan with Chase. Therefore, you are no longer required to provide us with evidence of homeowner's insurance coverage for your property.

We apologize that we did not meet your expectations.  Chase's goal is to provide the highest level of quality service.  If you have further questions, please contact our Insurance Processing Center at 1-877-530-8951.

Sincerely,
Chase Insurance Processing Center
www.chase.com

HA093

# EXHIBIT 38

INSURED COPY

**PREFERRED**
**MUTUAL**
**INSURANCE**
**COMPANY** .

One Preferred Way - New Berlin, New York 13411
VISIT US AND PAY YOUR BILL @ www.pminsco.com

# NOTICE OF CANCELLATION
## NON-PAYMENT OF PREMIUM

| | |
|---|---|
| Questions about this Notice?  Call 1-888-511-2455 | |
| - OR - | |
| Call your Agent: | **READINGTON-BURKE INSURANCE** |
| 029-20900 | **(908) 879-6500** |
| Policy Number: | **REDACTED** |
| Account Number: | REDACTED   Mailing Date: *01/19/10* |

Insured Name and Address:

SHEILA M NICHOLS &
JAMES V NICHOLS
200 HEULINGS AVE
RIVERSIDE NJ 08075

| | |
|---|---|
| Cancellation Date: | ▓▓▓▓▓▓ |
| Account Balance: | **$1,064.00** |
| Minimum Due: | ▓▓▓▓▓▓ |
| Policy Type: | *HOMEOWNERS* |

### *** CANCELLATION NOTICE ***

DUE TO YOUR FAILURE TO REMIT THE PREMIUM DUE, WE HEREBY CANCEL THE ABOVE MENTIONED POLICY, EFFECTIVE ON THE CANCELLATION DATE STATED ABOVE, AT 12:01 A.M. IN ACCORDANCE WITH THE TERMS AND CONDITIONS OF THE POLICY. PLEASE PAY THE PREMIUM DUE IMMEDIATELY TO AVOID A LOSS OF COVERAGE. CANCELLATION MAY BE AVOIDED BY PAYING THE PREMIUM PRIOR TO THE DATE OF CANCELLATION.

THIS POLICY PROVIDES FIRE AND EXTENDED COVERAGE INSURANCE ON YOUR PROPERTY. YOU SHOULD CONTACT YOUR AGENT CONCERNING COVERAGE THROUGH ANOTHER INSURER, OR YOUR ELIGIBILITY FOR COVERAGE THROUGH THE NEW JERSEY FAIR PLAN, 744 BROAD STREET, SUITE 1100, NEWARK, NJ 07102-3881 PHONE (973) 622-3838.

THE REINSTATEMENT OF YOUR POLICY(S) IS DEPENDENT UPON TIMELY PAYMENT BEING HONORED BY THE FINANCIAL INSTITUTION. IF PAYMENT IS NOT HONORED BY THE FINANCIAL INSTITUTION THE POLICY(S) WILL CANCEL ON THE DATE AND TIME SHOWN ON YOUR CANCELLATION NOTICE.

**TO ENSURE CONTINUED COVERAGE, PAYMENT MUST BE RECEIVED PRIOR TO THE CANCELLATION DATE.**
**PLEASE DETACH THIS PORTION AND RETURN WITH YOUR REMITTANCE.**

Policyholder:                           029-20900   READINGTON-BURKE INSURANCE

SHEILA M NICHOLS &
JAMES V NICHOLS
200 HEULINGS AVE
RIVERSIDE NJ 08075

| | |
|---|---|
| Policy Number: | **REDACTED** |
| Account Number: | |
| Mailing Date: | *01/19/10* |
| Cancellation Date: | ▓▓▓▓▓▓ |
| Account Balance: | **$1,064.00** |
| Minimum Due: | ▓▓▓▓▓▓ |

Please make check payable to:  PREFERRED MUTUAL INSURANCE COMPANY

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

$ _____
AMOUNT ENCLOSED .

☐  CHECK BOX FOR CHANGE OF ADDRESS AND COMPLETE REVERSE SIDE

01000209  REDACTED  00000000000000011140  000106400  100063

'04S (03-09)

| RECIPIENT'S/LENDER'S name, address, and telephone number | | | | 37363 1-1 |
| --- | --- | --- | --- | --- |
| CHASE HOME FINANCE LLC<br>3415 VISION DRIVE<br>COLUMBUS OH 43219<br>1-800-848-9136 | | □ CORRECTED (if checked) | | |
| | | *Caution: The amount shown may not be fully deductible by you. Limits based on the loan amount and the cost and value of the secured property may apply. Also, you may only deduct interest to the extent it was incurred by you, actually paid by you, and not reimbursed by another person. | Substitute<br>2009<br>Form 1098 | Mortgage<br>Interest<br>Statement |
| RECIPIENT'S federal identification no.<br>REDACTED | PAYER'S social security number<br>REDACTED | 1 Mortgage interest received from payer(s)/borrower(s)<br>$4,448.21 | | Copy B<br>For Payer |
| PAYER'S/BORROWER'S name, street address (including apt. no.), city, state, and ZIP code | | 2 Points paid on purchase of principal residence<br>$0.00 | | The information in boxes 1, 2, 3, and 4 is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if the IRS determines that an underpayment of tax results because you overstated a deduction for this mortgage interest or for these points or because you did not report this refund of interest on your return. |
| | | 3 Refund of overpaid interest<br>$0.00 | | |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>37363 YSS Z 36509 O-<br>SHEILA M NICHOLS<br>JAMES V NICHOLS<br>200 HEULINGS AVE<br>RIVERSIDE NJ 08075-3512 | 1098 FN90 | 4 Mortgage insurance premiums<br>$0.00 | | |
| | | 5 Real estate taxes paid<br>$5,031.91 | | |
| | | Account number (see instructions)<br>REDACTED | | |
| Form 1098 | (keep for your records) | Department of the Treasury - Internal Revenue Service | | |

Notice: Section 329 of the Cranston-Gonzalez National Affordable Housing Act requires that mortgage companies shall annually provide a written disclosure statement which describes the requirements the customer must fulfill to accomplish prepayment of the mortgage and to prevent accrual of any interest after the date of prepayment. The following notice advises you of your right to prepay. If you do not wish to prepay your mortgage, you do not need to respond.

<u>THE AMOUNT PROVIDED IN THE NOTICE IS SUBJECT TO FURTHER ACCOUNTING ADJUSTMENTS.</u>

<u>Annual Disclosure Notice to Mortgagor</u>

Mortgagors:  SHEILA M NICHOLS
            JAMES V NICHOLS                          Date: December 31, 2009

Address:    200 HEULINGS AVE
            RIVERSIDE TWP NJ 08075                   Loan #:  REDACTED

                                                     FHA #:  REDACTED

This notice is to advise you of requirements that must be followed to accomplish a prepayment of your mortgage, and to advise you of requirements you must fulfill upon prepayment to prevent accrual of any interest after the date of prepayment.

The amount listed below is the amount outstanding for prepayment of the indebtedness due under your mortgage. This amount is good through February 1, 2010. Any mortgage payments received or advances made by us before the stated expiration date will change the prepayment amount.

$126,836.29

You may prepay your mortgage at any time without penalty. However, in order to avoid the accrual of interest on any prepayment after the date of the prepayment, the prepayment must be received on the installment due date. Otherwise, you may be required to pay interest on the amount prepaid through the end of the month.

NOTICE OF RIGHT TO CANCEL FHA MORTGAGE INSURANCE (applicable to those FHA loans closed after January 1, 2001 if not secured by a condominium or covered under Section 203(k), and applicable to all FHA loans closed after January 1, 2006): If your FHA loan qualifies based upon loan type and close date, you can request cancellation of the FHA insurance premium when the unpaid principal balance, excluding the upfront mortgage insurance premium, reaches 78 percent of the lower of the initial sales price or appraised value of your home in advance of the projected amortization of your loan due to prepayments (provided the premiums have been paid for at least five years except for 15-year term loans). Your loan must not have been more than 30 days delinquent during the twelve months prior to your request. FHA's mortgage insurance premium will automatically be canceled once the unpaid principal balance, excluding the up-front MIP, reaches 78 percent of the lower of the initial sales price or appraised value. If you believe you qualify for borrower initiated cancellation, please contact Customer Service at 1-800-848-9136.

If you have any questions regarding this notice, please contact our Customer Care Department at 1-800-848-9136.

Chase Home Finance LLC

# EXHIBIT 39

## Chase Online

### Activity for...

Transactions 1 to 25 of 97

| Date | Description | Amount | Principal | Interest | Escrow | Fees | Principal Balance |
|------|-------------|--------|-----------|----------|--------|------|-------------------|
| 04/15/2011 | PRINCIPAL PAYMENT | $490.15 | $490.15 | $0.00 | $0.00 | $0.00 | $149,333.11 |
| 04/13/2011 | TOWNSHIP TAX | ($1,269.48) | $0.00 | $0.00 | -$1,269.48 | $0.00 | $149,823.26 |
| 04/12/2011 | PAYMENT | $532.15 | $0.00 | $0.00 | $0.00 | $0.00 | $149,823.26 |
| 04/04/2011 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $149,823.26 |
| 03/18/2011 | LATE CHARGE WAIVED | ($213.28) | $0.00 | $0.00 | $0.00 | -$213.28 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | $916.67 | $0.00 | $0.00 | $0.00 | $916.67 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | $999.99 | $0.00 | $0.00 | $0.00 | $999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | $999.99 | $0.00 | $0.00 | $0.00 | $999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | $999.99 | $0.00 | $0.00 | $0.00 | $999.99 | $149,823.26 |
| 03/15/2011 | PAYMENT | ($0.02) | $0.00 | $0.00 | $0.00 | $0.00 | $149,823.26 |
| 03/15/2011 | PAYMENT | $0.01 | $0.00 | $0.00 | $1,754.52 | $0.00 | $149,823.26 |
| 03/15/2011 | PAYMENT | $0.01 | $0.00 | $0.00 | $9,999.99 | $0.00 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($916.67) | $0.00 | $0.00 | $0.00 | -$916.67 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | $2,916.65 | $0.00 | $0.00 | $0.00 | $0.00 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($754.62) | $0.00 | $0.00 | $0.00 | -$754.62 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |

Page 1 of 4   |   Next >

© 2011 JPMorgan Chase & Co.

## Chase Online

### Activity for...

Transactions 26 to 50 of 97

| Date | Description | Amount | Principal | Interest | Escrow | Fees | Principal Balance |
|------|-------------|--------|-----------|----------|--------|------|-------------------|
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | ($999.99) | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/15/2011 | CORPORATE ADVANCE PAID | $10,754.52 | $0.00 | $0.00 | $0.00 | -$999.99 | $149,823.26 |
| 03/11/2011 | HAZARD INSURANCE REFUND | $555.96 | $0.00 | $0.00 | $555.96 | $0.00 | $149,823.26 |
| 03/08/2011 | HOMEOWNERS INSURANCE | ($1,087.00) | $0.00 | $0.00 | -$1,087.00 | $0.00 | $176,524.21 |
| 03/04/2011 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $176,524.21 |
| 02/04/2011 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $176,524.21 |
| 01/07/2011 | TOWNSHIP TAX | ($1,269.48) | $0.00 | $0.00 | -$1,269.48 | $0.00 | $176,524.21 |
| 01/05/2011 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $176,524.21 |
| 12/04/2010 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $176,524.21 |
| 11/22/2010 | CORP ADV - PROP PRESERVATION DISB | $90.00 | $0.00 | $0.00 | $0.00 | $90.00 | $176,524.21 |
| 11/22/2010 | CORP ADV - PROP PRESERVATION DISB | $60.00 | $0.00 | $0.00 | $0.00 | $60.00 | $176,524.21 |
| 11/04/2010 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $176,524.21 |
| 11/03/2010 | CORP ADV - PROP PRESERVATION DISB | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 | $176,524.21 |
| 10/29/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 10/28/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 10/06/2010 | TOWNSHIP TAX | ($1,280.98) | $0.00 | $0.00 | -$1,280.98 | $0.00 | $176,524.21 |
| 10/04/2010 | MORTGAGE INSURANCE | ($50.10) | $0.00 | $0.00 | -$50.10 | $0.00 | $176,524.21 |
| 09/23/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 09/13/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 09/04/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 08/27/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 08/26/2010 | CORP ADV - MISC EXPENSE DISB | $450.00 | $0.00 | $0.00 | $0.00 | $450.00 | $176,524.21 |
| 08/24/2010 | TOWNSHIP TAX | ($1,280.98) | $0.00 | $0.00 | -$1,280.98 | $0.00 | $176,524.21 |
| 08/20/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |

< Previous  |  Page [ 2 of 4 ]  |  Next >

© 2011 JPMorgan Chase & Co.

https://servicing.chase.com/chf/secured/TransHistory/TransHistoryMort.aspx?AI=6683588         4/17/2011

