# EXHIBIT 51

**CHASE** ⃞
JPMorgan Chase Bank, N.A.
P.O. BOX 47020
ATLANTA, GA 30362
Insurance Processing Center

May 3, 2012

GARRY M VARNES JR
KATHRYN A VARNES
503 PEREGRINE DR
INDIALANTIC, FL 32903

## WARNING – NOTICE OF PLACEMENT OF HAZARD INSURANCE
## PLEASE READ CAREFULLY – ACTION REQUIRED

Loan Number: REDACTED
Hazard Insurance Expiration Date: 02/17/2011

Property Address:
503 PEREGRINE DR
INDIALANTIC, FL 32903

Dear GARRY M VARNES JR:

Although we have sent two prior requests for your hazard insurance policy information, we have not received proof of coverage. Please read the important information in this letter.

Under the terms of your mortgage, you are required to maintain continuous hazard or homeowners' insurance coverage on your property until you pay off your loan. Because you did not provide proof of coverage, we have purchased insurance on your property effective 02/17/2011. The policy has a deductible (the amount of loss you would have to pay per claim) in the amount shown on the policy. Please read the policy carefully to make sure you understand its terms and conditions.

The enclosed policy's annual premium of $9,868.50 has been billed to your escrow account. As a result, your monthly mortgage payment will increase to pay for this policy plus future insurance premiums. Failure to pay your full mortgage payment, including your escrow, may result in a late fee.

We urge you to consider the following:

- The cost of the hazard insurance we purchased is likely to be significantly higher than insurance you could purchase on your own. This is because the hazard insurance we purchased is issued automatically without evaluating the risk of insuring your property. You should compare the premium shown above to the cost of an insurance policy from a company you select.

- When we purchased insurance for you, the insurance company transferred a portion of the risk under the insurance policy or binder to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

2102H3-0412

# EXHIBIT 52

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09746 | 0009 | 0000 | FL |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
770-763-1000

POLICY NUMBER: REDACTED

**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)

GARRY M VARNES JR
KATHRYN A VARNES
503 PEREGRINE DR
INDIALANTIC, FL 32903

*Force Insured*

NAMED INSURED MORTGAGEE-Name and Address

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
ATLANTA, GA 30362

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 02/17/2011   EXPIRATION DATE: 02/17/2012 | Dwelling | $593,840 | $9,544.00 |
| EFFECTIVE TIME: NOON ☐   12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 503 PEREGRINE DR INDIALANTIC, FL 32903 | | | |
| | CPIC ASSESSMENT | 0.01400 | $133.62 |
| | FHCF ASSESSMENT | 0.01300 | $124.07 |
| | FIGA ASSESSMENT | 0.00700 | $66.81 |
| | ANNUAL PREMIUM AMOUNT | | $9,544.00 |
| | ANNUAL TOTAL CHARGED | | $9,868.50 |

Forms and endorsements which are made a part of this policy at time of issue:

MSP-RES-J(11-07),MSP-RES(8-03),MSP-RES-FL-SH(01/07),MSP-RES-FLAEND(01/07)
MSP-RC-WHH-END(9-06)

Subject to the terms and provisions of the Morgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a. The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b. The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c. Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles - applies separately to each building or structure, per loss: $500 Occupied $1,000 Vacant or Unoccupied

A deductible of 2 % of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the perils of Windstorm or Hail.

A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the peril of Hurricane.

ALL OTHER INQUIRIES: 1-877-530-8951          CLAIMS INFORMATION ONLY: 1-800-326-2845

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at

PMS-A FL 0906

Issue Date
05/03/2012

GE3981
04/24/07

# EXHIBIT 53

TWNHS      OWNER OCCUPIED                    RENEWAL

| AGENCY | | | |
|--------|----|----|----|
| Major | Sub | Minor | State |
| 09746 | 0009 | 0000 | FL |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
**770-763-1000**                              POLICY NUMBER:   REDACTED
**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)        NAMED INSURED MORTGAGEE-Name and Address

GARRY M VARNES JR                           JPMORGAN CHASE BANK, N.A.
KATHRYN A VARNES                            ITS SUCCESSORS AND/OR ASSIGNS
503 PEREGRINE DR                            PO BOX 47020
INDIALANTIC, FL  32903                      ATLANTA, GA  30362

                                            LOAN NUMBER:  REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD  ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 02/17/2012   EXPIRATION DATE: 02/17/2013 | Dwelling | $593,840 | $9,544.00 |
| EFFECTIVE TIME:   NOON ☐         12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 503 PEREGRINE DR | | | |
| INDIALANTIC, FL  32903 | | | |
| | | | |
| | CPIC ASSESSMENT | 0.01000 | $95.44 |
| | FHCF ASSESSMENT | 0.01300 | $124.07 |
| | | | |
| | ANNUAL PREMIUM AMOUNT | | $9,544.00 |
| | ANNUAL TOTAL CHARGED | | $9,763.51 |

Forms and endorsements which are made a part of this policy at time of issue:

MSP-RES-J(11-07),MSP-RES(8-88),MSP-RES-FL-SH(01/07),MSP-RES-FLAEND(08-10)

MSP-RC-WHH-END(9-06)

Subject to the terms and provisions of the Morgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the Insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles - applies separately to each building or structure, per loss: $500 Occupied $1,000 Vacant or Unoccupied

A deductible of 2 % of the Coverage Amount or $2,000, whichever is greater, applies for loss caused
by the perils of Windstorm or Hail.

A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies
for loss caused by the peril of Hurricane.

ALL OTHER INQUIRIES: 1-877-530-8951              CLAIMS INFORMATION ONLY: 1-800-326-2845

## "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at                                                    Issue Date
                                                             05/14/2012                    GE3981
PMS-A FL 0906                                                                               04/24/07

# EXHIBIT 54



**CHASE**
JPMorgan Chase Bank, N.A.
P.O. BOX 47020
ATLANTA, GA  30362
Insurance Processing Center

May 14, 2012

GARRY M VARNES JR
KATHRYN A VARNES
503 PEREGRINE DR
INDIALANTIC, FL  32903

### WARNING – NOTICE OF PLACEMENT/RENEWAL OF HAZARD INSURANCE
### PLEASE READ CAREFULLY – ACTION REQUIRED

Subject: Loan Number: REDACTED
           Hazard Insurance Expiration Date: 02/17/2012

Property Address:
503 PEREGRINE DR
INDIALANTIC, FL  32903

Dear GARRY M VARNES JR:

Enclosed is a renewal of your lender placed hazard insurance policy, which was obtained on your behalf. Please read the important information and instructions contained in this letter.

**You are required to maintain continuous hazard insurance coverage on your property until you pay off your loan. Because you still have not provided proof of coverage, we have again purchased insurance on your property effective 02/17/2012.  The policy has a deductible (the amount of loss you would have to pay per claim) in the amount shown on the policy. Please read the policy carefully to make sure you understand its terms and conditions.**

**The enclosed renewal policy's annual premium of $9,763.51 has been billed to your escrow account. As a result, your monthly mortgage payment may increase. Failure to pay your full mortgage payment, including your escrow, may result in a late fee.**

The annual insurance policy we purchased will remain in effect until you provide us with evidence of coverage, at which time the policy we obtained will be cancelled and you will receive a refund of any unearned premium, as calculated by the insurance company.  If the effective date of your coverage is on or before 02/17/2012 we will cancel the insurance we purchased without charging you any costs, interest or other charges. If the effective date is after 02/17/2012, you will only be charged for the number of days coverage was provided under the renewal policy we purchased.

We urge you to consider the following:

* **The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own. This is because the hazard insurance we purchased is issued automatically without evaluating the risk of insuring your property. You can figure the difference in cost by comparing the premium shown above to the cost of an insurance policy from a company you select.**

- The hazard insurance we obtained will cover only the structure of your home (for example, the building, walls, floors, roof and permanent attachments).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.
  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will <u>not</u> cover any liability to you or any mandatory liability insurance requirements imposed by state or local law.

- The hazard insurance we obtained will <u>not</u> cover any amounts you feel your home is worth in excess of $593,840. If you believe this amount of coverage does not accurately represent the value of your home, you should obtain a policy that meets your needs from a company you select.

- When we purchased insurance for you, the insurance company transferred a portion of the risk under the insurance policy or binder to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

We've again attached our "Property Insurance Requirements" notice which defines for you and your insurance agent the minimum standards we require. To provide us proof of coverage:

Contact your insurance agent to have your policy or declaration page sent to us. Ask your insurance agent to include the loan, property address and Mortgagee Clause/Lender's Loss Payable Endorsement and fax as soon as possible to fax number 1-678-475-8799, or mail the documents to:

> JPMORGAN CHASE BANK, N.A.
> ITS SUCCESSORS AND/OR ASSIGNS
> PO BOX 47020
> ATLANTA, GA 30362.

Or, you may update your hazard insurance coverage information online at www.MyCoverageInfo.com, referencing REDACTED

We strongly recommend you obtain your own insurance coverage. This will allow you to choose a policy that meets your needs from a company you select. If you purchase your own insurance policy and would like assistance from Chase to pay the premium, contact us as soon as possible to make these arrangements. Chase will pay your future insurance payments through your established escrow account.

If you have questions, or need any additional information, call us toll-free at 1-877-530-8951. We are available to assist you 8:00 a.m. to midnight, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. on Friday Eastern Time, except for major holidays. Account information also is available online at www.Chase.com. Thank you for your prompt attention to this important matter.

Sincerely,

Insurance Processing Center

REDACTED

## Property Insurance Requirements

Please provide this summary of Chase's insurance requirements to your insurance agent. Chase requires all borrowers to meet our minimum hazard insurance requirements. Any insurance you provide which does not meet these requirements is not acceptable to Chase.

| Single Family Residential Dwellings and Townhouses (1-4 Units) | Multi-Unit (5 or more units) Dwellings, Master Association Policies, Commercial Buildings and Course of Construction Properties |
|---|---|
| Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. | Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. |
| The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. | The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. |
| Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of "A" in Class II, "B" in Class III, or better.  Carriers rated by Demotech, Inc. must have an "A" or better rating in *Demotech's Hazard Insurance Financial Stability Ratings.* | Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of at least "A" in Class V. Carriers rated by Demotech, Inc. must have an "A" or better rating in *Demotech's Hazard Insurance Financial Stability Ratings.* |
| The insurer must be licensed to do business in the state where the property is located. | The insurer must be licensed to do business in the state where the property is located. |
| Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. | Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. Policy for Multi-Unit Dwellings and Commercial Buildings must contain coverage equal to or broader than Fire and Extended Coverage with Vandalism and Malicious Mischief. |

A Mortgagee Clause/Lender's Loss Payable Endorsement must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to the cancellation of insurance. The mortgagee clause should read as follows:

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
ATLANTA, GA  30362

Please note if we do not receive verification of coverage meeting the above requirements, we will be required to obtain an annual lender-placed hazard insurance policy on your behalf.

If you or your insurance agent/broker has any questions, please feel free to contact us at 1-877-530-8951.

2102H1-0811

# EXHIBIT 55



# CITIZENS
PROPERTY INSURANCE CORPORATION

**Homeowners Application**

Service Company: Citizens    Auto Approved

| Company Use |
| --- |
| REDACTED |

---

**APPLICANT**

| | |
| --- | --- |
| Name: | G Mitchell Varnes, KATHRYN VARNES |
| Mailing Address: | 503 Peregrine Dr<br>INDIALANTIC, FL 32903 |
| FL County: BREVARD<br>(where property is located) | Phone: REDACTED |

**AGENCY**

Agent's Name: LINDA BENTLEY BOZICA
Agency Name: FLORIDA INSURANCE CONCEPTS, INC
Address: 470 S. Wickham Rd.
MELBOURNE, FL 32904
Agent's FL Ins. Lic. #: REDACTED   Citizens Producer #: REDACTED

---

**LOCATION**

Property Address (if different than Mailing Address):
503 PEREGRINE DR
INDIALANTIC, FL 32903-4720

If dwelling does not have a street address, indicate lot, block, addition or section, township, range, town name.

**FORM / DED.**

Form (Select One):    Indicate if:
- [X] CIT HO-3 Special Form
- [ ] CIT HO-4 Tenant
- [ ] CIT HO-6 Condominium Unit Owner

- [ ] Building Under Construction

Est. Completion Date:

Deductible ($1,000 Standard): [ ] $500 [X] $2,500
Hurricane Deductible (2% Standard): [ ] $500 [X] 5% [ ] 10% [ ] Ex Wind

Is risk eligible for wind only coverage? [ ] Yes [X] No
Windstorm coverage is [X] Included [ ] Excluded

**WIND PREM**

| | Grand Subtotal | Add'l Surcharges | Total Est. Premium |
| --- | --- | --- | --- |
| | $3,331 | $137 | $3,468 |

---

**OTHER**

Occupation of Named Insured(s)
PROFESSIONAL; HOMEMAKER

Social Security Numbers / D.O.B.
1st Named Insured: REDACTED
Spouse or 2nd Named Insured: REDACTED

---

**INTERESTS**

Type / Name / Address / Zip Code    Loan Number

| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

---

**LIMITS**

| BASIC COVERAGES | Coverage Limits |
| --- | --- |
| A. Dwelling (CIT HO-3 Max. Limit $1,000,000) | $542,000 |
| B. Other Structures | $0 |
| C. Personal Property | $271,000 |
| D. Loss of Use | $54,200 |
| E. Personal Liability (Max. Limit $300,000) | $300,000 |
| F. Medical Payments | $2,000 |

**OTHER COVERAGES**

- [X] Personal Property Replacement Cost (CIT 04 90)
- [ ] Permitted Incidental Occupancy (HO 04 42)

Describe Business
- [ ] Located in main dwelling, or [ ] Located in Other Structure

Number of Employees    Cov. Amt.

- [ ] Other Structures-Inc. Limit (HO 04 48) Cov. Amt.
Describe Structures

- [ ] Structures Rented to Others (HO 04 40)
Amt. of Cov.
Describe Structures

- [ ] Increase Loss Assessment [ ] $2,000 [ ] $3,000
- [ ] Add'l. Insured (HO 04 41) [ ] Add'l. Interest (HO 04 10)

Available with HO-6 only:
- [ ] Unit-Owners Coverage "A" Special Coverage (CIT 17 32)
- [ ] Unit-Owners Rental To Others (HO 17 33)

**RATING INFORMATION**

Year Built: 2004    For Dwelling over 35 years, indicate year update completed:
Wiring: [X] No Update.
Heating [X] No Update. Roof: [X] No Update.
Roof Material: Tile
(Update documentation must be attached)
Describe Primary Heat Source: Forced Air Heating System
Primary Heat Source:
- A. Portable? [ ] Yes [X] No
- B. Open Flame? [ ] Yes [X] No
- C. Permanently Installed? [X] Yes [ ] No
- D. Factory or Professionally Installed? [X] Yes [ ] No

Building Code Compliance: Grade Code: 03
Year Certificate of Occupancy Issued: 2004
Construction:
- [X] Masonry [ ] Masonry Veneer [ ] Frame
- [ ] Superior [ ] Aluminum or Plastic Siding over Frame
Property Type: [X] Dwelling [ ] Apartment [ ] Condominium
[ ] Townhouse/Rowhouse: No. of Units in Fire Division 1
Occupancy: [X] Owner [ ] Tenant [ ] Unoccupied [ ] Vacant
Use: [X] Primary [ ] Secondary [ ] Seasonal [ ] Farm/Ranch
Identify All Months Unoccupied: [X] None
- [ ] Jan. [ ] Feb. [ ] March [ ] April [ ] May [ ] June
- [ ] July [ ] Aug. [ ] Sept. [ ] Oct. [ ] Nov. [ ] Dec.
Property Protected by:
Locked Security Gate [X] Yes    Security Guard(s) [ ] Yes

| City, Town, or Fire District | Prot. Class | Inside City Limits? | Terr. | Muni. Code Fire Police | |
| --- | --- | --- | --- | --- | --- |
| MELBOURNE | 02 | [X] Yes [ ] No | 057 | 620 | 620 |

Distance from: Hydrant 1000 ft.; Fire Station 3 mi.

| No. of Families | No. of Roomers / Boarders | Total Sq. Ft. | No. of Stories | Units in Building | Flow Unit Located On |
| --- | --- | --- | --- | --- | --- |
| 1 | 0 | 3,847 | 2 | 1 | 1 |

REDACTED

---

CIT-1 (All Perils) Ed. 11/2011 - Page 1 of 4

# EXHIBIT 56

# CHASE ◯
JPMorgan Chase Bank, N.A.
P.O. BOX 47020
ATLANTA, GA 30362
Insurance Processing Center

May 14, 2012

GARRY M VARNES JR
KATHRYN A VARNES
503 PEREGRINE DR
INDIALANTIC, FL 32903

Subject: Loan Number: REDACTED          Property Address:
          Policy Number:   REDACTED          503 PEREGRINE DR
                                              INDIALANTIC, FL 32903

Dear GARRY M VARNES JR:

Thank you for providing proof of hazard insurance coverage. The coverage Chase ordered on your behalf has been cancelled by the insurance company effective 03/30/2012. A portion of the premium charged has been refunded to your account. Our records indicate there was a lapse in coverage from 02/17/2012 to 03/30/2012. The premium for this lapse period is $1,123.25 and this amount is still due from you, and will not be refunded unless you can prove there was no lapse in coverage. You are required to maintain coverage on your property until you pay off your loan.

If you have additional proof of insurance coverage during the lapse period, please fax it to us at 1-678-475-8799 or mail it to us at:

          JPMORGAN CHASE BANK, N.A.
          ITS SUCCESSORS AND/OR ASSIGNS
          PO BOX 47020
          ATLANTA, GA 30362

Or, you may update your insurance coverage information online at www.MyCoverageInfo.com, referencing REDACTED

If you have questions, or need any additional information, call us toll-free at 1-877-530-8951. We are available to assist you 8:00 a.m. to midnight, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. on Friday Eastern Time, except for major holidays. Account information also is available online at www.Chase.com.

Sincerely,

Insurance Processing Center

REDACTED

# EXHIBIT 57

CHASE

Page 1 of 2

Chase Customer Care:  Toll Free 1-800-848-9136 Se habla español
Hearing Impaired (TDD): 1-800-582-0542
Servicemembers (SCRA): 1-877-469-0110
www.chase.com

## Annual Escrow
## Account Statement

Statement Date:          May 28, 2012
Review Period:           May 1995 to July 2012
Your Loan
Number:                  REDACTED

17100 ECA  2 15112 C ·  6RE 2E
GARRY M VARNES JR
KATHRYN A VARNES
503 PEREGRINE DR
INDIALANTIC FL 32903-4720

### What is an escrow account?

A portion of each of your home loan payments goes into an escrow account. This money is used to pay items such as your property taxes and insurance premiums when they are due.

In accordance with federal guidelines, we review your Escrow Account at least one time each year to ensure that we are collecting enough money to make all required payments. This document is a review of your Escrow Account activity since your last analysis.

### Monthly Home Loan Payment

| | | Current | | New Payment (effective 06/01/12) If you select Option A below | | New Payment (effective 08/01/12) If you select Option B below |
|---|---|---|---|---|---|---|
| Principal & Interest | $ | 1,304.63 | $ | 1,304.63 | $ | 1,304.63 |
| Escrow Account Deposit | $ | 0.00 | $ | 0.00* | $ | 0.00* |
| Plus: Account Balance/Shortage | $ | 0.00 | $ | 0.00 | $ | 916.18** |
| Total Payment Amount | $ | 1,304.63 | $ | 1,304.63 | $ | 2,220.81 |

Your new total payment includes an updated monthly escrow deposit, based on projected amounts to be paid from your Escrow Account, or $0.00* and, if applicable, an amount needed to repay the escrow shortage of $10,991.75**.

Please review the detailed information provided on the back of this page.

### Here are your shortage repayment options.  You may select one of the following options.

**Option A: Pay Entire Shortage Now**
* Pay the entire $10,991.75 escrow account shortage using the Escrow Account Balance/ Payment Coupon below for a new total payment of $1,304.63. See chart above.
* Pay a portion of your shortage - every $12 paid reduces your total payment by $1.
* NOTE: The new payment amount will be effective the month after the shortage amount is received. Any remaining increase in the escrow payment is to cover the projected increase in your bills for the upcoming year.

**Option B:  Pay Shortage Over 12 Months**
** Pay the $10,991.75 escrow account shortage in 12 Account Balance payments of $916.18 each.  To choose this option, no action is required.  The 12 payments will be automatically added to your home loan payment for August 2012 through July 2013.

If you select this option, your new monthly home loan payment (effective 08/01/12) will be $2,220.81.  See chart above.

465-E

GARRY M VARNES JR
KATHRYN A VARNES
Loan Number:       REDACTED

### Escrow Account Balance/Shortage Repayment Coupon

Statement Date:                        May 28, 20:

Total Escrow Shortage Amount:          $10,991.

To pay your entire Escrow Account Shortage and lower your payment, please return this coupon and a check for $10,991.75 to the address shown on this coupon. It is important for you to include this coupon to ensure timely processing of your escrow shortage payment.

If you choose not to pay the shortage amount, no response is needed.

Escrow Shortage Amount
Enclosed

CHASE
PO BOX 9001871
LOUISVILLE KY  40290-1871

REDACTED

Loan Number REDACTED

## Balancing Your Escrow Account

The front of this statement shows that you have an Escrow Account Shortage of $10,991.75. How was this determined?

Your previous year's activity is used to estimate the deposit and disbursement activity in your Escrow Account and project your lowest account balance for the year ahead. Your projected lowest account balance is compared to your minimum required balance as shown in the Escrow Account Balancer below these paragraphs. This determines the amount required to bring your Escrow Account into balance.

Since taxes and insurance premiums often go up, we require that you maintain a minimum required balance in your account at all times to prevent a negative balance in your account.

As shown in the information in the box and graph below, you will reach your lowest account balance of $10,991.75- in August 2012. This is subtracted from your minimum required balance of $0.00 resulting in an Escrow Account Shortage of $10,991.75.

In order to pay your Escrow Account Shortage and bring your account into balance, you may pay the $10,991.75 shortage in full (Option A on front) or pay the shortage over 12 months (Option B on front). It's your choice.

### Escrow Account Balancer

| | | |
|---|---|---|
| Minimum Required Balance | $ | 0.00 |
| Less: Lowest Account Balance (Aug 12) | $ | 10,991.75- |
| Annual Account Balance/Shortage | $ | 10,991.75 |
| Monthly Account Balance/Shortage | $ | 915.98 |

## Projected Escrow Account Balance

The graph below shows your projected Escrow Account Balance for the next 12 months with your new monthly Escrow Account Deposit of $0.00 and the "Anticipated Escrow Account Payments" chart shown on the next page. Your projected beginning escrow balance of $10,991.75- is based on anticipated deposits and disbursements.

### *PROJECTIONS ARE NOT AVAILABLE*

**If you have questions, please call our Customer Care team toll free at 1-800-848-9136 or visit www.chase.com.**

By sending your check, you are authorizing Chase to use information on your check to make a one-time electronic debit from your account at the financial institution indicated on your check. This electronic debit will be for the exact amount of your check. Your check will not be returned to your financial institution. Please contact Customer Care toll free at 1-800-848-9136 to establish a different payment option if you prefer not to have your check used in this way.

ECA 15112 C



Page 2 of 2

Loan Number REDACTED

## Anticipated Escrow Account Payments

This section reflects the escrow activity that is expected to occur in the next 12 months. The "Total Tax and Insurance Monthly Payment Amount" at the bottom of this chart is your new monthly escrow deposit, as listed on page 1 of this statement.

| TAX | | | INSURANCE | | | |
|---|---|---|---|---|---|---|
| Item | Annual Expense | Anticipated Date(s) of Payment | Item | | Annual Expense | Anticipated Date(s) of Payment |
| *ANTICIPATED ESCROW ACTIVITY NOT AVAILABLE* | | | | | | |
| TOTAL TAX AND INSURANCE MONTHLY PAYMENT AMOUNT = $0.00 | | | | | | |

## Escrow Account History for the Prior Payment Period

The following is a comparison of the anticipated and actual Escrow Account activity for the previous payment period. Anticipated amounts are taken from your last analysis. Your most recent monthly payment during the past year was $1,304.63, of which $1,304.63 was for principal and interest and $0.00 went into your Escrow Account.

At the time of your last analysis, your anticipated lowest balance was $0.00. In reviewing your account activity, your actual low escrow balance was $0.00.

| | Deposits to Escrow (credits to escrow) | | Payments from Escrow (debits from escrow) | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Month | Anticipated | Actual | Anticipated | Actual | Description | Projected | Actual |
| | | | | | | Starting Balance | 0.00 | 0.00 |
| *HISTORY IS NOT AVAILABLE* | | | | | | | |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | | | |

# EXHIBIT 58

**CHASE ○**

Chase Home Finance LLC
P.O. BOX 100564
FLORENCE, SC 29502-0564

Insurance Center
Phone: 1-866-310-3770
Fax:   1-843-413-2026
www.Chase.com

January 3, 2011

CHAD KNOX
2725 PINE CONE DR
MELBOURNE, FL 32940

Subject: Loan Number:   REDACTED
Policy Number:

Property Address:
2725 PINE CONE DR
MELBOURNE, FL 32940

Dear CHAD KNOX:

The coverage Chase ordered on your behalf to cover your property has been cancelled effective 12/21/2010. However, our records indicate that there was a lapse in coverage. The premium for this lapse period is $583.54, and this amount has been billed to your loan.

The terms of your loan documents require that insurance coverage be maintained at all times on your property. Due to the lapse in coverage, an escrow/impound account is required, as provided in the Security Instrument to recover the premium for the lapse period and for payment of future renewals of your policy.

Within approximately the next 30 days, you will receive a letter showing how your new monthly escrow payment is calculated. This amount will be itemized on your monthly billing statement.

If you have additional proof of insurance coverage during the lapse period, please fax it to us at 1-843-413-2026 or mail it to us at:

CHASE HOME FINANCE, LLC
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 100564
FLORENCE, SC 29502-0564

If you have any questions regarding Chase's insurance requirements, please contact us at our Insurance Center 1-866-310-3770. Our friendly customer care professionals are available to assist you 8:00 a.m. to 12:00 a.m. midnight, EST, Monday through Thursday, and Friday 8:00 a.m. to 10:00 p.m., EST, except for major holidays. Account information also is available online at www.Chase.com.

Sincerely,

Insurance Processing Center

**IMPORTANT BANKRUPTCY INFORMATION**
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

600HSP-1110

CL

# EXHIBIT 59

**CHASE ◆**
JPMorgan Chase Bank, N.A.
P.O. BOX 47020
DORAVILLE, GA  30362
Insurance Processing Center

November 2, 2011

LEONARD JELKS
DAWNESE A JELKS
3407 PEACHSTONE PL
SPRING, TX  77389

### WARNING – NOTICE OF PLACEMENT/RENEWAL OF HAZARD INSURANCE
### PLEASE READ CAREFULLY – ACTION REQUIRED

Subject: Loan Number: REDACTED
         Hazard Insurance Expiration Date: 10/29/2011

Property Address:
3407 PEACHSTONE PL
SPRING, TX  77389

Dear LEONARD JELKS:

Enclosed is a renewal of your lender placed hazard insurance policy, which was obtained on your behalf. **Please read the important information and instructions contained in this letter.**

**You are required to maintain continuous hazard insurance coverage on your property until you pay off your loan. Because you still have not provided proof of coverage, we have again purchased insurance on your property effective 10/29/2011.** The policy has a deductible (the amount of loss you would have to pay per claim) in the amount shown on the policy. Please read the policy carefully to make sure you understand its terms and conditions.

**The enclosed renewal policy's annual premium of $2,440.91 has been billed to your escrow account. As a result, your monthly mortgage payment may increase. Failure to pay your full mortgage payment, including your escrow, may result in a late fee.**

The annual insurance policy we purchased will remain in effect until you provide us with evidence of coverage, at which time the policy we obtained will be cancelled and you will receive a refund of any unearned premium, as calculated by the insurance company.  If the effective date of your coverage is on or before 10/29/2011 we will cancel the insurance we purchased without charging you any costs, interest or other charges. If the effective date is after 10/29/2011, you will only be charged for the number of days coverage was provided under the renewal policy we purchased.

We urge you to consider the following:

- **The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own. This is because the hazard insurance we purchased is issued automatically without evaluating the risk of insuring your property. You can figure the difference in cost by comparing the premium shown above to the cost of an insurance policy from a company you select.**

2102H4-0911

- **The hazard insurance we obtained will cover only the structure of your home (for example, the building, walls, floors, roof and permanent attachments).**

  - It will <u>not</u> cover your furniture or any of your other personal belongings.
  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will <u>not</u> cover any liability to you or any mandatory liability insurance requirements imposed by state or local law.

- **The hazard insurance we obtained will <u>not</u> cover any amounts you feel your home is worth in excess of $116,400.** If you believe this amount of coverage does not accurately represent the value of your home, you should obtain a policy that meets your needs from a company you select.

- **When we purchased insurance for you, the insurance company transferred a portion of the risk under the insurance policy or binder to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.**

We've again attached our "Property Insurance Requirements" notice which defines for you and your insurance agent the minimum standards we require. To provide us proof of coverage:

Contact your insurance agent to have your policy or declaration page sent to us. Ask your insurance agent to include the loan, property address and Mortgagee Clause/Lender's Loss Payable Endorsement and fax as soon as possible to fax number 1-678-475-8799, or mail the documents to:

> JPMORGAN CHASE BANK, N.A.
> ITS SUCCESSORS AND/OR ASSIGNS
> PO BOX 47020
> DORAVILLE, GA  30362

Or, you may update your hazard insurance coverage information online at <u>www.MyCoverageInfo.com</u>, referencing REDACTED

We strongly recommend you obtain your own insurance coverage. This will allow you to choose a policy that meets your needs from a company you select. If you purchase your own insurance policy and would like assistance from Chase to pay the premium, contact us as soon as possible to make these arrangements. Chase will pay your future insurance payments through your established escrow account.

If you have questions, or need any additional information, call us toll-free at 1-877-530-8951. We are available to assist you 8:00 a.m. to midnight, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. on Friday Eastern Time, except for major holidays. Account information also is available online at <u>www.Chase.com</u>. Thank you for your prompt attention to this important matter.

