UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re JPMorgan Chase LPI Hazard Litigation | Case No. CV-11-03058-JCS<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING SUBSTITUTION AND WITHDRAWAL OF COUNSEL** |

1  **[~~PROPOSED~~] ORDER**

2  Upon consideration of Lead Plaintiff's Notice of Substitution and Withdrawal of Counsel, and

3  for good cause shown, it is HEREBY ORDERED that Eli R. Greenstein is hereby added to the

4  above-captioned matter as counsel for Plaintiff in substitution for Ramzi Abadou.  Ramzi

5  Abadou is hereby withdrawn as counsel in the above-captioned matter.

8  Dated:  January 14, 2014                    

9  Hon. Jo[seph C. Spero]
   United S[tates Magistrate Judge]

28  [PROPOSED] ORDER GRANTING SUBSTITUTION
AND WITHDRAWAL OF COUNSEL                                                        -2-
Case No. CV-11-03058-JCS