UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JPMORGAN CHASE BANK LPI HAZARD LITIGATION | Case No. 11-cv-03058-JCS<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY**<br><br>Re: Dkt. No. 166 |

IT IS HEREBY ORDERED that

1. The further case management conference, currently set for April 4, 2014, at 2:00 PM, is continued to **June 27, 2014, at 2:00 PM**.

2. The STAY in this action is extended up to and including June 27, 2014.

3. An updated joint case management conference statement shall be due by June 20, 2014.

**IT IS SO ORDERED.**

Dated: April 1, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge