UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re JPMorgan Chase LPI Hazard Litigation | Case No.  11-cv-03058-JCS |
|---|---|
| | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING STAY** |
| | Re: Dkt. No. 168 |

On June 18, 2014, pursuant to the Court's order, the parties submitted a Joint Case Management Conference ("CMC") Statement to the Court. *See* Dkt. Nos. 167, 168. The Joint CMC Statement addressed the potential impact of *Saccoccio v. JPMorgan Chase Bank, N.A., et al.*, 13-21107-civ-FAM (S.D. Fl.) ("*Saccoccio*"), its settlement, and its pending appeal on this case.

Having reviewed the Joint CMC Statement and the parties' agreement that *Saccoccio*, its settlement, and its pending appeal will have an impact on the case management and schedule of this action, the Court orders the following:

1.   The further Joint Case Management Conference, currently set for June 27, 2014 at 2:00 PM, is continued until **September 5, 2014 at 2:00 PM in Courtroom G, 450 Golden Gate Avenue, 15th Floor, San Francisco, California**.

2.   The STAY in this action is extended up to and including **September 5, 2014**.

3.   An updated Joint Case Management Conference Statement is due by **August 27, 2014**.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge