UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: JPMORGAN CHASE LPI HAZARD LITIGATION | Case No. 11-cv-03058-JCS<br><br>**ORDER TO SHOW CAUSE** |

Pursuant to Civil L.R. 16-2, a further case management conference was held on June 12, 2015, before this Court in the above-entitled case. All parties were present.

IT IS HEREBY ORDERED that all parties shall appear on **June 26, 2015, at 2:00 p.m.,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why a trial date should not be set in this action.

IT IS SO ORDERED.

Dated: June 18, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge