| | |
|---|---|
| ARNOLD & PORTER LLP<br>PETER OBSTLER (No. 171623)<br>peter.obstler@aporter.com<br>JEE YOUNG YOU (No. 241658)<br>jeeyoung.you@aporter.com<br>Three Embarcadero Center, 10th Floor<br>San Francisco, CA 94111-4024<br>Telephone:     415.471.3100<br>Facsimile:     415.471.3400<br><br>Attorneys for Defendants JPMorgan Chase Bank, N.A., Chase Bank USA, N.A., Banc One Insurance Company, and Chase Insurance Agency<br><br>CARLTON FIELDS JORDEN BURT<br>Frank G. Burt (admitted *pro hac vice*)<br>fgb@jordenusa.com<br>W. Glenn Merten (admitted *pro hac vice*)<br>wgm@jordenusa.com<br>Brian P. Perryman (admitted *pro hac vice*)<br>bpp@jordenusa.com<br>1025 Thomas Jefferson Street, NW<br>Washington, DC 20007-0805<br>Telephone: 202.965.8100<br>Facsimile: 202.965.8104<br><br>Attorneys for Defendants Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company | KESSLER TOPAZ<br>MELTZER & CHECK, LLP<br>Edward W. Ciolko (admitted *pro hac vice*)<br>Peter A. Muhic (admitted *pro hac vice*)<br>Donna Siegel Moffa (admitted *pro hac vice*)<br>Amanda R. Trask (admitted *pro hac vice*)<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone: (610) 667-7706<br>Facsimile: (610) 667-7056<br><br>Eli R. Greenstein (SBN 217945)<br>One Sansome Street  Suite 1850<br>San Francisco, CA 94104<br>Telephone:  (415) 400-3000<br>Facsimile:  (415) 400-3001<br><br>Attorneys for Plaintiffs McNeary-Calloway, Colin MacKinnon, Terrie MacKinnon, Andrea North, Sheila M. Mayko-Pazdan, Garry Mitchell Varnes, Jr., Kathryn A. Varnes, Chad Knox, Leonard Jelks, Jr., Jack E. Brooks, Tami Brooks, Patrick Drexler, Joel Iseman, and LeeAnn Johnson<br><br>*Additional Counsel on Signature Page* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re JPMorgan Chase LPI Hazard Litigation | Civil Action No. CV-11-03058-JCS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiffs Patricia McNeary-Calloway, Colin MacKinnon, Terrie MacKinnon, Andrea North, Sheila M. Mayko-Pazdan, Garry ("Mitch") Varnes, Jr., Kathryn A. Varnes, Chad Knox, Leonard Jelks, Jr., Jack E. Brooks, Tami Brooks, Patrick Drexler, Joel Iseman and LeeAnn Johnson (collectively "Plaintiffs") and Defendants JPMorgan Chase Bank, N.A., for itself and as successor by merger to Chase Home Finance, LLC, Chase Bank USA, N.A., Banc One Insurance Company, and Chase Insurance Agency (collectively "Chase") and Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company (collectively "Assurant") (together with Chase, "Defendants" and collectively with Plaintiffs, "Parties") hereby agree and stipulate as follows:

A. Whereas, Plaintiffs currently have pending a Consolidated Amended Complaint (the "Complaint") in the United States District Court for the Northern District of California;

B. Whereas, in the Complaint, Plaintiffs make certain allegations against Defendants relating to Defendants' residential hazard insurance requirements and practices which allegations Plaintiffs purported to assert both individually and on behalf of a nationwide class and California, New Jersey, Florida and Illinois subclasses of plaintiffs;

C. Whereas, Defendants denied that their actions were wrongful in any respect with regard to Plaintiffs and any putative class;

D. Whereas, court approval of a settlement, voluntary dismissal or compromise under Federal Rule of Civil Procedure 23(e) is required only for "certified class" actions and the Advisory Committee Notes for Rule 23(e) state that court approval is required only if "the claims, issues, or defenses of a certified class are resolved by a settlement, voluntary dismissal, or compromise," rejecting the view that court approval is required for settlements "with putative class representatives that resolve[] only individual claims." *See* Rule 23 Advisory Committee Notes, 2003 Amendments.

E. Whereas, the Court has never certified any class in this case under Federal Rule of Civil Procedure 23;

1  F. Whereas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared; and

G. Whereas, the parties have reached a settlement of Plaintiffs' claims.

**NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT:**

All of the individual claims and allegations brought by Patricia McNeary-Calloway, Colin MacKinnon, Terrie MacKinnon, Andrea North, Sheila M. Mayko-Pazdan, Garry ("Mitch") Varnes, Jr., Kathryn A. Varnes, Chad Knox, Leonard Jelks, Jr., Jack E. Brooks, Tami Brooks, Patrick Drexler, Joel Iseman and LeeAnn Johnson against , JPMorgan Chase Bank, N.A., Chase Home Finance, LLC, Chase Bank USA, N.A., Banc One Insurance Company, and Chase Insurance Agency and Assurant, Inc., American Security Insurance Company, and Standard Guaranty Insurance Company, or any of them, are dismissed with prejudice.  To the extent that any allegations remain pertaining to any member of a putative class alleged in the Complaint who is not a Plaintiff, those claims are dismissed without prejudice.  Each Party shall bear his or her own costs and attorney's fees.