## Chase Online

### Activity for...  MORTGAGE LOAN A 7725

Transactions 51 to 75 of 97

| Date | Description | Amount | Principal | Interest | Escrow | Fees | Principal Balance |
|------|-------------|--------|-----------|----------|--------|------|-------------------|
| 08/04/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 07/20/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 07/17/2010 | HOMEOWNERS INSURANCE | ($3,177.34) | $0.00 | $0.00 | -$3,177.34 | $0.00 | $176,524.21 |
| 07/02/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 06/25/2010 | CORP ADV STATUTORY EXP DISB | $84.00 | $0.00 | $0.00 | $0.00 | $84.00 | $176,524.21 |
| 06/25/2010 | CORP ADV STATUTORY EXP DISB | $419.00 | $0.00 | $0.00 | $0.00 | $419.00 | $176,524.21 |
| 06/25/2010 | CORP ADV STATUTORY EXP DISB | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 | $176,524.21 |
| 06/25/2010 | CORP ADV STATUTORY EXP DISB | $12.64 | $0.00 | $0.00 | $0.00 | $12.64 | $176,524.21 |
| 06/25/2010 | CORP ADV - ATTORNEY ADVANCE DISB | $270.00 | $0.00 | $0.00 | $0.00 | $270.00 | $176,524.21 |
| 06/09/2010 | CORP ADV - MISC EXPENSE DISB | $14.00 | $0.00 | $0.00 | $0.00 | $14.00 | $176,524.21 |
| 06/04/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 06/02/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 05/17/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 05/04/2010 | CORP ADV - MISC EXPENSE DISB | $14.00 | $0.00 | $0.00 | $0.00 | $14.00 | $176,524.21 |
| 05/03/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 04/29/2010 | CORP ADV - PROP PRESERVATION DISB | $95.00 | $0.00 | $0.00 | $0.00 | $95.00 | $176,524.21 |
| 04/19/2010 | CORP ADV - PROP PRESERVATION DISB | $30.00 | $0.00 | $0.00 | $0.00 | $30.00 | $176,524.21 |
| 04/19/2010 | CORP ADV - PROP PRESERVATION DISB | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 | $176,524.21 |
| 04/19/2010 | CORP ADV - PROP PRESERVATION DISB | $40.00 | $0.00 | $0.00 | $0.00 | $40.00 | $176,524.21 |
| 04/06/2010 | TOWNSHIP TAX | ($1,257.98) | $0.00 | $0.00 | -$1,257.98 | $0.00 | $176,524.21 |
| 04/02/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 04/01/2010 | CORP ADV - MISC EXPENSE DISB | $14.00 | $0.00 | $0.00 | $0.00 | $14.00 | $176,524.21 |
| 03/04/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 02/05/2010 | CORP ADV STATUTORY EXP DISB | $440.00 | $0.00 | $0.00 | $0.00 | $440.00 | $176,524.21 |
| 02/05/2010 | CORP ADV STATUTORY EXP DISB | $16.00 | $0.00 | $0.00 | $0.00 | $16.00 | $176,524.21 |

< Previous  |  Page  3 of 4  |  Next >

© 2011 JPMorgan Chase & Co.

## Chase Online

### Activity for... MORTGAGE LOAN - 06 1

Transactions 76 to 97 of 97

| Date | Description | Amount | Principal | Interest | Escrow | Fees | Principal Balance |
|---|---|---|---|---|---|---|---|
| 02/05/2010 | CORP ADV STATUTORY EXP DISB | $200.00 | $0.00 | $0.00 | $0.00 | $200.00 | $176,524.21 |
| 02/05/2010 | CORP ADV - ATTORNEY ADVANCE DISB | $675.00 | $0.00 | $0.00 | $0.00 | $675.00 | $176,524.21 |
| 02/05/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 01/26/2010 | HOMEOWNERS INSURANCE | ($1,064.00) | $0.00 | $0.00 | -$1,064.00 | $0.00 | $176,524.21 |
| 01/19/2010 | TOWNSHIP TAX | ($1,257.98) | $0.00 | $0.00 | -$1,257.98 | $0.00 | $176,524.21 |
| 01/04/2010 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 12/04/2009 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 11/05/2009 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 10/16/2009 | TOWNSHIP TAX | ($1,276.29) | $0.00 | $0.00 | -$1,276.29 | $0.00 | $176,524.21 |
| 10/02/2009 | MORTGAGE INSURANCE | ($51.21) | $0.00 | $0.00 | -$51.21 | $0.00 | $176,524.21 |
| 09/04/2009 | MORTGAGE INSURANCE | ($52.27) | $0.00 | $0.00 | -$52.27 | $0.00 | $176,524.21 |
| 08/31/2009 | TOWNSHIP TAX | ($1,276.30) | $0.00 | $0.00 | -$1,276.30 | $0.00 | $176,524.21 |
| 08/10/2009 | PAYMENT | $1,332.99 | $226.81 | $552.50 | $553.68 | $0.00 | $176,524.21 |
| 08/06/2009 | MORTGAGE INSURANCE | ($52.27) | $0.00 | $0.00 | -$52.27 | $0.00 | $176,751.02 |
| 07/11/2009 | FASTPAY FEE WAIVED | ($5.00) | $0.00 | $0.00 | $0.00 | -$5.00 | $176,751.02 |
| 07/11/2009 | FASTPAY FEE ASSESSMENT | $20.00 | $0.00 | $0.00 | $0.00 | $20.00 | $176,751.02 |
| 07/11/2009 | FASTPAY FEE PAID | $15.00 | $0.00 | $0.00 | $0.00 | $15.00 | $176,751.02 |
| 07/11/2009 | PAYMENT | $1,332.99 | $225.80 | $553.51 | $553.68 | $0.00 | $176,751.02 |
| 06/10/2009 | PAYMENT | $1,332.99 | $224.79 | $554.52 | $553.68 | $0.00 | $123,574.92 |
| 06/04/2009 | MORTGAGE INSURANCE | $52.27 | $0.00 | $0.00 | $52.27 | $0.00 | $123,799.71 |
| 05/05/2009 | PAYMENT | $1,332.99 | $223.79 | $565.52 | $553.68 | $0.00 | $123,799.71 |
| 05/04/2009 | MORTGAGE INSURANCE | $104.54 | $0.00 | $0.00 | $104.54 | $0.00 | $124,023.50 |

< Previous |  Page    4 of 4

© 2011 JPMorgan Chase & Co.

# EXHIBIT 40



**PREFERRED MUTUAL INSURANCE COMPANY**

**POLICY ISSUED ON THE CO-OPERATIVE PLAN**

# HOMEOWNER DECLARATION

**MORTGAGEE BILL RENEWAL BUSINESS**

Policy Number: **REDACTED**

| | |
|---|---|
| Agent: **READINGTON-BURKE INSURANCE** | Agent Code: **006 29 20900** |
| Address: **DIV PHOENIX INSURANCE GROUP CHESTER NJ 07930** | Phone Number: **(908) 879-8500** |
| Policy Period: from **01-11-2010** to **01-11-2011** | 12:01 A.M. standard time at the mailing address of the named insured as stated herein. |

```
I  SHEILA M NICHOLS &
N  JAMES V NICHOLS
S
U  200 HEULINGS AVE
R
E  RIVERSIDE  NJ  08075-3512
D
```

Replacement or Renewal Number of: **REDACTED**

**This replaces all previously issued policy declarations, if any. This policy applies only to occurrences or losses which happen during the policy period and for which a limit of liability or premium charge is shown.**

Described location covered by this policy (if other than address above)

## C O V E R A G E S  &  L I M I T S

| A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | PROPERTY DEDUCTIBLE | L. PERSONAL LIABILITY | M. MED. PAYMENTS PERSON | ACCIDENT |
|---|---|---|---|---|---|---|---|
| 328,000 | 32,800 | 229,600 | 65,600 | 500 | 300,000 | 2,000 | 25,000 |

| FORMS & DESCRIPTION | | | PREMIUM |
|---|---|---|---|
| FORM3 | 02/00 | Special Form - 3 | 1168.00 |
| ML0633 | 12/00 | New Jersey Notice - Flood Exclusion Notice | INCLUDED |
| ML151 | 02/00 | Increased Coverage A Limit - No Private Structures | INCLUDED |
| SM101 | 02/00 | Third Party Designee | INCLUDED |
| DN-64 | 02/03 | New Jersey Earthquake Insurance Availability Notice | INCLUDED |
| ML483 | 02/00 | Calendar Date or Time Failure Exclusion | INCLUDED |
| ML0113 | 07/04 | Amendatory Endorsement New Jersey | INCLUDED |
| ML0223 | 09/04 | Lead Liability Exclusions | INCLUDED |
| PMFXC | 03/06 | Liability Exclusions Fuel Oil and Other Pollutants | INCLUDED |
| CL0321 | 01/07 | Civil Unions Amendment | INCLUDED |
| DN-78 | 06/09 | Homeowners/Mobile Homeowners Disclosure Notice | INCLUDED |
| ML4917 | 12/08 | Water Exclusion Endorsement | INCLUDED |
| ML0689 | 10/03 | Limited Fungi, Wet or Dry Rot, or Bacteria Coverage | INCLUDED |
| ML0160 | 10/02 | Workers Compensation | 1.00 |
| ML55 | 09/01 | Replacement Value | 55.00 |
| ML216 | 02/00 | Premises Alarm Or Fire Protection System | 23.00CR |
| ML61 | 01/00 | Scheduled Personal Property | 108.00 |
| MLWD | 01/02 | Water Damage - Sewers and Drains | 50.00 |
| | | Higher Deductible Credit | 210.00CR |
| | | Increased Liability Charge | 37.00 |
| | | Renewal Credit | 35.00CR |

*Thank you for insuring with Preferred Mutual*

| | |
|---|---|
| NJ SURCHARGE | 9.00 |
| TOTAL PREMIUM | $1,064.00 |
| | THIS IS NOT A BILL |

**ADDITIONAL INFORMATION ON REVERSE SIDE**

RATING INFORMATION:
PROT CL **P**   PR GRP **024**   TERR **151** CNTY **005** CONSTRUCTED IN **1880**   CONSTRUCTION **F**   #FAM/APT   **1**
DWG USE **PRIMARY**

REDACTED   **12/07/2009**   **MRT**

**COUNTERSIGNATURE:** _____

**INSURED'S** *COPY*   **TLC**   **966382309**   **156**

★ PMHD (01-03)

MORTGAGEE(S)/LIENHOLDER(S)

**CHASE MANHATTAN MORTGAGE CORP**
**ISAOA**
**PO BOX 47020**
**DORAVILLE  GA  30362**

**JP MORGAN CHASE BANK NA**
**HOME EQUITY & CONSUMER LENDING**
**1111 POLARIS PARKWAY**
**COLUMBUS  OH  43240**
**LOAN NO.** REDACTED

ADDITIONAL OCCUPIED RESIDENCE(S) (Liability Only)

ADDITIONAL FORMS

| | |
|---|---|
| **SELECT Homeowner Program** | **96.00CR** |

REDACTED    12/07/2009    MRT    INSURED'S COPY    TLC    966382309    157

**PREFERRED MUTUAL INSURANCE COMPANY**
**ONE PREFERRED WAY**
**NEW BERLIN, NEW YORK 13411**
**Phone: (607)847-6161**

### PRIVACY INFORMATION NOTICE

**Your Privacy is Our Concern**

When you apply for any type of insurance, you disclose a certain amount of information about yourself to us. The collection, use, and disclosure of such information is regulated by law. Preferred Mutual Insurance Company recognizes the confidentiality expectations of our applicants and policyholders. Therefore, it is the policy of Preferred Mutual Insurance Company to:

- Collect only information necessary or relevant to our business.
- Make a reasonable effort to ensure that information we act upon is accurate, relevant, timely and complete.
- Use only legitimate means to collect information.
- Make personal information available externally only to respond to legitimate business needs, to regulatory or other government authorities and as otherwise permitted by law.
- Limit employees' access to those who need to know and are trained in the proper handling of personal information.

We are providing you with the following summary of the kinds of information that the Preferred Mutual Insurance Company may collect, what is done with information after it is collected, and how you can find out about information, if any, we have about you in our records.

**What kind of information do we collect about you and from whom?**

We get most of our information directly from you. The application you complete, as well as any additional information you provide, generally gives us most of the information we need to know. Sometimes we may contact you by phone or mail to obtain additional information. Depending on the nature of your insurance transaction, we may need additional information about you or other individuals proposed for coverage from outside sources, such as motor vehicle records, loss information reports, credit reports, court records or other public records. For property insurance, we may send someone to inspect your property and verify information about its value and condition. A photo of any property to be insured might be taken.

We also might obtain information from third parties, such as other insurance companies or consumer reporting agencies. A consumer report from such an agency may contain information as to credit worthiness, credit standing, credit capacity, character, general reputation, hobbies, occupation, personal characteristics or mode of living. If we order any kind of consumer report, under state law and the federal Fair Credit Reporting Act, upon written request, we will give you or tell you how to get a copy of the report. The agency preparing a consumer report for us may keep the information collected about you as permitted by law.

**What do we do with the information collected about you?**

Information which has been collected about you, will be contained in our policy records. We review it in evaluating your request for insurance coverage and in determining your rates. We will also refer to and use information in our policy records for purposes related to issuing and servicing insurance policies and settling claims.

If coverage is declined or the charge for coverage is increased because of information contained in a consumer report we obtained, we will tell you as required by state law and the federal Fair Credit Reporting Act. We also will give you the name and address of the consumer-reporting agency making the report.