Sincerely,

Insurance Processing Center

2102H4-0911

## Property Insurance Requirements

Please provide this summary of Chase's insurance requirements to your insurance agent. Chase requires all borrowers to meet our minimum hazard insurance requirements. Any insurance you provide which does not meet these requirements is not acceptable to Chase.

| Single Family Residential Dwellings and Townhouses (1-4 Units) | Multi-Unit (5 or more units) Dwellings, Master Association Policies, Commercial Buildings and Course of Construction Properties |
|---|---|
| Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. | Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. |
| The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. | The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. |
| Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of "A" in Class II, "B" in Class III, or better.  Carriers rated by Demotech, Inc. must have an "A" or better rating in *Demotech's Hazard Insurance Financial Stability Ratings.* | Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of at least "A" in Class V. Carriers rated by Demotech, Inc. must have an "A" or better rating in *Demotech's Hazard Insurance Financial Stability Ratings.* |
| The insurer must be licensed to do business in the state where the property is located. | The insurer must be licensed to do business in the state where the property is located. |
| Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. | Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. Policy for Multi-Unit Dwellings and Commercial Buildings must contain coverage equal to or broader than Fire and Extended Coverage with Vandalism and Malicious Mischief. |

A **Mortgagee Clause/Lender's Loss Payable Endorsement** must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to the cancellation of insurance. The mortgagee clause should read as follows:

> JPMORGAN CHASE BANK, N.A.
> ITS SUCCESSORS AND/OR ASSIGNS
> PO BOX 47020
> DORAVILLE, GA  30362

If you or your insurance agent/broker has any questions, please feel free to contact us at 1-877-530-8951.

## TEXAS COLLATERAL PROTECTION INSURANCE DISCLOSURE

As required by Texas law, Chase is providing you with the following important information. Under the terms of your agreement with Chase, you are required to have hazard insurance covering your home.  As you have not provided Chase with proof of insurance despite our prior requests for this documentation, Chase has purchased insurance for you (called "collateral protection insurance"). The following important information applies to collateral protection insurance:

1) Chase has purchased collateral protection insurance on your behalf and at your expense as provided by the credit agreement;

2) Chase has obtained hazard dwelling coverage amount, $116,400, with a deductible of $500, and the policy protects Chase and you;

3) The beginning date of the policy period is 10/29/2011 and the ending date is 10/29/2012;

4)  Your total annual premium for this policy is $2,440.91;

5) The annual premium for this policy has been added to your escrow account.  If you have not previously had an escrow account, Chase has established one for you. In either case, your payments will increase to cover the cost of this insurance policy. You also have the option of sending us a check for the annual premium instead of through increased monthly payments.

The required insurance may be available to you through the Texas FAIR Plan at a lower cost.  You can contact the Texas FAIR plan at:

Texas FAIR Plan Association
5700 S. MoPac Expressway
Building E, Suite 530
Austin, Texas 78749
512-505-2200 or Toll Free: 800-979-6440
www.texasfairplan.org

2102HDISTX-0911

RENEWAL

## STANDARD GUARANTY INSURANCE COMPANY

A Stock Insurance Company

PO BOX 50355, ATLANTA, GA 30302

POLICY NUMBER:
REDACTED

| AGENCY | | |
|---|---|---|
| Major | Sub | Minor |
| 09746 | 0042 | |

**RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT**

**ADDITIONAL INSURED**-Name and Address (Street No., City, State, Zip)
LEONARD JELKS
DAWNESE A JELKS
3407 PEACHSTONE PL
SPRING, TX  77389

**NAMED INSURED MORTGAGEE**-Name and Address
JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD: ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 10/29/2011      EXPIRATION DATE: 10/29/2012 | Dwelling | $116,400 | $2,328.00 |
| EFFECTIVE TIME                                 12:01 A.M. | | | |
| DESCRIBED LOCATION (if different from mailing address above) 3407 PEACHSTONE PL SPRING, TX  77389 | | | |
| | | | |
| | | | |
| | IPP PREMIUM TAX      0.04850 | | $112.91 |
| | | | |
| | ANNUAL PREMIUM AMOUNT | | $2,328.00 |
| | ANNUAL TOTAL CHARGED | | $2,440.91 |

Forms and endorsements which are made a part of this policy at time of issue:
MSP-RES-J-SG (11-07),MSP-RES(8-88),NOT-TX-1(10-02),NOT-TX-3 (07-07),TEXAS NOTICE (07-03)
MSP-WHH-END-TX(3-07)

**Deductibles:** With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious Mischief a $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief. These deductibles shall apply separately to each building or structure.

A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the perils of Windstorm, Hail or Hurricane.

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insureds for the insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

This policy only covers buildings and structures. It does not cover your contents, nor does it provide you with any liability coverage. In addition, the limit of liability may not be high enough to fully indemnify you in case of a loss to your Dwelling.

CLAIMS INFORMATION ONLY
1-800-326-2845

ALL OTHER INQUIRIES
1-877-530-8951

AGENT NAME AND ADDRESS:
Laurie J Potter
TrackSure Insurance Agency, Inc.
2677 N. Main St., #600
Santa Ana, Ca 92705
License #1311724

# STANDARD GUARANTY INSURANCE COMPANY

P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

## READ YOUR POLICY CAREFULLY

## Residential Policy

**This policy only covers buildings and structures. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED
TO FORM A PART THEREOF, COMPLETES THIS POLICY.

MSP-RES-J-SG (11-07)                                    1                                    GJ1051-0310

# YOUR RESIDENTIAL DWELLING POLICY
## QUICK REFERENCE

## ADDITIONAL INSURED ENDORSEMENT

Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | Beginning On Page |
|---|---|---|---|
| AGREEMENT | 1 | Our Option | 6 |
| DEFINITIONS | 1 | Reinstatement | 6 |
| COVERAGES | 1 | Loss to a Pair or Set | 6 |
| PERILS INSURED AGAINST | 1 | Glass Replacement | 6 |
| Other Coverages | 3 | Loss Payment | 6 |
| Other Structures | 3 | Appraisal | 6 |
| Debris Removal | 3 | Our Rights of Recovery | 6 |
| Reasonable Repairs | 3 | Suit Against Us | 7 |
| Property Removed | 4 | Abandonment of Property | 7 |
| Collapse | 4 | No Benefit to Bailee | 7 |
| CONDITIONS | 4 | Cancellation | 7 |
| Policy Period | 4 | Return of Premium | 7 |
| Other Insurance | 4 | Liberalization Clause | 7 |
| Insurance Interests & Limits of Liability | 4 | Waiver of Change of Policy Provisions | 7 |
| Concealment or Fraud | 5 | Assignment | 7 |
| Your Duties After Loss | 5 | | |
| Loss Settlement | 5 | | |
| Salvage and Recoveries | 6 | | |

**RESIDENTIAL
PROPERTY COVERAGE
MSP-RES (8-88)**

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.  Property Covered
    We cover:
    a.  the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
    b.  structures attached to the dwelling;
    c.  materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
    d.  if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.
2.  Property Not Covered
    a.  Personal Property of any kind.
    b.  Outdoor trees, shrubs, plants, and lawns.
    c.  Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
    d.  Cost of excavations, grading or filling.
    e.  Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
    f.  Pilings, piers, pipes, flues, and drains which are underground.
    g.  Pilings which are below the low water mark.
    h.  Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.  We do not insure for loss involving collapse, other than as provided in Other Coverages 5.

2.  However, any ensuing loss not excluded or excepted is covered.
    We do not insure for loss caused by:
    a.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1) fence; pavement, patio or swimming pool;
        (2) foundation, retaining wall or bulkhead; or
        (3) pier, wharf or dock;

    b.   theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

    c.   constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

    d.   (1) wear and tear, marring, deterioration;

         (2) inherent vice, latent defect, mechanical breakdown;

         (3) smog-rust, mold, wet or dry rot;

         (4) smoke from agricultural smudging or industrial operations;

         (5) release, discharge or dispersal of contaminants or pollutants;

         (6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

         (7) birds, vermin, rodents, insects, or domestic animals.

         If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.   We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

    a.   Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

    b.   Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

         (1) fire;

         (2) explosion; or

         (3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

         ensues and then we will pay only for the ensuing loss. This exclusion does not apply to loss by theft. One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

    c.   Water Damage, meaning:

         (1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

         (2) water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

         (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure. Direct loss by fire, explosion or theft resulting from water damage is covered.

    d.   Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

e.  Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

f.  War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g.  Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered. Intentional

h.  Loss, meaning any loss arising out of any act committed

(1) by you or at your direction; and

(2) with the intent to cause a loss.

4.  We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

a.  Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

c.  Faulty, inadequate or defective:

(1) planning, zoning, development, surveying, siting;

(2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

(3) materials used in repair, construction, renovation or remodeling; or

(4) maintenance; of part or all of any property whether on or off the described premises.

# OTHER COVERAGES

1.  Other Structures

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

We do not cover other structures:

a.  used in whole or in part for commercial, manufacturing or farming purposes; or

b.  rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.  The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2.  Debris Removal

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3.  Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

4.  Property Removed
    Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5.  Collapse
    We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

    a.  Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

    b.  Hidden decay,

    c.  Hidden insect or vermin damage,

    d.  Weight of contents, equipment, animals or people,

    e.  Weight of rain which collects on a roof,

    f.  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

    Collapse does not include settling, cracking, shrinking, bulging or expansion. Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

    > Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

    Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

# CONDITIONS

1.  Policy Period. This Policy applies only to loss which occurs during the policy period.

2.  Other Insurance. If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3.  Insurance Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we shall not be liable:

    a. for an amount greater than the interest of the persons insured under this policy; or

    b. for more than the limit of liability that applies, whichever is less.

    If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the Named Insured's interest in the property at the time of loss.

    The Named Insured's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

4.  Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5.  Your Duties After Loss.  In case of a loss to which this insurance may apply, you shall see that the following duties are performed:
    a.  give immediate notice to us or our agent;
    b.  protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;
    c.  exhibit the damaged property as often as we reasonably require;
    d.  submit to signed statements and examinations under oath; and
    e.  submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:
        (1)  the time and cause of loss;
        (2)  the interest of you and all others in the property involved and all encumbrances on the property;
        (3)  other insurance which may cover the loss;
        (4)  changes in title or occupancy of the property during the term of the policy; and
        (5)  specifications of any damaged building and detailed estimates for repair of the damage.

6.  Loss Settlement.  Covered property losses are settled as follows:
    A.  Buildings at replacement cost without deduction for depreciation, subject to the following:
        (1)  We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:
            (a)  the limit of liability under this policy applying to the building;
            (b)  the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or
            (c)  the amount actually and necessarily spent to repair or replace the damaged building.

        If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

        You may disregard these replacement cost loss settlement provisions when making a claim.  You may claim loss to buildings on actual cash value basis.  If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

    B.  Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss.  Actual cash value includes deduction for depreciation.
        (1)  Structures that are not buildings.
        (2)  Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

        We will not pay more than the smallest of:
        (1)  the cost to repair or replace the damaged property with property of like kind and quality;
        (2)  the actual cash value of the damaged property; or
        (3)  the limits of liability of this policy applying to the property.

7. Salvage and Recoveries:  When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined.  Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option.  If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set.  In case of loss to a pair or set, we may elect to:
    a. repair or replace any part to restore the pair or set to its value before the loss;
       or
    b. pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement.  Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. Loss Payment.  We will adjust all losses with the Named Insured. Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option.  No coverage will be available to any mortgagee other than that shown as the Named Insured on the Declarations page of this policy.

13. Appraisal.  If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire.
The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss.  If they cannot agree, they will submit their differences to the umpire.  A written award by any two will determine the amount of loss. Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation).  In the event of any claim under this policy, we are entitled to all your rights of recovery against another person.  You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.

When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. Suit Against Us.  No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance.  We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.

    a.  Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

    b.  This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

    c.  We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

    d.  We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

    If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

SECRETARY

PRESIDENT

| | |
|---|---|
| **IMPORTANT NOTICE** | **AVISO IMPORTANTE** |

To obtain information or make a complaint:

You may call Standard Guaranty's toll-free telephone number for information or to make a complaint at:

**1-800-852-2244**

You may also write to Standard Guaranty Insurance Company at:

P.O. Box 50355, Atlanta, Georgia 30302

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 475-1771
Web: http://www.tdi.state.tx.us
E-mail: ConsumerProtection@tdi.state.tx.us

**PREMIUM OR CLAIM DISPUTES:**
Should you have a dispute concerning your premium or about a claim, you should contact the company first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

Para obtener informacion o para someter una queja:
Usted puede llamar al numero de telefono gratis de

Standard Guaranty para informacion o para someter una queja al:

**1-800-852-2244**

Usted tambien puede escribir a Standard Guaranty Insurance Company:

P.O. Box 50355, Atlanta, Georgia 30302

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacion acerca de companias, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 475-1771
Web: http://www.tdi.state.tx.us E-mail:
ConsumerProtection@tdi.state.tx.us

**DISPUTAS SOBRE PRIMAS O RECLAMOS:** Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con la compania primero. Si no se resuelve la disputa, pueda entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de informacion y no se convierte en parte o condicion del documento adjunto.

NOT-TX-3 (07/07)

GE5301

**Standard Guaranty Insurance Company**

**Texas Mandatory Endorsement**
**Service of Suit**

It is agreed that in the event of the failure of the Standard Guaranty Insurance Company hereon to pay an amount claimed to be due hereunder, the Standard Guaranty Insurance Company, at the request of the insured, will submit to the jurisdiction of any Court of competent jurisdiction within the United States and will comply with all requirements necessary to give such Court jurisdiction and all matters arising hereunder shall be determined in accordance with the law and practice of such Court.

It is further agreed that Service of Suit may be made upon Richard Fortwengler, agent for service of process for Standard Guaranty Insurance Company, 260 Interstate North Circle, Atlanta, GA 30339 and that in any suit instituted against it upon this contract, Standard Guaranty Insurance Company will abide by the final decision of such Court or any Appellate Court in the event of an appeal.  Richard Fortwengler, as agent for service of process, is authorized and directed to accept Service of Suit on behalf of the Standard Guaranty Insurance Company in any such suit and/or upon the request of the insured to give a written undertaking to the insured that they will enter a general appearance upon the Company's behalf in the event such a suit shall be instituted.

Further, pursuant to any statute of any state, territory, or district of the United States which makes provisions therefore, the Standard Guaranty Insurance Company hereby designates the Superintendent, Commissioner, or Director of Insurance or any other officer specified for the purpose in the statute, or his successor or successors in office, as their true and lawful attorney upon whom may be served any lawful process in any action, suit, or proceeding instituted by or on behalf of the insured or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the above named person to whom said officer is authorized to mail such process or true copy thereof.

All other terms, conditions, and agreements shall remain the same.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## WINDSTORM, HAIL, HURRICANE ENDORSEMENT      -
## TEXAS

When loss occurs under the peril of **Windstorm, Hail or Hurricane,** the deductible will be the greater of $2,000 or 2% of the Amount of Insurance, per insured location.

"Hurricane Occurrence":

a.  Begins at the time a hurricane watch or warning is issued for any part of Texas by the National Hurricane Center of the National Weather Service;

b.  Continues for the time period during which the hurricane conditions exist anywhere in Texas; and

c.  Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Texas by the National Hurricane Center of the National Weather Service.

All other terms and conditions of this policy remain unchanged.

# EXHIBIT 60

---

**Privacy Notice**
**Foremost Insurance Group Of Companies**[*]

---

REDACTED

In the course of our business relationship with you, we collect information about you that is necessary to provide you with our products and services. We treat this information as confidential and recognize the importance of protecting it. We value your confidence in us.

This notice from the member companies of the Foremost Insurance Group of Companies listed below ("Foremost") describes our privacy practices regarding information about our customers and former customers that obtain financial products or services from us for personal, family, or household purposes.

**Information We Collect**

We collect certain information ("nonpublic personal information") about you and the members of your household  ("you") from the following sources:

- Information we receive from you on applications or other forms, such as your social security number, assets, income, and property information;
- Information about your transactions with us, our affiliates or others, such as your policy coverage, premiums, and payment history; and
- Information we receive from a consumer reporting agency or insurance support organization, such as motor vehicle records, credit report information and claims history.

**Information We Disclose**

We do not disclose any nonpublic personal information about you, as our customer or former customer, except as described in this notice.

We may disclose the nonpublic personal information we collect about you, as described above, to companies that perform services on our behalf, as permitted by law.

Many employers, benefit plans or plan sponsors restrict the information that can be shared about their employees or members by companies that provide them with products or services. If you have a relationship with Foremost or one of its affiliates as a result of products or services provided through an employer, benefit plan or plan sponsor, we will abide by the privacy restrictions imposed by that organization.

We are permitted to disclose personal health information (1) to process your transaction with us, for instance, to determine eligibility for coverage, to process claims or to prevent fraud; (2) with your written authorization, and (3) otherwise as permitted by law.

**Sharing Information with Affiliates**

We will not disclose nonpublic personal information, as described above in **Information We Collect**, except within the Foremost Insurance Group of Companies.

We are permitted by law to share with our affiliates our transaction and experience information with you.

We will not share with our affiliates information we receive from a credit reporting agency or insurance support organization, such as motor vehicle records, credit report information, and claims history.

**Security**

We restrict access to personal information about you to those individuals, such as our employees and agents, who provide you with our products and services. We require those individuals to whom we permit access to your customer information to protect it and keep it confidential. We maintain physical, electronic, and procedural safeguards that comply with applicable regulatory standards to guard your nonpublic personal information.

**Website**

Our website privacy notices, such as the one located at foremost.com., contain additional information particular to website use. Please pay careful attention to those notices if you transmit personal information to Foremost over the Internet.

**Recipients of this Notice**

If there is more than one person insured under this policy, only the named insured on that policy will receive this notice, though any policyholder may request a copy of this notice. You may receive more than one copy of this notice if you have more than one policy with Foremost. You also may receive notices from affiliates, other than those listed below.  Please read those notices carefully to determine your rights with respect to those affiliates' privacy policies.

1 of 2 - 740182


**FOREMOST®**
INSURANCE COMPANY GRAND RAPIDS, MICHIGAN

N RB   721530
REDACTED

MEYER INS SERVICES INC
9312 TESSON FERRY RD
SAINT LOUIS MO 63123-4119

12

JACK BROOKS
TAMI BROOKS
766 LEON ST
CAHOKIA IL 62206-2030

**THIS IS NOT A BILL**

Dear JACK BROOKS & TAMI BROOKS:

Your Foremost Homeowners renewal policy is enclosed. Take a few minutes to read it through. If you have any questions, please contact us at:

(314) 631-0900

MEYER INS SERVICES INC
9312 TESSON FERRY RD
SAINT LOUIS MO 63123-4119

Your policy provides replacement cost coverage on your home. The amount of insurance on your home may have increased. If the amount of insurance on your home has increased, it is to keep pace with today's home replacement prices. Please compare the amount of insurance on your home with the replacement value of homes in your area. It is important for you to be sure your policy provides the coverage you want for your home.

If you would like to request a change in coverage, it may affect the amount of premium you owe. If you make a change that affects the premium, your next bill will be adjusted to reflect the change(s). **If you have an outstanding bill, that is the amount due at this time.**

Thank you for your business.

Sincerely,
MEYER INS SERVICES INC

24 – 9200 – 720

**P.S. Did you know . . . Electronic payments are available!** To sign up for electronic payments, please go to www.ForemostPayOnline.com. You may choose to have us automatically withdraw your premium payments electronically from your designated account as they come due, or go to www.ForemostPayOnline.com to see your bill and make a payment. As always, simply call our billing service at 1-800-532-4221 with questions about your bill.

**Need to report a claim?** Call the Foremost Claims line toll-free at 1-800-527-3907, 24 hours a day, seven days a week.

REDACTED
Form 739242 03/06

## Important Notice Regarding New Discounts

Foremost is introducing new discounts and surcharges. Determining factors for all but five of these discounts and surcharges are already on file and have been applied to your renewal policy.

However, there are four discounts available to landlords that need additional information before they can be applied. These discounts are as follows:

- Property Management Discount - available if the landlord has a property management company to manage the rental property.
- Landlord Association Discount - available if the landlord is a member of a Landlord Association.
- Tenant Screening Discount - available if the landlord uses one or more of the following methods of screening tenants:
  - A check of the tenant's credit history
  - A criminal background check consisting of a report of the tenant's criminal record, including prior convictions
  - A report of the tenant's prior evictions
  - A skip report on the tenant's prior unfulfilled lease agreements
  - Verification that the tenant has an HO4 policy
- Multiple Properties Discount - available if the landlord has more than one rental or vacant property insured with Foremost. If the discount is to automatically apply at each renewal, Foremost will need your social security number. This will act as a unique identifier to cross reference each of your policies so the discount can be applied.

There is one discount available for all occupied properties that needs additional information before it can be applied:

- Multi Policy Discount - available if you have other personal insurance policies insured with one of the Foremost, Farmers, Zurich or Bristol West family of companies.

If you think any of these discounts may apply to you, please contact your Foremost agent immediately.

Thank you for trusting Foremost for your insurance.

741366 01/09



**FOREMOST**
INSURANCE COMPANY
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

**FOREMOST CLASSIC CL HOMEOWNERS
DECLARATIONS PAGE**

**POLICY NUMBER:**   REDACTED
**RENEWAL OF:**
**POLICY PERIOD BEGINNING** 10/31/06   **ENDING** 10/31/07   12:01 A.M. STANDARD TIME

### YOU AS NAMED INSURED AND YOUR ADDRESS

JACK BROOKS
TAMI BROOKS
766 LEON ST
CAHOKIA IL 62206-2030

### YOUR POLICY IS SERVICED BY

**AGENCY CODE:**
249200720

MEYER INS SERVICES INC
9312 TESSON FERRY RD
SAINT LOUIS MO 63123-4119

**TELEPHONE:**
(314) 631-0900

**COVERAGES:** Coverage is provided only where a specific premium charge is shown below or where shown as included without specific charge either below or in your policy. Detailed descriptions and any limitations will be found in your policy.

### LOCATION # 1

### IMPORTANT RATING INFORMATION

| | | | | | | |
|---|---|---|---|---|---|---|
| **PREMISES DESCRIPTION:** | 766 LEON ST CAHOKIA IL 62206-2030 | | | | | |
| **CONSTRUCTION:** | FRAME | **TERRITORY:** | D | | **YR. BUILT:** | 1955 |
| **FAMILIES:** | 1 | **PROT. CLASS:** | 4 | | **FORM:** | HO |
| **OCCUPANCY:** | PRIMARY | **RESP. FIRE DEPT.:** | | | | |
| **HYDRANT:** | WITHIN 1,000 FEET | **COUNTY:** | SAINT CLAIR | | | |
| **FIRE DEPT.:** | WITHIN 5 MILES | | | | | |

### MORTGAGEE #1

**LOAN NO.:**
AMERIQUEST MORTGAGE CO
ISAOA ATIMA
PO BOX 11056
ORANGE CA 92856-8156

### SECTION I COVERAGES

| | | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|---|
| A. | DWELLING | $ 145,782 | $ | 752.00 |
| B. | OTHER STRUCTURES | $ 14,578 | | INCLUDED |
| C. | PERSONAL PROPERTY | $ 72,891 | | INCLUDED |
| D. | ADDITIONAL LIVING EXPENSE | $ 29,156 | | INCLUDED |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:   $500 ALL PERILS

| SECTION II COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| E.  COMP PERSONAL LIABILITY | $  100,000 EA ACCIDENT | | INCLUDI |
| F.  MEDICAL PAYMENTS | $   1,000 EA PERSON | | INCLUDI |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| 5257  05/99  HOMEOWNERS POLICY - CLASSIC CL | | | |
| 6974  05/00  REQUIRED CHANGE - ILLINOIS | | | |
| 6513  12/02  EXCEPTION TO COVERAGE - MOLD | | | |
| 3434  09/96  REPLACEMENT COST PERSONAL PROPERTY | | $ | 83.0 |

**LOCATION # 1   Annual Premium**   $       835.0

**TOTAL ANNUAL POLICY PREMIUM**   $       835.0

MINIMUM EARNED PREMIUM   $50

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED T
FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: September  4, 2006

---

**Privacy Notice**
**Foremost Insurance Group Of Companies®**

---

381 - 0065279772

In the course of our business relationship with you, we collect information about you that is necessary to provide you with our products and services. We treat this information as confidential and recognize the importance of protecting it. We value your confidence in us.

This notice from the member companies of the Foremost Insurance Group of Companies listed below ("Foremost") describes our privacy practices regarding information about our customers and former customers that obtain financial products or services from us for personal, family, or household purposes.

## Information We Collect

We collect certain information ("nonpublic personal information") about you and the members of your household ("you") from the following sources:

- Information we receive from you on applications or other forms, such as your social security number, assets, income, and property information;
- Information about your transactions with us, our affiliates or others, such as your policy coverage, premiums, and payment history; and
- Information we receive from a consumer reporting agency or insurance support organization, such as motor vehicle records, credit report information and claims history.

## Information We Disclose

We do not disclose any nonpublic personal information about you, as our customer or former customer, except as described in this notice.

We may disclose the nonpublic personal information we collect about you, as described above, to companies that perform services on our behalf, as permitted by law.

Many employers, benefit plans or plan sponsors restrict the information that can be shared about their employees or members by companies that provide them with products or services. If you have a relationship with Foremost or one of its affiliates as a result of products or services provided through an employer, benefit plan or plan sponsor, we will abide by the privacy restrictions imposed by that organization.

We are permitted to disclose personal health information (1) to process your transaction with us, for instance, to determine eligibility for coverage, to process claims or to prevent fraud; (2) with your written authorization, and (3) otherwise as permitted by law.

## Sharing Information with Affiliates

We will not disclose nonpublic personal information, as described above in **Information We Collect**, except within the Foremost Insurance Group of Companies.

We are permitted by law to share with our affiliates our transaction and experience information with you.

We will not share with our affiliates information we receive from a credit reporting agency or insurance support organization, such as motor vehicle records, credit report information, and claims history.

## Security

We restrict access to personal information about you to those individuals, such as our employees and agents, who provide you with our products and services. We require those individuals to whom we permit access to your customer information to protect it and keep it confidential. We maintain physical, electronic, and procedural safeguards that comply with applicable regulatory standards to guard your nonpublic personal information.

## Website

Our website privacy notices, such as the one located at foremost.com., contain additional information particular to website use. Please pay careful attention to those notices if you transmit personal information to Foremost over the Internet.

## Recipients of this Notice

If there is more than one person insured under this policy, only the named insured on that policy will receive this notice, though any policyholder may request a copy of this notice. You may receive more than one copy of this notice if you have more than one policy with Foremost. You also may receive notices from affiliates, other than those listed below. Please read those notices carefully to determine your rights with respect to those affiliates' privacy policies.

**Any Questions?**

This notice is required by federal law. If you would like additional information about these federal laws, please visit our website at www.foremost.com.

Signed:    Foremost Insurance Company Grand Rapids, Michigan
          Foremost Signature Insurance Company
          Foremost Property and Casualty Insurance Company
          American Federation Insurance Company
          Foremost County Mutual Insurance Company
          Foremost Lloyds Insurance Company

The above is a list of the affiliates on whose behalf this notice is being sent.

---

**Notification of Information Practices Required By State Law**

---

This notice together with our Privacy Notice above provides a summary of the Foremost Insurance Group of Companies' procedure for the collection, protection and disclosure of any personal information that we obtain in order to provide you with insurance.

- We may collect personal information from persons other than the individual or individuals proposed for insurance coverage.

- This information as well as other personal or privileged information subsequently collected by us or our agent may in certain circumstances be disclosed to third parties without authorization, as permitted by law.

- You have a right to obtain a copy of all personal information that we collect and correct any errors that exist in the information.

A complete copy of our Information Practices is available to you free of charge. If you would like a copy of our Information Practices or have any questions regarding our information practices, please write to us. For a more rapid response, please include your policy number.

Foremost Insurance Group of Companies
P.O. Box 2450
Grand Rapids, MI 49501
Attention: Underwriting



**FOREMOST**®
**INSURANCE COMPANY**

N RB  721530
REDACTED

MEYER INS SERVICES INC
9312 TESSON FERRY RD
SAINT LOUIS MO 63123-4119

12

JACK BROOKS
TAMI BROOKS
766 LEON ST
CAHOKIA IL 62206-2030

**THIS IS NOT A BILL**

Dear JACK BROOKS & TAMI BROOKS:

Your Foremost Homeowners renewal policy is enclosed. Take a few minutes to read it through. If you have any questions, please contact us at:

(314) 631-0900

MEYER INS SERVICES INC
9312 TESSON FERRY RD
SAINT LOUIS MO 63123-4119

Your policy provides replacement cost coverage on your home. The amount of insurance on your home may have increased. If the amount of insurance on your home has increased, it is to keep pace with today's home replacement prices. Please compare the amount of insurance on your home with the replacement value of homes in your area. It is important for you to be sure your policy provides the coverage you want for your home.

If you would like to request a change in coverage, it may affect the amount of premium you owe. If you make a change that affects the premium, your next bill will be adjusted to reflect the change(s). **If you have an outstanding bill, that is the amount due at this time.**

Thank you for your business.

Sincerely,
MEYER INS SERVICES INC

24 – 9200 – 720

**P.S. Did you know . . . Electronic payments are available!** To sign up for electronic payments, please go to www.ForemostPayOnline.com. You may choose to have us automatically withdraw your premium payments electronically from your designated account as they come due, or go to www.ForemostPayOnline.com to see your bill and make a payment. As always, simply call our billing service at 1-800-532-4221 with questions about your bill.

**Need to report a claim?** Call the Foremost Claims line toll-free at 1-800-527-3907, 24 hours a day, seven days a week.

REDACTED
Form 739242 03/06

City Of St Louis - Paying Parking Tickets                                     Page 1 of 1

**Your Payment Was Successful!**

To print this receipt, please use your browser print button

| | |
|---|---|
| Date: | 02/20/2007 |
| Time: | 1:33 PM |
| Reference Number: | REDACTED |
| Amount Paid: | $80.00 |
| Type of Payment: | All Items |
| Method: | REDACTED |
| Credit Card Number: | |
| Registration: | |
| Document Number: | |
| Document Type: | Ticket |

An email confirmation has been sent.



AMENDED DECLARATION * EFFECTIVE 01/02/09
SUPERSEDES ANY PREVIOUS DECLARATION PAGE BEARING
THE SAME POLICY NUMBER FOR THIS POLICY PERIOD.
REASONS FOR CHANGE FOLLOW:
- INFORMATION REGARDING A MORTGAGEE WAS CHANGED

**POLICY NUMBER:** REDACTED
**RENEWAL OF:**
**POLICY PERIOD BEGINNING** 10/31/08   **ENDING** 10/31/09   12:01 A.M. STANDARD TIME

**YOU AS NAMED INSURED AND YOUR ADDRESS**

JACK BROOKS
TAMI BROOKS
766 LEON ST
CAHOKIA IL 62206-2030

**YOUR POLICY IS SERVICED BY**

|  | **AGENCY CODE:** |
|---|---|
| | 249200720 |
| MEYER INS SERVICES INC | |
| 9312 TESSON FERRY RD | **TELEPHONE:** |
| SAINT LOUIS MO 63123-4119 | (314) 631-0900 |

**COVERAGES:** Coverage is provided only where a specific premium charge is shown below or where shown as included without specific charge either below or in your policy. Detailed descriptions and any limitations will be found in your policy.