**IT IS SO STIPULATED.**

Dated:  August 24, 2015                                       Respectfully submitted,

                                                                                **KESSLER TOPAZ**
                                                                                 **MELTZER & CHECK, LLP**


By: /s/ Peter Obstler                                         /s/ Edward W. Ciolko
    Peter Obstler                                             Edward W. Ciolko
    ARNOLD & PORTER, LLP                                      Peter A. Muhic
                                                              Donna Siegel Moffa
    Attorneys for Defendants                                  Amanda R. Trask
    JPMORGAN CHASE BANK, N.A.,                                280 King of Prussia Road
    CHASE BANK USA, N.A., BANC ONE                            Radnor, PA  19087
    INSURANCE COMPANY, AND CHASE                              Telephone: (610) 667-7706
    INSURANCE AGENCY                                          Facsimile: (610) 667-7056
                                                              Email: eciolko@ktmc.com
                                                              Email: pmuhic@ktmc.com
                                                              Email: dmoffa@ktmc.com
                                                              Email: atrask@ktmc.com

2

| | | |
|---|---|---|
| 1 | | |
| 2 | | **KESSLER TOPAZ** |
| | | **MELTZER & CHECK, LLP** |
| 3 | By: /s/ Peter Hecker | Eli Greenstein |
| | Peter Hecker | One Sansome Street, Suite 1850 |
| 4 | David E. Snyder | San Francisco, CA 94104 |
| | SHEPPARD MULLIN RICHTER & | Telephone: (415) 400-3000 |
| 5 | HAMPTON LLP | Facsimile: (415) 400-3001 |
| 6 | | Email: egreenstein@ktmc.com |
| 7 | By: /s/ W. Glenn Merten | **NIX PATTERSON & ROACH, LLP** |
| | Frank Burt | Christopher Johnson |
| 8 | W. Glenn Merten | 3600 North Capital of Texas Highway |
| 9 | CARLTON FIELDS JORDAN & | Building B Suite 350 |
| | BURT | Austin, TX 78746 |
| 10 | | Telephone: (512) 328-5333 |
| | Attorneys for Defendants | Facsimile: (512) 328-5335 |
| 11 | ASSURANT, INC., AMERICAN | Email: bseidel@npraustin.com |
| | SECURITY INSURANCE COMPANY, | Email: cjohnson@npraustin.com |
| 12 | AND STANDARD GUARANTY | |
| 13 | INSURANCE COMPANY | **SALPETER GITKIN, LLP** |
| | | James P. Gitkin |
| 14 | | Eric T. Salpeter |
| | | Museum Plaza – Suite 503 |
| 15 | | 200 South Andrews Avenue |
| 16 | | Fort Lauderdale, FL 33301 |
| | | Telephone: (954) 467-8622 |
| 17 | | Facsimile: (954) 467-8623 |
| | | Email: eric@salpetergitkin.com |
| 18 | | Email: jim@salpetergitkin.com |
| 19 | | **GOLDMAN SCARLATO KARON &** |
| 20 | | **PENNY, P.C.** |
| | | Brian D. Penny |
| 21 | | 101 E. Lancaster Avenue, Suite 204 |
| | | Wayne, PA 19087 |
| 22 | | Phone: 484 342-0700 |
| 23 | | Email: penny@gskplaw.com |
| 24 | | **GILMAN LAW LLP** |
| | | Kenneth G. Gilman |
| 25 | | Beachway Professional Center Tower |
| | | 3301 Bonita Beach Road, Suite 307 |
| 26 | | Bonita Springs, FL 34134 |
| 27 | | Telephone (239) 221-8301 |
| | | Facsimile (239) 676-8224 |
| 28 | | Email: kgilman@gilmanpastor.com |

|  |  |
|---|---|
| 1 | **HOLLAND, GROVES, SCHNELLER & STOLZE, LLC** |
| 2 | Eric D. Holland |
| 3 | Gerard B. Schneller |
| | 300 N Tucker, Suite 801 |
| 4 | St. Louis, Missouri 63101 |
| | Telephone: 314-241-8111 |
| 5 | Facsimile: 314-241-5554 |
| 6 | Email: eholland@allfela.com |
| | Email: gschneller@allfela.com |

**HOLLAND, GROVES, SCHNELLER & STOLZE, LLC**
Eric D. Holland
Gerard B. Schneller
300 N Tucker, Suite 801
St. Louis, Missouri 63101
Telephone: 314-241-8111
Facsimile: 314-241-5554
Email: eholland@allfela.com
Email: gschneller@allfela.com

**CATES MAHONEY, LLC**
David Cates
216 West Pointe Drive, Suite A
Swansea, IL  62226
Telephone: 618-277-3644
Facsimile: 618-277-7882
Email: dcates@cateslaw.com

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

DATED: __8/24__, 2015

_____
Honorable Joseph C. Spero
Chief Magistrate Judge

**Attestation of Compliance**

The filer of the document, Edward W. Ciolko, attests that concurrence in the filing of the document has been obtained from each of the other Signatories pursuant to Local Rule 5-1(i)(3)

DATED: August 24, 2015

                                        By:  /s/ Edward W. Ciolko
                                                Edward W. Ciolko

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 24, 2015 at Radnor, Pennsylvania.

*/s/ Edward W. Ciolko*
Edward W. Ciolko