PIN-2 04-01

REDACTED                        INSURED'S COPY                        00158

**To whom do we disclose information about you?**

We will not disclose information about you to others without your written consent unless the disclosure is necessary to conduct our business and as allowed by law. By law, we are also permitted to share information about you without prior permission under certain circumstances to certain persons and organizations such as:

- Our affiliated insurance companies.
- Your agent or broker.
- Parties who perform a business, professional or insurance function for our company, including our reinsurance companies.
- Independent claims adjuster, appraisers, investigators and attorneys who need the information to investigate, defend or settle a claim involving you.
- Businesses that help us with data processing or marketing of our products to you.
- Businesses that conduct scientific research, including actuarial or underwriting studies (without indentifying you individually).
- Other insurance companies, agents or consumer reporting agencies as reasonably necessary in connection with any application, policy, or claim involving you.
- Insurance support organizations which are established to collect information for the purpose of detecting and preventing insurance crimes and fraudulent claims.
- Medical care institutions or medical professionals to verify coverage or conduct an audit of services.
- Insurance regulatory agencies in connection with the regulation of our business.
- Law enforcement or other governmental authorities to protect our legal interest or in cases of suspected fraud or illegal activities.
- Authorized persons as ordered by a subpoena, warrant or other court order or as required by law.
- Certificateholders or policyholders for the purpose of providing information regarding the status of an insurance transaction.
- Lienholders, mortgagees, lessors or other persons shown on our records as having a legal or beneficial interest in your policy.

**How can you find out about information we have about you?**

Information we collect about you will be kept in our files. We may refer to this information if you file a claim under any policy you have with us or if you apply to us for a new policy. You have the right to know what kind of information we keep in our files about you, to have access to the information, and to receive a copy. Certain types of information generally collected when evaluating claims or possible lawsuits need not be disclosed to you.

Upon your written request, we will make available information from your files for your review. There may be a nominal charge for copies of your records. If you think your file contains incorrect information, notify us indicating what you think is wrong and why. We will reinvestigate the matter and either correct our records or place a statement from you in our files explaining why you believe the information is incorrect. We will also notify persons or organizations to whom we previously disclosed the information of the change of your statement. In addition, you will be given the name and address of any consumer reporting agency which prepared a report about you, so that you can contact them for a copy.

**How do we protect the confidentiality of information about you?**

Our Company maintains appropriate security standards and procedures to prevent unauthorized access to your information in whatever medium it is stored. We limit employee access to personally identifiable information to those with a business reason for knowing such information. Preferred Mutual Insurance Company also believes in educating our employees so that they will understand the importance of confidentiality of personal information, and in taking appropriate measures to enforce employee privacy responsibilities.

**Summary**

We will not sell, give, or disclose any information about you to others unless the disclosure is necessary to conduct our business and as allowed by law. We will maintain physical, electronic, and procedural safeguards that comply with Federal and State regulations to guard the information we have. Your privacy is important to us.

**PIN-2 04-01**

REDACTED                        INSURED'S COPY                        00159

AAIS
ML-0633 (12-00)
Page 1 of 1

# NEW JERSEY NOTICE
## FLOOD NOTICE

All homeowner insurance policyholders are cautioned that:

1. Homeowner insurance policies do not cover property damage from floods.

2. Flood means a general and temporary condition of partial or complete inundation of normally dry land area from:

   i.   The overflow of inland or tidal waters;

   ii.  The unusual and rapid accumulation or runoff of surface waters from any source;

   iii. Mudslides (that is, mudflows) that are proximately caused by flooding and are akin to a river of liquid and flowing mud on the surfaces of normally dry land areas, including your premises, as when earth is carried by a current of water and deposited along the path of the current;

3. Flood also includes the collapse or subsidence of land along the shore of a lake or other body of water as a result of erosion or the undermining caused by waves or currents of water exceeding cyclical levels, which results in the partial or complete inundation of normally dry land area;

4. Normal homeowners insurance policies do not cover damage to property, contents and structure resulting from floods; however, flood insurance may be available through the National Flood Insurance Program which exists in participating communities.

5. The National Flood Insurance Program coverage contains separate content and structure coverages and the policyholder should consult the National Flood Insurance Program or his or her insurer or insurance producer as to whether the coverage selected is appropriate for the policyholder's needs.

ML 0633 12 00
REDACTED        12/07/2009        INSURED'S COPY                    0016D

**IMPORTANT NOTICE TO SENIOR CITIZEN INSUREDS**

Please be advised that New Jersey Senior Citizen Insureds can designate a third-party to receive copies of all cancellation, nonrenewal, or conditional renewal notices in addition to the notice you receive.

To designate a third-party, the Senior Citizen Insured must do the following:

1.   Complete all the information below to show acceptance by the third-party.

2.   Mail by "Certified Mail - Return Receipt requested" to:

> Preferred Mutual Insurance Company
> One Preferred Way
> New Berlin, NY 13411

Policy #: _____ **REDACTED**

Senior Citizen Insured's Name:     **SHEILA M NICHOLS  &  JAMES V NICHOLS**

  and Mailing Address     **200 HEULINGS AVE**

  **RIVERSIDE  NJ  08075-3512**

Third-Party Designee:     _____

  and Mailing Address     _____

  _____

The third-party designee agrees to accept and receive copies of all cancellation, nonrenewal, and conditional renewal notices that are mailed to the senior citizen insured named above.  Designation as a third-party shall not constitute acceptance of any liability on the third-party for services provided to such senior citizen.  The third-party designee may terminate their status as a third-party designee by providing written notice to both the insurer and the senior citizen insured.

_____     _____
Senior Citizen Insured's Signature          Date

_____     _____
Third-Party Designee Signature          Date

SM-101 (02-00)
  REDACTED          12/07/2009          INSURED'S COPY          00161

**AAIS**
**ML-483 2.0**
**Page 1 of 1**

This endorsement changes
the policy
**--PLEASE READ THIS CAREFULLY --**

## CALENDAR DATE OR TIME FAILURE EXCLUSION

1.  The Calendar Date or Time Failure exclusion shown below is added under Exclusions That Apply To Property Coverages, item **2:**

    **Calendar Date or Time Failure --** "We" do not pay for loss or damage resulting from the failure of any electronic data processing equipment, computer program, software, media, or data to correctly recognize, interpret, or process any encoded, abbreviated, or encrypted date or time.

2.  If this policy includes endorsement ML-170, Computer Coverage, the Calendar Date or Time Failure exclusion shown above is also added to that endorsement under Perils Excluded.

3.  If this policy includes endorsement ML-29, Farm Liability Coverage, the Calendar Date or Time Failure exclusion shown below is added to that endorsement under Exclusions That Apply To Liability coverages, item 3:

    "We" do not pay for "property damage" resulting from the failure of any electronic data processing equipment, computer program, software, media, or data to correctly recognize, interpret, or process any encoded, abbreviated, or encrypted date or time.

Copyright MCMXCVII, American Association of Insurance Services

INSURED'S COPY

00162

# PREFERRED MUTUAL INSURANCE COMPANY
**One Preferred Way**
**New Berlin  NY  13411**
**800-333-7642   www.preferredmutual.com**

## HOMEOWNERS/MOBILE HOMEOWNERS
## DISCLOSURE NOTICE

No coverage is provided by this summary nor does it replace any provisions of your policy.  You should read your declarations and policy for complete information on the coverages you are provided.  If there are any discrepancies between the policy and this summary, *the provisions of the policy govern.*

Your renewal policy includes some important coverage changes.  **SOME OF THESE CHANGES MAY RE-STRICT, REDUCE, OR ELIMINATE COVERAGE THAT WAS PREVIOUSLY PROVIDED.**  Please review your renewal policy carefully and contact your agent or us if you have any questions or if you want to purchase additional coverage.

Significant changes are described below and are categorized as follows.

| CLARIFICATIONS | Changes that are intended to clarify and preserve the intent of your previous policy's provisions |
|---|---|

**CLARIFICATIONS** - At times courts or others interpret a policy as providing coverage or terms that differ from what the company intends or envisions.  The following changes clarify policy language and preserve the intent of your previous policy.  Depending upon the interpretation of your previous policy, some or all of these clarifications may result in a reduction or elimination of coverage.  The most significant of these changes are as follows:

1.  Both your previous policy and your renewal policy exclude loss to covered property caused by certain events, such as war and water damage.  Your renewal policy specifies that these exclusions apply whether or not an extensive area suffers damage from or is affected by the excluded cause or event.

2.  Both your previous policy and your renewal policy exclude coverage for loss caused by water, including:

    - Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these:

    - Water or sewage that backs up through sewers or drains or water that overflows from within a sump pump, sump pump well, or other type of system designed to remove subsurface water which is drained from the foundation area; and

    - Water below the surface of the ground.

Your renewal policy specifies that this excluded water encompasses tidal wave, tsunami, tides, tidal surge, storm surge, storm tide, and water that overtops or is otherwise discharged from a dam, levee, or other device or feature designed or used to retain, contain, or control water.

Your renewal policy also specifies that the water exclusion applies regardless of the cause of the excluded event, whether or not the cause is an act of nature.

Finally, your renewal policy excludes loss caused by "matter present in water" rather than "sewage", and it specifies that the exclusion for loss caused by "matter present in water" applies with respect to *all* excluded water and that "matter present in water" encompasses matter carried or otherwise moved by water.

# PREFERRED MUTUAL INSURANCE COMPANY

**Applicable to Form 2, 4 and 6 --**
When your policy includes endorsement ML-32 or ML 0032, both your previous policy and your renewal policy exclude coverage for loss to property covered under Coverage A caused by repeated or continuous seepage or leakage of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance. Both your previous policy and your renewal policy make an exception for loss to such property caused by accidental leakage, overflow, or discharge of liquids or steam from such systems, however, your renewal policy specifies that these systems must be located on the insured premises for exception to apply.

**Applicable to Form 3 -**
Both your previous policy and your renewal policy exclude coverage for loss to property covered under Coverage A or Coverage B caused by repeated or continuous seepage or leakage of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance. Both your previous policy and your renewal policy provide coverage for loss to such property caused by accidental leakage, overflow, or discharge of liquids or steam from such systems, however, your renewal policy specifies that these systems must be located on the insured premises for coverage to apply.

Additionally, both your previous policy and your renewal policy provide coverage for the reasonable cost of removing or replacing those parts of the building or mobile home needed to repair the system, heater, or appliance in the event of loss caused by accidental leakage, overflow, or discharge. However, your renewal policy specifies that for this coverage to apply, the system, heater, or appliance must be located on the insured premises.

Both your previous policy and your renewal policy exclude loss to covered property caused by certain events, such as war and water damage. Your renewal policy specifies that these exclusions apply whether or not an extensive area suffers damage from or is affected by the excluded cause or event.

**Applicable to Form 5 -**
Both your previous policy and your renewal policy exclude coverage for loss caused by:

- Wear and tear;
- Settling, cracking, shrinking, bulging, or expanding of buildings or pavements, patios, or other outdoor structures;
- Animals owned or kept by an insured, birds, vermin, rodents or insects;
- Smoke from agricultural smudging or industrial operations; or
- The release, discharge, dispersal, seepage, migration, or escape of pollutants;

and both make an exception for loss not otherwise excluded caused by liquids or steam which escape from a plumbing, heating, air conditioning, or automatic fire protective sprinkling system, water heater, or domestic appliance resulting from one of these causes or events. However, your renewal policy specifies that the exception applies only when the escape comes from a plumbing, heating, air conditioning, or automatic fire protective sprinkling system, water heater, or domestic appliance on the insured premises, and also that plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment, any other type of system designed to remove subsurface water which is drained from the foundation area, or roof drains, gutters, downspouts, or like equipment.

Both your previous policy and your renewal policy exclude coverage for loss to property covered under Coverage A and Coverage B caused by repeated or continuous seepage or leakage of liquids or steam from within a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance. However, your renewal policy provides coverage for loss caused by accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance located on the insured premises. Furthermore, your renewal policy provides coverage for the reasonable cost of removing or replacing those parts of the building or mobile home needed to repair the system, heater, or appliance when the system, heater, or appliance is located on the insured premises.

# PREFERRED MUTUAL INSURANCE COMPANY

Finally, your renewal policy specifies that surface water and water below the surface of the ground do not include water that accidentally discharge or overflows from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system, water heater, or domestic appliance on the insured premises when such loss is not otherwise excluded by the policy.  Your renewal policy also specifies that these exclusions do not apply to loss to property covered under *Coverage C* while such property is away from an insured premises or a location owned by, rented to, occupied by, or controlled by an insured.  With respect to such loss, the exclusion for Weather Conditions under Exclusions That Apply To Property Coverages does not apply.

AAIS
ML 4917 12 08
Page 1 of 4

**This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --**

# WATER EXCLUSION ENDORSEMENT

1.  In Form 5, item a. under the definition of "specified perils" is deleted and replaced by the following:

    a.  accidental discharge or overflow of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance.   (Plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.)

    However, "we" do not pay for loss:

    1)  caused by continuous or repeated seepage or leakage;

    2)  on the "insured premises" caused by accidental discharge or overflow which comes from off the "insured premises"; or

    3)  to the system, heater, or appliance from which the liquid or steam escapes.