**LOCATION # 1**

**IMPORTANT RATING INFORMATION**

| **PREMISES DESCRIPTION:** | 766 LEON ST CAHOKIA IL 62206-2030 | | | | |
|---|---|---|---|---|---|
| **CONSTRUCTION:** | FRAME | **TERRITORY:** | D | **YR. BUILT:** | 1955 |
| **FAMILIES:** | 1 | **PROT. CLASS:** | 6 | **FORM:** | HO |
| **OCCUPANCY:** | PRIMARY | **RESP. FIRE DEPT.:** | CAHOKIA | | |
| **HYDRANT:** | WITHIN 1,000 FEET | **COUNTY:** | SAINT CLAIR | | |
| **FIRE DEPT.:** | WITHIN 5 MILES | | | | |

**MORTGAGEE #1**

**LOAN NO.:** REDACTED
CHASE HOME FINANCE LLC
ISAOA/ATIMA
PO BOX 81507
ATLANTA GA 30366-1507

| **SECTION I COVERAGES** | **AMOUNT OF INSURANCE** | **ADD'L/RETURN PREMIUM** | **ANNUAL PREMIUM** |
|---|---|---|---|
| A.  DWELLING | $ 154,311 | $ | 957.00 |
| B.  OTHER STRUCTURES | $  15,431 | | INCLUDED |
| C.  PERSONAL PROPERTY | $  77,156 | | INCLUDED |
| D.  ADDITIONAL LIVING EXPENSE | $  30,862 | | INCLUDED |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:     $500 ALL PERILS

**Policy Number:** REDACTED
Form 80000 04/93
20983   381-0066279772

**INSURED COPY**      **PAGE 1   CONTINUED**

| SECTION II COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| E.   COMP PERSONAL LIABILITY | $   100,000 EA ACCIDENT | | INCLUDE |
| F.   MEDICAL PAYMENTS | $     1,000 EA PERSON | | INCLUDE |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|---|
| 5257 | 05/99 | HOMEOWNERS POLICY - CLASSIC CL | | |
| 6974 | 05/00 | REQUIRED CHANGE - ILLINOIS | | |
| 6513 | 12/02 | EXCEPTION TO COVERAGE - MOLD | | |
| 3434 | 09/96 | REPLACEMENT COST PERSONAL PROPERTY | $ | 87.0 |

LOCATION # 1   Annual Premium   $   1,044.0

LOCATION # 1   Additional Premium   $   0.0

TOTAL ANNUAL POLICY PREMIUM   $   1,044.0

ADDITIONAL PREMIUM RESULTING FROM THIS CHANGE   $   0.0

MINIMUM EARNED PREMIUM   $50

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: February 23, 2009



**FOREMOST INSURANCE COMPANY**
Home Office
5600 Beech Tree Lane
P.O. Box 2450
Caledonia, Michigan 49316

**FOREMOST CLASSIC CL HOMEOWNERS
DECLARATIONS PAGE**

**POLICY NUMBER:** REDACTED
**RENEWAL OF:**
**POLICY PERIOD BEGINNING** 10/31/09 **ENDING** 10/31/10    12:01 A.M. STANDARD TIME

**YOU AS NAMED INSURED AND YOUR ADDRESS**

JACK BROOKS
TAMI BROOKS
766 LEON ST
CAHOKIA IL 62206-2030

**YOUR POLICY IS SERVICED BY**

MEYER INS SERVICES INC
9312 TESSON FERRY RD
SAINT LOUIS MO 63123-4119

**AGENCY CODE:**
249200720

**TELEPHONE:**
(314) 631-0900

**COVERAGES:** Coverage is provided only where a specific premium charge is shown below or where shown as included without specific charge either below or in your policy. Detailed descriptions and any limitations will be found in your policy.

**LOCATION # 1**

**IMPORTANT RATING INFORMATION**

| PREMISES DESCRIPTION: | 766 LEON ST CAHOKIA IL 62206-2030 | | | | |
|---|---|---|---|---|---|
| CONSTRUCTION: | FRAME | TERRITORY: | E | YR. BUILT: | 1955 |
| FAMILIES: | 1 | PROT. CLASS: | 6 | FORM: | HO |
| OCCUPANCY: | PRIMARY | RESP. FIRE DEPT.: | CAHOKIA | | |
| HYDRANT: | WITHIN 1,000 FEET | COUNTY: | SAINT CLAIR | | |
| FIRE DEPT.: | WITHIN 5 MILES | | | | |

**MORTGAGEE #1**

**LOAN NO.:** REDACTED
CHASE HOME FINANCE LLC
ISAOA/ATIMA
PO BOX 81507
ATLANTA GA 30366-1507

| SECTION I COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| A. DWELLING | $ 159,711 | $ | 1,212.00 |
| B. OTHER STRUCTURES | $ 15,971 | | INCLUDED |
| C. PERSONAL PROPERTY | $ 79,856 | | INCLUDED |
| D. ADDITIONAL LIVING EXPENSE | $ 31,942 | | INCLUDED |

SECTION I LOSSES ARE SUBJECT TO A DEDUCTIBLE OF:    $500 ALL PERILS

**Policy Number:** REDACTED
Form 80000 04/93

**INSURED COPY**    **PAGE 1**    **CONTINUED**

| SECTION II COVERAGES | AMOUNT OF INSURANCE | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| E.   COMP PERSONAL LIABILITY | $  100,000 EA ACCIDENT | | INCLUDE |
| F.   MEDICAL PAYMENTS | $    1,000 EA PERSON | | INCLUDE |

| FORMS/ENDORSEMENTS THAT APPLY TO LOCATION # 1 | | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|---|
| 5257   05/99   HOMEOWNERS POLICY - CLASSIC CL | | | |
| 6974   05/00   REQUIRED CHANGE - ILLINOIS | | | |
| 6513   12/02   EXCEPTION TO COVERAGE - MOLD | | | |
| 3434   09/96   REPLACEMENT COST PERSONAL PROPERTY | | $ | 90.0 |

| DISCOUNTS/SURCHARGES THAT APPLY TO LOCATION # 1 | ADD'L/RETURN PREMIUM | ANNUAL PREMIUM |
|---|---|---|
| LOSS HISTORY SURCHARGE | $ | 303.0 |

| | | |
|---|---|---|
| LOCATION # 1   Annual Premium | $ | 1,605.0 |

| TOTAL ANNUAL POLICY PREMIUM | $ | 1,605.0 |
|---|---|---|

THIS DECLARATIONS PAGE WITH YOUR FOREMOST POLICY PROVISIONS AND ANY ENDORSEMENTS ISSUED TO FORM A PART THEREOF COMPLETES THE ABOVE NUMBERED POLICY.

Processed: September  7, 2009

---

**Privacy Notice**
**Foremost Insurance Group Of Companies***

---

381 - 0065279772

In the course of our business relationship with you, we collect information about you that is necessary to provide you with our products and services. We treat this information as confidential and recognize the importance of protecting it. We value your confidence in us.

This notice from the member companies of the Foremost Insurance Group of Companies listed below ("Foremost") describes our privacy practices regarding information about our customers and former customers that obtain financial products or services from us for personal, family, or household purposes.

**Information We Collect**

We collect certain information ("nonpublic personal information") about you and the members of your household ("you") from the following sources:

- Information we receive from you on applications or other forms, such as your social security number, assets, income, and property information;
- Information about your transactions with us, our affiliates or others, such as your policy coverage, premiums, and payment history; and
- Information we receive from a consumer reporting agency or insurance support organization, such as motor vehicle records, credit report information and claims history.

**Information We Disclose**

We do not disclose any nonpublic personal information about you, as our customer or former customer, except as described in this notice.

We may disclose the nonpublic personal information we collect about you, as described above, to companies that perform services on our behalf, as permitted by law.

Many employers, benefit plans or plan sponsors restrict the information that can be shared about their employees or members by companies that provide them with products or services. If you have a relationship with Foremost or one of its affiliates as a result of products or services provided through an employer, benefit plan or plan sponsor, we will abide by the privacy restrictions imposed by that organization.

We are permitted to disclose personal health information (1) to process your transaction with us, for instance, to determine eligibility for coverage, to process claims or to prevent fraud; (2) with your written authorization, and (3) otherwise as permitted by law.

**Sharing Information with Affiliates**

We will not disclose nonpublic personal information, as described above in **Information We Collect**, except within the Foremost Insurance Group of Companies.

We are permitted by law to share with our affiliates our transaction and experience information with you.

We will not share with our affiliates information we receive from a credit reporting agency or insurance support organization, such as motor vehicle records, credit report information, and claims history.

**Security**

We restrict access to personal information about you to those individuals, such as our employees and agents, who provide you with our products and services. We require those individuals to whom we permit access to your customer information to protect it and keep it confidential. We maintain physical, electronic, and procedural safeguards that comply with applicable regulatory standards to guard your nonpublic personal information.

**Website**

Our website privacy notices, such as the one located at foremost.com., contain additional information particular to website use. Please pay careful attention to those notices if you transmit personal information to Foremost over the Internet.

**Recipients of this Notice**

If there is more than one person insured under this policy, only the named insured on that policy will receive this notice, though any policyholder may request a copy of this notice. You may receive more than one copy of this notice if you have more than one policy with Foremost. You also may receive notices from affiliates, other than those listed below. Please read those notices carefully to determine your rights with respect to those affiliates' privacy policies.

1 of 2 - 740182

**Any Questions?**

This notice is required by federal law. If you would like additional information about these federal laws, please visit our website at www.foremost.com.

Signed:       Foremost Insurance Company Grand Rapids, Michigan
              Foremost Signature Insurance Company
              Foremost Property and Casualty Insurance Company
              American Federation Insurance Company
              Foremost County Mutual Insurance Company
              Foremost Lloyds Insurance Company

The above is a list of the affiliates on whose behalf this notice is being sent.

---

| Notification of Information Practices Required By State Law |
| --- |

This notice together with our Privacy Notice above provides a summary of the Foremost Insurance Group of Companies' procedure for the collection, protection and disclosure of any personal information that we obtain in order to provide you with insurance.

- We may collect personal information from persons other than the individual or individuals proposed for insurance coverage.

- This information as well as other personal or privileged information subsequently collected by us or our agent may in certain circumstances be disclosed to third parties without authorization, as permitted by law.

- You have a right to obtain a copy of all personal information that we collect and correct any errors that exist in the information.

A complete copy of our Information Practices is available to you free of charge. If you would like a copy of our Information Practices or have any questions regarding our information practices, please write to us. For a more rapid response, please include your policy number.

Foremost Insurance Group of Companies
P.O. Box 2450
Grand Rapids, MI 49501
Attention: Underwriting

# EXHIBIT 61

**AMERICAN SECURITY INSURANCE COMPANY**
**P.O. BOX 50355, ATLANTA, GA 30302**

A STOCK INSURANCE COMPANY
HEREIN CALLED THIS COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

# READ YOUR POLICY CAREFULLY

# Residential Property Policy

**This policy provides limited coverage. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH RESIDENTIAL DWELLING FORM, DECLARATIONS AND ENDORSEMENTS, IF ANY, ISSUED TO A FORM A PART THEREOF, COMPLETES THIS POLICY

# YOUR RESIDENTIAL DWELLING POLICY
## QUICK REFERENCE

### DECLARATIONS PAGE
Your Name Location of
Your Residence Policy
Period
Coverages Amounts
of Insurance
Deductible

| | Beginning On Page | | Beginning On Page |
|---|---|---|---|
| AGREEMENT | 1 | Salvage and Recoveries | 6 |
| DEFINITIONS | 1 | Our Option | 6 |
| COVERAGES | 1 | Reinstatement | 6 |
| PERILS INSURED AGAINST | 1 | Loss to a Pair or Set | 6 |
| Other Coverages | 3 | Glass Replacement | 6 |
| Other Structures | 3 | Loss Payment | 6 |
| Debris Removal | 3 | Appraisal | 6 |
| Reasonable Repairs | 3 | Our Rights of Recovery | 6 |
| Property Removed | 4 | Mortgage Clause | 6 |
| Collapse | 4 | Suit Against Us | 7 |
| CONDITIONS | 4 | Cancellation | 7 |
| Policy Period | 4 | Non-Renewal | 8 |
| Other Insurance | 4 | Abandonment of Property | 8 |
| Insurance Interest & Limits Of Liability | 4 | No Benefit to Bailee | 8 |
| Concealment or Fraud | 5 | Return of Premuim | 8 |
| Your Duties After Loss | 5 | Liberalization Clause | 8 |
| Loss Settlement | 5 | Waiver or Change of Policy Provisions | 8 |
| | | Assignment | 8 |

**PLEASE NOTE: THERE MAY BE AMENDATORY ENDORSEMENTS.**

GJ202

RESIDENTIAL PROPERTY
COVERAGE MSP-RES-INV (8/88)

---

# AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

---

# DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

---

# COVERAGES

This insurance applies to the Dwelling Property described in Declarations within the definition of property covered below, and which is not otherwise excluded.

1.  Property Covered
    We cover:

    a.  the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
    b.  structures attached to the dwelling;
    c.  materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
    d.  if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.  Property Not Covered
    a.  Personal Property of any kind.
    b.  Outdoor trees, shrubs, plants, and lawns.
    c.  Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
    d.  Cost of excavations, grading or filing.
    e.  Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
    f.  Pilings, piers, pipes, flues, and drains which are underground.
    g.  Pilings which are below the low water mark.
    h.  Land (including land on which the property is located).

---

# PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.  We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.
2.  We do not insure for loss caused by:
    a.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1) fence, pavement, patio or swimming pool;
        (2) foundation, retaining wall or bulkhead; or
        (3) pier, wharf or dock;

   b.    theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

   c.    constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

   d.    (1) wear and tear, marring, deterioration;

         (2) inherent vice, latent defect, mechanical breakdown;

         (3) smog-rust, mold, wet or dry rot;

         (4) smoke from agricultural smudging or industrial operations;

         (5) release, discharge or dispersal of contaminants or pollutants;

         (6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

         (7) birds, vermin, rodents, insects, or domestic animals.

         If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.    We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a.    Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

   b.    Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

         (1) fire;

         (2) explosion; or

         (3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

         ensues and then we will pay only for the ensuing loss. This exclusion does not apply to loss by theft. One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

   c.    Water Damage, meaning:

         (1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

         (2) water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

         (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

         Direct loss by fire, explosion or theft resulting from water damage is covered.

   d.    Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

    e.   Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

    f.   War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

    g.   Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

       Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

       This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

    h.   Intentional Loss, meaning any loss arising out of any act committed:

       (1) by you or at your direction; and

       (2) with the intent to cause a loss.

4.  We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

    a.   Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

    b.   Acts or decisions, including the failure to act or decide, of any person group, organization or governmental body;

    c.  Faulty, inadequate or defective:

       (1) planning, zoning, development, surveying, siting;

       (2) design, specifications, workmanship, repair, construction, renovation, re- modeling, grading, compaction;

       (3) materials used in repair, construction, renovation or remodeling; or

       (4) maintenance; of part or all of any property whether on or off the described premises.

# OTHER COVERAGES

**1. Other Structures**

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures. We do not cover other structures:

a. used in whole or in part for commercial, manufacturing or farming purposes; or

b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as a additional amount of insurance.

**2. Debris Removal**

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

**3. Reasonable Repairs**

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

**4. Property Removed**

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

**5. Collapse** We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

a. Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

b. Hidden decay,

c. Hidden insect or vermin damage,

d. Weight of contents, equipment, animals or people,

e. Weight of rain which collects on a roof,

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion. Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

# CONDITIONS

1. Policy Period. This Policy applies only to loss which occurs during the policy period.

2. Other Insurance. If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3. Insurance Interest and Limit of Liability.  Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a. for an amount greater than the interest of the persons insured under this policy; or

b. for more than the limit of liability that applies, whichever is less.

If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the mortgagee's interest in the property at the time of loss.

The mortgagee's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

MSP-RES-INV (8/88)                                                                                           GI214

# AMERICAN SECURITY INSURANCE COMPANY

P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

**READ YOUR POLICY CAREFULLY**

# Residential Policy

**This policy only covers buildings and structures. It does <u>not</u> cover your personal property, <u>nor</u> does it provide you with any liability coverage.**

THIS POLICY JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

# YOUR RESIDENTIAL DWELLING POLICY

## QUICK REFERENCE

### DECLARATIONS PAGE

Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | | Beginning On Page |
|---|---|---|---|---|
| AGREEMENT | 1 | | Salvage and Recoveries | 6 |
| DEFINITIONS | 1 | | Our Option | 6 |
| COVERAGES | 1 | | Reinstatement | 6 |
| PERILS INSURED AGAINST | 1 | | Loss to a Pair or Set | 6 |
| OTHER COVERAGES | 3 | | Glass Replacement | 6 |
| Other Structures | 3 | | Loss Payment | 6 |
| Debris Removal | 3 | | Appraisal | 6 |
| Reasonable Repairs | 4 | | Our Rights of Recovery | 6 |
| Property Removed | 4 | | Mortgage Clause | 6 |
| Collapse | 4 | | Suit Against Us | 7 |
| CONDITIONS | 4 | | Cancellation | 7 |
| Policy Period | 4 | | Non-Renewal | 8 |
| Other Insurance | 4 | | Abandonment of Property | 8 |
| Insurance Interests & Limits of Liability | 4 | | No Benefit to Bailee | 8 |
| Concealment or Fraud | 5 | | Return of Premium | 8 |
| Your Duties After Loss | 5 | | Liberalization Clause | 8 |
| Loss Settlement | 5 | | Waiver of Change of Policy Provisions | 8 |
| | | | Assignment | 8 |

## PLEASE NOTE: THERE MAY BE AMENDATORY ENDORSEMENTS

d.  Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

e.  Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

f.  War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g.  Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

h.  Intentional Loss, meaning any loss arising out of any act committed
    (1)  by you or at your direction; and
    (2)  with the intent to cause a loss.

4.  We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

a.  Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

b.  Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

c.  Faulty, inadequate or defective:
    (1)  planning, zoning, development, surveying, siting;
    (2)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
    (3)  materials used in repair, construction, renovation or remodeling; or
    (4)  maintenance;
    of part or all of any property whether on or off the described premises.

## OTHER COVERAGES

1.  **Other Structures**

    Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

    We do not cover other structures:

    a.  used in whole or in part for commercial, manufacturing or farming purposes; or

    b.  rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

    The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2.  **Debris Removal**

    We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3. **Reasonable Repairs**
   We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

4. **Property Removed**
   Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5. **Collapse**
   We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

   a. Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

   b. Hidden decay,

   c. Hidden insect or vermin damage,

   d. Weight of contents, equipment, animals or people,

   e. Weight of rain which collects on a roof,

   f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

   Collapse does not include settling, cracking, shrinking, bulging or expansion.

   Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

   Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

   Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

## CONDITIONS

1. Policy Period. This Policy applies only to loss which occurs during the policy period.

2. Other Insurance. If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3. Insurance Interest and Limit of Liability. Even if more than one person has an Insurable Interest in the property covered, we shall not be liable:
   a. for an amount greater than the interest of the persons insured under this policy; or
   b. for more than the limit of liability that applies, whichever is less.

4. Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5. Your Duties After Loss. In case of a loss to which this insurance may apply, you shall see that the following duties are performed:
   a. give immediate notice to us or our agent;
   b. protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;
   c. exhibit the damaged property as often as we reasonably require;
   d. submit to signed statements and examinations under oath; and
   e. submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:
      (1) the time and cause of loss;
      (2) the interest of you and all others in the property involved and all encumbrances on the property;
      (3) other insurance which may cover the loss;
      (4) changes in title or occupancy of the property during the term of the policy; and
      (5) specifications of any damaged building and detailed estimates for repair of the damage.

6. Loss Settlement. Covered property losses are settled as follows:
   A. Buildings at replacement cost without deduction for depreciation, subject to the following:
      (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:
         (a) the limit of liability under this policy applying to the building;
         (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or
         (c) the amount actually and necessarily spent to repair or replace the damaged building.

      If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

      You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

   B. Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.
      (1) Structures that are not buildings.
      (2) Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.
      We will not pay more than the smallest of:
      (1) the cost to repair or replace the damaged property with property of like kind and quality;
      (2) the actual cash value of the damaged property; or
      (3) the limits of liability of this policy applying to the property.

7. Salvage and Recoveries: When, in connection with any loss covered by this policy, an salvage or recovery is received subsequent to the payment of such loss, the loss shall b refigured on the basis of what it would have been settled for had the amount of salvage recovery been known at the time the amount of loss was originally determined. Any amount thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option. If we give you written notice within 30 days after we receive your signed, swor statement of loss, we may repair or replace any part of the property damaged with equivalen property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduc the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set. In case of loss to a pair or set, we may elect to:
    a. repair or replace any part to restore the pair or set to its value before the loss; or
    b. pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement. Covered loss to glass shall be settled on the basis of replacement wit safety glazing materials when required by ordinance or law.

12. Loss Payment. We will adjust all losses with you. Payment for loss will be made within 6 days after we reach agreement with you, entry of a final court judgment, or the filing of a approved award with us. Loss will be made payable to you and mortgagee as their interest appear, either by a single instrument so worded or by separate instruments payabl respectively to you and the mortgagee, at the Company's option. No coverage will b available to any mortgagee other than that shown on the Declarations page of this policy.

13. Appraisal. If you and we fail to agree on the actual cash value or amount of loss, either part may make written demand for an appraisal. Each party will select an appraiser and    notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agre upon an umpire within 15 days, you or we can ask a judge of a court of record in the state o the Described Location to select an umpire.

    The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, tha amount will be the actual cash value or amount of loss. If they cannot agree, they will submi their differences to the umpire. A written award by any two will determine the amount of loss. Each party will pay the appraiser it chooses and his expenses, and equally pay expenses fo the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation). In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us  exercise those rights and do nothing after loss to prejudice our rights.

    When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. Mortgage Clause.
    The word "mortgagee" includes trustee.

    If a mortgagee is named in this policy, any loss payable under the policy shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order or precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

a. notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. pays any premium due under this policy on demand if you have neglected to pay the premium;

c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If the policy is cancelled by us, the mortgagee shall be notified at least 10 days before the date cancellation takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. **Suit Against Us.** No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

17. **Cancellation.**

a. You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations Proof of mailing shall be sufficient proof of notice.

(1) When you have not paid the premium, whether payable to us or to our agent or under any finance or credit plan, we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for 60 days and is not a renewal with us, we may cancel for any reason by notifying you at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least 30 days before the date cancellation takes effect.

(4) When this policy is written for a period longer than one year, we may cancel for any reason at anniversary by notifying you at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, the return premium will be based on our short rate rules. When we cancel, the return premium will be pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

18. Non-Renewal.
We may elect not to renew this policy. We may do so by delivery to you or mailing to you a
your mailing address shown in the Declarations, written notice at least 30 days before the
expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

19. Abandonment of Property. You must take all reasonable steps to protect the property which a
prudent interested party would take in the absence of this or other insurance. We need no
accept any property abandoned by you.

20. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the
benefit of any person or organization holding, storing or transporting property for a fee
regardless of any other provision of this policy.

21. Return of Premium. When this policy is cancelled, the premium for the period from the date o
cancellation to the expiration date will be refunded pro rata. If the return premium is no
refunded with the notice of cancellation or when this policy is returned to us, we will refund i
within a reasonable time after the date of cancellation takes effect.  The return of premium is
not a condition of the cancellation.

22. Liberalization Clause. If we adopt any revision which would broaden the coverage under this
policy without additional premium within 60 days prior to or during the policy period, the
broadened coverage will immediately apply to this policy.

23. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must
be in writing by us to be valid. Our request for an appraisal or examination shall not waive any
of our rights. No course of conduct nor any indulgences, waivers, extensions, forbearances.
non-enforcement of policy conditions, or the like, extended at or over any time or from time to
time by Company to you or anyone shall waive, nullify, or modify any policy provision as to
any other occasion or waive, nullify, or modify any other policy provision.

24. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not
be valid unless countersigned by our authorized representative.

SECRETARY

PRESIDENT

**RESIDENTIAL PROPERTY**
**COVERAGE**
**MSP-RES-INV-2 (02-10)**

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Declarations within the definition of property covered below, and which is not otherwise excluded.

1. **Property Covered**

   We cover:

   a. the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;

   b. structures attached to the dwelling;

   c. materials and supplies on or adjacent to the Described Location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and

   d. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2. **Property Not Covered**

   a. Personal Property of any kind.

   b. Outdoor trees, shrubs, plants, and lawns.

   c. Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.

   d. Cost of excavations, grading or filling.

   e. Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.

   f. Pilings, piers, pipes, flues, and drains which are underground.

   g. Pilings which are below the low water mark.

   h. Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1. We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.

2. We do not insure for loss caused by:

   a. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:

      (1) fence; pavement, patio or swimming pool;

      (2) foundation, retaining wall or bulkhead; or

      (3) pier, wharf or dock;

b. theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

c. constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

d. (1) wear and tear, marring, deterioration;

    (2) inherent vice, latent defect, mechanical breakdown;

    (3) smog-rust, mold, wet or dry rot;

    (4) smoke from agricultural smudging or industrial operations;

    (5) release, discharge or dispersal of contaminants or pollutants;

    (6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs, or ceilings; or

    (7) birds, vermin, rodents, insects, or domestic animals.

If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a. Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

b. Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

    (1) fire;

    (2) explosion; or

    (3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

c. Water Damage, meaning:

    (1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

    (2) water which backs up through sewers or drains. This includes water emanating from a sump, pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

    (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

## NOTICE TO POLICYHOLDERS

The address of the Complaint Department of the Insurance Company is:

      American Security Insurance Company
      260 Interstate North Circle, SE
      Atlanta, GA 30339-2210

The address of the Public Service Division of the Department of Insurance is:

      Public Service Division Illinois
      Department of Insurance
      320 W. Washington St.
      Springfield, IL 62767

pmre306
NOT-IL-R-C-F

(7/93)

GE691

# AMERICAN SECURITY INSURANCE COMPANY

260 Interstate North Circle SE, Atlanta, GA 30339-2210 (770) 763-1000

NOTICE

ILLINOIS

Your property may be located in the New Madrid Seismic Zone as defined by the United States Geological Survey in Illinois. Your policy does **NOT** provide coverage for loss caused by earthquake.

# AMERICAN SECURITY INSURANCE COMPANY

P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

**READ YOUR POLICY CAREFULLY**

# Residential Policy

**This policy only covers buildings and structures. It does <u>not</u> cover your personal property, <u>nor</u> does it provide you with any liability coverage.**

THIS POLICY JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

# YOUR RESIDENTIAL DWELLING POLICY

## QUICK REFERENCE

### DECLARATIONS PAGE

Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | | Beginning On Page |
|---|---|---|---|---|
| AGREEMENT | 1 | | Salvage and Recoveries | 6 |
| DEFINITIONS | 1 | | Our Option | 6 |
| COVERAGES | 1 | | Reinstatement | 6 |
| PERILS INSURED AGAINST | 1 | | Loss to a Pair or Set | 6 |
| OTHER COVERAGES | 3 | | Glass Replacement | 6 |
| Other Structures | 3 | | Loss Payment | 6 |
| Debris Removal | 3 | | Appraisal | 6 |
| Reasonable Repairs | 4 | | Our Rights of Recovery | 6 |
| Property Removed | 4 | | Mortgage Clause | 6 |
| Collapse | 4 | | Suit Against Us | 7 |
| CONDITIONS | 4 | | Cancellation | 7 |
| Policy Period | 4 | | Non-Renewal | 8 |
| Other Insurance | 4 | | Abandonment of Property | 8 |
| Insurance Interests & Limits of Liability | 4 | | No Benefit to Bailee | 8 |
| Concealment or Fraud | 5 | | Return of Premium | 8 |
| Your Duties After Loss | 5 | | Liberalization Clause | 8 |
| Loss Settlement | 5 | | Waiver of Change of Policy Provisions | 8 |
| | | | Assignment | 8 |

## PLEASE NOTE: THERE MAY BE AMENDATORY ENDORSEMENTS

**RESIDENTIAL PROPERTY
COVERAGE
MSP-RES-INV-2 (02-10)**

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This Insurance applies to the Dwelling Property described in the Declarations within the definition of property covered below, and which is not otherwise excluded.

1. **Property Covered**
   We cover:
   a. the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
   b. structures attached to the dwelling;
   c. materials and supplies on or adjacent to the Described Location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
   d. if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2. **Property Not Covered**
   a. Personal Property of any kind.
   b. Outdoor trees, shrubs, plants, and lawns.
   c. Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
   d. Cost of excavations, grading or filling.
   e. Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
   f. Pilings, piers, pipes, flues, and drains which are underground.
   g. Pilings which are below the low water mark.
   h. Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1. We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.
2. We do not insure for loss caused by:
   a. freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1) fence; pavement, patio or swimming pool;
      (2) foundation, retaining wall or bulkhead; or
      (3) pier, wharf or dock;

    b.  theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

    c.  constant or repeated seepage or leakage of water or steam over a period of weeks months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

    d.  (1)  wear and tear, marring, deterioration;

          (2)  inherent vice, latent defect, mechanical breakdown;

          (3)  smog-rust, mold, wet or dry rot;

          (4)  smoke from agricultural smudging or industrial operations;

          (5)  release, discharge or dispersal of contaminants or pollutants;

          (6)  settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations walls, floors, roofs, or ceilings; or

          (7)  birds, vermin, rodents, insects, or domestic animals.

        If any of these cause water damage not otherwise excluded, to escape from a plumbing heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.  We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

    a.  Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

    b.  Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

          (1)  fire;

          (2)  explosion; or

          (3)  breakage of glass or safety glazing material which is part of a building, storm door or storm window;

        ensues and then we will pay only for the ensuing loss.

        This exclusion does not apply to loss by theft.

        One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

    c.  Water Damage, meaning:

          (1)  flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

          (2)  water which backs up through sewers or drains. This includes water emanating from a sump, pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or

          (3)  water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

        Direct loss by fire, explosion or theft resulting from water damage is covered.

d. Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

e. Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of a loss.

f. War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

g. Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

h. Intentional Loss, meaning any loss arising out of any act committed
   (1) by you or at your direction; and
   (2) with the intent to cause a loss.