    Under Exclusions That Apply To Property Coverages, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface of the ground do not apply with respect to loss by water covered under this peril.

2.  In Form 2, Form 4, and Form 6, under Perils Insured Against, the last paragraph under Accidental Discharge or Overflow of Liquids or Steam is deleted and replaced by the following:

    In this peril, plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

Under Exclusions That Apply To Property Coverages, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface of the ground do not apply with respect to loss by water covered under this peril.

3.  In Form 3, under Perils Insured Against, Coverage A - Residence and Coverage B - Related Private Structures, Seepage or Leakage is deleted and replaced by the following:

    **Seepage or Leakage -** "We" do not pay for loss caused by repeated or continuous seepage or leakage of liquids or steam from within a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance.

    However, "we" do pay for loss caused by the accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance on the "insured premises". In this exception, plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

    When loss is caused by the accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance on the "insured premises", "we" also pay the reasonable cost of removing and replacing those parts of the building or mobile home needed to repair the system, heater, or appliance. "We" do not pay for loss to the system, heater, or appliance from which the liquid or steam escapes.

    Under Exclusions That Apply To Property Coverage, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface of the

Copyright, American Association of Insurance Services, Inc., 2008

REDACTED        12/07/2009        INSURED'S COPY        00166

**AAIS**
**ML 4917 12 08**
**Page 2 of 4**

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

ground do not apply with respect to loss by water covered under this exception.

4. In Form 3, under Perils Insured Against, Coverage C - Personal Property, the last paragraph under Accidental Discharge or Overflow of Liquids or Steam is deleted and replaced by the following:

In this peril, plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

Under Exclusions That Apply To Property Coverages, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface of the ground do not apply with respect to loss by water covered under this peril.

5. In Form 1, Form 2, Form 3, Form 4, Form 5, Form 6, and Form 8, the following is added to the first paragraph of Item 1. under Exclusions That Apply To Property Coverages:

These exclusions apply whether or not an extensive area suffers damage from or is affected by the excluded cause or event.

6. In Form 1, Form 2, Form 3, Form 4, Form 5, Form 6, and Form 8, under Exclusions That Apply To Property Coverages, Water Damage is deleted and replaced by the following:

**Water**

1) "We" do not pay for loss caused by:

   a) flood;
   b) surface water;
   c) waves, including but not limited to tidal wave and tsunami;
   d) tides;
   e) tidal water;
   f) overflow of any body of water; or
   g) spray from a) through f) above;

whether driven by wind or not.

This includes, but is not limited to, tidal surge, storm surge, and storm tide.

2) "We" do not pay for loss caused by water that:

   a) backs up through sewers or drains; or
   b) overflows or otherwise discharges from:

      1) a sump, sump pump, or related equipment; or
      2) any other type of system designed to remove subsurface water which is drained from the foundation area.

3) "We" do not pay for loss caused by water below the surface of the ground. This includes, but is not limited to, water that exerts pressure on, or seeps, leaks, or flows through or into, a building, sidewalk, driveway, patio, foundation, swimming pool, or other structure.

4) "We" do not pay for loss caused by matter present in or carried or otherwise moved by water described in 1) through 3) above.

5) The exclusions set forth in 1) through 4) above:

   a) apply regardless of the cause of the excluded event, whether or not such cause is an act of nature; and
   b) apply to, but are not limited to, water and matter present in or carried or otherwise moved by water, whether driven by wind or not, that:

      1) overtops;
      2) escapes from;
      3) is released from; or
      4) is otherwise discharged from;

      a dam, levee, dike, floodgate, or other device or feature designed or used to retain, contain, or control water.

REDACTED

Copyright, American Association of Insurance Services, Inc., 2009

12/07/2009          INSURED'S COPY          00157

AAIS
ML 4917 12 08
Page 3 of 4

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

6) "We" do pay for direct loss to covered property caused by fire or explosion (other than volcanic explosion) resulting from an event excluded in 1) through 4) above.

7) These exclusions do not apply to loss caused by theft that is otherwise covered by this policy.

7. In Form 5, the following is added to Water under Exclusions That Apply To Property Coverages:

8) With respect to these exclusions, surface water and water below the surface of the ground do not include water that accidently discharges or overflows from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system, water heater, or domestic appliance on the "insured premises" when loss caused by such water is not otherwise excluded by this policy. Plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

9) These exclusions do not apply to loss to property covered under Coverage C while such property is away from an "insured premises" or a location owned by, rented to, occupied by, or controlled by an "insured". With respect to such loss, the Weather Conditions exclusion under Exclusions That Apply To Property Coverage does not apply.

8. In Form 5, under Exclusions That Apply To Property Coverages, the last paragraph under item 2. is deleted and replaced by the following:

"We" do pay for loss not otherwise excluded caused by liquids or steam which escape from a plumbing, heating, air conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance on the "insured premises" resulting from a cause or event excluded under exclusions 2.f. through 2.j. above. This includes the reasonable cost of removing and replacing those parts of the building or mobile home needed to repair the system, heater, or appliance. This does not include loss to the system, heater, or appliance from which the liquid or steam escapes.

In this exception, plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

Under Exclusions That Apply To Property Coverages, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface of the ground do not apply with respect to loss by water covered under this exception.

9. In Form 5, under Exclusions That Apply To Property Coverages, the following is added to item 3. Seepage or Leakage:

However, "we" do pay for loss caused by the accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance on the "insured premises". In this exception, plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

When loss is caused by the accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system; water heater; or domestic appliance on the "insured premises", "we" also pay the reasonable cost of removing and replacing those parts of the building or mobile home needed to repair the system, heater, or appliance. "We" do not pay for loss to the system, heater,

REDACTED

Copyright, American Association of Insurance Services, Inc., 2009

12/07/2009                    INSURED'S COPY

0016B

AAIS
ML 4917 12 08
Page 4 of 4

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

or appliance from which the liquid or steam escapes.

Under Exclusions That Apply To Property Coverages, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface fo the ground do not apply with respect to loss by water covered under this exception.

10. When the policy includes endorsement ML-32 or ML 0032, under Additional Exclusions That Apply To Coverage A, Seepage or Leakage in that endorsement is deleted and replaced by the following:

Seepage or Leakage -- "We" do not pay for loss caused by repeated or continuous seepage or leakage of liquids or steam from within a plumbing, heating, air-conditioning, or automatic sprinkler system; water heater; or domestic appliance.

Except as provided above, "we" pay for loss caused by the accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic sprinkler system; water heater; or domestic appliance on the "insured premises". With respect to this exception, plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

When loss is caused by the accidental leakage, overflow, or discharge of liquids or steam from a plumbing, heating, air-conditioning, or automatic sprinkler system; water heater; or domestic appliance on the "insured premises", "we" also pay the reasonable cost of removing and replacing those parts of the building or mobile home necessary to make repairs. "We" do not pay for loss to the system, heater, or appliance from which the liquid or steam escapes.

Under Exclusions That Apply To Property Coverages, 1)b) and 3) of the Water exclusion that apply to surface water and water below the surface of the ground do not apply with respect to loss by water covered under this exception.

11. When this policy includes endorsement ML-429 or ML 0429 or endorsement ML-430 or ML 0430, under Exclusions That Apply To Property Coverages, item 2. is deleted and replaced by the following:

Water is amended by the addition of the following:

8) With respect to these exclusions, surface water and water below the surface of the ground do not include water that accidentally discharges or overflows from a plumbing, heating, air-conditioning, or automatic fire protective sprinkling system, water heater, or domestic appliance at or in the building where the "described location" is located when loss caused by such water is not otherwise excluded by this policy.

Plumbing systems and domestic appliances do not include sumps, sump pumps, or related equipment; any other type of system designed to remove subsurface water which is drained from the foundation area; or roof drains, gutters, downspouts, or like equipment.

9) These exclusions do not apply with respect to direct physical loss to property covered under Coverage C while such property is away from a premises or location owned by, rented to, occupied by, or controlled by an "insured". With respect to such loss, the Weather Conditions exclusion under Additional Exclusions That Apply To Property Coverages does not apply.

Copyright, American Association of Insurance Services, Inc., 2009

ML-WD (01 02)

# WATER DAMAGE
## SEWERS, DRAINS, AND SUMPS

"We" pay up to $ 5,000   for direct physical loss to covered property caused by:

1.  water or sewage which backs up through sewers or drains; or

2.  water which enters into and overflows from within a sump pump, sump pump well, or other type of system designed to remove subsurface water which is drained from the foundation area. However, "we" do not pay for loss to the sump pump or other type of system or related equipment caused by mechanical breakdown.

This coverage does not increase the "limits" shown on the "declarations" for Coverages A, B, C or D.

A $250 deductible applies to this coverage, however, the deductible does not apply to Coverage D.

Under Additional Coverage:

We pay for "power disruption" for purposes of this endorsement only if it causes overflow of sump pump caused by interruption of electrical service caused by damage to the generating or transmission equipment.

Under Exclusions That Apply To Property Coverages, the references to:

- water or sewage which backs up through sewers or drains or water which overflows from within a sump under Water Damage; and
- mechanical breakdown under Wear and Tear;

are deleted with respect to the coverage provided by this endorsement.  Exclusions 1) and 3) under Water Damage continue to apply.

Includes copyrighted material with permission of American
Association of Insurance Services.

REDACTED      12/07/2009      INSURED'S COPY      00170

# PREFERRED MUTUAL INSURANCE COMPANY

### One Preferred Way, New Berlin, New York 13411-1896

### THE FAIR CREDIT REPORTING ACT

As part of our normal underwriting procedure, an investigative consumer report may be obtained including, if applicable, information as to character, general reputation, personal characteristics and mode of living. This information is obtained through personal interviews with your friends, neighbors and associates. Upon written request received within a reasonable time, additional detailed information concerning the nature and scope of this investigation will be provided.

### THIS POLICY IS ISSUED BY A CO-OPERATIVE INSURER HAVING SPECIAL REGULATIONS AS FOLLOWS:

This Company shall be known and designated as **Preferred Mutual Insurance Company** under which name it shall transact all its business. The principal business office of the Company shall be located in the village of New Berlin, Chenango County, New York.

The annual meeting of the policyholders of this Company shall be held on the fourth Tuesday of February in each year at two o'clock p.m. at the principal business office of the Company for the purpose of electing Directors and transacting such other business as may properly come before it. Notice of the time, place and object of each annual meeting of the Company shall be published once in each week for two successive weeks immediately preceding such meeting, in at least one newspaper published in Chenango County, New York.

At each annual policyholders' meeting, every person insured in this Company shall be entitled to one vote, either in person or by proxy. Any policyholder voting by proxy shall file same with the Secretary of the Company at least thirty days prior to the annual meeting.

It shall be the duty of the Secretary to keep proper books, including a policy register, in which he shall enter a complete record of the transactions of the Company and of its Board of Directors and Executive Committee, which books shall at all times show fully and truly the condition, affairs and business of this Company and shall be open for inspection of every person insured, each business day from nine o'clock in the forenoon until four o'clock in the afternoon.

Persons may become insured in this Company, who reside or own property within the territory in which

this Company is authorized to do business, upon the same terms and conditions as original members and such other terms as may be prescribed by the By-laws of this Company.

All persons who shall become insured in this Company shall be members thereof during the period their policy or policies are in force and no longer.

The holders of policies of this Company shall not be subject to any liability for assessment.

Non-residents who own property within the territory in which this Company may do business, may be insured therein and shall have all the rights and privileges of the Company, but shall not be eligible to hold office in this Company.

The Bylaws of this Company may be amended only by a majority vote of all members who are present in person or by proxy at any annual meeting, except that the Board of Directors may amend the Bylaws as to any provisions which do not impair the member's right or enlarge their obligations under insurance policies. No Bylaws or amendment shall be effective unless and until it shall have been approved in writing by the Superintendent of Insurance in the state of New York.

**In Witness Whereof, the Company has caused this policy to be executed and attested; but in jurisdictions so requiring, this policy shall not be valid unless countersigned by a duly authorized Agent of this Company.**

Christopher P. Taft
President

Gary G. Strong
Secretary

The Preferred Mutual Insurance Company was founded in 1896 by Frank E. Holmes. The Company began and to this day continues to operate from its headquarters in New Berlin, New York. Due to the Company's growth and need for future expansion, in 1993 a satellite office, which houses all data processing operations, was opened in Norwich, New York.

Throughout the years, Preferred Mutual Insurance Company has continued to expand the products and services offered to the independent agents who represent the Company and its policyholders. We invite you to contact your agent to discuss other product offerings to respond to your insurance needs.