4. We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

   a. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

   b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

   c. Faulty, inadequate or defective:
      (1) planning, zoning, development, surveying, siting;
      (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
      (3) materials used in repair, construction, renovation or remodeling; or
      (4) maintenance;
      of part or all of any property whether on or off the described premises.

## OTHER COVERAGES

1. **Other Structures**

   Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

   We do not cover other structures:

   a. used in whole or in part for commercial, manufacturing or farming purposes; or

   b. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

   The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2. **Debris Removal**

   We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3. **Reasonable Repairs**

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

4. **Property Removed**

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5. **Collapse**

We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

    a. Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

    b. Hidden decay,

    c. Hidden insect or vermin damage,

    d. Weight of contents, equipment, animals or people,

    e. Weight of rain which collects on a roof,

    f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

    Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

## CONDITIONS

1. Policy Period. This Policy applies only to loss which occurs during the policy period.
2. Other Insurance. If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.
3. Insurance Interest and Limit of Liability. Even if more than one person has an Insurable Interest in the property covered, we shall not be liable:
    a. for an amount greater than the interest of the persons insured under this policy; or
    b. for more than the limit of liability that applies, whichever is less.
4. Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

    a. give immediate notice to us or our agent;

    b. protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

    c. exhibit the damaged property as often as we reasonably require;

    d. submit to signed statements and examinations under oath; and

    e. submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

        (1) the time and cause of loss;

        (2) the interest of you and all others in the property involved and all encumbrances on the property;

        (3) other insurance which may cover the loss;

        (4) changes in title or occupancy of the property during the term of the policy; and

        (5) specifications of any damaged building and detailed estimates for repair of the damage.

6. **Loss Settlement.** Covered property losses are settled as follows:

    A. Buildings at replacement cost without deduction for depreciation, subject to the following:

        (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

            (a) the limit of liability under this policy applying to the building;

            (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or

            (c) the amount actually and necessarily spent to repair or replace the damaged building.

        If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

        You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

    B. Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.

        (1) Structures that are not buildings.

        (2) Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

        We will not pay more than the smallest of:

        (1) the cost to repair or replace the damaged property with property of like kind and quality;

        (2) the actual cash value of the damaged property; or

        (3) the limits of liability of this policy applying to the property.

7. Salvage and Recoveries: When, in connection with any loss covered by this policy, an salvage or recovery is received subsequent to the payment of such loss, the loss shall b refigured on the basis of what it would have been settled for had the amount of salvage c recovery been known at the time the amount of loss was originally determined. Any amount thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option. If we give you written notice within 30 days after we receive your signed, swor statement of loss, we may repair or replace any part of the property damaged with equivaler property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set. In case of loss to a pair or set, we may elect to:
    a. repair or replace any part to restore the pair or set to its value before the loss; or
    b. pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement. Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. Loss Payment. We will adjust all losses with you. Payment for loss will be made within 6( days after we reach agreement with you, entry of a final court judgment, or the filing of ar approved award with us. Loss will be made payable to you and mortgagee as their interest: appear, either by a single instrument so worded or by separate instruments payable respectively to you and the mortgagee, at the Company's option. No coverage will be available to any mortgagee other than that shown on the Declarations page of this policy.

13. Appraisal. If you and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and    notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, you or we can ask a judge of a court of record in the state o the Described Location to select an umpire.

    The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

    Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation). In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us  exercise those rights and do nothing after loss to prejudice our rights.

    When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. Mortgage Clause.
    The word "mortgagee" includes trustee.
    If a mortgagee is named in this policy, any loss payable under the policy shall be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment shall be the same as the order or precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

a. notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b. pays any premium due under this policy on demand if you have neglected to pay the premium;

c. submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

If the policy is cancelled by us, the mortgagee shall be notified at least 10 days before the date cancellation takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a. we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b. at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we shall receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation shall not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

16. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

17. Cancellation.

a. You may cancel this policy at any time by returning it to us or by notifying us in writing of the date cancellation is to take effect.

b. We may cancel this policy only for the reasons stated in this condition by notifying you in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations Proof of mailing shall be sufficient proof of notice.

    (1) When you have not paid the premium, whether payable to us or to our agent or under any finance or credit plan, we may cancel at any time by notifying you at least 10 days before the date cancellation takes effect.

    (2) When this policy has been in effect for 60 days and is not a renewal with us, we may cancel for any reason by notifying you at least 10 days before the date cancellation takes effect.

    (3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy or if the risk has changed substantially since the policy was issued. This can be done by notifying you at least 30 days before the date cancellation takes effect.

    (4) When this policy is written for a period longer than one year, we may cancel for any reason at anniversary by notifying you at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded. When you request cancellation, the return premium will be based on our short rate rules. When we cancel, the return premium will be pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

18. Non-Renewal.
    We may elect not to renew this policy. We may do so by delivery to you or mailing to you a
    your mailing address shown in the Declarations, written notice at least 30 days before th
    expiration date of this policy. Proof of mailing shall be sufficient proof of notice.

19. Abandonment of Property. You must take all reasonable steps to protect the property which
    prudent interested party would take in the absence of this or other insurance. We need no
    accept any property abandoned by you.

20. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for th
    benefit of any person or organization holding, storing or transporting property for a fe
    regardless of any other provision of this policy.

21. Return of Premium. When this policy is cancelled, the premium for the period from the date o
    cancellation to the expiration date will be refunded pro rata. If the return premium is no
    refunded with the notice of cancellation or when this policy is returned to us, we will refund i
    within a reasonable time after the date of cancellation takes effect. The return of premium i
    not a condition of the cancellation.

22. Liberalization Clause. If we adopt any revision which would broaden the coverage under thi
    policy without additional premium within 60 days prior to or during the policy period, th
    broadened coverage will immediately apply to this policy.

23. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy mus
    be in writing by us to be valid. Our request for an appraisal or examination shall not waive an
    of our rights. No course of conduct nor any indulgences, waivers, extensions, forbearances
    non-enforcement of policy conditions, or the like, extended at or over any time or from time t
    time by Company to you or anyone shall waive, nullify, or modify any policy provision as t
    any other occasion or waive, nullify, or modify any other policy provision.

24. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not
be valid unless countersigned by our authorized representative.

SECRETARY

PRESIDENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

Policy Form MSP-RES-INV-2 has been amended as follows:

**CONDITIONS**

The following conditions have been amended as follows:

2. Other Insurance. If property covered by this policy is also covered by other fire insurance, we will pay only the proportion of a loss caused by any peril insured against under this Policy that the limit of liability applying under this Policy bears to the total amount of fire insurance covering the property.

12. Loss Payment. We will adjust all losses with you. Payment for loss will be made within 30 days after we reach agreement with you, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to you and the mortgagee as their interest appear, either by a single instrument so worded or by separate instruments payable respectively to you and the mortgagee, at the Company's option. No coverage will be available to any mortgagee other than that shown on the Declarations page of this policy.

16. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

    This one-year period will be extended by the number of days between the date the Proof of Loss was filed and the date the claim is denied in whole or in part.

17. Cancellation.
    a. You may cancel this policy at any time by returning it to the Company or notifying the Company of the effective date of cancellation.
    b. This policy may be cancelled by the Company within the first 60 days coverage has been in effect for any reason provided 30 days advance notice of such cancellation has been given to your last known mailing address. Such notice shall include a reason for cancellation except for non-payment where a 10-day advance notice is required.
    c. After this policy has been in effect for 61 days, the Company must give a 60-day advance notice of cancellation stating a specific explanation or reason of such cancellation. This policy cannot be cancelled by the Company after it has been in effect for 60 days except as follows:
       (1) Nonpayment of premium;
       (2) The policy was obtained through material misrepresentation;
       (3) Any insured who violates any of the terms and conditions of the policy;
       (4) The risk originally accepted has measurably increased;
       (5) Certification of the Director of the loss of reinsurance by the insurer which provided coverage to the insurer for all or a substantial part of the underlying risk insured; or
       (6) A determination by the Director that the continuation of this policy could place the Company in violation of the Illinois Insurance Laws of the state.
    Proof of mailing will be sufficient proof of notice.

18. Non-Renewal. Any notice of non-renewal will be mailed to you at the last known address, and will be mailed at least 60 days in advance of the effective date. Such notice will contain the specific reason for non-renewal.
    Proof of mailing will be sufficient proof of notice.

The following condition is added:

25. Termination. Coverage under this policy shall automatically and without prior notice, terminate when you no longer have an interest in the Described Property or when the mortgagee has been provided with another policy that meets their requirements as set forth in the mortgage agreement applicable to the Described Property.

All other terms and conditions shall remain the same.

## NOTICE TO POLICYHOLDERS

We are here to serve you.

As our policyholder, your satisfaction is very important to us.  Should you have a valid claim, we fully expect to provide a fair settlement in a timely fashion.

Should you feel you are not being treated fairly, we want you to know you may contact our office at:

> American Security Insurance Company
> Standard Guaranty Insurance Company
> 260 Interstate North Circle, SE
> Atlanta, GA  30339-2210

You may also contact the Illinois Department of Insurance by writing to:

> Illinois Department of Insurance
> Consumer Division or Public Services Section
> Springfield, IL  62767

NOT-IL-1010

GE6140-0111

# AMERICAN SECURITY INSURANCE COMPANY

**260 Interstate North Circle SE,  Atlanta, GA  30339-2210  (770) 763-1000**

NOTICE

ILLINOIS

Your property may be located in the New Madrid Seismic Zone as defined by the United States Geological Survey in Illinois.  Your policy does **NOT** provide coverage for loss caused by earthquake.

## NOTICE TO POLICYHOLDERS

The address of the Complaint Department of the Insurance Company is:

      American Security Insurance Company
      260 Interstate North Circle, SE
      Atlanta, GA 30339-2210

The address of the Public Service Division of the Department of Insurance is:

      Public Service Division Illinois
      Department of Insurance
      320 W. Washington St.
      Springfield, IL 62767

# EXHIBIT 62

Chase (OH4-7330)
3415 Vision Drive
Columbus, OH 43219-6009



February 17, 2011


Achikam Yogev
2040 NE 198th Terrace
Miami, FL 33179-3132



Re:  Loan Number ******8280

**Please Pay Negative Escrow Amount**

Dear Achikam Yogev:

Under the terms of your mortgage agreement, Chase does not require an escrow account for your mortgage loan.

However, according to the terms of your mortgage, you are required to maintain continuous homeowner's insurance coverage on your property.  Chase has been unable to obtain evidence of homeowner's coverage from May 15, 2010 to August 8, 2010.  As a result, Chase retained a policy on your behalf to cover this period; the premium for the policy created a negative escrow balance of $2,767.91.

Within 30 days, please send $2,767.91 for the funds that Chase advanced on your behalf or provide evidence of insurance coverage you had for the above time period.  Please mail either to:

> Chase
> Mail Code OH4-7330
> 3415 Vision Drive
> Columbus, OH  43219-6009

If we do not receive reimbursement or evidence of insurance coverage for the period listed above within 30 days, we will spread your negative escrow balance over 12 months for repayment.  This repayment would increase your monthly mortgage payment amount to $1,397.09 beginning April 1, 2011.  The final payment will pay the negative escrow balance in full and as a result may be a higher amount than the previous payments.

We appreciate your business. If you have questions, please call us at the telephone number below.

Sincerely,

*Richard A. Cheshire*

Richard A. Cheshire
Chase Home Lending
(800) 848-9136 Customer Care
(800) 582-0542 TDD / Text Telephone
www.chase.com

# EXHIBIT 63

Hello, my name is Joseph Markowicz and I thank you for the opportunity to address the NAIC about my exposure to Lender-Placed Insurance over the years.  First, I would like the opportunity to share some information about my background, particularly as it relates to working closely with lender-placed insurers over the past 20 years and then take some time to elaborate on their connection to mortgage lending institutions.

After extensive exposure to hazard insurance policies that provide coverage on the insurable interest(s) of mortgage banks, I have accumulated special knowledge on coverage aspects of the LPI product, particularly as it relates to insurance claims submitted to lender-placed insurance carriers.

In 1992, I presented a new approach to mortgage lenders to examine each defaulting property in their loan servicing portfolio to identify damage(s) and then, when applicable, refer losses to insurers and recover insurance claim proceeds on the lender's behalf.  This niche primarily centered on foreclosed properties that become real-estate owned properties owned by mortgage banks.

As you know, the Lender's Loss Payable Endorsement accompanies each loan originated by a mortgage bank.  This document, also known as Form 438BFU, outlines the semantics of the relationship between lenders and insurers on properties that are added into the loan portfolio of a loan servicer.

While reading this document in the early 90s over and over, I saw that lenders had a certain right in their relationship with insurers that did not appear to be exercised by any mortgage banks at the time.  In the 438BFU and the New York Standard Mortgage Clause, it stipulated that mortgagees/lenders had certain insurance rights that provided coverage when damage was inflicted by their own  mortgagor/borrower.

I helped the mortgage lending community understand an oversight exists where, according to the Form 438BFU, Section 2 in this document, it stated that mortgagees could pursue the recovery of insurance claims from damages that were directly caused by their mortgagor.

As time has told us over the years, there generally is a 15% chance that some form of damage is inflicted to the bank's REO property that would result in an insurance claim, most often as a result of vandalism and theft.

Other times, you may find a borrower who incurs a major fire on their property one night before the foreclosure date that would, coincidentally, result in a large loss draft.  Up to this point in 1992, banks would submit hazard insurance claims on fire losses and other large-scale damage with major losses.

At this time, I saw an opportunity to take the concept of examining each property in a lender's REO portfolio and search for damages directly ourselves, particularly during the window of time immediately after foreclosure and/or eviction in the REO cycle.

In presenting this new option to the lending community, PRPclaims became the first company to directly search and identify damages and began referring a growing amount of theft and vandalism claims to insurers. This also included many other claims resulting from fire damage, wind damage, freeze damage, etc. and other perils in their all-risk policy, often called a fire policy, with insurers.

Now, going back to the early days in the early-mid 90s, it was a very different landscape within the realm of insurance carriers who provided hazard insurance coverage to lenders. At that time, there were a lot more insurance claims going to standard insurance carriers (State Farm, Allstate, Farmers, etc.) and the lender-placed insurance industry was a lot more fragmented with multiple carriers.

In the early-mid 90s, about 70% of our early claims went to standard carriers, where only 30% of early claims went to LPI carriers. At this time, the standard insurance carriers were accustomed to claims coming in from homeowners on property damage occurring throughout the country.

A steady stream of damage referrals on behalf of the lender began to appear to standard insurance carriers in 1992, and then quickly began to multiply. As you can imagine, there was quite a lot of initial resistance to "bank claims" in the beginning from insurance carriers. The struggle began on our side to educate insurance carriers on the rights of the mortgage lenders.

One by one, we had to convince insurance carriers that the bank did, in fact, have coverage in place that covered losses caused by the mortgagor (as stipulated in the Lender's Loss Payable Endorsement, Form 438BFU and the New York Standard Mortgage Clause). Little by little, this new approach began to get accepted by insurance carriers and a bridge was built to better connect lenders to insurers that streamlined the interaction between the two in referring damage that was covered by the lender's hazard insurance policy.

As a result, hundreds of thousands of dollars began to be returned to lenders from a new outlet for monies gathered in "recovery". Loss severity was proven to be substantially reduced and the concept of maximizing "bank claims" on an REO portfolio quickly spread among the majority of portfolio lenders.

As momentum continued to build in the mid 90s, I took this concept to the GSEs for an initial pilot test to apply on their CA portfolio. Once proven successful, we were assigned to build the first national recovery programs for Fannie and Freddie on their nationwide portfolio.

Over the past twenty years, this bridge between lenders and insurance carriers produced tens of millions of dollars from recovered claim proceeds for the lending community and quickly became an established standard of default loan servicing.

In the interest of providing a broad-brush overview on the analytics of insurance claims, on a conventional loan portfolio with A paper, you generally would have an insurance claim on 1 out of every 8 properties (about 12%). On a subprime loan portfolio, you would find a higher probability of damage and would have an insurance claim on 1 out of every 6 properties (about 16-18%). The median amount on loss drafts collected from an insurance claim is usually somewhere between $4,200 - $4,400.

Now going back to 1995, I was asked by California's Dept. of Insurance to give testimony during a hearing for CA Insurance Commissioner John Garamendi where questions were asked about these new bank claims, as well as the relationship between mortgage lenders and insurance carriers, particularly on the "Unfair Claims Settlement Act". During these hearings, there were also extensive discussions about the insurer's premiums, cost of tracking, letter campaigns, etc. and whether each were justified.

Since then, I feel like we've come full circle in asking the same questions. Over the past 5 years, we've experienced the most dramatic sea change in the default loan servicing environment. However, when it comes to insurance that covers defaulting loan assets, the same questions are being asked today, it appears that "the more things change, the more they stay the same".

Members of the NAIC, I wanted to thank you for the opportunity to address your members and share my thoughts at this hearing on the Lender Placed Insurance product and address 3 underlying questions at this time:

1) "Is insurance in general really necessary for lenders to have coverage in place up to the foreclosure date, as well as carrying an REO policy up to disposition of the loan asset (versus the option of self-insuring)".

2) "If this insurance is deemed necessary, is the best coverage available coming from the lender-placed insurance product?"

3) Could an evaluation of the Lender-Placed Insurance product in regard to the correlation between claims to premiums be used to help control costs of premium for borrowers and the general public?

After two decades of direct exposure to identifying damages across a loan portfolio and observing the extent of claim proceeds recovered over the years, I believe it is imperative for mortgage lenders to have some form of insurance policy in place through the entire default cycle (from Notice of Default to the Foreclosure Date, as well as all the way to REO disposition).

Due to the inherent need to have protection that covers any unexpected event that can occur from external sources (squatters, vandals, natural disasters), lenders need to have some form of insurance in place that protects this collateral. However, even more important is to have coverage in place that may result from the acts of the borrower upon their exit from a foreclosed property.

Self-insuring is an option to consider but, from my perspective in calibrating the risk exposure to the lender out on the front line and in the field, I truly believe that insuring the lender's interest in these properties is definitely a necessary and integral part of loan servicing. The risks inherited by self-insuring carries too great of a volatility risk. Ultimately, I believe the loss severity would outweigh the savings from premium.

To broaden the question to include "is lender-placed insurance necessary and an acceptable option for coverage?", I would have to conclude that lender-placed insurance is an acceptable form of protecting collateral for loan servicers on the loans they service on behalf of the issuers of residential mortgage-backed securities.

In the interest of being candid and forthright, I have not had much exposure at how the LPI product affects the general public, since we have yet to ever have any involvement or interaction with the general public. However, I have gathered unique insight on the relationship between LPI carrier and lender and wanted to share some thoughts to explain how the LPI product affects mortgage lenders in their default servicing activities.

Since the default climate began to greatly change for lenders beginning in late 2007, a stronger alliance and tighter relationship has been cultivated between loan servicers and LPI carriers. Although LPI has become a lot more scrutinized the past couple years, this relationship has proven to control losses for RMBS issuers and represents an acceptable option for insuring defaulting properties in a lender's loan portfolio.

Companies like American Security and QBE protect the interest of RMBS investors. These investors rely on loan servicers to protect their collateral. Then, loan servicers rely on LPI carriers to protect their interest. This has made the relationship between loan servicers and LPI carriers extremely tight with high levels of interdependence.

Although premium costs are a lot more expensive than other alternatives that could be evaluated, I believe the premiums of the LPI product justify the risk incurred, as well as the administrative costs undertaken by the LPI carrier on the lender's behalf, that are bundled into the costs of premium.

In the 90s when I began this outsourced industry for hazard insurance claims, portfolio lenders were much more prevalent and the securitization of loans had yet to begin. Portfolio lenders were much more concerned about their bottom line and recognized the need for adding more recoveries to offset the losses on their defaulting properties.

During this era, the conforming conventional loans (secured by Fannie & Freddie) required impound accounts. These impound accounts reduced the reliance on an excess

policy supplied by LPI because there were reserves in place for insurance premiums to be paid should a borrower start down the path towards default and foreclosure.

Once mortgage lenders like Countrywide and Ameriquest began to grow very quickly with adding new products in underwriting for loan origination, particularly on the subprime side, the importance of requiring and maintaining impound accounts soon began to fade.

As you know, the subprime industry and the securitization of loans gained a lot of momentum from 2001 – 2007 at an unprecedented pace. Once Fannie and Freddie also went down the path of subprime loans, the volume of loans with impound accounts in place quickly began to diminish across the country.

Once the housing bubble began to burst towards the end of 2007, the saturation of LPI product began to spread across a lender's portfolio. Consequently, a stronger reliance on the LPI product began to form, growing into an extremely strong relationship between LPI carrier and loan servicer.

Since portfolio lenders who owned the paper started to diminish and gradually become extinct due to the securitization of loans that quickly became the norm. The industry underwent drastic changes and the initial role of "lender" converted into the role of "loan servicer".

Within this new securitization format, loan servicers were required to recover insurance claim proceeds on behalf of RMBS issuers. However, the loan servicer does not have anything directly at stake anymore as recoveries are now "passed back up the line" to another entity.

This function converted into a much lower level of importance at the operational level and loan servicers developed very little interest in maximizing the recovery of claims. As, one loan servicer told us, claims recovery has a 0 value to them.

On the other hand, the cost of processing hazard insurance claims is costly to insurance carriers. For each claim submitted, an insurer is going to incur approximately $1,000 in various expenses to process the claim. This expense in unaffected by whether the claim pays anything or is even considered a valid claim.

As the current model operates today, these expenses tend to keep the premium costs high as these administrative costs in the field are also bundled into their premiums (which also includes the administrative work of the letter campaigns and tracking services provided to the loan servicer).

In evaluating the LPI product to optimize the correlation between claims to premium, it appears that LPI carriers have been incurring many excess costs in processing claims which can be better controlled that may lead to passing these savings into a reduction of the cost of LPI premiums for the general public.

We share the commissioner's concerns about lender place insurance and have developed some alternative services that include cutting out the middlemen that will help LPI carriers lower their costs in processing claims.  We also have been researching alternatives to the need for lender placed insurance in general.

We thank you for the opportunity to share our thoughts and are here to help to the extent that we can and appreciate the dialogue that the NAIC has opened regarding lender placed insurance.

# EXHIBIT 64

**RFP Requirements and Response Template**     **March 6, 2012**



# Request for Proposal

Lender Placed Insurance
Insurance Tracking
Voluntary Insurance Lettering Program

March 6, 2012

Fannie Mae

3900 Wisconsin Avenue, NW
Washington, DC 20016-2892

www.fanniemae.com

**RFP Requirements and Response Template**                    **March 6, 2012**

## 1. Executive Summary

Fannie Mae is a government-sponsored enterprise that was chartered by Congress to support liquidity, stability and affordability in the secondary mortgage market, where existing mortgage-related assets are purchased and sold. Fannie Mae's most significant activities include: (1) providing market liquidity by securitizing mortgage loans originated by lenders in the primary mortgage market into Fannie Mae mortgage-backed securities; and (2) purchasing mortgage loans and mortgage-related securities in the secondary market for Fannie Mae's mortgage portfolio. Fannie Mae acquires funds to purchase mortgage-related assets for Fannie Mae's mortgage portfolio by issuing a variety of debt securities in the domestic and international capital markets.

As a federally chartered corporation with extensive capital market participation, Fannie Mae is subject to extensive regulation, supervision and examination by the Federal Housing Finance Agency (FHFA) and by other federal agencies, including Treasury, the Department of Housing and Urban Development ("HUD"), and the Securities and Exchange Commission ("SEC"). The conservatorship Fannie Mae has been under since September 2008, with FHFA acting as conservator, has no specified termination date.

As a best practice Fannie Mae seeks to reduce expenses while improving service quality. After extensive internal review, Fannie Mae believes that current Lender Placed Insurance costs are not market competitive and can be improved through unit price reductions and fee transparency to the benefit of both the taxpayers and homeowners. Therefore, Fannie Mae is undertaking this competitive procurement process to improve the pricing and fee transparency for Lender Placed Insurance while maintaining coverage and service quality.

**Current Situation**

Fannie Mae's current Lender Placed Insurance situation is as follows:

1.  Homeowners are required to maintain voluntary hazard insurance on Fannie Mae insured properties.

2.  Lender Placed Insurance must be acquired by mortgage Servicers when a property is no longer eligible for Voluntary Insurance, or when the Servicer cannot obtain proof of adequate Voluntary Insurance from the homeowner, irrespective of whether or not that homeowner is current or delinquent on the loan.

3.  The cost of Lender Placed Insurance is higher than the cost of voluntary hazard insurance. Homeowners are billed for the Lender Placed Insurance premiums. However, if the homeowner does not pay the premium (for example, if the property has already been vacated), then Servicers pass on the premium costs to Fannie Mae.

4.  Servicers are responsible for providing tracking services, per Fannie Mae Guidelines. Many large Servicers have chosen to outsource the Insurance Tracking and associated administrative process to third parties, the largest of which are affiliated with Lender Placed Insurers.

5.  Lender Placed Insurers often pay commissions/fees to Servicers for placing business with them. The cost of such commissions/fees is recovered in part or in whole by the Lender Placed Insurer from the premiums, which the Servicers pass on to Fannie Mae.

6.  The existing system may encourage Servicers to purchase Lender Placed Insurance from Providers that pay high commissions/fees to the Servicers and provide tracking, rather than those that offer the best pricing and terms to Fannie Mae. Thus, the Lender Placed Insurers and Servicers have little incentive to hold premium costs down. In addition, Fannie Mae is often paying twice for Insurance Tracking services; once via the servicing fee that Fannie Mae pays to Servicers, and again via the Lender Placed Insurance premiums, since those premiums may include or subsidize the costs of tracking services (to the extent that Insurers are providing such services).

In appropriate circumstances, Lender Placed Insurance is necessary and important to the preservation of Fannie Mae assets. However, much of the current Lender Placed Insurance cost borne by Fannie Mae results from an incentive arrangement between Lender Placed Insurers and Servicers that disadvantages Fannie Mae and the homeowner. This RFP is designed to change this situation.

**Expected Outcome**

The expected outcome of this procurement is for Servicers and Fannie Mae to obtain competitively-priced Lender Placed Insurance that incorporates price transparency and collaboration with Lender Placed Insurers. Fannie Mae expects to achieve the following:

1.  Eliminate the ability of Servicers to pass on the cost of commissions/fees to Fannie Mae.

2.  Eliminate the ability of Servicers to pass on the cost of Insurance Tracking services to Fannie Mae, since the cost for such services is reimbursed to the Servicer in the form of current servicing fees.

**RFP Requirements and Response Template**                                    **March 6, 2012**

3.  Separate the commissions and fees for Insurance Tracking services from the fees for Lender Placed Insurance to ensure transparency and accountability.

4.  Require Servicers to order Lender Placed Insurance policies based on competitive pricing negotiated by Fannie Mae; Fannie Mae will choose one or more Providers based on the responses received during the RFP process. The chosen Providers will be placed on a Preferred Provider List.

5.  Restructure the business model to align Servicer incentives with the best interests of Fannie Mae and homeowners.

6.  Enforce best practices that encourage the use of voluntary insurance and reduce the demand for lender placed insurance.

Fannie Mae recognizes that the current system developed over a period of years. However, Fannie Mae is prepared to restructure the current Lender Placed Insurance business model to operate as a market driven service that efficiently meets the best interests of Fannie Mae, its partner insurers, taxpayers, and homeowners.

Fannie Mae is confident that the business model proposed herein is fair to all parties, allows market-based pricing, eliminates subsidies, and allows Fannie Mae to best meet its federal charter to facilitate home ownership, provide liquidity to the housing market, and protect taxpayers. Fannie Mae also believes that this new model is sustainable over time and robust enough to adjust to changing conditions as the housing market recovers. The attributes of the new business model will be as follows:

1.  The premiums to be charged for Lender Placed Insurance will be negotiated between Fannie Mae and the Lender Placed Insurer(s). These premiums will be communicated to Fannie Mae's Servicer community.

2.  The Lender Placed Insurer(s) will continue to invoice the Servicers for insurance provided. Fannie Mae will then reimburse the Servicers, but will not pay more than the rate negotiated by Fannie Mae. The rate negotiated between Fannie Mae and the Lender Placed Insurer(s) will exclude any commissions paid by the Lender Placed Insurer(s) to Fannie Mae Servicers to place their insurance on Fannie Mae properties. In addition the rate will exclude the cost of providing Insurance Tracking services or any other costs beyond the cost of the policy premium to the Servicer.

3.  Servicers may contract for Insurance Tracking and associated administrative services from a Lender Placed Insurer on the Preferred Provider List, perform tracking services in-house, or outsource tracking to a Provider not on the list since the Servicer is fully liable for tracking costs. However, the full cost of such services must be billed independent of, and never embedded in, the insurance premiums charged for Lender Placed Insurance. Fannie Mae will not reimburse Servicers for these tracking and administrative services.

4.  Fannie Mae will reevaluate the Preferred Provider List from time to time as appropriate to ensure Fannie Mae is receiving competitive pricing.

This new business model will come into effect at the close of this procurement process. Fannie Mae is prepared to work with all interested parties to achieve objectives set forth in this RFP. Furthermore, Fannie Mae welcomes creative proposals that further the timely and successful achievement of our goals.

**RFP Overview**
This RFP is organized into three separate and independent sets of requirements outlined in the following sections:

- Lender Placed Insurance (Section 4)

- Insurance Tracking Services (Section 5)

- Voluntary Insurance Lettering Program (Section 6)

Respondents to this RFP must bid on either or both Lender Placed Insurance (Section 4) and Insurance Tracking Services (Section 5); they may, if they choose to do so, incrementally bid on the Voluntary Insurance Lettering Program (Section 6). **Pricing for each section must be separate and independent.**

**RFP Outcome**
**Lender Placed Insurance (Section 4):** Selected Lender Placed Insurer respondents of this RFP will be put on a Preferred Provider List by Fannie Mae. The premium levels offered by the selected Lender Placed Insurer(s) on the list will be communicated to Fannie Mae's Servicer community. The Servicer community will be required to select a Lender Placed Insurer on the Preferred Provider List for loans they service for Fannie Mae.

**Insurance Tracking Services (Section 5):** Insurance Tracker bids will be communicated to Fannie Mae's Servicer community who are entitled to fulfill Tracking Services as they see fit.

**RFP Requirements and Response Template**                    **March 6, 2012**

**Voluntary Insurance Lettering Program (Section 6):** Fannie Mae will consider Lettering Program Lead responses and depending on the quality of responses and programs proposed may choose to implement a Voluntary Insurance Lettering Program with an RFP respondent.