# EXHIBIT 41

**CHASE** 

**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA 30362
Insurance Processing Center

July 23, 2010

SHEILA M NICHOLS
JAMES V NICHOLS
RIVERSIDE NJ 08075
200 HEULINGS AVE
RIVERSIDE, NJ 08075-6124

**NOTICE OF PLACEMENT OF HAZARD INSURANCE**
**PLEASE READ CAREFULLY**

SUBJECT:   Important  Missing Insurance Information
              Loan Number:        REDACTED
              Property Location:  200 HEULINGS AVE
                          RIVERSIDE TWP, NJ  08075

Dear SHEILA M NICHOLS:

We previously sent you letters advising that we had no evidence that your property was insured. We emphasized the need for you to furnish us with proof of continuous hazard insurance coverage. To date we have not received a response to our request and, as a result, we have purchased a limited hazard insurance policy at your expense. Enclosed is the insurance policy showing the coverage and premium amounts. The terms of your mortgage or deed of trust permit us to purchase coverage in these circumstances. We have charged your escrow account the premium due for the insurance we obtained. If you did not have an escrow account, we established one for you. In either case, your monthly payment amount will increase.

As we indicated in previous letters to you:

- The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own. The higher cost is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property. The premium for the insurance coverage is $3,177.34. You can determine the difference in the cost by comparing this amount to the cost an insurance agent or an insurance company will charge for an insurance policy.

- The hazard insurance we obtained is primarily for the benefit of the person or company who presently owns your mortgage loan. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because the person or company that owns your loan will be paid first.

- The hazard insurance we obtained will cover <u>only</u> the structure of your home (i.e., the walls, floors, roof and anything permanently attached).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.

  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.

  - It will <u>not</u> cover any liability to you personally for someone who is injured while on your property.

210293-0509

- **The hazard insurance we obtained is limited and will _not_ cover any amounts you feel your home is worth in excess of the last amount of dwelling coverage that you obtained and we entered on our records. If we do not know the last amount of insurance coverage you had, we will purchase coverage in the amount of the _unpaid principal balance_ of your loan on the date we requested the insurance coverage to begin. If you believe that the amount of coverage shown in the enclosed policy exceeds the value of the home, please call our Insurance Center at 1-877-530-8951.**

When Chase purchases insurance for you, an affiliate of Chase may benefit. This benefit may occur because the insurance company will transfer some or all of the risk under the policy to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

You may still obtain your own insurance coverage and we strongly recommend that you do so. This will allow you to choose a policy that meets your needs from a company that you select. Your choice of an insurance company or agent will not affect our credit decisions in any way. If you purchase your own insurance, please send evidence of coverage immediately to the address below or you may fax a copy of your policy to 1-678-475-8799. Your policy must show the standard mortgagee clause listed below and your loan number. The standard mortgagee clause reads exactly as:

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

Once you obtain your own insurance, we will cancel the limited insurance we obtained and replace it with yours. We will charge you for the coverage we obtained only for the time the coverage was in effect. If you are due a refund, your escrow account will be credited.

If you or your insurance agent have any questions about your obligation to provide evidence of insurance or any information in this letter, please call the Insurance Processing Center at 1-877-530-8951.

Sincerely,

*Gerald Clay*

Gerald Clay
Insurance Manager
Insurance Processing Center

**Important Bankruptcy Information**
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

2102H3-0509

SFD    OWNER OCCUPIED

**AGENCY**

| Major | Sub | Mher | State |
|-------|-----|------|-------|
| 09746 | 0029 | 0000 | NJ |

**AMERICAN SECURITY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302
770-763-1000
RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

POLICY NUMBER:
**REDACTED**

ADDITIONAL INSURED-Name and Address (Street No., City, State, Zip)

SHEILA M NICHOLS
JAMES V NICHOLS
RIVERSIDE NJ 08075
200 HEULINGS AVE
RIVERSIDE, NJ 08075-6124

NAMED INSURED/MORTGAGEE-Name and Address

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA 30362

**REDACTED**
LOAN NUMBER:

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|---|
| EFFECTIVE DATE: 05/13/2010   EXPIRATION DATE: 05/13/2011 | | DWELLING | $328,000 | $3,149.00 |
| EFFECTIVE TIME:   NOON ☐   12:01 A.M. ☒ | | | | |
| DESCRIBED LOCATION (if different from mailing address above)<br>200 HEULINGS AVE<br>RIVERSIDE TWP, NJ 08075 | | | | |
| | | | | |
| SECURITY INTEREST: | | | | |
| | | NJ P-LIGA S/C   0.00900 | | $28.34 |
| | | ANNUAL PREMIUM AMOUNT | | $3,149.00 |
| | | ANNUAL TOTAL CHARGED | | $3,177.34 |

Forms and endorsements which are made a part of this policy at time of issue

MSP-RES-J (11-07),MSP-RES(8-88),MSP-RES-NJEND(2-05)

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a. The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b. The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c. Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious Mischief a $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

ALL OTHER INQUIRIES
1-877-530-8951

CLAIMS INFORMATION ONLY
1-800-326-2845

Countersignature Date
07/23/2010

Agency at

PMS-A(Rev.3/02)

Authorized Representative

GE1031

# EXHIBIT 42

Prepared by:

D. Ryan Nussey, Esquire

BURLINGTON COUNTY
CLERK
2011 FEB 14 P 3 33
RECEIVED

## QUITCLAIM DEED

This Quitclaim Deed is made on this 14 day of Feb , in the year Two Thousand and Eleven (2011).

**BETWEEN** - James V. Nichols and Sheila M. Nichols, residing at 200 Heulings Avenue, Riverside, New Jersey,

(hereinafter referred to as the Grantor),

**AND** ~ Sheila M. Nichols, residing at 200 Heulings Avenue, Riverside, New Jersey,

(hereinafter referred to as the Grantee),

The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **TRANSFER OF OWNERSHIP.** The Grantor grants and conveys (transfers ownership of) the property described below to the Grantee. This transfer is made for the sum of One Dollar ($1.00). The Grantor acknowledges receipt of this money.

2. **TAX MAP REFERENCE (N.J.S.A. 46:15-1.1)** The property is located in the Township of Riverside, County of Burlington, Tax Lot 1, Tax Block 1102.

3. **PROPERTY DESCRIPTION.** The property consists of all that certain lot, piece or parcel of land with the buildings and improvements thereon erected, situate, lying and being in the Township of Riverside, in the County of Burlington, State of New Jersey, bounded and described as follows:

BEGINNING at the intersection of the Southwesterly line of Heulings Avenue (60.00 feet wide) with the Southeasterly line of Second Street (60.00 feet wide); thence

(1) Along the southwesterly line of Heulings Avenue, South 30 degrees 00 minutes 00 seconds East, a distance of 50.00 feet to a point in the division line between Lots 1 and 2 (plan lot 112), Block 1102, Tax Map; thence

(2) Along said division line, South 60 degrees 00 minutes 00 seconds West, a distance of 160.00 feet to a point common to Lots 1, 2, 19 and 20 (plan lot 94), Block 1102, Tax Map; thence

(3) Along the division line between Lots 1 and 20 and continuing along the division line between Lots 1 and 21, North 30 degrees 00 minutes 00 seconds West, a distance of 50.00 feet to a point in the Southeasterly line of Second Street; thence

(4) Along the Southeasterly line of Second Street, North 60 degrees 00 minutes 00 seconds East, a distance of 160.00 feet to the point and place of beginning.

BEING Lot 1, Block 1102, Tax Map.

BEING Lot 113, Wallace Lippincott's Plan of Lansdale, an extension of Riverside.

COMMONLY known as 200 Heulings Avenue, Riverside, New Jersey.

BEING THE SAME LAND AND PREMISES which became vested in James V. Nichols and Sheila M. Nichols f/k/a Sheila M. Mayko, by Deed from David A. Gabrieli and Carol A. Gabrieli by her Attorney in Fact, David A. Gabrieli, dated January 11, 2002, and recorded January 25, 2002 in the Burlington County Clerk/Register's Office in Deed Book 5931, Page 110.

4. **TYPE OF DEED.** This Deed is called a Quitclaim Deed. The Grantor makes no

DB 0 6 7 5 2 PG 7 6 7

## Seller's Affidavit of Title

State of ____New Jersey___ :
                                    SS
County of ____Burlington___ :

The seller(s) whose signature(s) are signed below, being under oath say that the following facts are true and complete.

(1)  The persons named above and who sign below are the persons (whether one or more) who are called "Deponents" in this sworn statement. Deponents are at least eighteen years of age. Deponents are citizens of the United States. Deponents have no legal, mental or physical disability which would interfere with their freedom of action.

(2)  Deponents are the only owners of the property described in the title search, commitment and file numbered above, which is commonly known as __200 Heulings Avenue, Riverside, New Jersey__. Deponents have never owned any property adjoining subject property.

(3)  Deponents ownership of the property has never been questioned or subjected to an actual or threatened lawsuit.

(4)  There are no tenants in the property nor is anyone otherwise occupying or claiming the right to occupy the property.

(5)  There are no agreements of sale outstanding concerning the property except the agreement with the Purchasers named in the Deed accompanying this Affidavit. There are no pending or threatened lawsuits or claims that do or might effect the property being sold. There are no mortgages on the property and there are no judgments or liens against Deponents or against the property other than those shown by the title company on the title search or Commitment to insure. There are no easements other than those shown on the title search or Commitment to insure.

(6)  Deponents have never been in Bankruptcy, either voluntarily or involuntarily. Deponents have never been a party to insolvency proceedings. There are no court orders against Deponents requiring periodic payments of alimony or child support.

(7)  Deponents special attention has been drawn to __N/A__ and none of those judgments, notices or claims refer to any of the Deponents but refer to others of similar name and/or initial.

(8)  We have paid in full for all appliances, personal property and everything else in the house and in any other building on the property. All bills for goods or materials delivered to or used in the construction, repair, addition or alteration to the property have been paid in full. The wages of all laborers and workmen who have worked at the property have been paid in full. We have obtained all necessary building permits or certificates of occupancy while we have owned this property.

(9)  Real estate taxes are paid on the property through __02/07/11__ ; municipal water bills are paid through __02/07/11__ ; municipal sewer rent is paid through __02/07/11__ ; County or other authority sewer rent is paid through __02/07/11__. All other municipal or county liens are paid in full. If any of these items remains unpaid, Deponents agree to pay them to the title agent on demand.

(10)  No work has been performed, and no materials delivered for any construction or repairs at the property, in the last four months; no work has been done at the property since October 1st last which could or may cause the municipality to increase the real estate taxes; the municipality has never done any work at the property or near the property to benefit or serve the property for which any money is now due or for which installments are due in the future.

(11)  Sheila M. Nichols was married to James V. Nichols on __10/19/02__. The maiden name of __Sheila M. Nichols__ was __Mayka__.

(12)  Listed below are any exceptions to the statements made above.

These statements are made to induce the Purchasers to buy the property, to induce the Purchasers mortgage lender to grant a mortgage and to induce the settlement agent to complete the settlement and to induce the title company to issue its policies of title insurance.

Sworn to and signed before me on __14th Feb 2011__    _Sheila M Nichols_ (seal)

_Sheila M Nichols_                                                         (seal)

_Allan Ja Vogton_ , Notary Public      I/We certify the following address is our mailing address:
State of N.J.

My commission expires Feb 28 2013

DB 06752 PG 771

**State of New Jersey**
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**
(C.55, P.L. 2004)

## SELLER(S) INFORMATION

Name(s)   James V. Nichols

Current Resident Address
1213 Cooper St.                    Deptford          NJ        08096
                                   (City/Town)       (State)   (Zip Code)

## PROPERTY INFORMATION (Brief Property Description)

Block(s)   1102          Lot(s)          1     Qualifier

Street Address: 200 Heulings Avenue      Riverside       NJ
                                          (City/Town)    (State)    (Zip Code)
Seller's Percentage of Ownership: 50%     Consideration: $1.00 .     Closing Date:

## SELLER ASSURANCES (Check the Appropriate Box)

1. ☐ I am a resident taxpayer of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et. seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.
2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the Federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.
3. ☐ I am a mortgagor conveying the mortgaged property to mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A. 54A:1-1 et. seq.
6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A: 5-1-1 et. seq.
7. ☐ The gain from the sale will not be recognized for Federal Income Tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledge the obligation to file a New Jersey Income Tax Return for the year of the sale.
8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

## SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could ne punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

2/8/11
Date                                              Signature
                                                  (Seller) Please indicate if Power of Attorney in Fact


Date                                              Signature
                                                  (Seller) Please indicate if Power of Attorney in Fact

BB06752PG772

**State of New Jersey**
**SELLER'S RESIDENCY CERTIFICATION/EXEMPTION**
(C.55, P.L. 2004)

## SELLER(S) INFORMATION

Name(s)    Sheila M. Nichols

Current Resident Address   200 Heulings Avenue    Riverside    NJ

|  | (City/Town) | (State) | (Zip Code) |

## PROPERTY INFORMATION (Brief Property Description)

Block(s)    1102          Lot(s)          1     Qualifier

Street Address: 200 Heulings Avenue    Riverside    NJ

| | (City/Town) | (State) | (Zip Code) |

Seller's Percentage of Ownership: 50%    Consideration: 1.00    Closing Date:

## SELLER ASSURANCES (Check the Appropriate Box)

1. ☐ I am a resident taxpayer of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et. seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.
2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the Federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.
3. ☐ I am a mortgagor conveying the mortgaged property to mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.
4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.
5. ☐ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A. 54A:1-1 et. seq.
6. ☒ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A: 5-1-1 et. seq.
7. ☐ The gain from the sale will not be recognized for Federal income Tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION). If such section does not ultimately apply to this transaction, the seller acknowledge the obligation to file a New Jersey Income Tax Return for the year of the sale.
8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to affect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

## SELLER(S) DECLARATION

The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

2/14/2011
Date

_____
Signature
(Seller) Please Indicate if Power of Attorney in Fact

_____
Date

_____
Signature
(Seller) Please Indicate if Power of Attorney in Fact

DB 0 6 7 5 2 PG 7 7 3

# RECORDING DATA PAGE

Consideration : $1.00
Code         : B
Transfer Fee : $0.00
Recording Date: 02/14/2011
Document No  : 4794549      dcoco

SHEILA N NICHOLS
1209 STATE RD
CROYDON, PA  19021


Receipt No   : 926874
Document No  : 4794549
Document Type : DEED
Recording Date: 02/14/2011
Login Id     : dcoco

       Recorded
  Feb 14 2011 04:04pm
Burlington County Clerk


Clerk of Burlington County • 49 Rancocas Rd. • Mt. Holly, NJ 08060
                    609-265-5180


DB 06752 PG 774

# EXHIBIT 43

Chase Home Finance LLC (FL5-7734)
PO BOX 44090
Jacksonville, FL 32231-4090

**CHASE** ⬡

July 28, 2010

 0-746-49295-0012253-003-2-011-000-000-000

LEAMON E LEGER JR
1118 ENSLEY CT
NORTH PORT FL  34288-3306

**Acceleration Warning (Notice of Intent to Foreclose)**
Account:▮▮▮▮▮  (the "Loan")
Property Address:   2504 NODOSA DR
                   SARASOTA, FL 34232 (the "Property")

Dear Mortgagor(s):

Under the terms of the Mortgage or Deed of Trust ("Security Instrument") securing your Loan, Chase Home Finance LLC ("Chase")  hereby notifies you of the following:

1. You are in default because you have failed to pay the required monthly installments commencing with the payment due 06/01/2010.