**RFP Requirements and Response Template**                    **March 6, 2012**

**RFP Requirements and Response Template**                    **March 6, 2012**

1.Executive Summary........................................................................................................................2



Provider shall read and fill in the Comply or Exception Box for the applicable sections below as follows:

**Comply or Exception Box (C/E):** For each requirement, Provider shall mark this box with a "C" or "E", signifying that it proposes to fully Comply ("C") with the requirement, or request an Exception ("E") to the requirement. In order to mark the box with a "C", Provider agrees it shall fulfill all conditions of the requirement completely and exactly as stated in the table.

**Exception/Explanation Box:** If the Provider is requesting an Exception, then Provider shall provide a description of the exception and an explanation of the business reason why an exception should be made. If applicable, Provider's Response should describe the extent to which Provider can partially comply with the requirement. Provider may not put any text in the Exception/Explanation box if Provider complies with the requirement. Text in the Exception/Explanation box will be taken to mean that the Provider takes Exception to a requirement, regardless of whether the box contains a "C" or "E."

Once this RFP response template is complete, it should be saved as "[PROVIDER_NAME]_Fannie_Mae_LPI_RFP_Response" and uploaded to question 1.1 in Fannie Mae's E-Sourcing Tool by **5:00pm Eastern Daylight Time on March 23, 2012.** Due to the tight timeframes under which Fannie Mae is operating, please note that incomplete or late proposals may not be considered.

**RFP Requirements and Response Template**                    **March 6, 2012**

Lender Placed Insurance

Fannie Mae intends to place one (1) or more Lender Placed Insurance Providers on a Preferred Provider List and then communicate that list (including agreed upon pricing) to Fannie Mae's Servicer community. Fannie Mae will only reimburse Servicers for Lender Placed Insurance premiums from the Provider(s) and prices on the Preferred Provider List. Additionally, any Lender Placed Insurer placed on the Preferred Provider List is expected to provide a common set of services and meet a common set of business and performance requirements. The scope of the Lender Placed Insurance services to be provided will include, at a minimum, the following activities:

- Provide insurance coverage upon request from a Fannie Mae Servicer or the agent of a Fannie Mae Servicer

- Process and pay legitimate claims whether originated from a Fannie Mae Servicer or a homeowner

- Communicate quickly the results of claims review and make payments in a timely manner

- Issue timely invoices and process payments received for Lender Placed Insurance services

- Comply with all applicable state and federal regulations that apply to the Lender Placed Insurance business

- Provide insurance customer service to homeowners, Servicers and Fannie Mae to include call center operations

- Maintain books of record necessary to manage the scope of services covered in this RFP to include issuing accurate reports of operating data to both Fannie Mae and its Servicers as described below

- Provide robust reporting to offer increased transparency and accountability

In the sections below Fannie Mae defines the services and products to be expected from the Lender Placed Insurer. Prior to responding to this RFP, potential Lender Placed Insurer(s) shall review these requirements closely to determine if they can comply with these requirements.

Bid Qualifications

The following qualifications are required for any firm wishing to provide Lender Placed Insurance:

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 1.1.1.1 | Lender Placed Insurers must be rated A X or better Financial Strength in A.M. Best Company's Insurance Reports. | | |

Fannie Mae Policy Requirements

Fannie Mae has specific policy requirements regarding Lender Placed Insurance that are described in detail below.

## 4.2.1    *Lender Placed Insurance General Requirements*

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 2.1.1.1 | Provide Lender Placed Insurance products described in Section 4.3 for Fannie Mae loans when properly notified. | | |
| 2.1.1.2 | All Lender Placed Insurance products shall be based on a DP3 policy form. | | |
| 2.1.1.3 | All Lender Placed Insurance products shall provide an all perils policy, which covers any direct damage to the house or other structures on the property unless it is specifically excluded. The policy must exclude coverage for personal | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | property and contents. | | |
| 2.1.1.4 | Lender Placed Insurer's policy exclusions shall be limited to those listed in Attachment E. | | |
| 2.1.1.5 | All Lender Placed Insurance products master policies shall have no aggregate limit. | | |
| 2.1.1.6 | All Lender Placed Insurance products claims reimbursement shall be based on replacement cost. | | |
| 2.1.1.7 | Comply with all federal, state and local laws, requirements and ordinances as well as Fannie Mae Guidelines Part II: Mortgage and Property Insurance (Attachment B) related to any responsibilities assigned to the Lender Placed Insurer. Fannie Mae Guidelines are amended and updated from time to time and it is the Lender Placed Insurer's responsibility to monitor and adhere to updates. | | |
| 2.1.1.8 | In the event that the homeowner provides evidence of acceptable insurance coverage, the total amount of Lender Placed Insurance premiums shall be refunded from the date that acceptable coverage was issued. The refund shall be paid on a pro-rated unearned premium basis and returned to the homeowner within 15 calendar days. | | |
| 2.1.1.9 | Lender Placed Insurance can be terminated on a loan at any time by the Servicer for any reason. There shall be no fees tied to policy termination or any minimum time requirement. If a policy is terminated before natural expiration refunds shall be paid on a pro-rated unearned premium basis based on the date the policy was requested to be terminated. The refunds shall be returned to the homeowner within 15 calendar days. | | |

## 4.2.2  *Lender Placed Insurance Claims Process Requirements*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 2.2.1.1 | Maintain a Lender Placed toll free telephone number for homeowners and Servicers to use when filing claims and/or to answer any questions they may have about the claims process. | | |
| 2.2.1.2 | Maintain a toll free fax number to receive documents for claim processing. | | |
| 2.2.1.3 | Provide English and Spanish speaking homeowner support through Insurance Tracker's call center representatives. | | |

**RFP Requirements and Response Template**                     **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 2.2.1.4 | Provide Telecommunication Device for the Deaf ("TDD") services or other related services to support hearing impaired homeowners contacting Insurance Tracker's call center representatives. | | |
| 2.2.1.5 | Maintain a user friendly website where customers can submit claims and review the status of any claims. | | |
| 2.2.1.6 | Assist homeowners with the Lender Placed Insurance claim process from initiation of the claim to settlement. Such assistance may include answering questions, explaining each step of the process and expected turn times, explaining calculation of the resulting claim amount, and other information. | | |
| 2.2.1.7 | Prior to settlement of a claim, validate that the projected claim funds are calculated correctly based on the deductibles and coverage exclusions. | | |
| 2.2.1.8 | Make Lender Placed Insurance proceeds payable to the homeowner and Servicer when homeowner is active in the claim process. | | |
| 2.2.1.9 | Make Lender Placed Insurance proceeds payable solely to Servicer where the property is vacant, the homeowner cannot be located, or a Proof of Loss claim has been filed. | | |
| 2.2.1.10 | Use first class mail unless otherwise instructed by Servicer. | | |
| 2.2.1.11 | Ensure Servicer has the ability to perform remote call monitoring for Lender Placed claim filings and disputes. | | |
| 2.2.1.12 | Cooperate with Servicer to audit active and closed claims. Random audits will be performed to measure general compliance with law, regulation and the Fannie Mae Guidelines (Attachment B). Additionally from time to time special purpose audits will be performed to review actions taken on a specific account or set of accounts. | | |

Fannie Mae Guidelines contain requirements for the following Lender Placed Insurance products:

- Hazard Insurance
- Flood Insurance

Fannie Mae is seeking bids for the above insurance products that meet the requirements listed below.

### 4.3.1   *Hazard Insurance Requirements*

**RFP Requirements and Response Template**                         **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 3.1.1.1 | All Hazard Insurance must comply with federal, state, local laws, regulations, requirements and ordinances as well as Fannie Mae Guidelines, Part II, Chapter 2: Hazard Insurance (Attachment B). | | |
| 3.1.1.2 | All Hazard Insurance must include windstorm, hurricane, and hail coverage as required in the Fannie Mae Guidelines, Part II, Chapter 2: Hazard Insurance (Attachment B). | | |
| 3.1.1.3 | Provide Hazard Insurance for all Fannie Mae Home Mortgage loans as requested and comply with Fannie Mae Guidelines, Part II, Chapter 2, 203: Coverage Required for Home Mortgage Loans (Attachment B). | | |
| 3.1.1.4 | Provide Hazard Insurance for all Fannie Mae Planned Unit Development (PUD) Project loans as requested and comply with Fannie Mae Guidelines, Part II, Chapter 2, 204: Coverage Required for Units in PUD Projects (Attachment B). | | |
| 3.1.1.5 | Provide Hazard Insurance for all Fannie Mae Units In Condo Projects as requested and comply with Fannie Mae Guidelines, Part II, Chapter 2, 205: Coverage Required for Units in Condo Projects (Attachment B). | | |
| 3.1.1.6 | Provide Hazard Insurance for all Fannie Mae Units in Cooperative Projects as requested and comply with Fannie Mae Guidelines, Part II, Chapter 2, 206: Coverage Required for Units in Cooperative Projects (Attachment B). | | |

## 4.3.2   *Flood Insurance Requirements*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 3.2.1.1 | All Flood Insurance must comply with federal, state, local laws, regulations, requirements and ordinances as well as Fannie Mae Guidelines, Part II, Chapter 3: Flood Insurance (Attachment B). | | |
| 3.2.1.2 | As indicated in Fannie Mae Guidelines, flood insurance is only required for properties located in an SFHA flood zone (Attachment G). | | |
| 3.2.1.3 | Provide Flood Insurance for all Fannie Mae Home Mortgage loans as requested and comply with Fannie Mae Guidelines, Part II, Chapter 3, 304: Coverage Required for First Mortgage Loans and Fannie Mae Guidelines, Part II, Chapter 3, 305: Coverage Required for Second Mortgage Loans (Attachment B). | | |
| 3.2.1.4 | Provide Flood Insurance for all Fannie Mae Units in Condo Projects as requested and comply with Fannie Mae | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | Guidelines, Part II, Chapter 3, 306.01: PUD Projects (Attachment B). | | |
| 3.2.1.5 | Provide Flood Insurance for all Fannie Mae Units in Condo Projects as requested and comply with Fannie Mae Guidelines, Part II, Chapter 3, 306.02: Condo Projects (Attachment B). | | |
| 3.2.1.6 | Provide Flood Insurance for all Fannie Mae Units in Cooperative Projects as requested and comply with Fannie Mae Guidelines; Part II, Chapter 3, 306.03: Co-op Projects (Attachment B). | | |

## Performance and reporting

### 4.4.1   *Performance Indicators*

Lender Placed Insurers are expected to consistently supply high levels of service to Homeowners, Fannie Mae and its Servicers. The purpose of this section is to clearly define the service levels and Performance Credits to which the parties commit.

Performance Indicators are the metrics that are to be monitored, measured, and reported by Lender Placed Insurers to Fannie Mae and the Servicers. As described in the table below, there are two types of Performance Indicators, Key Performance Indicators (KPI) and Critical Performance Indicators (CPI). These Performance Indicators enable all parties to objectively track the areas where the Lender Placed Insurer is performing at a level that is meeting, or below expectations.

| | Key Performance Indicator (KPI) | Critical Performance Indicator (CPI) |
|---|---|---|
| Description | Fannie Mae sets a minimum performance level that the Lender Placed Insurer is required to meet. Failure to meet this service level results in an Executive meeting. | Fannie Mae sets a minimum performance level that the Lender Placed Insurer is required to meet. Failure to meet this service level results in a Performance Credit. |
| Reporting Frequency | Monthly | Monthly |
| Performance Credit Amount | N/A | $10,000 per CPI |
| Action for Failure to Achieve Minimum Service Level | Executive meeting between Fannie Mae and the Lender Placed Insurer (See Section 4.6.1.1) | Executive meeting between Fannie Mae and the Lender Placed Insurer (See Section 4.6.1.1). Performance Credit issued to the Servicer (See Section 4.4.1.1) |

Each Performance Indicator includes the following fields:

| Field | Definition |
|---|---|
| ID | Numerical abbreviation of the Performance Indicator (e.g., Insurance KPI1) |
| Name | Name of the Performance Indicator |
| Definition | Short description of the Performance Indicator |
| Measurement Period | Time period over which the Performance Indicator is tracked (e.g., once a week; once a month) |
| Minimum Service Level | Lowest level of performance the Lender Placed Insurer can achieve without failing the Performance Indicator |
| Data Source | Basis of information from which the Performance Indicator is measured |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Field | Definition |
|---|---|
| Calculation | The detailed steps that are carried out to arrive at the Performance Indicator metric. This field also includes detailed examples of sample calculations |
| Performance Credit (CPI only) | The amount credited to Fannie Mae if a Performance Indicator falls below the Minimum Service Level for the month |

Acceptance of KPIs and CPIs by a Lender Placed Insurer carries with it the requirement to capture and report periodically the level of performance delivered against the KPI and CPI standards. When service drops below minimum levels this KPI and CPI report shall be accompanied by a description of management efforts to improve performance as well as a root cause analysis to ensure failures are resolved and the risk of future failures is mitigated.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.1.1.1 | Lender Placed Insurer agrees to measure Performance Indicators that include Critical Performance Indicators (CPIs) and Key Performance Indicators (KPIs). | | |
| 4.1.1.2 | Lender Placed Insurer agrees that failure to meet Critical Performance Indicators' Minimum Service Levels shall result in Lender Placed Insurer issuing Performance Credits to Fannie Mae. A grace period of ninety (90) calendar days from service commencement shall be in effect during which Lender Placed Insurer shall not issue Performance Credits to Fannie Mae. Unless indicated otherwise, all other obligations will remain in effect during this period including Lender Placed Insurer's compliance with requirements and monitoring and reporting against established Service Levels. | | |
| 4.1.1.3 | Lender Placed Insurer shall pay any CPI Performance Credits due to Fannie Mae, within 30 calendar days of the CPI failure. | | |
| 4.1.1.4 | Lender Placed Insurer acknowledges that Performance Credits shall not be the sole or exclusive right or remedy for a particular lack of compliance of CPIs or KPIs. | | |
| 4.1.1.5 | Lender Placed Insurer acknowledges that Servicer and Fannie Mae reserve the right to audit Lender Placed Insurer performance against agreed upon metrics at any time through the Term of the Agreement. Lender Placed Insurer shall provide any relevant requested data to support such audit activities. | | |

## 4.4.2   *Critical Performance Indicators*

Lender Placed Insurer is expected to meet at least the CPIs set forth below. In addition, respondents are encouraged to identify other areas and associated CPIs that will appropriately serve to manage performance expectations.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.2.1.1 | Lender Placed Insurer agrees to a series of Critical | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | Performance Indicators (CPIs). **Failure to meet one (1) or more CPIs shall result in the issuance of Performance Credits,** as outlined in 4.4.2.2 – 4.4.2.5. CPIs shall be related to the performance of the Services provided, each of which shall include: <br><br> • ID of the Performance Indicator <br><br> • Name of the Performance Indicator <br><br> • A description of the Performance Indicator <br><br> • A formula that outlines how the Lender Placed Insurer performance shall be calculated <br><br> • The data sources from which data Lender Placed Insurer performance statistics shall be obtained <br><br> • A minimum service level of which failure to reach results in a breach of the CPI and issuance of a credit <br><br> • The credits associated with Lender Placed Insurer 's failure to meet the agreed-upon performance | | |
| 4.2.1.2 | **ID:** Insurer CPI1 <br> **Name:** Unearned Premiums Refund Speed <br> **Definition:** Elapsed time between receiving acceptable evidence of Voluntary Insurance, and the appropriate refund issued for Lender Placed Insurance <br> **Measurement Period:** Calendar Month <br> **Minimum Service Level:** 98% of premium refunds processed within 15 calendar days <br> **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for CPI1 <br> **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for CPI1 <br> **Performance Credit:** $10,000 paid directly to Fannie Mae | | |
| 4.2.1.3 | **ID:** Insurer CPI2 <br> **Name:** Insurance Placement Speed <br> **Definition:** Elapsed time between being notified that acceptable insurance is not in place for a property and placing a binder <br> **Measurement Period:** Calendar Month <br> **Minimum Service Level:** 95% of binders placed within Three (3) calendar days <br> **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for CPI2 <br> **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for CPI2 <br> **Performance Credit:** $10,000 paid directly to Fannie Mae | | |
| 4.2.1.4 | **ID:** Insurer CPI3 <br> **Name:** Settlement Issuance Speed | | |

**RFP Requirements and Response Template**                          **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | KPI: Elapsed time between claims notification and Initial settlement (excluding payments of recoverable holdback) **Measurement Period:** Calendar Month **Minimum Service Level:** 95% of settlements completed within 60 calendar days **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for CPI3 **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for CPI3 **Performance Credit:** $10,000 paid directly to Fannie Mae | | |
| 4.2.1.5 | **ID:** Insurer CPI4 **Name:** Monthly Management Report Delivery Speed **Definition:** Elapsed time between the 10th of the calendar month and time in which Fannie Mae confirms they have received the monthly management report **Measurement Period:** Calendar Month **Minimum Service Level:** 100% of reports delivered within two (2) calendar days **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for CPI4 **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for CPI4 **Performance Credit:** $10,000 paid directly to Fannie Mae | | |

## 4.4.3  *Key Performance Indicators*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.3.1.1 | Lender Placed Insurer shall provide insurance services in accordance with the Key Performance Indicators (KPIs). KPIs identify certain metrics, similar to CPIs, which are viewed as important to measuring the efficiency and effectiveness of the Services and evaluating Lender Placed Insurer's performance relative to Fannie Mae expectations and business needs. **KPIs are NOT subject to Performance Credits**, but are still contractual commitments by Lender Placed Insurer. Each KPI shall include: a) Name of the Performance Indicator b) A description of the Performance Indicator c) A formula that outlines how the Lender Placed Insurer performance shall be calculated d) The data sources from which data Lender Placed Insurer performance statistics shall be obtained e) An expected target performance level that the Lender Placed Insurer should reach in each period | | |

**RFP Requirements and Response Template**                              **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | f)    A minimum service level of which failure to reach results in a breach of the KPI | | |
| 4.3.1.2 | **ID:** Insurer KPI1 <br> **Name:** Claims Call Answer Speed <br> **Definition:** Average monthly speed of answer on claims calls <br> **Measurement Period:** Calendar Month <br> **Minimum Service Level:** 95% calls answered within 30 seconds or less <br> **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for KPI1 <br> **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for KPI1 | | |
| 4.3.1.3 | **ID:** Insurer KPI2 <br> **Name:** Damage Inspection Speed <br> **Definition:** Elapsed time between notification of claim and inspection of damages of the insured property by an insurance adjuster <br> **Measurement Period:** Calendar Month <br> **Minimum Service Level:** 95% damage inspections completed within five (5) calendar days or less <br> **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for KPI2 <br> **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for KPI2 | | |
| 4.3.1.4 | **ID:** Insurer KPI3 <br> **Name:** Estimated Repair Cost Verification Speed <br> **Definition:** Elapsed time between insurance adjuster's estimates of repair and Insurer's verification of accuracy and approval <br> **Measurement Period:** Calendar Month <br> **Minimum Service Level:** 95% of repair cost verifications completed within three (3) calendar days or less <br> **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for KPI3 <br> **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation methodology for KPI3 | | |
| 4.3.1.5 | **ID:** Insurer KPI4 <br> **Name:** Call Center Abandonment Rate <br> **Definition:** Number of phone calls made to the Lender Placed Insurer's call center that are abandoned by the customer before speaking to an agent <br> **Measurement Period:** Calendar Month <br> **Minimum Service Level:** Three (3) percent or less <br> **Data Source:** Lender Placed Insurer shall complete Attachment D to indicate a proposed data source for KPI3 <br> **Calculation:** Lender Placed Insurer shall complete Attachment D to indicate a proposed calculation | | |

Fannie Mae Confidential

**RFP Requirements and Response Template**                                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
|  | methodology for KPI3 |  |  |
| 4.3.1.6 | Lender Placed Insurer shall propose any additional relevant KPIs in Attachment D. |  |  |

## 4.4.4  *Reporting Requirements*

Fannie Mae will require its preferred Lender Placed Insurer(s) to submit standardized reports on a regular basis. The reports will be of two types: Operational Reports (primarily daily or weekly) and Management Reports (primarily monthly).

Operational reports will focus on active details (e.g., monthly total of net written premium excluding any allowance for Incurred But Not Reported, number of claims paid, number of claims denied) to ensure that day-to-day programmatic requirements are being met.

Management reports focus on Key Performance Indicators that enable Fannie Mae to monitor the overall use of Lender Placed Insurance in the Fannie Mae portfolio of properties. Specific uses of Lender Placed Insurer reports include: (a) measurement of contract compliance; (b) regulatory and other external reporting; (c) tactical and strategic planning; (d) comparison of performance between and among Lender Placed Insurers; and (e) assessment of Fannie Mae's own performance in managing Lender Placed Insurer.

Fannie Mae requires that Lender Placed Insurers provide a full range of sample operational and management reports with summary information describing the intended use of such reports. Fannie Mae prefers to use Lender Placed Insurer's standardized reports rather than customized reports so long as the standardized reports meet Fannie Mae's reporting needs.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.4.1.1 | **Operational Report:** Provide a weekly Lender Placed Insurance refunds report to the Servicer. The report shall include (without limitation) the: loan number, homeowner's name, policy number, coverage type, premium amount, term of coverage, cancelation date type of refund/credit and earned premium amount/credit amount. This report shall be provided to Fannie Mae directly upon request. |  |  |
| 4.4.1.2 | **Operational Report:** Provide a weekly Lender Placed Insurance premium payment request report to the Servicer. The report shall include (without limitation) the: loan number, homeowner's name, policy number, coverage type, coverage amount term of coverage, state, and requested premium amount. |  |  |
| 4.4.1.3 | **Data Request:** Provide the formula, values, and explanation for the calculation of required insurance coverage at the Servicer, Fannie Mae's, or a homeowner's request. |  |  |
| 4.4.1.4 | **Data Request:** Provide a weekly data file to reflect the status of Lender Placed Insurance issuance of policies. |  |  |
| 4.4.1.5 | **Data Request:** Provide Servicer and Fannie Mae all documentation for active and closed claims upon request in a timely manner. |  |  |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.4.1.6 | **Data Request:** Provide Servicer and Fannie Mae copies of all correspondence regarding claims disputes upon request in a timely manner. | | |
| 4.4.1.7 | **Management Report:** Provide Lender Placed Insurer's standard monthly management reports to Fannie Mae and the Servicer. Monthly management report shall include at a minimum, monthly net written premium, number of claims paid and cost at the loan level, claims denied and why at the loan level and loss ratio at the state level. Hazard, Flood, and Wind shall be broken out separately and incurred by not reported shall be excluded. Provide samples of monthly management reports as an attachment with this RFP. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_4447_ManagementReport" | | |
| 4.4.1.8 | **Management Report:** Provider Servicer and Fannie Mae a monthly Performance Indicator report detailing the performance metrics of all KPIs and CPIs in Sections 4.4.2. and 4.4.3. This report shall also include the issuance of any performance credits. | | |
| 4.4.1.9 | All past reports shall be stored for a minimum of seven years after creation date. | | |

### 4.5.1   *Insurance Pricing*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 5.1.1.1 | Lender Placed Insurer certifies that insurance premiums do not include the costs of any form of commissions to Servicers or other 3rd parties. | | |
| 5.1.1.2 | Lender Placed Insurer certifies that insurance premiums do not include or subsidize the costs of any tracking services provided to the Servicer. | | |
| 5.1.1.3 | Lender Placed Insurer certifies that insurance premiums do not include or subsidize any other costs other than the policy premium. | | |
| 5.1.1.4 | Provide pricing for all insurance products and corresponding Fannie Mae loan types in the pricing sheet (Attachment C). Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_Attachment C". | | |

Fannie Mae Confidential

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 5.1.1.5 | Provide pricing for all geographic locations presented in the pricing sheet (Attachment C). | | |
| 5.1.1.6 | Insurance rates must be expressed on an annual per $100 of insured amount basis. | | |
| 5.1.1.7 | Insurance rates must be quoted by state with a separate entry for states where Surplus Lines Taxes Apply. | | |
| 5.1.1.8 | Submit an estimated loss ratio given Fannie Mae's portfolio in the pricing sheet (Attachment C) This estimated loss ratio shall exclude any allowance for incurred but not reported. | | |
| 5.1.1.9 | Lender Placed Insurer shall provide an attachment that explains in detail how the estimated loss ratio was calculated. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_4519_LossRatioCalculation" | | |
| 5.1.1.10 | Insurances rates shall not increase for the life of all policies placed within a year of the contract signing (e.g., If the contract is signed on 6/1/2012, all policies placed on or before 6/1/2013 shall not be subject to any rate increases for those policies duration). | | |

### 4.5.2  *Payment Terms*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 5.2.1.1 | Lender Placed Insurer shall issue invoices to the Servicer by the 5th of the month and include detailed line item reporting of the number of Lender Placed Insurance policies issued the previous month. The report shall include (without limitation) the: loan number, homeowner's name, policy number, coverage type, term of coverage, state, state premium rate, and requested premium amount. The report should be segregated by hazard, wind and flood products and break out net written premiums and claim data at the state level. | | |
| 5.2.1.2 | Lender Placed Insurer shall pay any applicable credits as a result of falling below a Critical Performance Indicator to Fannie Mae in a separate transaction. | | |
| 5.2.1.3 | Lender Placed Insurer shall, if requested by Fannie Mae, support monthly premium invoicing at no additional charge. | | |
| 5.2.1.4 | Lender Placed Insurer shall, if requested by Fannie Mae, support quarterly premium invoicing at no additional | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | charge. | | |

**eGovernance**

It is critical to Fannie Mae that continuous, open and clear communications occur. The desired relationship is one in which Fannie Mae and its preferred Lender Placed Insurer(s) work together, in good faith, to proactively review performance, industry trends, business needs, and current issues. Although, Fannie Mae will provide strategic oversight and expects full transparency from its Lender Placed Insurer(s), all day to day interactions and operational control will be between Lender Placed Insurer(s) and Fannie Mae's Servicer agents.

Fannie Mae expects to work with its preferred Lender Placed Insurer(s) to create a communications schedule to review such topics as the state of the relationship between Fannie Mae and its preferred Lender Placed Insurer(s), the extent to which performance is consistent with commitments made, the nature of short and long term action plans that may impact performance, and remedial actions taken to eliminate performance problems. Fannie Mae also expects to agree with its preferred Lender Placed Insurer(s) on the preferred framework for issue reporting and issue escalation.

The Key Performance Indicators section of this RFP (Section 4.4.1) sets forth the key Performance Indicators and associated service levels that the Lender Placed Insurer(s) will be expected to meet. Fannie Mae expects that any Lender Placed Insurers put on the Preferred Provider List as a result of this procurement will provide *monthly performance data* to Fannie Mae in a format acceptable to Fannie Mae. Such data will be at the customer level (i.e., by Servicer) as well as aggregated for all Fannie Mae loans for which the Lender Placed Insurer(s) provide Lender Placed Insurance.

Fannie Mae also expect face-to-face business reviews to be conducted at least semi-annually and even more frequently if preferred Lender Placed Insurer(s) fail to meet performance commitments. The site for these reviews is expected to be at the premises of the Lender Placed Insurer(s) but may, at the discretion of Fannie Mae, be held in Washington, DC. Such reviews may, at Fannie Mae's discretion, include Servicers to create an environment where all stakeholders are involved and have a free exchange of views as to causes and remedial actions required to improve performance.

From time to time Fannie Mae will reevaluate its providers to ensure it is receiving market competitive pricing and service.