2. As of 07/28/2010, total monthly payments (including principal, interest, and escrow if applicable), late fees, NSF fees, and other fees and advances due under the terms of your loan documents in the total amount of $3,569.51 are past due. This past-due amount is itemized below. If applicable, your account may have additional escrow amounts that have been paid out and are due on the Loan.  If you have any questions about the amounts detailed below, please contact us as soon as possible at (800) 848-9380.

| | |
|---|---|
| Total Monthly Payments | $3,470.96 |
| Late Fees | $98.55 |
| NSF Fees | $0.00 |
| Other Fees and Advances* | $0.00 |
| Amount Held in Suspense | $0.00 |

*Other Fees and Advances include those amounts allowed by your Note and Security Instrument. If you need additional information regarding the fees, please contact us at the number provided below.*

3. Action required to cure the default: You must pay the total amount set forth in Paragraph 2 within thirty-two (32) days from the date of this notice in order to cure this default.

4. If you fail to cure the default within thirty-two (32) days from the date of this notice, Chase will accelerate the maturity of the Loan, terminate your credit line if the Loan provides for revolving

advances, declare all sums secured by the Security Instrument immediately due and payable, and commence foreclosure proceedings, all without further notice to you. If this happens, Chase will be entitled to collect its expenses incurred in pursuing the remedies provided in the Security Instrument, which may include, but not be limited to, allowable foreclosure/attorney fees, and other expenses permitted by your loan documents or applicable law.

5.   If permitted by your loan documents or applicable law, you have the right to reinstate after acceleration of the Loan and the right to bring a court action to assert the nonexistence of a default, or any other defense to acceleration, foreclosure, and sale. However, the amount required to reinstate may be higher than what is owed under Paragraph 2 above due to additional fees and charges that we are entitled to collect under the Loan, including attorney fees related to any foreclosure action we initiate.

6.   The total amount due under Paragraph 2 above is required to be paid in the form of a cashier's check or certified funds and should be remitted to:

> Regular Mail:   Chase Home Finance LLC
> PO BOX 9001871
> Louisville, KY 40290-1871

> Overnight Mail: Chase Home Finance LLC
> 6716 Grade Lane - Building 9
> Louisville, KY 40213-1407

Except as required by law, we are under no obligation to accept less than the full amount owed. If you send us less than the full amount owed, we may in our sole discretion apply such partial payment to your Loan without waiving any default or waiving our right to accelerate the Loan and continue with foreclosure proceedings in accordance with Paragraph 4 above.

7.   If you are unable to pay the amount past due, Chase has a variety of loss mitigation programs that might help you resolve your default and keep your home; however, we need to talk with you to discuss these options and determine which of them might be appropriate for your circumstances. Please call us as soon as possible at (800) 848-9380.

8.   While the Loan remains in default, we will perform certain tasks to protect our interest in the Property, including visits to your Property at regular intervals during the default. This will be done to determine, as of the date of the inspection, the property condition, occupancy status, and possibly your plans for curing the default and paying this Loan on time. You should anticipate that any costs incurred by Chase will be added to the amount you now owe if permitted by your loan documents or applicable law.

Chase offers homeownership counseling services to borrowers in some areas. Counseling is also available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling HUD toll-free at (800) 569-4287.

Sincerely,
Collections Department
Chase Home Finance LLC
(800) 848-9380
(800) 582-0542 TDD / Text Telephone

Enclosures

1. Federal Trade Commission Pamphlet

2. Homeowner's Assistance Brochure

An important reminder for all our customers: As stated in the "Questions and Answers for Borrowers about the Homeowner Affordability and Stability Plan" distributed by the Obama Administration, "Borrowers should beware of any organization that attempts to charge a fee for housing counseling or modification of a delinquent loan, especially if they require a fee in advance." Chase offers loan modification assistance free of charge (i.e., no modification fee required). Please call us immediately at (800) 848-9380 to discuss your options. The longer you delay the fewer options you may have.

Colorado customers may contact the Colorado Foreclosure hotline at (877) 601-4673 or a Chase Loss Mitigation specialist at (800) 446-8939 to discuss alternatives to Foreclosure.

Illinois Customers: You may have recently received a "Grace Period Notice" that is required under Illinois law allowing you thirty (30) days to obtain approved housing counseling. The notice provided that if you obtained housing counseling from an approved housing counseling agency, you may be entitled to an additional thirty (30)-day grace period. The law does not require us to wait until the end of any additional thirty (30)-day grace period before sending you this thirty (30)-day demand letter. If you have obtained an additional thirty (30)-day grace period, you still have the full additional thirty (30) days from the date we receive notice from an approved housing counseling agency that the agency is working on a plan to resolve the delinquency before we will commence legal action.

New York Customers: We recently sent you a notice that is required under New York law that you are at risk of losing your home due to delinquency, and that you have several options available to you that may help you keep your home. The notice provided that if the delinquency was not resolved within ninety (90) days from the date that notice was mailed, we may commence legal action against you. The law does not require us to wait until the end of the ninety (90)-day period before sending you this thirty (30)-day demand letter. You still have the full ninety (90) days from the date that notice was mailed to resolve the delinquency before we will commence legal action.

Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, a secured party retains rights under its security instrument, including the right to foreclose its lien.

BR160

# EXHIBIT 44

Chase Home Finance LLC (OH4-7356)
3415 Vision Drive
Columbus, OH 43219-6009

# CHASE ⊙

August 4, 2010

    Return Service Requested

0-748-49420-0023663-005-1-010-000-000-000

LEAMON E LEGER JR
PATRICIA A LEGER
1118 ENSLEY CT
NORTH PORT FL  34288-3306

**Your Loan is Currently in Default**
Account:                (the "Loan")
Property Address:   2504 NODOSA DR
                              SARASOTA, FL 34232(the "Property")

Dear LEAMON E LEGER JR, PATRICIA A LEGER:

Chase Home Finance LLC ("Chase") is writing to inform you that your above-referenced account is currently in default due to your failure to make the required monthly payment(s). This is a breach of your Note and Mortgage, Deed of Trust, or other security agreement ("Security Instrument") securing your Loan.

As of August 04, 2010, total monthly payment(s) (including principal, interest, and escrow, if applicable), late fees, insufficient funds (NSF) fees, and other fees & advances, due under the terms of your loan documents in the total amount of $3,569.51 are past due. This past due amount is itemized below. Chase reserves the right to adjust this amount, as appropriate.

We are currently holding $0.00 in suspense. This amount is reflected on your Loan as a credit and will be deducted from any reinstatement or payoff figures.

If you have any questions about the amounts detailed below, please contact us at the number provided below.

| Total Amount Due | |
|---|---|
| Total Monthly Payment(s) | $3,470.96 |
| Late Fees | $98.55 |
| NSF Fees | $0.00 |
| Other Fees & Advances* | $0.00 |

*Other Fees and Advances include those amounts allowed by your Note and Security Instrument. If you need additional information regarding any of these amounts, please contact us at the number provided below.*

Receipt of the outstanding Total Monthly Payment(s) amount, together with any other monthly payment(s) due after the date of this letter, must be made to bring your account current. All late fees, NSF fees, and other fees and advances are still valid and will need to be repaid under the terms of your loan documents.

Payments must be made payable to Chase Home Finance LLC and directed to the address provided below.

Overnight Mail:          Chase Home Finance LLC
6716 Grade Lane - Building 9
Louisville, KY 40213-1407

Regular Mail:            Chase Home Finance LLC
PO BOX 9001871
Louisville, KY 40290-1871

While the Loan remains in default, a field representative may visit the Property to conduct an inspection, and an inspection fee may be assessed to the Loan, if permitted by your loan documents or applicable law. If the Loan remains delinquent, subsequent inspections may be performed.

If you are experiencing financial difficulties that affect your ability to make payments on your Loan, please call us at the number provided below. We have a variety of workout options that might help you resolve your delinquency, but we need to talk with you to determine which option may best fit your needs.

When you call, please have a detailed summary of your current financial information available to assist us in understanding your financial situation. This summary should include your place of employment, your monthly income, and a list of your monthly expenses.

Chase offers homeownership counseling services to borrowers in some areas. Counseling also is available through a variety of nonprofit organizations experienced in homeownership counseling and approved by the Secretary of Housing and Urban Development (HUD). A listing of such organizations may be obtained by calling HUD toll-free at (800) 569-4287 or at www.hud.gov.

Your prompt attention to this matter is greatly appreciated. At Chase, we value you as a customer and want to ensure your continued satisfaction.

Sincerely,
Collections Department
Chase Home Finance LLC
(800) 848-9380
(800) 582-0542 TDD / Text Telephone

Enclosure

1. Servicemembers Civil Relief Act Notice

Chase Home Finance LLC is attempting to collect a debt, and any information obtained will be used for that purpose.

We may report information about your account to consumer reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you are represented by an attorney, please refer this letter to your attorney and provide us with the attorney's name, address, and telephone number.

To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.

FOR CALIFORNIA CUSTOMERS ONLY:
- For California customers, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission toll-free at (877) FTC-HELP or www.ftc.gov.

CL623

United States Department of Housing and Urban Development
Servicemembers Civil Relief Act Notice

Legal rights and protections under the SCRA

Servicemembers on "active duty" or "active service," or a dependent of such a servicemember may be entitled to certain legal protections and debt relief pursuant to the Servicemembers Civil Relief Act (50 USC App. 501-596) (SCRA).

Who may be entitled to legal protections under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their spouses.

What legal protections are servicemembers entitled to under the SCRA?

- The SCRA states that a debt incurred by a servicemember, or servicemember and spouse jointly, prior to entering military service shall not bear interest at a rate above 6 percent during the period of military service.
- The SCRA states that, in a legal action to enforce a debt against real estate that is filed during, or within one hundred eighty (180) days after, the servicemember's military service, a court may stop the proceedings for a period of time, or adjust the debt. In addition, the sale, foreclosure, or seizure of real estate shall not be valid if it occurs during, or within one hundred eighty (180) days after the servicemember's military service unless the creditor has obtained a court order approving the sale, foreclosure, or seizure of the real estate.
- The SCRA contains many other protections besides those applicable to home loans.

How does a servicemember or dependent request relief under the SCRA?

- A servicemember or spouse, or both, may request relief under the SCRA by providing the lender a written notice with a copy of the servicemember's military orders to the address below:

> Chase Home Finance LLC
> Mail Code SC1-2030
> Special Loans/Special Products
> 2210 Enterprise Drive
> Florence, SC 29501-1109

How does a servicemember or dependent obtain information about the SCRA?

- The U.S. Department of Defense's information resource is "Military One Source." The website is http://www.militaryonesource.com. The toll-free telephone numbers for Military One Source are:
  Within the United States: (800) 342-9647.
  Outside the United States (with applicable access code): (800) 342-9647.
  International Collect: (484) 530-5908.
- Servicemembers and dependents with questions about the SCRA should contact their unit's Judge Advocate, or their installation's Legal Assistance Officer. A military legal assistance office locator for each branch of the armed forces is available at:
  http://legalassistance.law.af.mil/content/locator.php.