Please indicate Lender Placed Insurer's compliance with the expected governance commitments listed in this section.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 6.1.1.1 | If one (1) or more Lender Placed Insurer KPIs or CPIs (Section 4.4.3) fail to obtain the minimum service level then at least two of the Lender Placed Insurer's executives will host a meeting at Fannie Mae's premises to offer an explanation of the service level failures and to provide a concrete action plan and schedule for solving the core causes of the service failure. Servicer will not be responsible for reimbursing the executives travel expenses for this meeting. | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 6.1.1.2 | Lender Placed Insurer will provide Fannie Mae with invoices that include the following fields by loan amount: Servicer, policy by type, premiums paid, insured amount, claims paid/denied, claims filed, closed date. The fields shall be broken out by state and product type (hazard, wind, and flood). While invoices will be issued to and paid by Servicers, such invoices will be made available to Fannie Mae at Fannie Mae's request. | | |
| 6.1.1.3 | Lender Placed Insurer will host semi-annual site visits of Lender Placed Insurer premises for Fannie Mae. | | |
| 6.1.1.4 | Lender Placed Insurer will visit Fannie Mae premises as requested at no cost to Fannie Mae. | | |
| 6.1.1.5 | Lender Placed Insurer will provide a semi-annual business review to Fannie Mae. | | |
| 6.1.1.6 | Lender Placed Insurer will provide Fannie Mae with a single global point of contact with ultimate decision-making authority and responsibility for the overall Fannie Mae – Lender Placed Insurer relationship. | | |
| 6.1.1.7 | Lender Placed Insurer shall provide Fannie Mae with 30 calendar days' notice prior to changing the single global point of contact. | | |
| 6.1.1.8 | Lender Placed Insurer to provide escalation procedures that Fannie Mae, Servicer, and Lender Placed Insurer would employ for any issues both in a steady-state and during transition. The procedures shall, at a minimum, include:<br><br>i.   Escalation contacts (name, title, role, email and phone numbers)<br>ii.   Time intervals for escalation<br>iii.   Levels of escalation | | |
| 6.1.1.9 | Lender Placed Insurer at Servicer's request, with will meet with Servicer management to discuss:<br><br>i.   Open issues<br>ii.   Operating performance and KPIs<br>iii.   Process productivity<br>iv.   Changes in insurance requirements<br>v.   Billing requirements | | |

The Lender Placed Insurer is responsible for providing a transition plan as an attachment. The transition plan shall detail the timing associated with:

- Moving policies to the new structure

- Implementing the specified reporting

- Tracking KPIs and CPIs

- Executing the specified governance model

**RFP Requirements and Response Template**                    **March 6, 2012**

- Interfacing with 1,300+ Fannie Mae Servicers

The transition plan attachment is also the area where Lender Placed Insurers shall propose any improvements to the Lender Placed Insurance processes in the steady state. The transition plan shall include, but not be limited to the requirements listed below.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 7.1.1.1 | Provide a detailed plan as an attachment outlining how Lender Placed Insurer intends to implement the proposed services and integrate with the existing Servicer systems. Clear detail shall be provided on what steps the Lender Placed Insurer plans to take to maintain service quality in the event they are awarded Fannie Mae's entire portfolio. Lender Placed Insurer must clearly outline:<br><br>• Fannie Mae responsibilities, Servicer responsibilities, and Insurance Tracking agent responsibilities in each phase of the implementation<br><br>• Handoffs from Insurance Tracker to Servicer<br><br>• Handoffs from Servicer to Insurance Provider<br><br>• Activities, timing, and roles of each party<br><br>Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_4711_TransitionPlan" | | |
| 7.1.1.2 | Lender Placed Insurer shall operate under the assumption that all preexisting forced place insurance policies will be canceled and rewritten under the guidelines and pricing outlined in this RFP. The transition plan shall detail the most efficient way to transfer all Lender Placed Insurance to the new policy as quickly as reasonably possible. | | |

The following questions require the carrier to submit an open ended response rather than a comply/exception.

| Reference | Requirement | Response |
|---|---|---|
| 8.1.1.1 | **Qualification:** Indicate Lender Placed Insurer's current A.M. Best Company rating. | |
| 8.1.1.2 | **Qualification:** Indicate Lender Placed Insurer's estimated annual aggregate loss ratio for Fannie Mae's entire portfolio excluding any allowance for incurred but not reported. | |
| 8.1.1.3 | **Qualification:** How many FTE's are currently in your Lender Placed Insurance division? | |
| 8.1.1.4 | **Qualification:** How many residential properties are currently covered by one (1) of your Lender Placed Insurance products? | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | Response |
|---|---|---|
| 8.1.1.5 | **Qualification:** Please list all of your relevant industry certifications. | |
| 8.1.1.6 | **Qualification:** What is your total Lender Placed Insurance revenue? Please express this number in dollar and a percentage of your total insurance revenue. | |
| 8.1.1.7 | **Qualification:** For how many customers do you provide Lender Placed Insurance? Please list your 10 largest Lender Placed Insurance customers by number of policies. | |
| 8.1.1.8 | **Qualifications:** Do you provide insurance directly, or do you use preferred insurance carriers? If you use preferred insurance carriers who are the preferred carriers with which you work and what are their AM Best or comparable ratings? If you do not use preferred carriers, who are your preferred reinsurers? | |
| 8.1.1.9 | **Operations:** Are there any exclusions listed in Attachment E that your standard policy does not exclude? | |
| 8.1.1.10 | **Operations:** Submit an Attachment of your master insurance policy. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_48110_MasterPolicy]" | |
| 8.1.1.11 | **Transition:** Provide a description and any proposed solutions to optimize and improve the Lender Placed Insurance process over time once it reaches a steady state. | |
| 8.1.1.12 | **Transition:** Detail any data or reports that Lender Placed Insurer will make available to Fannie Mae and Servicer during the transition. | |
| 8.1.1.13 | **Transition:** Describe how the governance model will be implemented (See Section: 4.6). | |
| 8.1.1.14 | **Technology:** What IT systems and software do you plan on using to deliver Lender Placed Insurance? Please provide a description of all systems and software, if the software is third party or developed in-house, and if third party the length of your current licensing agreement. | |
| 8.1.1.15 | **Technology:** Do you have or plan on providing a client self-service portal that Fannie Mae would have access? If so, what functions is Fannie Mae capable of preforming through this portal? | |
| 8.1.1.16 | **Technology:** What is the size of your current IT staff? | |
| 8.1.1.17 | **Partners:** Is your claims processing handled in house or outsourced to a third party? If outsourced, which company | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | Response |
|---|---|---|
| | handles your claims processing? | |
| 8.1.1.18 | **Partners:** Please list all partner or affiliate companies that were used to obtain pricing for this RFP proposal and what services they plan on providing. | |
| 8.1.1.19 | **Reporting:** Describe how KPIs and CPIs will be tracked and the reporting requirements will be implemented (See Section 4.4). | |
| 8.1.1.20 | **Governance:** Detail the staffing plan and account management team that will serve Servicers and Fannie Mae (e.g., Name, Title, Location, and Role). | |
| 8.1.1.21 | **Alternative Solution:** Please describe any alternative solutions or ideas that you think would help Fannie Mae to achieve the goals as stated in this RFP. | |
| 8.1.1.22 | **Alternative Solution:** What solutions can you offer to help reduce demand for Lender Placed Insurance? | |

**RFP Requirements and Response Template**                    **March 6, 2012**

Providers of insurance tracking services ("Insurance Trackers") are expected to provide a common set of services and meet a common set of business and performance requirements. The scope of the tracking and administrative services to be provided will include at least the following activities:

- Monitor status of homeowner's Voluntary Insurance to confirm that it is in-force and in accordance with Fannie Mae Guidelines

- Request and confirm homeowner certificates of insurance

- Notify homeowners of any Voluntary Insurance deficiencies and attempt to correct

- Secure the placement of Lender Placed Insurance in accordance with Fannie Mae Guidelines

- Work with homeowners to avoid placement of Lender Placed Insurance or to secure Voluntary Insurance even after Lender Placed Insurance has been placed

- Provide Insurance Tracking and verification customer service to homeowners, Servicers and Fannie Mae to include state-of-the-art call center operations

- Perform in compliance with Performance and Reporting requirements described below (Section 5.4)

- Maintain books of record necessary to manage the scope of services covered in this RFP to include issuing accurate reports to Fannie Mae and its Servicers as described below

In the sections below Fannie Mae defines the services and products to be expected from an Insurance Tracker (the Insurance Tracking service requirements). **The Insurance Tracker may be an affiliate of a Lender Placed Insurance company but must bid the price of Lender Placed Insurance separately from Insurance Tracking services.** Under the terms of this procurement, the prices submitted for neither line of business (i.e., Lender Placed Insurance or Insurance Tracking) may subsidize the other. Prior to responding to this RFP, Insurance Trackers shall review these requirements closely to determine if they can meet these requirements.

Fannie Mae has specific policy requirements regarding Voluntary Insurance that are described in detail below.

## 5.1.1   *General Policy Requirements*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.1.1.1 | Provide and maintain a system to track and monitor Voluntary Insurance products described in Section 5.2 for all Fannie Mae loans. | | |
| 1.1.1.2 | Obtain insurance policy documentation and update Servicer's system as it pertains to each policy in accordance with Fannie Mae Guidelines, Part II, Chapter 2, Section 209: Evidence of Insurance (Attachment B). | | |
| 1.1.1.3 | Ensure the required Voluntary Insurance coverage is in place and meets Fannie Mae requirements as defined by the Fannie Mae Guidelines (Attachment B). If proof of acceptable Voluntary Insurance cannot be verified, proceed to attempt to contact homeowner to obtain evidence of insurance as defined by the Fannie Mae Guidelines, Part II, Chapter 6: Lender-Placed Property Insurance. If evidence of insurance cannot be obtained after following the contact procedures, direct the Lender | | |

**RFP Requirements and Response Template**                          **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | Placed Insurer to place the required insurance. | | |
| 1.1.1.4 | Attempt to contact the homeowner's insurance agent until contact has been made or three (3) calls attempts have been made prior to sending a notification to a Lender Placed Insurer to place a Lender Placed policy. These calls to the homeowner's insurance agent shall be made in addition to Insurance Tracker's lettering cycle to the homeowner. Attempts to contact the insurance agent shall be noted in Insurance Tracker's system. | | |
| 1.1.1.5 | Upon issuance of a policy by a Lender Placed Insurer, the Insurance Tracker shall make at least three (3) additional attempts to contact homeowner by letter and one (1) attempt to contact the homeowner by phone. | | |
| 1.1.1.6 | Verify all homeowner notifications include information explaining the ramifications of the failure to obtain voluntary coverage, including the potential expense of a Lender Placed Insurance policy, and that the policy scope of coverage may differ from a voluntary policy. | | |
| 1.1.1.7 | Provide, in writing, insurance options offering homeowners the opportunity to obtain a voluntary policy with competitive rates instead of a Lender Placed Insurance policy. | | |
| 1.1.1.8 | Create and maintain (with Servicer's approval) letters and forms for all insurance processes and products related to voluntary insurance Tracking. | | |
| 1.1.1.9 | Ensure that all written inquiries from attorneys representing homeowners or other legal related inquiries are forwarded to Servicer within (5) five business days after receiving the inquiry. | | |
| 1.1.1.10 | Cancel all forms of voluntary and Lender Placed Insurance upon notification of change in ownership that loan is in a Real Estate Owned ("REO") status. | | |
| 1.1.1.11 | Provide a P.O. Box for correspondence and required documentation received via regular mail and a physical address for correspondence received via overnight mail. Review all insurance-related documentation and enter policy details in Insurance Tracker's system within five (5) business days of receipt. | | |
| 1.1.1.12 | Retain a copy of all correspondence for at least seven (7) years or as required by applicable laws. | | |
| 1.1.1.13 | Maintain a website or other system for Servicer's staff to view and retrieve all insurance related documentation and correspondence that is received on behalf of Servicer as well as access to all letters sent on behalf of Servicer. | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.1.1.14 | Maintain an updated, on-line Client Servicer Manual, which includes all agreed upon procedures between Servicer, Fannie Mae, and Insurance Tracker. Insurance Tracker shall document all changes within five (5) business days of approved updates. | | |
| 1.1.1.15 | Make insurance related images available to Servicer upon request. | | |
| 1.1.1.16 | Maintain insurance policy documentation and data security as required by the Fannie Mae Guidelines, Part II, Section 209.03: Data Files in Lieu of Policies (Attachment B). | | |

## 5.1.2  *Homeowner Call Center Requirements*

The Insurance Tracker shall setup a call center so that homeowners may ask questions about insurance requirements and submit any necessary insurance information over the phone and fax.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.2.1.1 | Establish and maintain a dedicated toll free phone number for Fannie Mae homeowners with Insurance Tracking related issues. | | |
| 1.2.1.2 | Establish and maintain a toll free fax number to receive documents necessary for insurance processing. Insurance Tracker shall image faxes upon receipt and process them within one (1) business day. | | |
| 1.2.1.3 | Establish and maintain a P.O. Box and physical mailing address to receive insurance related correspondence and documentation. | | |
| 1.2.1.4 | Create and maintain a mutually agreed to service manual ("Servicer Manual") that provides detailed information regarding Insurance Tracker's day-to-day processing and procedures, customer service scripting, Fannie Mae's required protocols, Performance Indicators, and an overview of Insurance Tracker's products. | | |
| 1.2.1.5 | Document all approved updates to the Servicer Manual and forward to Fannie Mae and Servicer within five (5) business days of update. | | |
| 1.2.1.6 | Provide customer support in compliance with the Servicer Manual and all applicable federal, state and local laws, regulations, ordinances and requirements. | | |
| 1.2.1.7 | Provide English and Spanish speaking homeowner support through Insurance Tracker's call center representatives. | | |
| 1.2.1.8 | Maintain hours of operation for the customer service | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | department at the minimum, Monday - Friday, 8 A.M. to 6 P.M. ET and agreed upon holidays. | | |
| 1.2.1.9 | Servicer may, in its sole discretion, modify the hours of operation upon notice. Servicer will provide thirty (30) calendar days of notice if the change is due to changes to Fannie Mae business requirements or geographical locations. In the event of a natural or manmade disaster notice may be within twenty four (24) hours of the event. | | |
| 1.2.1.10 | Notify homeowners calls are being recorded as required by applicable laws. Ensure recordings are available to Fannie Mae or Servicer for at least sixty (60) days from the date the call is received. | | |
| 1.2.1.11 | Ensure that call center representatives are fully trained in Insurance Tracker's products with annual testing and certification. | | |
| 1.2.1.12 | Provide Telecommunication Device for the Deaf ("TDD") services or other related services to support hearing impaired homeowners contacting Insurance Tracker's call center representatives. | | |
| 1.2.1.13 | Ensure any Interactive Voice Response ("IVR") unit, has options that are not multilayered and any voice recognition feature has an option for both voice recognition and keypad entry. | | |
| 1.2.1.14 | Provide a courtesy follow-up phone call to a homeowner or third party within two (2) business days of Insurance Tracker being notified of the fax to inform the homeowner or third party that his/her fax was not received. | | |
| 1.2.1.15 | Track and monitor the number of calls homeowners receive in a month. For all homeowners with more than three (3) calls in a month, Insurance Tracker shall research the cause for the multiple calls and conduct additional training to staff and provide feedback to Fannie Mae and Servicer as needed. | | |

## 5.1.3   *Homeowner Website Requirements*

The Insurance Tracker shall provide a user-friendly website to encourage users to update insurance information online in order to reduce the costs of insurance verification.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.3.1.1 | Provide frequently asked questions ("FAQs") section and provide homeowners the ability to securely update insurance information on Insurance Tracker's website. | | |

RFP Requirements and Response Template                    March 6, 2012

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.3.1.2 | Provide the ability for homeowners to update insurance information and the ability to attach a copy of an insurance policy or correspondence on Insurance Tracker's secure website. | | |
| 1.3.1.3 | Provide homeowners the ability to request help and or respond to a previous call from the Insurance Tracker through the website. | | |

### 5.1.4   Transfer In/Acquisition of Additional Loans by Servicer

In the instance that a Servicer chooses to accept additional loan servicing responsibilities the following requirements need to be followed by the Insurance Tracker.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.4.1.1 | Load a loan transfer file as a result of a service transfer-in/acquisition into Insurance Tracker's system upon receipt. | | |
| 1.4.1.2 | Analyze the data in the loan transfer file to identify any discrepancies (i.e. collateral codes do not match premiums, policy coverage amounts exceed minimum and maximum thresholds, missing data, etc.) upon uploading the file into Insurance Tracker's system. | | |
| 1.4.1.3 | Begin the Lender Placed Insurance lettering and call cycles for loans without active Voluntary Insurance after the loan transfer file upload. | | |

### 5.1.5   Transfer Out/Removal of Loans by Servicer

In the instance that a Servicer chooses to transfer loan servicing responsibilities the following requirements need to be followed by the Insurance Tracker.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.5.1.1 | Notify insurances companies to update the mortgagee clause with the new Servicer's information and address upon notification of a service transfer. | | |
| 1.5.1.2 | Notify the Lender Placed Insurer that the loans are being transferred off the Servicer's platform and that Lender Placed Insurance shall be canceled. | | |

### 5.2 Residential Insurance Tracking

Tracking services shall be provided for the following insurance products as described in detail below.

### 5.2.1   Hazard Insurance Tracking

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 2.1.1.1 | Ensure that all voluntary hazard Insurance policies comply with Fannie Mae Guidelines, Part II, Chapter 2: Hazard Insurance (Attachment B). | | |
| 2.1.1.2 | Notify the homeowner by mail if a separate Wind Insurance policy is required. | | |

## 5.2.2   *Flood Insurance Tracking*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 2.2.1.1 | Ensure all voluntary flood Insurance policies comply with Fannie Mae Guidelines, Part II, Chapter 3: Flood Insurance (Attachment B). | | |
| 2.2.1.2 | Notify homeowners by mail that a property is in an SFHA, in whole or in part and if Flood Insurance is required. | | |

## 5.3.1   *Performance Indicators*

Insurance Trackers are expected to consistently supply high levels of service to Fannie Mae and its Servicer community. The purpose of this section is to clearly define the service levels to which the parties commit.

Performance Indicators are the metrics that are to be monitored, measured, and reported by Insurance Trackers to Fannie Mae and the Servicers. As described in the table below, only Key Performance Indicators will be applied to Insurance Tracking. These Performance Indicators enable all parties to objectively track the areas where the Insurance Tracker is performing at a level that is meeting or below expectations.

| | Key Performance Indicator (KPI) | Critical Performance Indicator (CPI) |
|---|---|---|
| Description | Fannie Mae sets a minimum performance level that the Insurance Tracker is required to meet. Failure to meet this service level results in an Executive meeting | No CPI's for Insurance Tracking |
| Reporting Frequency | Monthly | N/A |
| Amounts at Risk | N/A | N/A |
| Action for Failure to Achieve Minimum Service Level | Executive meeting between Fannie Mae and the Insurance Tracker (See Section 4.6.1) | N/A |

Each Performance Indicator includes the following fields:

| Field | Definition |
|---|---|
| ID | Numerical abbreviation of the Performance Indicator (e.g., Insurance KPI1) |
| Name | Name of the Performance Indicator |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Field | Definition |
|---|---|
| Definition | Short description of the Performance Indicator |
| Measurement Period | Time period over which the Performance Indicator is tracked (e.g., once a week, once a month) |
| Minimum Service Level | Lowest level of performance delivered against the KPI standards. When service drops below minimum levels this KPI the Performance Indicator |
| Data Source | Basis of information from which the Performance Indicator is measured |
| Calculation | The detailed steps that are carried out to arrive at the Performance Indicator metric. This field also includes detailed examples of sample calculations |

Acceptance of KPIs by an Insurance Tracker carries with it the requirement to capture and report periodically the level of performance delivered against the KPI standards. When service drops below minimum levels this KPI report shall be accompanied by a description of management efforts to improve performance as well as a root cause analysis to ensure failures are resolved and the risk of future failures is mitigated.

## 5.3.2   *Key Performance Indicators*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 3.2.1.1 | Insurance Tracker shall provide insurance services in accordance with the Key Performance Indicators (KPIs). KPIs identify certain metrics, similar to CPIs, which are viewed as important to measuring the efficiency and effectiveness of the Services and evaluating Insurance Tracker's performance. KPIs are NOT subject to Performance Credits, but are still contractual commitments by Insurance Tracker. Each KPI shall include: <br><br> a) Name of the Performance Indicator <br><br> b) A description of the Performance Indicator <br><br> c) A formula that outlines how the Insurance Tracker performance shall be calculated <br><br> d) The data sources from which data Insurance Tracker performance statistics shall be obtained <br><br> e) A minimum service level of which failure to reach results in a breach of the KPI | | |
| 3.2.1.2 | **ID:** Tracker KPI1 <br> **Name:** Insurance Tracking Calls Answer Speed <br> **Definition:** Speed of answer on inbound customer service call <br> **Measurement Period:** Calendar Month <br> **Minimum Service level:** 95% of calls answered within 30 seconds <br> **Data Source:** Insurance Tracker shall complete Attachment I to indicate a proposed data source <br> **Calculation:** Insurance Tracker shall complete Attachment I with a proposed calculation methodology | | |
| 3.2.1.3 | **ID:** Tracker KPI2 <br> **Name:** Call Center Abandonment Rate <br> **Definition:** Number of phone calls made to the Insurance | | |

**RFP Requirements and Response Template**                          March 6, 2012

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| | Tracker's call center that are abandoned by the customer before speaking to an agent<br>**Measurement Period:** Calendar Month<br>**Minimum Service Level:** 3% or less<br>**Data Source:** Insurance Tracker shall complete Attachment I to indicate a proposed data source<br>**Calculation:** Insurance Tracker shall complete Attachment I with a proposed calculation methodology | | |
| 3.2.1.4 | **ID:** Tracker KPI3<br>**Name:** Correspondence Forwarding Speed<br>**KPI:** Elapsed time to forward to appropriate Servicer any compliance or regulatory-related correspondence (all such correspondence to be treated as urgent)<br>**Minimum Service Level:** 95% of correspondence forwarded within one (1) business day<br>**Data Source:** Insurance Tracker shall complete Attachment I to indicate a proposed data source<br>**Calculation:** Insurance Tracker shall complete Attachment I with a proposed calculation methodology | | |
| 3.2.1.5 | **ID:** Tracker KPI4<br>**Name:** Monthly Management Report Delivery Speed<br>**Definition:** Elapsed time between the 10th of the calendar month and time in which Fannie Mae confirms they have received the monthly management report<br>**Measurement Period:** Calendar Month<br>**Minimum Service Level:** 100% of reports delivered within two (2) calendar days<br>**Data Source:** Insurance Tracker shall complete Attachment I to indicate a proposed data source<br>**Calculation:** Insurance Tracker shall complete Attachment I with a proposed calculation methodology | | |
| 3.2.1.6 | Insurance Tracker shall propose any additional relevant KPIs in Attachment I. | | |

### 5.3.3   *Reporting Requirements*

Fannie Mae's Servicers require Insurance Trackers to submit standardized reports on a regular basis. The reports will be of two types: Operational Reports (primarily daily or weekly) and Management Reports (primarily monthly).

The former will focus on operational details (e.g., number of properties covered prior day vs. number of coverage requests received prior day) to ensure that day-to-day programmatic requirements are being met. The latter focus on financial performance and Key Performance Indicators that enable Servicers to monitor service level performance. Specific uses of reports include: (a) measurement of contract compliance; (b) regulatory and other external reporting; (c) tactical and strategic planning; and (d) comparison of performance between and among Insurance Trackers.

Insurance Trackers that respond to this RFP must provide a full range of sample operational and management reports with summary information as to the intended use of such reports. In addition, Insurance Trackers must describe how the KPI's and the associated minimum service levels will be reported in order to monitor service level performance. See section 5.3 for additional details.

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 3.3.1.1 | **Operational Report:** Submit a weekly Voluntary Insurance maintenance file to Servicer. This file shall include all the prior week's insurance/loan updates. | | |
| 3.3.1.2 | **Operational Report:** Submit a weekly Voluntary Insurance provider file to Servicer. This file shall include all the Lettering Program Leads utilized to provide Voluntary Insurance including the insurer name, any associated insurer code(s), and its address for correspondence. This file must incorporate all insurance related products tracked. | | |
| 3.3.1.3 | **Operational Report:** Track and monitor the number of calls homeowners receive in a month. For all homeowners with more than three (3) calls in a month, Insurance Tracker shall research the cause for the multiple calls and conduct additional training to staff and provide feedback to Servicer as needed. Insurance Tracker shall provide Servicer a monthly summary of results. | | |
| 3.3.1.4 | **Operational Report:** Provide daily/weekly operational reports to Servicer. | | |
| 3.3.1.5 | **Data Request:** Provide Servicer access to all Insurance Tracker's call recordings between homeowners and call center representatives. | | |
| 3.3.1.6 | **Management Report:** Provide monthly and year-to-date management reporting on all call center statistics. | | |
| 3.3.1.7 | **Management Report:** Provide Insurance Tracker's standard monthly management reports to the Servicer. Provide samples of monthly management reports as an attachment with this RFP to Fannie Mae. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_5337_ManagementReport" | | |
| 3.3.1.8 | **Management Report:** Provide Servicer a monthly Performance Indicator report detailing the performance metrics of all KPIs in Sections 5.3.2. | | |
| 3.3.1.9 | Upon request Insurance Tracker shall provide any reports generated for a Servicer to Fannie Mae within five (5) business days. | | |

## Pricing and Payment Terms

### 5.4.1   *Insurance Tracking Pricing*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.1.1.1 | Insurance Tracker shall provide pricing for tracking the | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
|  | Fannie Mae loans portfolio (Attachment A) in the Insurance Tracking Price sheet (Attachment H). Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_Attachment H" |  |  |
| 4.1.1.2 | Pricing shall be calculated based on the price per loan tracked. |  |  |
| 4.1.1.3 | Quoted pricing shall include all supply overhead and phone expenses. |  |  |
| 4.1.1.4 | Insurance Tracking rates shall not increase within a year of contract signing. |  |  |

## 5.4.2   *Payment Terms*

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.2.1.1 | Insurance Tracker shall issue invoices to the Servicer by the 5th of the month and include detailed reporting of the number of loans tracked the previous month. |  |  |

Key Performance Indicators for loan tracking and associated administrative services are set forth in Section 5.4.1. Fannie Mae expects that Insurance Tracker(s) that track Fannie Mae loans will provide periodic performance data to Fannie Mae in a mutually agreed-upon format. Such data will be at the customer level (i.e., by Servicer) as well as aggregated for all Fannie Mae loans for which the Insurance Tracker(s) provide loan tracking services. Although, Fannie Mae expects full transparency from Insurance Trackers, all day to day interactions, performance accountability, and operational control will reside with Fannie Mae's Servicers.

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 5.1.1.1 | If two or more Insurance Tracker KPIs (Section 5.4.1) fail to meet the minimum service level then at least two of the Insurance Tracker's executives will host a meeting at Servicers premises to offer an explanation of the service level failures and to propose a potential solution. Servicer will not be responsible for reimbursing the executives travel expenses for this meeting. |  |  |
| 5.1.1.2 | Insurance Tracker will host semi-annual site visits of Insurance Tracker premises for the Servicer. |  |  |
| 5.1.1.3 | Insurance Tracker will provide a semi-annual business review to Servicer. |  |  |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 5.1.1.4 | Insurance Tracker will provide Servicer with a single global point of contact with ultimate decision-making authority and responsibility for the overall Servicer – Insurance Tracker relationship. | | |
| 5.1.1.5 | Insurance Tracker to provide escalation procedures that Servicer, and Lender Placed Insurer would employ for any issues both in a steady-state and during transition. The procedures shall, at a minimum, include:<br><br>  i.   Escalation contacts (name, title, role, email and phone numbers)<br>  ii.  Time intervals for escalation<br>  iii. Levels of escalation | | |
| 5.1.1.6 | Insurance Tracker, at Servicer's request, will meet with Servicer management to discuss, at a minimum, the following:<br><br>  i.   Open issues<br>  ii.  Operating performance and KPIs<br>  iii. Process productivity<br>  iv. Changes in tracking requirements<br>  v.  Billing requirements | | |

## Transition Plan

The Insurance Tracker is responsible for providing a transition plan as an attachment. The transition plan shall detail the timing associated with:

- Moving loans to the new tracking structure

- Implementing the specified reporting

- Tracking KPIs

- Executing the specified governance model

The transition plan attachment is also the area where any improvements to the Lender Placed Insurance processes in the steady state shall be proposed. The transition plan shall include, but not be limited to the requirements listed below.

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 6.1.1.1 | Insurance Tracker must provide a detailed plan on how it intends to implement the proposed services. Insurance Tracker must clearly outline Fannie Mae responsibilities, Servicer responsibilities, and Insurance Tracking agent responsibilities in each phase of the implementation. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_5611_TransitionPlan" | | |

## Additional Questions

The following questions require the carrier to submit an open ended response rather than a comply/exception.

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | Response |
|---|---|---|
| 7.1.1.1 | **Qualification:** Describe your current tracking system capabilities and limitations. | |
| 7.1.1.2 | **Qualification:** How many loans do you currently track? | |
| 7.1.1.3 | **Qualification:** How many FTE's are currently in your Insurance Tracking division? | |
| 7.1.1.4 | **Qualification:** How many residential properties are currently being monitored by your Insurance Tracking division? | |
| 7.1.1.5 | **Qualification:** Please list all of your relevant industry certifications. | |
| 7.1.1.6 | **Qualification:** What is your total revenue of your Insurance Tracking division? | |
| 7.1.1.7 | **Qualification:** For how many customers do you provide Insurance Tracking? Please list your 10 largest Insurance Tracking customers by number of loans. | |
| 7.1.1.8 | **Transition:** Provide a description and any proposed solutions to optimize and improve the Insurance Tracking process over time once it reaches a steady state. | |
| 7.1.1.9 | **Transition:** Detail any data or reports that Lender Placed Insurer will make available to Fannie Mae and Servicer during the transition. | |
| 7.1.1.10 | **Transition:** Describe how the governance model will be implemented (See Section: 5.6). | |
| 7.1.1.11 | **Transition:** Do you currently bundle other services with Insurance Tracking (e.g., tax)? If so, explain how such services would be unbundled from tracking if requested. | |
| 7.1.1.12 | **Technology:** What IT systems, technology, and software do you plan on using to deliver Insurance Tracking? Please provide a description of all systems and software, if the software is 3rd party or developed in-house, and if 3rd party the length of your current licensing agreement. | |
| 7.1.1.13 | **Technology:** What is the size of your current IT staff? | |
| 7.1.1.14 | **Operations:** Do you provide cover the claims cost if there is a mistake in the tracking process that results in a coverage lapse? | |
| 7.1.1.15 | **Partners:** Please list all partner or affiliate companies that were used to obtain pricing for this RFP proposal and what services they plan on providing. | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | Response |
|---|---|---|
| 7.1.1.16 | **Reporting:** Describe how KPIs will be tracked and the reporting requirements will be implemented (See Section 5.3). | |
| 7.1.1.17 | **Governance:** Detail the staffing plan and account management team that will serve Servicers and Fannie Mae (e.g., Name, Title, Location, Role). | |
| 7.1.1.18 | **Alternative Solution:** What other products and services could you recommend (e.g., non-insurance Tracking products/services) that would help Fannie Mae to achieve the goals as stated in this RFP? | |
| 7.1.1.19 | **Alternative Solution:** What tracking techniques do you propose in order to limit demand for Lender Placed Insurance? | |

**RFP Requirements and Response Template**                    **March 6, 2012**

## Voluntary Insurance Lettering Program

Fannie Mae wishes to encourage homeowners to utilize voluntary insurance whenever possible. To accomplish this, Fannie Mae is seeking information to assess Provider's capabilities to conduct a targeted lettering program to contact homeowners who are currently utilizing Lender Placed Insurance and provide them with a rate quote for Voluntary Insurance. Respondents to this section ("Lettering Program Lead") will be responsible for structuring the program, obtaining the necessary Voluntary Insurance quotes, sending letters to homeowners, and processing the responses.

## Program Requirements

The following are the general requirements related to the Voluntary Insurance Lettering Program.