CL623

# EXHIBIT 45

SFD          TENANT OCCUPIED               RENEWAL

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
770-763-1000
RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

POLICY NUMBER: REDACTED

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09746 | 0009 | 0000 | FL |

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)

LEAMON E LEGER JR
PATRICIA A LEGER
1118 ENSLEY CT
NORTH PORT, FL 34288

NAMED INSURED MORTGAGEE-Name and Address

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA 30362

REDACTED
LOAN NUMBER:

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 01/14/2011    EXPIRATION DATE: 01/14/2012 | Dwelling | $230,000 | $3,899.00 |
| EFFECTIVE TIME:    NOON ☐    12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 2504 NODOSA DR | | | |
| SARASOTA, FL 34232 | | | |
| | | | |
| | CPIC ASSESSMENT | 0.01400 | $54.59 |
| | FHCF ASSESSMENT | 0.01300 | $50.69 |
| | FIGA ASSESSMENT | 0.00700 | $27.29 |
| | | | |
| | ANNUAL PREMIUM AMOUNT | | $3,899.00 |
| | ANNUAL TOTAL CHARGED | | $4,031.57 |

Forms and endorsements which are made a part of this policy at time of issue:

MSP-RES-J(11-07);MSP-RES(8-88),MSP-RES-FL-SH(01/07),MSP-RES-FLAEND(01/07)
MSP-RC-WHH-END(9-06)

Subject to the terms and provisions of the Morgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles - applies separately to each building or structure, per loss: $500 Occupied $1,000 Vacant or Unoccupied

A deductible of 2 % of the Coverage Amount or $2,000, whichever is greater, applies for loss caused
by the perils of Windstorm or Hail.

A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies
for loss caused by the peril of Hurricane.

ALL OTHER INQUIRIES: 1-877-530-8951          CLAIMS INFORMATION ONLY: 1-800-326-2845

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at

PMS-A FL 0906

Issue Date
01/26/2011

GE3981
04/24/07

# EXHIBIT 46

JPMORGAN CHASE BANK, N.A.
INSURANCE CENTER
P.O. BOX 47020
ATLANTA, GA 30362

LEAMON E LEGER JR
PATRICIA A LEGER
1118 ENSLEY CT
NORTH PORT, FL 34288

Re: REDACTED



**CHASE ☉**
JPMorgan Chase Bank, N.A.
P.O. BOX 47020
ATLANTA, GA  30362
Insurance Processing Center

January 19, 2012

LEAMON E LEGER JR
PATRICIA A LEGER
1118 ENSLEY CT
NORTH PORT, FL  34288

## WARNING – NOTICE OF PLACEMENT/RENEWAL OF HAZARD INSURANCE
## PLEASE READ CAREFULLY – ACTION REQUIRED

Subject: Loan Number: REDACTED                          Property Address:
          Hazard Insurance Expiration Date: 01/14/2012        2504 NODOSA DR
                                                              SARASOTA, FL  34232

Dear LEAMON E LEGER JR:

Enclosed is a renewal of your lender placed hazard insurance policy, which was obtained on your behalf.
Please read the important information and instructions contained in this letter.

You are required to maintain continuous hazard insurance coverage on your property until you pay
off your loan. Because you still have not provided proof of coverage, we have again purchased
insurance on your property effective 01/14/2012. The policy has a deductible (the amount of loss you
would have to pay per claim) in the amount shown on the policy. Please read the policy carefully to make
sure you understand its terms and conditions.

The enclosed renewal policy's annual premium of $3,988.68 has been billed to your escrow account.
As a result, your monthly mortgage payment may increase. Failure to pay your full mortgage
payment, including your escrow, may result in a late fee.

The annual insurance policy we purchased will remain in effect until you provide us with evidence of
coverage, at which time the policy we obtained will be cancelled and you will receive a refund of any
unearned premium, as calculated by the insurance company. If the effective date of your coverage is on
or before 01/14/2012 we will cancel the insurance we purchased without charging you any costs, interest
or other charges. If the effective date is after 01/14/2012, you will only be charged for the number of
days coverage was provided under the renewal policy we purchased.

We urge you to consider the following:

- **The cost of the hazard insurance we obtained is likely to be much higher than insurance you
  could obtain on your own.** This is because the hazard insurance we purchased is issued
  automatically without evaluating the risk of insuring your property. You can figure the difference
  in cost by comparing the premium shown above to the cost of an insurance policy from a
  company you select.

- The hazard insurance we obtained will cover only the structure of your home (for example, the building, walls, floors, roof and permanent attachments).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.
  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will <u>not</u> cover any liability to you or any mandatory liability insurance requirements imposed by state or local law.

- The hazard insurance we obtained will <u>not</u> cover any amounts you feel your home is worth in excess of $230,000. If you believe this amount of coverage does not accurately represent the value of your home, you should obtain a policy that meets your needs from a company you select.

- When we purchased insurance for you, the insurance company transferred a portion of the risk under the insurance policy or binder to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

We've again attached our "Property Insurance Requirements" notice which defines for you and your insurance agent the minimum standards we require. To provide us proof of coverage:

Contact your insurance agent to have your policy or declaration page sent to us. Ask your insurance agent to include the loan, property address and Mortgagee Clause/Lender's Loss Payable Endorsement and fax as soon as possible to fax number 1-678-475-8799, or mail the documents to:

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
ATLANTA, GA  30362

Or, you may update your hazard insurance coverage information online at www.MyCoverageInfo.com, referencing REDACTED

We strongly recommend you obtain your own insurance coverage. This will allow you to choose a policy that meets your needs from a company you select. If you purchase your own insurance policy and would like assistance from Chase to pay the premium, contact us as soon as possible to make these arrangements. Chase will pay your future insurance payments through your established escrow account.

If you have questions, or need any additional information, call us toll-free at 1-877-530-8951. We are available to assist you 8:00 a.m. to midnight, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. on Friday Eastern Time, except for major holidays. Account information also is available online at www.Chase.com. Thank you for your prompt attention to this important matter.

Sincerely,

Insurance Processing Center

# EXHIBIT 47

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09746 | 0009 | 0000 | FL |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
**770-763-1000**
**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

POLICY NUMBER:

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)

LEAMON E LEGER JR
PATRICIA A LEGER
1118 ENSLEY CT
NORTH PORT, FL 34288

NAMED INSURED MORTGAGEE-Name and Address

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
ATLANTA, GA 30362

LOAN NUMBER:

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD   ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 01/14/2012   EXPIRATION DATE: 01/14/2013 | Dwelling | $230,000 | $3,899.00 |
| EFFECTIVE TIME:   NOON ☐   12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 2504 NODOSA DR | | | |
| SARASOTA, FL  34232 | | | |
| | | | |
| | | | |
| | CPIC ASSESSMENT | 0.01000 | $38.99 |
| | FHCF ASSESSMENT | 0.01300 | $50.69 |
| | | | |
| | | | |
| | | | |
| | ANNUAL PREMIUM AMOUNT | | $3,899.00 |
| | ANNUAL TOTAL CHARGED | | $3,988.68 |

Forms and endorsements which are made a part of this policy at time of issue:

MSP-RES-J(11-07),MSP-RES(8-88),MSP-RES-FL-SH(01/07),MSP-RES-FLAEND(08-10)
MSP-RC-WHH-END(9-06)

Subject to the terms and provisions of the Morgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.   The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation. and return premium, if any.

b.   The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.   Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles - applies separately to each building or structure. per loss: $500 Occupied $1,000 Vacant or Unoccupied

A deductible of 2 % of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the perils of Windstorm or Hail.

A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the peril of Hurricane.

ALL OTHER INQUIRIES: 1-877-530-8951          CLAIMS INFORMATION ONLY: 1-800-326-2845

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at

PMS-A FL 0906

Issue Date
01/19/2012

GE3981
04/24/07

## Property Insurance Requirements

Please provide this summary of Chase's insurance requirements to your insurance agent. Chase requires all borrowers to meet our minimum hazard insurance requirements. Any insurance you provide which does not meet these requirements is not acceptable to Chase.

| Single Family Residential Dwellings and Townhouses (1-4 Units) | Multi-Unit (5 or more units) Dwellings, Master Association Policies, Commercial Buildings and Course of Construction Properties |
|---|---|
| Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. | Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. |
| The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. | The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. |
| Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of "A" in Class II, "B" in Class III, or better. Carriers rated by Demotech, Inc. must have an "A" or better rating in Demotech's Hazard Insurance Financial Stability Ratings. | Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of at least "A" in Class V. Carriers rated by Demotech, Inc. must have an "A" or better rating in Demotech's Hazard Insurance Financial Stability Ratings. |
| The insurer must be licensed to do business in the state where the property is located. | The insurer must be licensed to do business in the state where the property is located. |
| Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. | Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. Policy for Multi-Unit Dwellings and Commercial Buildings must contain coverage equal to or broader than Fire and Extended Coverage with Vandalism and Malicious Mischief. |

A Mortgagee Clause/Lender's Loss Payable Endorsement must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to the cancellation of insurance. The mortgagee clause should read as follows:

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
ATLANTA, GA 30362

If you or your insurance agent/broker has any questions, please feel free to contact us at 1-877-530-8951.