### 6.1.1   General Requirements

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 1.1.1.1 | Lettering Program Lead shall integrate with Servicers' and Trackers' systems to gather data of all homeowners who are utilizing Lender Placed Insurance. | | |
| 1.1.1.2 | Lettering Program Lead shall create a Voluntary Insurance quote that can be provided to homeowners who are currently utilizing Lender Placed Insurance based on the information gathered from Servicers and Insurance Trackers. | | |
| 1.1.1.3 | The Voluntary Insurance quote offered by the Lettering Program Lead must be market competitive for a policy of a similar type and risk. | | |
| 1.1.1.4 | The Voluntary Insurance quote offered by the Lettering Program Lead shall be commercially reasonable based on policy type and risk characteristics. | | |
| 1.1.1.5 | Lettering Program Leads shall devise a lettering cycle to best reach homeowners with Lender Placed Insurance to notify them of the benefits and savings from switching to a Voluntary Insurance policy. | | |
| 1.1.1.6 | If a homeowner chooses to sign up for Voluntary Insurance the Lettering Program Lead shall take the necessary steps to cancel the homeowners Lender Placed Insurance and provide a voluntary policy to the homeowner. | | |
| 1.1.1.7 | Lettering Program Leads must follow all applicable federal, state and local laws, regulations, ordinances and requirements when contacting homeowners and offering Voluntary Insurance. | | |
| 1.1.1.8 | Maintain insurance policy documentation and data security as required by the Fannie Mae Guidelines, Part II, Section 209.03: Data Files in Lieu of Policies (Attachment B). | | |

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 1.1.1.9 | Ensure that all Fannie Mae, Servicer, and Homeowner data is securely protected and that such protections apply to any data potentially transmitted to third party voluntary insurance firms. | | |

## 6.1.2   *Requested Voluntary Insurance Products*

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 1.2.1.1 | Lettering Program Lead shall offer voluntary hazard insurance to homeowners with lender placed hazard insurance. Hazard Insurance must comply with federal, state, local laws, regulations, requirements and ordinances as well as Fannie Mae Guidelines, Part II, Chapter 2: Hazard Insurance (Attachment B). | | |
| 1.2.1.2 | Lettering Program Lead shall offer voluntary flood insurance to homeowners with lender placed flood insurance. Flood Insurance must comply with federal, state, local laws, regulations, requirements and ordinances as well as Fannie Mae Guidelines, Part II, Chapter 3: Flood Insurance (Attachment B). | | |

## Performance and Reporting

Fannie Mae will require Lettering Program Lead to submit standardized reports on a regular basis. Fannie Mae requests that Lettering Program Leads respond to this RFP with a full range of sample operational and management reports with summary information as to the intended use of such reports.

| Reference | Requirement | C/E | Exception |
|-----------|-------------|-----|-----------|
| 2.1.1.1 | Lettering Program Lead shall provide monthly management reports to Fannie Mae, which at a minimum include:<br><br>• Number of letters sent by state<br><br>• Conversion ratio of Lender Placed Insurance to Voluntary Insurance by state<br><br>• Average price of voluntary insurance offered by state | | |

## Pricing and Payment

**RFP Requirements and Response Template**                    **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 3.1.1.1 | The Voluntary Insurance Lettering Program will be provided at no cost to Fannie Mae. Fannie Mae will not dictate the terms of payment among the various parties involved in the program (e.g., Lettering Program Lead and Voluntary Insurance Providers) as long as the program meets the requirements stated in this section, particularly as it relates to the insurance cost requirement stated in section 6.1.1.4. | | |

**4.1 Governance**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 4.1.1.1 | Lettering Program Lead will provide Fannie Mae with a single global point of contact with ultimate decision-making authority and responsibility for the overall Fannie Mae – Lettering Program Lead relationship. | | |
| 4.1.1.2 | Lettering Program Lead to provide escalation procedures that Fannie Mae, Servicer, Insurance Tracker, and Lender Placed Insurer would employ for any issues both in a steady-state and during transition. The procedures shall, at a minimum, include:<br><br>  i.   Escalation contacts (name, title, role, e<br>  ii.  mail and phone numbers)<br>  iii. Time intervals for escalation<br>  iv. Levels of escalation | | |
| 4.1.1.3 | Lettering Program Lead, at Fannie Mae's request, will meet with Fannie Mae management to discuss, at a minimum, the following:<br><br>  i.   Open issues<br>  ii.  Operating performance<br>  iii. Process productivity<br>  iv. Changes in program requirements | | |

**4.2 Transition Plan**

The Lettering Program Lead is responsible for providing a transition plan as an attachment. The transition plan shall detail the timing associated with:

- Integrating with Servicers and Insurance Trackers systems
- Creating, testing, and optimizing letter cycle
- Implementing reporting
- Executing the specified governance model

The transition plan attachment is also the area where any improvements to the processes in the steady state shall be proposed. The transition plan shall include, but not be limited to the requirements listed below.

**RFP Requirements and Response Template**                          **March 6, 2012**

| Reference | Requirement | C/E | Exception |
|---|---|---|---|
| 5.1.1.1 | Lettering Program Lead must provide a detailed plan as an attachment on how it intends to implement the proposed services. Lettering Program Lead must clearly outline the responsibilities of Fannie Mae, Servicer, Insurance Tracker, Lender Placed Insurer, Voluntary Insurer and Lettering Program Lead in each phase of the implementation. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_6511_TransitionPlan" | | |

**Section 6 Questions**

The following questions require the carrier to submit an open ended response rather than a comply/exception.

| Reference | Requirement | Response |
|---|---|---|
| 6.1.1.1 | **Qualification:** Describe in detail any efforts currently undertaken by the Provider to reduce Lender Placed Insurance and encourage Voluntary Insurance. If there is a program similar to the one described in Section 6, please provide attachments describing how it works and any empirical data highlighting its success. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_6611_PastExperience" | |
| 6.1.1.2 | **Product:** Lettering Program Lead shall submit an attachment with their standard voluntary hazard insurance policy. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_6612_VoluntaryPolicy" | |
| 6.1.1.3 | **Product:** Lettering Program Lead shall submit an attachment with their standard voluntary flood insurance policy. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_6613_FloodPolicy" | |
| 6.1.1.4 | **Operations:** Provide an attachment that describes in detail how the Voluntary Insurance Lettering Program would operate. Attachment shall be submitted to the Attachments section of Fannie Mae's E-Sourcing Tool and titled "[Provider Name]_6614_Operations" | |
| 6.1.1.5 | **Reporting:** Describe how any Voluntary Insurance rates quoted to homeowners will be benchmarked against market averages to verify market competitiveness. Furthermore, indicate how such information will be reported to Fannie Mae. | |
| 6.1.1.6 | **Reporting:** Describe how reporting requirements will be implemented. | |

**RFP Requirements and Response Template**     **March 6, 2012**

| Reference | Requirement | Response |
|-----------|-------------|----------|
| 6.1.1.7 | **Security:** If you must contract with a third party voluntary insurance firm to offer rate quotes describe what information you would have to provide that third party and what steps will be taken to protect all Fannie Mae, Servicer, and Homeowner data. | |
| 6.1.1.8 | **Governance:** Describe how the governance model will be implemented. | |
| 6.1.1.9 | **Alternative Solution:** Provide a description of any alternative solutions to decrease Lender Placed Insurance and increase Voluntary Insurance. | |

Fannie Mae Confidential

**RFP Requirements and Response Template**                    **March 6, 2012**

## Glossary

1.   **Critical Performance Indicator:** A calculated metric that indicates Provider performance and is tied to a minimum service level. Similar to a Key Performance Indicator, except failure of a critical Performance Indicator results in a performance credit.

2.   **DP-3 Policy Form:** An insurance policy form which provides an 'all risk' or 'open perils' coverage, which covers all damages unless specifically excluded in the language of the policy itself.

3.   **Evidence of Insurance Coverage:** Evidence of Insurance coverage is defined in the Fannie Mae Guidelines Part II, Chapter 2, Section 209: Evidence of Insurance (Attachment B).

4.   **Expected Service Level:** The level of performance that Fannie Mae expects a contractor to reach and sustain over the period of the agreement.

5.   **Extended Coverage Endorsements (ECE):** Extension of coverage available under the standard fire policy that covers events such as windstorm, civil commotion, smoke, aircraft and vehicle damage, and explosion.

6.   **Fannie Mae Guidelines:** Refers to the Fannie Mae Servicer *Guide* that contains the standard requirements for servicing all Fannie Mae-owned or Fannie Mae-securitized mortgages (Attachment B).

7.   **Force Placed Insurance (FPI):** In the context of this RFP, the same as Lender Placed Insurance.

8.   **Insurance Tracker:** Provider responsible for tracking homeowners Voluntary Insurance, and when Voluntary Insurance cannot be found notifying the Servicer and Lender Placed Insurer.

9.   **Key Performance Indicator:** A calculated metric that indicates Provider performance and is tied to a minimum service level. Failure of a Key Performance Indicator can result in an executive meeting.

10.  **Key Performance Indicators (KPIs):** A measure used by an organization to evaluate an activity that is considered critical to operational success. For purposes of this RFP, KPIs do not have Performance Credits associated with them.

11.  **Lender Placed Insurance (LPI):** Purchased by a lender from a specialized insurance company to cover the value of the lender's interest in a property in the event of damage caused by hazards not covered by homeowner-purchased Voluntary Insurance (if any).

12.  **Letter of Map Amendment (LOMA):** A FEMA-issued document that officially removes a property from a SFHA.

13.  **Lender Placed Insurer:** The provider of lender placed insurance to the homeowner.

14.  **Letter of Map Revision (LOMR):** A FEMA-issued modification to an effective Flood Insurance Rate Map (FIRM), or Flood Boundary and Floodway Map (FBFM), or both. LOMRs are generally based on the implementation of physical measures that affect the hydrologic or hydraulic characteristics of a flooding source and thus result in the modification of the existing regulatory floodway, the effective Base Flood Elevations (BFEs), or the Special Flood Hazard Area (SFHA).

15.  **Lettering Program Lead:** Provider responsible for managing the Voluntary Insurance Lettering Program.

16.  **Loss Ratio:** The total aggregate premiums over the total claims paid for over the life of a Lender Placed Insurance policy.

17.  **Minimum Service Level:** The level of performance below which is unacceptable to Fannie Mae and may result in performance credits paid to Fannie Mae by the Provider.

**RFP Requirements and Response Template**                              **March 6, 2012**

18.    **National Flood Insurance Program:** A program created in 1968 through the National Flood Insurance Act (P.L. 90-448). The program enables property owners in participating communities to purchase insurance from the government against losses from flooding.

19.    **Performance Credit:** A financial amount paid by the Provider directly to Fannie Mae following a failure of a CPI.

20.    **Performance Indicator:** A calculated metric that indicates Provider performance and is tied to a minimum service level. There are two types of Performance Indicators: Key Performance Indicators and Critical Performance Indicators.

21.    **Proof of Loss:** This form is used by the policyholder to make their statement of the amount claimed and then signed and sworn along with details of the Loss.

22.    **Provider:** A bidder of any section of this RFP.

23.    **Real Estate Owned (REO):** Owned by Fannie Mae after a foreclosure with the common case being that the amount owed is higher than the current market value of this property.

24.    **Service Level Agreements (SLAs):** A negotiated agreement between two parties, where one (1) is the customer and the other is the service Provider. The SLA records a common understanding about services, priorities, responsibilities, guarantees, and warranties.

25.    **Servicer:** Representatives of Fannie Mae who are responsible for collecting, monitoring and reporting loan payments in addition to handling property taxes, insurance escrows, and other related activities.

26.    **Special Flood Hazard Area (SFHA):** Identified by FEMA as a high-risk flood area that every property owner is expected to purchase flood insurance. This area is often referred to as the 100 year flood plain since in any given year the probability of flood damage to properties is one (1) percent.

27.    **Tracking Services:** Monitoring a loan to ensure that it has proper insurance that meet Fannie Mae guidelines.

28.    **Voluntary Insurance:** Refers to hazard insurance purchased by a homeowner (in contrast to Lender Placed Insurance that is purchased by a lender).

**RFP Requirements and Response Template**                    **March 6, 2012**

## Appendix and Attachments

### General

#### 8.1.1   *Attachment A Fannie Mae Portfolio*

An excel document that contains details about Fannie Mae's portfolio by zip code

#### 8.1.2   *Attachment B Fannie Mae Guidelines*

The current Fannie Mae Guidelines document, which is subject to periodic updates

### Lender Placed Insurance

#### 8.2.1   *Attachment C Insurance Pricing Sheet*

The excel template where Providers will submit their pricing for Lender Placed Insurance by product type and state

#### 8.2.2   *Attachment D Insurance Performance Indicator Calculations*

A template where Providers will document their proposed methodology to calculate performance indicators

#### 8.2.3   *Attachment E Acceptable Insurance Exclusions*

Fannie Mae acceptable insurance exclusions

#### 8.2.4   *Attachment F Definitions of Insurance Tiers by County*

Definitions of Insurance Tiers by county to calculate pricing

#### 8.2.5                       *Attachment G FEMA Flood Guidelines*

FEMA Flood guidelines, which outline Flood zones for pricing

### Insurance Tracking

#### 8.3.1   *Attachment H Tracking Pricing Sheet*

The excel template where Providers will submit their pricing for Tracking Services

#### 8.3.2   *Attachment I Tracking Performance Indicator Calculations*

A template where Insurance Trackers will document their proposed methodology to calculate performance indicators

# EXHIBIT 65

BILLING CODE:  8070-01P

**FEDERAL HOUSING FINANCE AGENCY**

No. 2013-N-05

**Lender Placed Insurance, Terms and Conditions**

**AGENCY:** Federal Housing Finance Agency.

**ACTION:** Notice; input accepted.

This Notice sets forth an approach to address certain practices relating to lender placed insurance that the Federal Housing Finance Agency (FHFA) considers contrary to prudent business practice, to appropriate administration of Fannie Mae and Freddie Mac (the Enterprises) guaranteed loans, and which expose the Enterprises to potential losses as well as litigation and reputation risks.  While FHFA plans a broader review of issues relating to the market for lender placed insurance, that includes receiving input from government and private sector parties, the practices that are addressed here are considered sufficiently distinct as to merit early action by the Agency acting as Conservator for the Enterprises.

**Background**

The FHFA oversees the operations of Fannie Mae and Freddie Mac.  The Enterprises are in conservatorships, and, as Conservator, FHFA has statutory obligations in its conduct of the conservatorships, including preserving and conserving assets.[1]  The Enterprises have diverse relationships with seller-servicers, ranging from loan originations to the administration of properties in default.  These relationships are

---

[1] The duties and authorities of the Conservator are set forth primarily at 12 U.S.C. 4617.

governed by their seller-servicer guides and, in certain cases, by individual contracts. Part of the administration by servicers of the interests of the Enterprises relate to the maintenance of properties.

Lender placed (or forced place) insurance involves the imposition of property and casualty insurance on a property that does not have the coverage required by their mortgage instruments. This commonly occurs due to lapse of voluntary insurance coverage for non-payment of premium. The absence of coverage triggers notifications to borrowers advising them of the need to provide proof of adequate coverage and warning that, in the absence of this proof, insurance will be forced placed, possibly at higher rates and with diminished coverage.

Protection of property values is important to homeowners, communities, and to the Enterprises. At the same time, provision of such insurance products at an appropriate cost is of concern as well. Reportedly, premiums for lender placed insurance are generally double those for voluntary insurance and, in certain instances, significantly higher. FHFA recognizes that some greater risks are involved with lender placed insurance and that lender placed insurance carriers do not have the opportunity to underwrite the properties they insure, however, the multiples involved may not reflect claims experience and other measures. Loss ratios for lender placed insurance are significantly below those for voluntary hazard insurance and some states already have required or have considered rate reductions of 30 percent or more.

The Enterprises, operating in conservatorship and supported by taxpayers, may be affected by such costs where a servicer pays the higher premiums and is unable to recoup the cost from the homeowner or at a foreclosure sale, and the expense is passed along to

2

the Enterprise for reimbursement.

In the wake of the financial crisis, demands for lender placed insurance have risen and, as a result, so have Enterprise expenses related to such coverage. Concerns about lender placed insurance costs, compensation, and practices have been raised by the National Association of Insurance Commissioners, state regulators, the Consumer Financial Protection Bureau, state attorneys general, and consumer organizations. Generally, the focus has centered on excessive rates and costs passed onto borrowers, as well as commissions and other compensation paid to servicers by carriers.

In order to keep lender placed insurance costs to the Enterprises as low as possible, practices that provide incentives for or do not deter higher costs should be avoided.

**Approach to Certain Lender Placed Insurance Practices**

For mortgages that the Enterprises purchase or guarantee, FHFA anticipates that the Enterprises will put in place restriction on lender placed insurance practices enumerated below. Before any such restrictions take effect, FHFA seeks input from the public and interested parties for 60 days from the publication of this Notice. After considering input received, FHFA will determine what elements of the restrictions may or may not be maintained, amended or revised in its direction to the Enterprises. Four months subsequent to the receipt of such input, and in consultation with the Conservator, Fannie Mae and Freddie Mac will provide aligned guidance to sellers and servicers, including implementation schedules related to these particular lender placed insurance practices.[2]

---

[2] Actions by the Enterprises only affect loans that they purchase or guarantee; their seller-servicer guides have no effect on practices of insurers except for dealings with the Enterprises.

3

The specific practices related to lender placed insurance that FHFA has determined pose risks to the Enterprises or run contrary to the duties of the Conservator and for which actions are specified are practices where there are concerns regarding conflicts between parties to the insurance agreement, including:

1. Certain Sales Commissions. The Enterprises shall prohibit sellers and servicers from receiving, directly or indirectly, remuneration associated with placing coverage with or maintaining placement with particular insurance providers.

2. Certain Reinsurance Activities. The Enterprises shall prohibit sellers and servicers from receiving, directly or indirectly, remuneration associated with an insurance provider ceding premiums to a reinsurer that is owned by, affiliated with or controlled by the sellers or servicer.

**Input**

FHFA invites input from any person with views on the planned practice limitations set forth above. FHFA also invites input on enhancing the transparency and consumer and investor protections related to lender placed insurance as well as regarding other practices that may operate to the detriment of the Enterprises operating in conservatorships. Further, FHFA is interested in whether there is data or information that would run contrary to the intended results sought by FHFA. Finally, FHFA is interested in the amount of time and difficulties associated with altering contracts between contractors and Enterprise servicers as would result from the planned approach.

FHFA will accept public input through its Office of Housing and Regulatory Policy (OHRP), no later than [INSERT DATE 60 DAYS AFTER PUBLICATION IN THE FEDERAL REGISTER], as the agency moves forward with its deliberations on

4

appropriate action.  Communications may be addressed to Federal Housing Finance

Agency, OHRP, Constitution Center, 400 Seventh Street SW., Ninth Floor, Washington,

DC 20024, or emailed to LPIinput@fhfa.gov.  Communications to FHFA may be made

public and posted without change on the FHFA Web site at http://www.fhfa.gov, and

would include any personal information provided, such as name, address (mailing and

email), and telephone numbers.


Edward J. DeMarco,
Acting Director, Federal Housing Finance Agency.

3-25-2013
Date

5

# EXHIBIT 66

**CHASE** 

**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA  30362
Insurance Processing Center

November 5, 2010

COLIN F MACKINNON
TERRIE J MACKINNON
9139 OVIEDO ST
SAN DIEGO, CA  92129

## NOTICE OF PLACEMENT OF HAZARD INSURANCE
## PLEASE READ CAREFULLY

SUBJECT:   **Important**  Missing Insurance Information
Loan Number:    REDACTED
Property Location:   9139 OVIEDO ST
SAN DIEGO, CA  92129

Dear COLIN F MACKINNON:

We previously sent you letters advising that we had no evidence that your property was insured. We emphasized the need for you to furnish us with proof of continuous hazard insurance coverage. To date we have not received a response to our request and, as a result, we have purchased a limited hazard insurance policy at your expense. Enclosed is the insurance policy showing the coverage and premium amounts. The terms of your mortgage or deed of trust permit us to purchase coverage in these circumstances. We have charged your escrow account the premium due for the insurance we obtained. If you did not have an escrow account, we established one for you. In either case, your monthly payment amount will increase.

As we indicated in previous letters to you:

- The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own. The higher cost is because the insurance we purchase is issued automatically without evaluating the risk of insuring your property. The premium for the insurance coverage is $1,782.00. You can determine the difference in the cost by comparing this amount to the cost an insurance agent or an insurance company will charge for an insurance policy.

- The hazard insurance we obtained is primarily for the benefit of the person or company who presently owns your mortgage loan. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because the person or company that owns your loan will be paid first.

- The hazard insurance we obtained will cover <u>only</u> the structure of your home (i.e., the walls, floors, roof and anything permanently attached).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.

  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.

  - It will <u>not</u> cover any liability to you personally for someone who is injured while on your property.

2102H3-0810

- The hazard insurance we obtained is limited and will not cover any amounts you feel your home is worth in excess of the last amount of dwelling coverage that you obtained and we entered on our records. If we do not know the last amount of insurance coverage you had, we will purchase coverage in the amount of the unpaid principal balance of your loan on the date we requested the insurance coverage to begin. If you believe that the amount of coverage shown in the enclosed policy exceeds the value of the home, please call our Insurance Center at 1-877-530-8951.

When Chase purchases insurance for you, an affiliate of Chase may benefit. This benefit may occur because the insurance company will transfer some or all of the risk under the policy to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

You may still obtain your own insurance coverage and we strongly recommend that you do so. This will allow you to choose a policy that meets your needs from a company that you select. Your choice of an insurance company or agent will not affect our credit decisions in any way. If you purchase your own insurance, please send evidence of coverage immediately to the address below or you may fax a copy of your policy to 1-678-475-8799. Your policy must show the standard mortgagee clause listed below and your loan number. The standard mortgagee clause reads exactly as:

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

Once you obtain your own insurance, we will cancel the limited insurance we obtained and replace it with yours. We will charge you for the coverage we obtained only for the time the coverage was in effect. If you are due a refund, your escrow account will be credited.

If you or your insurance agent have any questions about your obligation to provide evidence of insurance or any information in this letter, please call the Insurance Processing Center at 1-877-530-8951.

Sincerely,

Insurance Processing Center

**Important Bankruptcy Information**
If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

2102H3-0810

# EXHIBIT 67



**Chase Home Finance LLC**
P.O. BOX 47020
DORAVILLE, GA  30362
Insurance Processing Center

May 2, 2010


ANDREA J NORTH
HELEN H WOO
3792 BIDWELL DR
YORBA LINDA, CA 92886


## NOTICE OF PLACEMENT OF INSURANCE
### PLEASE READ CAREFULLY

SUBJECT:    Loan Number:      REDACTED
            Property Location: 3792 BIDWELL DR
                              YORBA LINDA, CA 92886


Dear Customer(s):

Enclosed is a policy that renews your lender-placed insurance policy. We originally placed this policy on your house because acceptable proof of coverage was not provided to us. The annual renewal premium is shown below and on the enclosed policy. This premium will be charged to your escrow account.

Your mortgage or deed of trust permits us to obtain this insurance at your expense. The terms and conditions of your mortgage require you to maintain hazard insurance coverage on your property that is acceptable to the lender. We obtained this insurance for you, which will remain in place until you provide us with a copy of acceptable hazard insurance coverage for your property. For the reasons discussed in this letter, we urge you to obtain your own insurance. This will allow you to choose a policy that meets your needs from a company that you select. You are likely to save a substantial amount if you do so. Your choice of an insurance company or agent will not affect our credit decisions in any way. The insurance company must, however, have a minimum rating from A.M. Best Company of "A" or better

As a reminder to you:

* The cost of the insurance we obtained for you is likely to be much higher than insurance you purchase on your own. A major reason for the higher cost is that the insurance we obtained is issued automatically, without evaluating the risk characteristic of the property. The premium for the insurance coverage is $5,377.00. You should compare this cost to what an insurance company would charge you for your own insurance policy.

* The insurance coverage we obtained is primarily for the benefit of the person or company who presently owns your mortgage loan. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer.

* The coverage we obtained covers only the structure of your home (i.e., the walls, floor, roof and anything permanently attached).

    * It will not cover your furniture or any of your other personal belongings.

    * It will not cover the cost of temporarily living outside your home because it was damaged and is being repaired.

    * It will not cover any liability to you personally for someone who is injured while on your property.

2102H4-0509

SFD   OWNER OCCUPIED

**RENEWAL**

**AMERICAN SECURITY INSURANCE COMPANY**
PO BOX 50355, ATLANTA, GA 30302
(770) 763-1000
**RESIDENTIAL PROPERTY**
**ADDITIONAL INSURED ENDORSEMENT**

POLICY NUMBER:
REDACTED

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09746 | 0004 | 0000 | CA |

ADDITIONAL INSURED-Name and Address (Street No., City, State, Zip)

ANDREA J NORTH
HELEN H WOO
3792 BIDWELL DR
YORBA LINDA, CA  92886

NAMED INSURED/MORTGAGEE-Name and Address

CHASE HOME FINANCE LLC
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 47020
DORAVILLE, GA  30362

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 04/23/2010     EXPIRATION DATE: 04/23/2011 | DWELLING | $700,122 | $5,377.00 |
| EFFECTIVE TIME:   NOON ☐   12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) 3792 BIDWELL DR YORBA LINDA, CA  92886 | | | |
| | | | |
| SECURITY INTEREST: | | | |
| The limit of liability for this structure is based on an estimate of the cost to rebuild your home, including an approximate cost for labor and materials in your area, and specific information that you have provided about your home. | | | |
| THIS POLICY DOES NOT INCLUDE BUILDING CODE UPGRADE COVERAGE | | ANNUAL PREMIUM AMOUNT | $5,377.00 |
| | | ANNUAL TOTAL CHARGED | $5,377.00 |

Forms and endorsements which are made a part of this policy at time of issue
MSP-RES(5-91),MSP-RES(8-88),CA-NOT-2(1-05),ECAF2520(5-02),MSP-RES-AMEND-END (12-06)
N8121(9-06),N9887 (10-09),CP13000A-R(3-09)

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

    a. The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

    b. The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

    c. Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

**Deductibles:**
With respect to all perils except Theft or Vandalism and Malicious Mischief, the sum of $500 shall be deducted from the amount which would otherwise be recoverable for each loss separately occurring. With respect to Theft or Vandalism and Malicious $500 per loss deductible applies. With respect to vacant property a $1,000 per loss deductible applies for Theft or Vandalism and Malicious Mischief.

ALL OTHER INQUIRIES
1-877-530-8951

CLAIMS INFORMATION ONLY
1-800-326-2845

Counersignature Date
05/02/2010

Agency at

PMS-A(Rev.3/02)

GE3291

Authorized Representative

# EXHIBIT 68

**CHASE ◻**
JPMorgan Chase Bank, N.A.
P.O. BOX 47020
ATLANTA, GA  30362
Insurance Processing Center


January 19, 2012


LEAMON E LEGER JR
PATRICIA A LEGER
1118 ENSLEY CT
NORTH PORT, FL  34288


### WARNING - NOTICE OF PLACEMENT/RENEWAL OF HAZARD INSURANCE
### PLEASE READ CAREFULLY – ACTION REQUIRED

REDACTED

Subject: Loan Number:                                          Property Address:
         Hazard Insurance Expiration Date: 01/14/2012         2504 NODOSA DR
                                                              SARASOTA, FL  34232


Dear LEAMON E LEGER JR:

Enclosed is a renewal of your lender placed hazard insurance policy, which was obtained on your behalf. Please read the important information and instructions contained in this letter.

You are required to maintain continuous hazard insurance coverage on your property until you pay off your loan. Because you still have not provided proof of coverage, we have again purchased insurance on your property effective 01/14/2012.  The policy has a deductible (the amount of loss you would have to pay per claim) in the amount shown on the policy. Please read the policy carefully to make sure you understand its terms and conditions.

The enclosed renewal policy's annual premium of $3,988.68 has been billed to your escrow account. As a result, your monthly mortgage payment may increase. Failure to pay your full mortgage payment, including your escrow, may result in a late fee.

The annual insurance policy we purchased will remain in effect until you provide us with evidence of coverage, at which time the policy we obtained will be cancelled and you will receive a refund of any unearned premium, as calculated by the insurance company.  If the effective date of your coverage is on or before 01/14/2012 we will cancel the insurance we purchased without charging you any costs, interest or other charges. If the effective date is after 01/14/2012, you will only be charged for the number of days coverage was provided under the renewal policy we purchased.

We urge you to consider the following:

- **The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own.** This is because the hazard insurance we purchased is issued automatically without evaluating the risk of insuring your property. You can figure the difference in cost by comparing the premium shown above to the cost of an insurance policy from a company you select.


2102H4-0911

- The hazard insurance we obtained will cover only the structure of your home (for example, the building, walls, floors, roof and permanent attachments).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.
  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will <u>not</u> cover any liability to you or any mandatory liability insurance requirements imposed by state or local law.

- The hazard insurance we obtained will <u>not</u> cover any amounts you feel your home is worth in excess of $230,000. If you believe this amount of coverage does not accurately represent the value of your home, you should obtain a policy that meets your needs from a company you select.

- When we purchased insurance for you, the insurance company transferred a portion of the risk under the insurance policy or binder to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

We've again attached our "Property Insurance Requirements" notice which defines for you and your insurance agent the minimum standards we require. To provide us proof of coverage:

Contact your insurance agent to have your policy or declaration page sent to us. Ask your insurance agent to include the loan, property address and Mortgagee Clause/Lender's Loss Payable Endorsement and fax as soon as possible to fax number 1-678-475-8799, or mail the documents to:

> JPMORGAN CHASE BANK, N.A.
> ITS SUCCESSORS AND/OR ASSIGNS
> PO BOX 47020
> ATLANTA, GA  30362

Or, you may update your hazard insurance coverage information online at www.MyCoverageInfo.com, referencing REDACTED

We strongly recommend you obtain your own insurance coverage. This will allow you to choose a policy that meets your needs from a company you select. If you purchase your own insurance policy and would like assistance from Chase to pay the premium, contact us as soon as possible to make these arrangements. Chase will pay your future insurance payments through your established escrow account.

If you have questions, or need any additional information, call us toll-free at 1-877-530-8951. We are available to assist you 8:00 a.m. to midnight, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. on Friday Eastern Time; except for major holidays. Account information also is available online at www.Chase.com. Thank you for your prompt attention to this important matter.

Sincerely,

Insurance Processing Center

2102H4-0911

# EXHIBIT 69

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P.O. BOX 100564
FLORENCE, SC 29502-0564
Insurance Processing Center

February 29, 2012

CHAD KNOX
2725 PINE CONE DR
MELBOURNE, FL 32940-7492

**WARNING – NOTICE OF PLACEMENT OF HAZARD INSURANCE**
**PLEASE READ CAREFULLY – ACTION REQUIRED**

Subject: Loan Number: REDACTED                     Property Address:
            Hazard Insurance Expiration Date: 12/21/2011       2725 PINE CONE DR
                                                                MELBOURNE, FL 32940

Dear CHAD KNOX:

Although we have sent two prior requests for your hazard insurance policy information, we have not received proof of coverage. **Please read the important information and instructions contained in this letter.**

**You are required to maintain continuous hazard insurance coverage on your property until you pay off your loan. Because you did not provide proof of coverage, we have purchased insurance on your property effective 12/21/2011.** The policy has a deductible (the amount of loss you would have to pay per claim) in the amount shown on the policy. Please read the policy carefully to make sure you understand its terms and conditions.

The enclosed policy's annual premium of $2,466.45 has been billed to your escrow account. As a result, your monthly mortgage payment will increase. Failure to pay your full mortgage payment, including your escrow, may result in a late fee.