2102H4-0911

# EXHIBIT 48

JAN 04 2005  9:50 AM FR CHASE MANHATTAN 561+893+0360 TO 13212542962     P.03

AURORA TITLE
2800, AURORA ROAD STE H
MELBOURNE, FL  32935
: 144951bw#2



CFN 2005014041      01-13-2005 02:13 pm
OR Book/Page: 5409 / 2103

*Scott Ellis*
Clerk Of Courts, Brevard County

#Pgs: 7        #Names: 3
Trust: 4.00    Rec:  57.00    Serv: 0.00
~~~~: 0.00                    Excise: 0.00
Mtg: 0.00                     nt Tax: 0.00

# LOAN MODIFICATION AND EXTENSION AGREEMENT

39117477
· 1391174771

### (Providing for Fixed Interest Rate)

THIS AGREEMENT ("Agreement"), made this    4TH    day of   JANUARY    2005
between     GARRY MITCHELL VARNES JR, KATHRYN A VARNES


husband and wife




hereinafter called "Borrower" and
             JPMORGAN CHASE BANK, N.A.
hereinafter called "Lender", amends and supplements (1) the Mortgage, Deed of Trust or Deed to Secure Debt
(the "Security Instrument"), dated  MARCH 16, 2004              and recorded in Book or Liber  5233
, at page(s)  1512    , of the  FLORIDA       Records of   BREVARD
                                [Name of Record]               [County and Date or other Jurisdiction]
and (2) the Note bearing the same date as, and secured by, the Security Instrument which covers the real and
personal property described in the Security Instrument and defined therein as the "Property," located at
503 PEREGRINE DR, INDIALANTIC, FL  32903
                        [Property Address]
the real property described being set forth as follows:
LOT 2, BLOCK 6, THE SANCTUARY, ACCORDING TO THE PLAT THEREOF, AS RECORDED
IN PLAT BOOK 32, PAGES 69 THROUGH 71, OF THE PUBLIC RECORDS OF BREVARD COUNTY,
FLORIDA.








which Security Instrument has been assigned and which Note has been endorsed to Chase Manhattan Mortgage
Corporation.


IN CONSIDERATION of the mutual promises and agreements exchanged, and parties hereto agree as follows

Loan Modification - Fixed Rate
C-7107 (11/96) (replaces 8/96)   Page 1 of 3

JAN 04 2005  9:51 AM FR CHASE MANHATTAN 561+893+0360 TO 13212542962      P.04



CFN 2005014041
OR Book/Page: **5409 / 2104**

(notwithstanding anything to the contrary contained in the Note or Security Instrument):

1. As of   JANUARY 4, 2005                    , the amount payable under the Note and Security Instrument (the "Unpaid Principal Balance") is U.S. $
   FOUR HUNDRED THIRTY THOUSAND DOLLARS AND 00/100
   ($ 430,000.00                ) Dollars, consisting of the amount(s) loaned to the Borrower by the Lender and any interest capitalized to date.

2. The maturity of the Original Note and Security Instrument is hereby extended to  FEBRUARY 1, 2035
                            . The Original Note shall hereafter be paid in accordance with the terms of this Loan Modification Agreement, as stated below.

3. The borrower promises to pay the Unpaid Principal Balance, plus interest, to the order of the Lender. Interest will be charged on the Unpaid Principal Balance at the yearly rate of   5.375     %, from JANUARY 4, 2005          . Borrower promises to make monthly payments of principal and interest of U.S. $  2407.88              beginning on  MARCH 1, 2005          and continuing thereafter on the same day of each succeeding month until principal and interest are paid in full. If on  FEBRUARY 1, 2035          (the "Maturity Date"), the Borrower still owes amounts under the Note and the Security Instrument, as amended by this Agreement, the Borrower will pay these amounts in full on the Maturity Date.

   The Borrower will make such payments at   P.O. BOX 79046
   PHEONIX, AZ 85062-9046
   or at a different place if required by Note Holder.

4. If all or any part of the Property or any interest in it is sold or transferred (or if a beneficial interest in the borrower is sold or transferred and the Borrower is not a natural person) without the Lender's prior written consent, the Lender may, at its option, require immediate payment in full of all sums secured by this Security Instrument.

   If the Lender exercises this option, the Lender shall give the Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is delivered or mailed within which the Borrower must pay all sums secured by this Security Instrument. If the Borrower fails to pay these sums prior to the expiration of this period, the Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on the Borrower.

5. The Borrower also will comply with all other covenants, agreements, and requirements of the Security Instrument, including without limitation, the Borrower's covenants and agreements to make all payments of taxes, insurance premiums, assessments, escrow items, impounds, and all other payments that the Borrower is obligated to make under the Security Instrument; however, the following terms and provisions are forever canceled, null and void, as of the date specified in paragraph No. 1 above:

   (a) all terms and provisions of the Note and Security Instrument (if any) providing for, implementing, or relating to, any change or adjustment in the rate of interest payable under the Note; and

   (b) all terms and provisions of any adjustable rate rider or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions as those referred to in (a) above; and

   (c) all terms and provisions of the Note and Security Instrument, or any rider, addendum, or other instrument or document that is affixed to, wholly or partially incorporated into, or is part of, the Note or Security Instrument and that contains any such terms and provisions relating solely to and during the period of construction financing, more specifically, the rate of interest and the time, place, and amount of monthly payments. Said terms and provisions are modified as set forth herein.

6. Nothing in this Agreement shall be understood or construed to be a satisfaction or release in whole or in part of the Note and Security Instrument. Except as otherwise specifically provided in the Agreement, the Note and Security Instrument will remain unchanged, and the Borrower and Lender will be bound by, and comply with, all the terms and provisions thereof, as amended by this Agreement.



CFN 2005014041
OR Book/Page: 5409 / 2105

IN WITNESS WHEREOF, this Agreement has been duly executed by the parties hereto effective the day and year first above written.

Signed, sealed and delivered in the presence of:

| WITNESS | Lynda Sarrica | Borrower | GARRY MITCHELL VARNES, JR |
| WITNESS | Michelle Suomi | Borrower | KATHRYN A VARNES |
| WITNESS | | Borrower | |
| WITNESS | | Borrower | |

[Space Below This Line For Acknowledgement]

STATE OF    Florida
COUNTY OF   Brevard



NOTARY

The foregoing instrument was acknowledged before me this 4th day of January 2005 by Garry Mitchell Varnes, Jr. & Kathryn Varnes who are either personally known to me or who have produced Drivers License(S) as identification.

LYNDA E. SARRICA
Commission #DD208353
My Commission Expires
June 22, 2007

Loan Modification - Fixed Rate
C-7107 (11/96) (replaces 8/96)  Page 3 of 3

AURORA TITLE
2860 AURORA ROAD STE H
MELBOURNE, FL 32935
144951bw



CFN 2005014041
OR Book/Page: 5409 / 2106

39117477
1391174771

5/1 LIBOR ARM NON-CONFORMING

## FIXED/ADJUSTABLE RATE RIDER
(LIBOR One-Year Index (As Published In *The Wall Street Journal*)- Rate Caps)

THIS FIXED/ADJUSTABLE RATE RIDER is made this **4th** day of **January, 2005** , and is incorporated into and shall be deemed to amend and supplement the Mortgage, Deed of Trust, or Security Deed (the "Security Instrument") of the same date given by the undersigned ("Borrower") to secure Borrower's Fixed/Adjustable Rate Note (the "Note") to

**JPMORGAN CHASE BANK, N.A.**

("Lender") of the same date and covering the property described in the Security Instrument and located at:

**503 PEREGRINE DR, INDIALANTIC, FL 32903**

[Property Address]

**THE NOTE PROVIDES FOR A CHANGE IN BORROWER'S FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE. THE NOTE LIMITS THE AMOUNT BORROWER'S ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE BORROWER MUST PAY.**

**ADDITIONAL COVENANTS.** In addition to the covenants and agreements made in the Security Instrument, Borrower and Lender further covenant and agree as follows:

**A. ADJUSTABLE RATE AND MONTHLY PAYMENT CHANGES**
The Note provides for an initial fixed interest rate of **5.375** %. The Note also provides for a change in the initial fixed rate to an adjustable interest rate, as follows:
**4. ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES**
(A) Change Dates
The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of **February 2010** , and the adjustable interest rate I will pay may change on that day every 12th month thereafter. The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change, is called a "Change Date."

MULTISTATE FIXED/ADJUSTABLE RATE RIDER - WSJ One-Year LIBOR- Single Family -
Fannie Mae Uniform Instrument

⊖-168R (0108)      Form 3187 6/01
Page 1 of 4      Initials: 
VMP MORTGAGE FORMS - (800)521-7291



CFN 2005014041
OR Book/Page: 5409 / 2107

**(B) The Index**

Beginning with the first Change Date, my adjustable interest rate will be based on an Index. The "Index" is the average of interbank offered rates for one-year U.S. dollar-denominated deposits in the London market ("LIBOR"), as published in *The Wall Street Journal*. The most recent Index figure available as of the date 45 days before each Change Date is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information. The Note Holder will give me notice of this choice.

**(C) Calculation of Changes**

Before each Change Date, the Note Holder will calculate my new interest rate by adding Two and One-Quarter percentage points ( 2.250 %) to the Current Index. The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%). Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

The Note Holder will then determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments. The result of this calculation will be the new amount of my monthly payment.

**(D) Limits on Interest Rate Changes**

The interest rate I am required to pay at the first Change Date will not be greater than 10.375 % or less than 2.250 %. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than two percentage points from the rate of interest I have been paying for the preceding 12 months. My interest rate will never be greater than 10.375 %.

**(E) Effective Date of Changes**

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

**(F) Notice of Changes**

The Note Holder will deliver or mail to me a notice of any changes in my initial fixed interest rate to an adjustable interest rate and of any changes in my adjustable interest rate before the effective date of any change. The notice will include the amount of my monthly payment, any information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

**B. TRANSFER OF THE PROPERTY OR A BENEFICIAL INTEREST IN BORROWER**

1. Until Borrower's initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section A above, Uniform Covenant 18 of the Security Instrument shall read as follows:

-188R (0108)                    Page 2 of 4                Initials                Form 3187 6/01



CFN 2005014041
OR Book/Page:  5409 / 2108

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

2.  When Borrower's initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section A above, Uniform Covenant 18 of the Security Instrument described in Section B1 above shall then cease to be in effect, and the provisions of Uniform Covenant 18 of the Security Instrument shall be amended to read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law. Lender also shall not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by the loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may charge a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises the option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all

-168R (0108)                    Page 3 of 4                    Initials:                    Form 3187 6/01



CFN 2005014041
OR Book/Page: 5409 / 2109

sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the
expiration of this period, Lender may invoke any remedies permitted by this Security Instrument
without further notice or demand on Borrower.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this
Fixed/Adjustable Rate Rider.

_____ (Seal)                    _____ (Seal)
GARRY MITCHELL VARNES JR      -Borrower                                        -Borrower

_____ (Seal)                    _____ (Seal)
KATHRYN A VARNES              -Borrower                                        -Borrower

_____ (Seal)                    _____ (Seal)
                              -Borrower                                        -Borrower

_____ (Seal)                    _____ (Seal)
                              -Borrower                                        -Borrower

®-168R (0108)                 Page 4 of 4                    Form 3187 6/01

# EXHIBIT 49

# FRONTline
HOMEOWNERS INSURANCE

**HOMEOWNERS POLICY**

**NEW DECLARATIONS**                         DATE ISSUED: 02/11/10

Underwritten by:
Fidelity Fire & Casualty Co.
P.O. BOX 958405
Lake Mary, FL 32795-8405

| POLICY NUMBER & POLICY PERIOD | | |
|---|---|---|
| REDACTED | From: 2/11/10 | To: 2/11/11 |
| | 12:01 AM Standard Time | |

**IF YOU HAVE QUESTIONS ABOUT YOUR POLICY, PLEASE CONTACT YOUR AGENT AT** 321-984-1309
**TO REPORT A CLAIM, CALL 800-676-9145**

**INSURED**

G. MITCHELL VARNES JR.
& KATHRYN VARNES
503 PEREGRINE DR
INDIALANTIC, FL 32903-4720

Telephone: : REDACTED

**AGENCY**

FLORIDA INSURANCE CONCEPTS
470 S WICKHAM ROAD
MELBOURNE, FL 32904

Telephone: REDACTED

**LOCATION** 503 PEREGRINE DR, INDIALANTIC, FL 32903-4720

COVERAGE IS PROVIDED WHERE LIMIT OF LIABILITY AND PREMIUM ARE SHOWN:

**POLICY COVERAGES**

| | LIMIT OF LIABILITY | PREMIUM: |
|---|---|---|
| **SECTION I - PROPERTY** | | |
| A. DWELLING | $ 571,000 | $ 773 |
| B. OTHER STRUCTURES | $ 57,100 | INCLUDED |
| C. PERSONAL PROPERTY | $ 285,500 | INCLUDED |
| D. LOSS OF USE | $ 114,200 | INCLUDED |

SECTION I LOSSES ARE SUBJECT TO THE FOLLOWING:
DEDUCTIBLE FOR ALL PERILS EXCEPT HURRICANE:  $2,500
### CALENDAR-YEAR HURRICANE DEDUCTIBLE: $11,420 (2% OF COVERAGE A)

| **SECTION II - LIABILITY** | | |
|---|---|---|
| E. PERSONAL LIABILITY | $ 300,000 | $ 18 |
| F. MEDICAL PAYMENTS TO OTHERS | $ 1,000 | INCLUDED |

**OPTIONAL COVERAGES**

| | | |
|---|---|---|
| INFLATION GUARD | 4% | $ 53 |
| LOSS ASSESSMENT COVERAGE | $ 1,000 | INCLUDED |
| LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA (PER OCCURRENCE/AGGREGATE) | $ 10,000/50,000 | INCLUDED |
| ORDINANCE OR LAW COVERAGE | 25% OF DWELLING | INCLUDED |
| PERSONAL PROPERTY REPLACEMENT COST LOSS SETTLEMENT | | $ 388 |
| SCREEN ENCLOSURE COVERAGE – HURRICANE DAMAGE | NONE | |
| WATER BACK-UP AND SUMP DISCHARGE OR OVERFLOW COVERAGE | $ 5,000 | $ 25 |

**POLICY CREDITS AND CHARGES**

| | | |
|---|---|---|
| WIND LOSS REDUCTION CREDIT          ($1,551) | | INCLUDED |
| CITIZENS EMERGENCY ASSESSMENT FEE | | $ 21 |
| EMERGENCY MANAGEMENT PREPAREDNESS AND ASSISTANCE TRUST FUND SURCHARGE | | $ 2 |
| FLORIDA HURRICANE CATASTROPHE FUND EMERGENCY ASSESSMENT | | $ 15 |
| 2007 FLORIDA INSURANCE GUARANTY ASSOCIATION SURCHARGE | | $ 24 |
| POLICY FEE | | $ 25 |
| REINSURANCE FEE | | $ 253 |

**PREMIUM SUMMARY** — THIS IS NOT A BILL, ANY AMOUNT DUE WILL BE MAILED SEPARATELY

| POLICY COVERAGES: | OPTIONAL COVERAGES: | POLICY CREDITS AND CHARGES: | TOTAL ANNUAL PREMIUM: |
|---|---|---|---|
| $ 791 | $ 478 | $ 340 | $1,607 |

The portion of your premium for Hurricane is:   $674   |   The Non-Hurricane portion of your premium is:   $933

FIM-DEC (01/08)                         INSUREDS' COPY                         PAGE 1 OF 3

# EXHIBIT 50

Chase Insurance Processing Center
Po Box 47020
Atlanta, GA 30362

**CHASE** 

May 02, 2012

02710-01 IF1A 123-000000000000
Garry M. Varnes, Jr.
Kathryn A. Varnes
503 Peregrine Drive
Indialantic, FL 32903

Re: Loan Number REDACTED

**Response to Inquiry**

Dear Garry M. Varnes, Jr. and Kathryn A. Varnes:

I am writing in response to your correspondence that we received on April 17, 2012, about your homeowner's insurance information. We do not show that we received any previous correspondence.

Our records showed that First Protective Insurance Company provided your homeowner's insurance coverage for the period of February 11, 2010 to February 11, 2011.

We did not receive evidence of homeowner's insurance coverage for the period beginning February 11, 2011. Therefore, we sent you letters dated February 21, 2012, and March 22, 2012, requesting evidence of homeowner's insurance coverage for your property.

We purchased a homeowner's insurance policy on your behalf for the period of February 17, 2011 to February 17, 2012. The effective date of this policy was one year prior to the date that we became aware that your prior policy expired. On April 26, 2012, we charged a premium in the amount of $9,868.50 to your account for this period.

Our records now show that Citizens Property Insurance Corporation provides your homeowner's insurance coverage for the period of March 30, 2012 to March 30, 2013.

Based on the preceding information, a lapse in homeowner's insurance coverage remains for the period of February 17, 2012 to March 30, 2012. We will purchase a homeowner's insurance policy on your behalf for this period and we will charge the appropriate premium to your account.

If you had coverage during the periods of February 17, 2011 to February 17, 2012, and February 17, 2012 to March 30, 2012, please ask your agent to send evidence of insurance to the Chase address stated on the letterhead. They may also fax the information to our Insurance Processing Center at (678) 475-8799. We will cancel the insurance policies that we purchased on your behalf and deposit the appropriate refunds into your account, once we receive the information.