The annual insurance policy we purchased will remain in effect until you provide us with evidence of coverage, at which time the policy we obtained will be cancelled and you will receive a refund of any unearned premium, as calculated by the insurance company. If the effective date of your coverage is on or before 12/21/2011 we will cancel the insurance we purchased without charging you any costs, interest or other charges. If the effective date is after 12/21/2011, you will only be charged for the number of days coverage was provided under the policy we purchased.

As we indicated in previous letters to you:

- **The cost of the hazard insurance we obtained is likely to be much higher than insurance you could obtain on your own.** This is because the hazard insurance we purchased is issued automatically without evaluating the risk of insuring your property. You can figure the difference in cost by comparing the premium shown above to the cost of an insurance policy from a company you select.

2102H3-0911

- The hazard insurance we obtained will cover only the structure of your home (for example, the building, walls, floors, roof and permanent attachments).

  - It will <u>not</u> cover your furniture or any of your other personal belongings.
  - It will <u>not</u> cover the cost of temporarily living outside of your home because it was damaged and is being repaired.
  - It will <u>not</u> cover any liability to you or any mandatory liability insurance requirements imposed by state or local law.

- The hazard insurance we obtained will <u>not</u> cover any amounts you feel your home is worth in excess of $150,000. If you believe this amount of coverage does not accurately represent the value of your home, you should obtain a policy that meets your needs from a company you select.

- When we purchased insurance for you, the insurance company transferred a portion of the risk under the insurance policy or binder to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

Please note some homeowner's insurance policies may provide limited coverage for lenders in certain circumstances after your policy expires or is terminated. If your homeowner's policy provides this limited coverage, it is not acceptable to Chase and the hazard insurance we purchased is effective beginning on the date your policy expired or was terminated.

We've again attached our "Property Insurance Requirements" notice which defines for you and your insurance agent the minimum standards we require. To provide us proof of coverage:

Contact your insurance agent to have your policy or declaration page sent to us. Ask your insurance agent to include the loan number, property address and Mortgagee Clause/Lender's Loss Payable Endorsement and fax as soon as possible to fax number 1-678-475-8799, or mail the documents to:

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 100564
FLORENCE, SC  29502-0564

Or, you may update your hazard insurance coverage information online at <u>www.MyCoverageInfo.com</u>, referencing REDACTED

**We strongly recommend you obtain your own insurance coverage.** This will allow you to choose a policy that meets your needs from a company you select. If you purchase your own insurance policy and would like assistance from Chase to pay the premium, contact us as soon as possible to make these arrangements. Chase will establish an escrow account to pay your future insurance payments. If we establish an escrow account it will increase your monthly mortgage payment.

If you have questions, or need any additional information, call us toll-free at 1-877-530-8951. We are available to assist you 8:00 a.m. to midnight, Monday through Thursday, and 8:00 a.m. to 10:00 p.m. on Friday Eastern Time, except for major holidays. Account information also is available online at <u>www.Chase.com</u>. Thank you for your prompt attention to this important matter.

Sincerely,

Insurance Processing Center

## Property Insurance Requirements

Please provide this summary of Chase's insurance requirements to your insurance agent. Chase requires all borrowers to meet our minimum hazard insurance requirements. Any insurance you provide which does not meet these requirements is not acceptable to Chase.

| Single Family Residential Dwellings and Townhouses (1-4 Units) | Multi-Unit (5 or more units) Dwellings, Master Association Policies, Commercial Buildings and Course of Construction Properties |
|---|---|
| Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. | Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy in an amount equal to the replacement value of the improvements. Wind/Hail must be covered perils. |
| The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. | The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. |
| Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of "A" in Class II, "B" in Class III, or better.  Carriers rated by Demotech, Inc. must have an "A" or better rating in Demotech's Hazard Insurance Financial Stability Ratings. | Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of at least "A" in Class V. Carriers rated by Demotech, Inc. must have an "A" or better rating in Demotech's Hazard Insurance Financial Stability Ratings. |
| The insurer must be licensed to do business in the state where the property is located. | The insurer must be licensed to do business in the state where the property is located. |
| Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. | Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. Policy for Multi-Unit Dwellings and Commercial Buildings must contain coverage equal to or broader than Fire and Extended Coverage with Vandalism and Malicious Mischief. |

A Mortgagee Clause/Lender's Loss Payable Endorsement must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to the cancellation of insurance. The mortgagee clause should read as follows:

> JPMORGAN CHASE BANK, N.A.
> ITS SUCCESSORS AND/OR ASSIGNS
> P.O. BOX 100564
> FLORENCE, SC  29502-0564

If you or your insurance agent/broker has any questions, please feel free to contact us at 1-877-530-8951.

SFD   OWNER OCCUPIED

| AGENCY | | | |
|---|---|---|---|
| Major | Sub | Minor | State |
| 09752 | 0009 | 0000 | FL |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
**770-763-1000**
RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

POLICY NUMBER:   REDACTED

ADDITIONAL INSURED -Name and Address (Street No., City, State, Zip)

CHAD KNOX
2725 PINE CONE DR
MELBOURNE, FL 32940-7492

NAMED INSURED MORTGAGEE-Name and Address

JPMORGAN CHASE BANK, N.A.
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 100564
FLORENCE, SC 29502-0564

LOAN NUMBER: REDACTED

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| POLICY PERIOD ONE YEAR | COVERAGES | LIMITS OF LIABILITY | PREMIUM |
|---|---|---|---|
| EFFECTIVE DATE: 12/21/2011   EXPIRATION DATE: 12/21/2012 | Dwelling | $150,000 | $2,411.00 |
| EFFECTIVE TIME:   NOON ☐   12:01 A.M. ☒ | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | |
| 2725 PINE CONE DR MELBOURNE, FL 32940 | | | |
| | | | |
| | CPIC ASSESSMENT | 0.01000 | $24.11 |
| | FHCF ASSESSMENT | 0.01300 | $31.34 |
| | | | |
| | ANNUAL PREMIUM AMOUNT | | $2,411.00 |
| | ANNUAL TOTAL CHARGED | | $2,466.45 |

Forms and endorsements which are made a part of this policy at time of issue:

MSP-RES-J(11-07),MSP-RES(8-88),MSP-RES-FL-SH(01/07),MSP-RES-FLAEND(08-10)
MSP-RC-WHH-END(9-06)

Subject to the terms and provisions of the Mortgage Service Program, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.

b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.

c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

Deductibles - applies separately to each building or structure, per loss: $500 Occupied $1,000 Vacant or Unoccupied

**A deductible of 2 % of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the perils of Windstorm or Hail.**

**A deductible of 2% of the Coverage Amount or $2,000, whichever is greater, applies for loss caused by the peril of Hurricane.**

ALL OTHER INQUIRIES: 1-877-530-8951         CLAIMS INFORMATION ONLY: 1-800-326-7781

# "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at

PMS-A FL 0906

Issue Date
02/29/2012

GE3981
04/24/07

# AMERICAN SECURITY INSURANCE COMPANY

### P.O. BOX 50355, ATLANTA, GA 30302

A STOCK INSURANCE COMPANY
HEREIN CALLED THE COMPANY
INCORPORATED UNDER
THE LAWS OF DELAWARE

**READ YOUR POLICY CAREFULLY**

**Residential Policy**

**This policy only covers buildings and structures. Please read your policy and all endorsements carefully.**

THIS POLICY JACKET TOGETHER WITH THE DWELLING FORM AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETES THIS POLICY.

# YOUR RESIDENTIAL DWELLING POLICY

## QUICK REFERENCE

## ADDITIONAL INSURED ENDORSEMENT

Your Name
Location of Your Residence
Policy Period
Coverages
Amounts of Insurance
Deductible

| | Beginning On Page | | | Beginning On Page |
|---|---|---|---|---|
| AGREEMENT | 1 | | Our Option | 6 |
| DEFINITIONS | 1 | | Reinstatement | 6 |
| COVERAGES | 1 | | Loss to a Pair or Set | 6 |
| PERILS INSURED AGAINST | 1 | | Glass Replacement | 6 |
| Other Coverages | 3 | | Loss Payment | 6 |
| Other Structures | 3 | | Appraisal | 6 |
| Debris Removal | 3 | | Our Rights of Recovery | 6 |
| Reasonable Repairs | 3 | | Suit Against Us | 7 |
| Property Removed | 4 | | Abandonment of Property | 7 |
| Collapse | 4 | | No Benefit to Bailee | 7 |
| CONDITIONS | 4 | | Cancellation | 7 |
| Policy Period | 4 | | Return of Premium | 7 |
| Other Insurance | 4 | | Liberalization Clause | 7 |
| Insurance Interests & Limits of Liability | 4 | | Waiver of Change of Policy Provisions | 7 |
| Concealment or Fraud | 5 | | Assignment | 7 |
| Your Duties After Loss | 5 | | | |
| Loss Settlement | 5 | | | |
| Salvage and Recoveries | 6 | | | |

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES (8-88)

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.  Property Covered
    We cover:
    a.  the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;
    b.  structures attached to the dwelling;
    c.  materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and
    d.  if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.  Property Not Covered
    a.  Personal Property of any kind.
    b.  Outdoor trees, shrubs, plants, and lawns.
    c.  Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
    d.  Cost of excavations, grading or filling.
    e.  Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
    f.  Pilings, piers, pipes, flues, and drains which are underground.
    g.  Pilings which are below the low water mark.
    h.  Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:
1.  We do not insure for loss involving collapse, other than as provided in Other Coverages 5. However, any ensuing loss not excluded or excepted is covered.
2.  We do not insure for loss caused by:
    a.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1)  fence, pavement, patio or swimming pool;
        (2)  foundation, retaining wall or bulkhead; or
        (3)  pier, wharf or dock;

   b.  theft in or to a dwelling under construction, or of materials and supplies for use in the
       construction until the dwelling is finished and occupied;
   c.  constant or repeated seepage or leakage of water or steam over a period of weeks,
       months or years from within a plumbing, heating, air conditioning, or automatic fire
       protective sprinkler system or from within a household appliance;
   d.  (1) wear and tear, marring, deterioration;
       (2) inherent vice, latent defect, mechanical breakdown;
       (3) smog-rust, mold, wet or dry rot;
       (4) smoke from agricultural smudging or industrial operations;
       (5) release, discharge or dispersal of contaminants or pollutants;
       (6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foun-
           dations, walls, floors, roofs, or ceilings; or
       (7) birds, vermin, rodents, insects, or domestic animals.
       If any of these cause water damage not otherwise excluded, to escape from a plumbing,
       heating, air conditioning or automatic fire protective sprinkler system or household
       appliance, we cover loss caused by water including the cost of tearing out and replacing
       any part of a building necessary to repair the system or appliance.  We do not cover
       loss to the system or appliance from which this water escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.  We do not insure for loss caused directly or indirectly by any of the following. Such loss is
    excluded regardless of any other cause or event contributing concurrently or in any
    sequence to the loss.
    a.  Ordinance or Law, meaning enforcement of any ordinance or law regulating the
        construction, repair or demolition of a building or other structure, unless specifically
        provided under this policy.
    b.  Earth Movement, meaning earthquake including land shock waves or tremors before,
        during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine
        subsidence, rising or shifting; unless direct loss by:
        (1) fire;
        (2) explosion; or
        (3) breakage of glass or safety glazing material which is part of a building, storm door or
            storm window;
        ensues and then we will pay only for the ensuing loss.
        This exclusion does not apply to loss by theft.
        One or more volcanic eruptions that occur within an hour period will be considered as
        one volcanic eruption.
    c.  Water Damage, meaning:
        (1) flood, surface water, tidal water, overflow of a body of water, or spray from any of
            these, whether or not driven by wind;
        (2) water which backs up through sewers or drains.  This includes water emanating
            from a sump pump, sump pump well or similar device designed to prevent overflow,
            seepage or leakage of subsurface water; or
        (3) water below the surface of the ground, including water which exerts pressure on or
            seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or
            other structure.
            Direct loss by fire, explosion or theft resulting from water damage is covered.
    d.  Power Failure, meaning the failure of power or other utility service if the failure takes
        place off the described premises.  But, if a Covered Cause of Loss ensues on the
        described premises, we will pay only for that ensuing loss.

    e.    Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

    f.    War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

    g.    Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

          Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

          This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered. Intentional

    h.    Loss, meaning any loss arising out of any act committed

          (1)  by you or at your direction; and

          (2)  with the intent to cause a loss.

4.    We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

    a.    Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

    b.    Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

    c.    Faulty, inadequate or defective:

          (1)  planning, zoning, development, surveying, siting;

          (2)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

          (3)  materials used in repair, construction, renovation or remodeling; or

          (4)  maintenance;

          of part or all of any property whether on or off the described premises.

## OTHER COVERAGES

1.    Other Structures

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

We do not cover other structures:

    a.    used in whole or in part for commercial, manufacturing or farming purposes; or

    b.    rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

        The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2.    Debris Removal

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3.    Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

4. Property Removed

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5. Collapse

We insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

a. Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

b. Hidden decay,

c. Hidden insect or vermin damage,

d. Weight of contents, equipment, animals or people,

e. Weight of rain which collects on a roof,

f. Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion. Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

# CONDITIONS

1. Policy Period. This Policy applies only to loss which occurs during the policy period.

2. Other Insurance. If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3. Insurance Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a. for an amount greater than the interest of the persons insured under this policy; or

b. for more than the limit of liability that applies, whichever is less.

If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the Named Insured's interest in the property at the time of loss.

The Named Insured's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

4. Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5. Your Duties After Loss. In case of a loss to which this insurance may apply, you shall see that the following duties are performed:

   a. give immediate notice to us or our agent;

   b. protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;

   c. exhibit the damaged property as often as we reasonably require;

   d. submit to signed statements and examinations under oath; and

   e. submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief:

      (1) the time and cause of loss;

      (2) the interest of you and all others in the property involved and all encumbrances on the property;

      (3) other insurance which may cover the loss;

      (4) changes in title or occupancy of the property during the term of the policy; and

      (5) specifications of any damaged building and detailed estimates for repair of the damage.

6. Loss Settlement. Covered property losses are settled as follows:

   A. Buildings at replacement cost without deduction for depreciation, subject to the following:

      (1) We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:

         (a) the limit of liability under this policy applying to the building;

         (b) the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or

         (c) the amount actually and necessarily spent to repair or replace the damaged building.

      If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

      You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.

   B. Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.

      (1) Structures that are not buildings.

      (2) Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.

      We will not pay more than the smallest of:

      (1) the cost to repair or replace the damaged property with property of like kind and quality;

      (2) the actual cash value of the damaged property; or

      (3) the limits of liability of this policy applying to the property.

7. Salvage and Recoveries:  When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8. Our Option.  If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9. Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10. Loss to a Pair or Set.  In case of loss to a pair or set, we may elect to:

    a.  repair or replace any part to restore the pair or set to its value before the loss; or

    b.  pay the difference between actual cash value of the property before and after the loss.

11. Glass Replacement.  Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12. Loss Payment.  We will adjust all losses with the Named Insured. Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option.  No coverage will be available to any mortgagee other than that shown as the Named Insured on the Declarations page of this policy.

13. Appraisal.  If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire. The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss.  If they cannot agree, they will submit their differences to the umpire.  A written award by any two will determine the amount of loss.

    Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14. Our Rights of Recovery (Subrogation).  In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.

    When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

15. Suit Against Us.  No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance.  We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.
   a.  Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

   b.  This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

   c.  We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

   d.  We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

   If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.


In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.


SECRETARY                                    PRESIDENT

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SINKHOLE LOSS COVERAGE - FLORIDA

**A. Definitions**

The following definitions are added:

1. "Sinkhole activity" means settlement or systematic weakening of the earth supporting such property. The settlement or systematic weakening must result from movement or raveling of soils, sediments, or rock material into subterranean voids created by the effect of water on limestone or similar rock formations.

2. "Sinkhole loss" means actual physical damage:

   a. Arising out of, or

   b. Caused by;

   "Sinkhole activity".

**B. Coverage**

We insure for direct physical loss to covered property caused by a "sinkhole loss", including the costs incurred to:

1. Stabilize the land and building; and

2. Repair the foundation;

in accordance with the recommendations of the engineer who verifies the presence of a "sinkhole loss" in compliance with Florida sinkhole testing standards and in consultation with you.

**C. Exception To The Earth Movement Exclusion**

The Earth Movement Exclusion does not apply to a "sinkhole loss".

**D. Loss Settlement**

With respect to a loss to buildings caused by a "sinkhole loss", Paragraph 6 A. of the Loss Settlement Condition is replaced by the following:

6. Loss Settlement. Covered property losses are settled as follows:

   A. We will pay no more than the actual cash value of the damaged property, not including underpinning or grouting or any other repair technique performed below the existing foundation of the building, until you enter into a contract for the performance of building stabilization or foundation repairs. Once you enter into such contract, we will settle the loss as described in this Condition and pay the amount necessary to begin and perform such repairs as work progresses and as expenses are incurred.

   However, if the cost to repair or replace the damage is both:

   (1) Less than 5% of the amount of insurance in this policy on the building; and

   (2) Less than $2,500;

   we will settle the loss as noted in this Condition whether or not you have entered into a contract to perform the building stabilization or foundation repairs.

   If the repairs have begun and the engineer selected or approved by us determines that the recommended repairs cannot be completed within the policy limits, we may at our option, either:

   (1) Complete the recommended repairs; or

   (2) Pay the policy limits without a reduction for the repair expenses incurred.

All other provisions of this policy apply.

Includes copyrighted material of
Insurance Services Office with its permission

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM, HAIL, HURRICANE ENDORSEMENT- FLORIDA

When loss occurs under the peril of **Windstorm** or Hail, the deductible will be the greater of $2,000 or 2% of the Amount of Insurance, per insured location.

When loss occurs under the peril of **Hurricane** , the deductible will be the greater of $2,000 or 2% of the Amount of Insurance, per insured location.

"Hurricane Occurrence":

a.   Begins at the time a hurricane watch or warning is issued for any part of Florida by the National Hurricane Center of the National Weather Service;

b.   Continues for the time period during which the hurricane conditions exist anywhere in Florida; and

c.   Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for any part of Florida by the National Hurricane Center of the National Weather Service.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of
Insurance Services Office with its permission

GE3941
04/25/07

Mortgage Service Program<br>
Residential Property Coverage<br>
Florida Amendatory Endorsement

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

Policy MSP-RES is amended as follows:

## CONDITIONS

6.   Loss Settlement. The following item (d) is added under paragraph a.(1):

   (d)   If the loss or damage occurs to pool enclosures, cabanas, screened porches or other shelter-type structures attached to the Dwelling, we will pay no more than ten percent (10%) of the limit of liability of this policy applying to the Dwelling. This condition does not increase the limit of liability applying to the Dwelling Property.

13.   Appraisal is deleted and replaced by the following:
13.   Mediation or Appraisal.
   If we fail to agree with the Named Insured on the actual cash value or replacement cost of the damaged property to settle upon the amount of loss, then either of us may request:
   a.   A Mediation of the loss in accordance with the rules established by the Florida Department of Financial Services. The loss amount must be $500 or more, prior to application of the deductible; or there must be a difference of $500 or more between the loss settlement amount we offer and the loss settlement amount the Named Insured requests. The settlement in the course of mediation is binding only if the Named Insured and we agree, in writing, on a settlement, and the Named Insured has not rescinded the settlement within three business days after reaching settlement. The Named Insured may not rescind the settlement after cashing or depositing the settlement check or draft we provided to the Named Insured.

   We will pay the cost of conducting the mediation conference. However, if:
   (1)   The Named Insured fails to appear at the mediation conference and the Named Insured wishes to schedule a new conference after failing to appear, then the new conference will be scheduled only upon the Named Insured's payment of a sum equal to the fees paid for the mediation conference at which the Named Insured failed to appear. This sum will then be applied to the cost of the rescheduled mediation conference and we will pay the balance, if any, of the cost of conducting the rescheduled mediation conference; or
   (2)   We fail to appear at a mediation conference with good cause, we will pay the actual cash expenses the Named Insured incurs in attending the mediation conference and also pay the total cost of the rescheduled mediation conference.

   b.   An appraisal of the loss, in writing. In this event, the Named Insured and we will each select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree upon an umpire, either may request that selection be made by a judge of court having jurisdiction. The appraisers will state separately the actual cash value and the replacement cost of the property and the amount of loss. If the appraisers fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:
   (1)   pay its chosen appraiser; and
   (2)   bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

   However, the Named Insured is not required to submit to, or participate in, any appraisal of the loss as a precondition to action against us for failure to pay the loss, if we:
   (1)   requested mediation and the Named Insured or we rejected the mediation result; or

MSP-RES-FLAEND (08-10)

Page 1 of 2

GE6160-0211

(2)  failed to notify the Named Insured of the Named Insured's right to participate in the mediation program.

15.  Suit Against Us is deleted and replaced by the following:

15.  Suit Against Us.

No action shall be brought unless there has been compliance with the policy provisions and the action is started within five years after the loss.

18.  Cancellation is deleted and replaced by the following:

18.  Cancellation.

a.  Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirement of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

b.  This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

c.  We may cancel this policy by mailing notice of cancellation or nonrenewal to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 90 days prior to the effective date of cancellation.  This notice will contain the reason for cancellation or nonrenewal.  If cancellation is for nonpayment of premium, at least 10 days written notice of cancellation shall be given. When cancellation occurs during the first 90 days of coverage, at least 20 days notice shall be given except for nonpayment of premium or material misrepresentation.  After the policy has been in effect for 90 days, the policy shall not be cancelled except for nonpayment of premium, material misrepresentation, failure to comply with underwriting requirements or substantial change of risk.

If we fail to provide the 90 days notice (or 20 days for new policies), the coverage provided to the Named Insured shall remain in effect until their replacement coverage is effective, or until 90 (or 20) days after notice is given, whichever comes first.

All other terms and conditions of the policy remain the same.

JPMORGAN CHASE BANK, N.A.
INSURANCE PROCESSING CENTER
P.O. BOX 100564
FLORENCE, SC  29502-0564

CHAD KNOX
2725 PINE CONE DR
MELBOURNE, FL  32940-7492

Re: REDACTED



0200

# EXHIBIT 70

**CHASE** 

Chase Home Finance LLC
P.O. BOX 100564
FLORENCE, SC  29502-0564

Insurance Center
phone: 1-866-310-3770
fax:    1-843-413-2026
www.Chase.com

June 21, 2010

ACHIKAM YOGEV
2040 NE 198TH TER
MIAMI, FL  33179-3132

Subject:  Chase Home Finance, LLC
          ("Chase")
          Loan Number:  REDACTED
          Hazard Insurance:  Expiration Date: 05/15/2010
          **SECOND NOTICE - PLACEMENT OF INSURANCE BINDER**

Property Address:
2040 NE 198TH TERR
MIAMI, FL  33179

Dear ACHIKAM YOGEV:

Chase is committed to providing you with the highest quality loan service. Therefore, we are alerting you for a second time that we have not received the renewal insurance policy covering your property. Your current Homeowner's insurance policy is no longer in effect as of 05/15/2010. By renewing this policy immediately or providing us with evidence of another insurance policy, you'll continue to comply with the insurance requirements under the loan agreement, which specify that you maintain hazard insurance throughout the term of your loan.

For your convenience, we've provided our property insurance requirements on the next page for your insurance agent to review. To ensure continued coverage, here's all you need to do:

Ask your insurance agent to include the loan number and property address above on a copy of your new/renewal policy or notice of reinstatement and fax it with a Mortgagee Clause/Lender's Loss Payable Endorsement as soon as possible to: 1-843-413-2026. You/your agent can mail the documents to:

        CHASE HOME FINANCE, LLC
        ITS SUCCESSORS AND/OR ASSIGNS
        P.O. BOX 100564
        FLORENCE, SC  29502-0564

Or, you may update your hazard insurance coverage online at **www.MyCoverageInfo.com**, referencing PIN REDACTED

If you have been refused coverage, ask your agent or your state's insurance department whether your state has a Fair Access to Insurance Requirements (FAIR) plan, so that you can try to get the coverage you need.

It is very important that we receive proof of insurance coverage within 30 days from the date of this letter. If you do not have hazard insurance coverage or we are unable to confirm that your property is adequately insured within the next 30 days, we will have no choice but to purchase a limited hazard insurance policy for you at a cost that is likely to be much higher than you would pay on your own. This policy will remain in effect until you are able to provide us with evidence of adequate coverage. In the interim, we enclose an insurance binder that we obtained in order to provide limited protection against loss until the earlier of (a) the date we receive proof of insurance coverage or (b) the date we purchase a policy for you. Even if you obtain your own coverage, please be aware that if there is a gap between the cancellation of your Homeowner's insurance and the effective date of your new coverage, you will be charged for the coverage that we purchased for the lapse period.

The terms of your mortgage or deed of trust requires you to maintain hazard insurance coverage on your property and permits us to purchase it at your expense if you fail to do so. If we purchase this insurance, your escrow account will be charged for the premiums due. If you do not have an escrow account, we will establish one. In either case, your monthly mortgage payments will increase.

If you do not have current insurance, please consider the following:

- If we obtain hazard insurance for you, the cost is likely to be much higher than insurance you can obtain on your own. This is because the hazard insurance we purchase is issued automatically without evaluating the risk of insuring your property. The premium for this insurance coverage will be $11,878.40. You can figure the difference in the cost by comparing this amount to the cost of an insurance policy from an insurance company that you select.

- The hazard insurance we obtain is limited and is primarily for the benefit of the person or company who presently owns your mortgage loan. If you incur property damage or loss, you may not have adequate coverage for any damages that you suffer because the person or company that owns your loan will be paid first. The enclosed insurance binder shows the amount of coverage that will be purchased for you if you do not provide us with proof of insurance.

- The hazard insurance we obtain will cover only the structure of your home (the building, walls, floors, roof and permanent attachments).

    - It will not cover your furniture or any of your other personal belongings.

    - It will not cover the cost of temporarily living outside of your home because it was damaged and is being repaired.

    - It will not cover any liability to you personally for someone who is injured while on your property.

- The hazard insurance we obtain will not cover any amount you feel your home is worth in excess of the amount of dwelling coverage that you obtained and we entered on our records. If we did not know the last amount of insurance coverage you obtained, we purchased coverage in the amount of the unpaid principal balance of your loan on the date we request the insurance coverage begin.

If Chase purchases insurance for you, an affiliate of Chase may benefit. This benefit may occur because the insurance company may transfer some or all of the risk under the policy to a Chase affiliate in return for a portion of the insurance premium. This is called reinsurance and may result in a financial gain to the Chase affiliate.

We hope you'll agree that obtaining your own insurance is in your best interest. If you have questions, or need any additional information, please feel free to call us at 1-866-310-3770. Our friendly customer care professionals are available to assist you 8:00 a.m. to 9:00 p.m., Monday through Friday, Eastern Time, except for major holidays. Account information also is available online at www.Chase.com. Thank you for taking the time to resolve this matter.

Sincerely,

David Ancheta
Insurance Manager
Insurance Processing Center

**IMPORTANT BANKRUPTCY INFORMATION**

If you or your account is subject to pending bankruptcy proceedings, or if you received a bankruptcy discharge, this letter is for informational purposes only and is not an attempt to collect a debt.

600H2-0310

## Property Insurance Requirements

Please provide this summary of Chase's insurance requirements for your property to your insurance agent. Chase requires all borrowers to meet our minimum hazard insurance requirements in order to protect our mutual interests in your property.

| Single Family (1-4 Units) Dwellings, Condominiums and Townhouses | Multi-Unit (5 or more units) Dwellings, Master Association Policies, Commercial Buildings and Course of Construction Properties |
|---|---|
| Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy (commonly known as DP1) in an amount equal to the replacement value of the improvements. | Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy (commonly known as DP1) in an amount equal to the replacement value of the improvements. |
| The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. | The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law. |
| Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of "A" in Class II, "B" in Class III, or better. | Each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of at least "A" in Class V. |
| The insurer must be licensed to do business in the state where the property is located. | The insurer must be licensed to do business in the state where the property is located. |
| Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. | Policies from a FAIR Plan Association and other government-endorsed programs are acceptable. Policy for Multi-Unit Dwellings and Commercial Buildings must contain coverage equal to or broader than Fire and Extended Coverage with Vandalism and Malicious Mischief. |

A **Mortgagee Clause/Lender's Loss Payable Endorsement** must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to the cancellation of insurance. The mortgagee clause should read as follows:

> CHASE HOME FINANCE, LLC
> ITS SUCCESSORS AND/OR ASSIGNS
> P.O. BOX 100564
> FLORENCE, SC  29502-0564

Please note that if we do not receive verification of coverage meeting the above requirements, we will be required to obtain lender-placed hazard insurance on your behalf. Some or all of the coverage and premiums for lender-placed insurance will be reinsured through an insurance company that is an affiliate of Chase.

If you or your insurance agent/broker have any questions, please feel free to contact us at 1-866-310-3770 for further clarification or assistance.

Property Insurance Requirements

This notice is intended to summarize Chase insurance requirements for your property. Please provide this to your insurance agent.

In order to protect our mutual interests in your property, Chase requires that its borrowers maintain hazard insurance that meets our minimum requirements:

* Your hazard insurance coverage must be at minimum a one (1) year fire and extended coverage policy (commonly known as DP1) in an amount equal to the replacement value of the improvements new.

* The policy must contain coverage equal to or broader than Fire and Extended Coverage with Vandalism and Malicious Mischief for five or more unit residential properties under one roof and commercial buildings.

* The dwelling deductible may not exceed 5% of the face amount of the insurance policy, unless otherwise required by applicable law.

* On Single Family (1-4 unit) dwellings, Condominiums and Town houses, each property insurance policy must be written through a company having a current Best's Key Rating Guide rating of "A" in Class II, "B" in Class III, or better.

* On Multi-Unit (5 or more units) , Commercial and Course of Construction properties, each property insurance policy must be written though a company having a current Best's Key Rating Guide rating of at least "A" in Class V.

* The insurer must be licensed to do business in the state where the property is located.

* Policies from Fair Plan Association and other government endorsed programs are acceptable.

A Mortgagee Clause/Lender's Loss Payable endorsement must be included with your insurance policy and must provide that the insurance company notify the lender/servicer at least ten (10) days prior to cancellation of insurance. The mortgagee clause should read as follows:

CHASE HOME FINANCE, LLC
ITS SUCCESSORS AND/OR ASSIGNS
P.O. BOX 100564
FLORENCE, SC 29502-0564

If verification meeting the above requirements is not received, we will order Hazard Insurance coverage on your behalf to protect our mutual interest in the property. The insurance company issuing such coverage will reinsure some or all of the coverage and premiums through an insurance company that is an affiliate of Chase.

If you or your insurance agent/broker have any questions, please feel free to contact us at the telephone number on the reverse side of the letter for further clarification or assistance.

600H1-1109